# EXHIBIT E

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE No.: CACE-19-000422

_____

EDGAR MONSERRATT, as Personal
Representative of THE ESTATE OF
EDGAR MONSERRATT MARTINEZ, Deceased,

                    Plaintiff,

-vs-

TESLA, INC., a/k/a TESLA FLORIDA,
INC., HALSTON LOYD, JAMES B. RILEY,
individually, JAMES B. RILEY, as the
Personal Representative of THE ESTATE
OF BARRETT RILEY, Deceased, and JR
CORPORATE SERVICES GROUP, LLC, a
Florida limited liability company,

                    Defendants.

_____

VIDEOTAPE REMOTE DEPOSITION OF

ADAM COHEN

Taken on Behalf of the Plaintiff

DATE TAKEN:            August 7, 2020

TIME:                 (10:00) 10:03 a.m. - 1:00 p.m.


Examination of the witness taken by:

CYNTHIA R. HEWLETT
Registered Professional Reporter

United Reporting, Inc.
1218 Southeast 3rd Avenue
Fort Lauderdale, Florida
954-525-2221

```
                                                    Page 2
 1   REMOTE APPEARANCES:
 2   SCHLESINGER LAW OFFICES, P.A.
     By:  ZANE BERG, ESQ.,
 3        zane@schlesingerlaw.com
     1212 Southeast 3rd Avenue
 4   Fort Lauderdale, FL  33316
     and
 5   CORBOY & DEMETRIO, P.C.
     BY:  PHILIP HARNETT CORBOY, JR., ESQ.,
 6   33 North Dearborn Street
     Chicago, IL  60602
 7   Appearing on behalf of the Plaintiff
 8
     BOWMAN AND BROOKE, LLP
 9   By:  WHITNEY V. CRUZ, ESQ.,
          whitney.cruz@bowmanandbrooke.com
10   2 Alhambra Plaza
     Suite 800
11   Coral Gables, FL  33134
     Appearing on behalf of Defendants/Tesla, Inc. d/b/a
12   Tesla Florida, Inc. and Halston Loyd
13
     SELLARS, MARION & BACHI, P.A.
14   By:  LAURIE A. PRIMUS, ESQ.,
          lprimus@smb-law.com
15   811 North Olive Avenue
     West Palm Beach, FL  33401
16   Appearing on behalf of Defendants/James B. Riley and
     JR Corporate Services Group, LLC
17
18   LASH & GOLDBERG, LLP
     BY:  MARTIN B. GOLDBERG, ESQ.,
19        mgoldberg@lashgoldberg.com
     2500 Weston Road
20   Suite 2500
     Weston, FL  33331
21   Appearing on behalf of the witness
22
     ALSO REMOTELY PRESENT:
23
     GEORGE THOMAS, Videographer
24
     JAMES RILEY, Defendant
25
```

Page 3

1                          INDEX

2    WITNESS:                 EXAMINATION          PAGE

3    ADAM COHEN               Direct
                              By Mr. Corboy          6
4
                              Direct
5                             By Mr. Berg           62

6                             Cross
                              By Ms. Primus         64
7
                              Cross
8                             By Ms. Cruz           89

9                             Cross (Cont'd.)
                              By Ms. Primus        146
10

11

12              E X H I B I T S   M A R K E D

13   Plaintiff's Exhibit 1 for Identification       25
        (Aerial photo)
14
     Plaintiff's Exhibit 2 for Identification       39
15      (Accident photo)

16   Plaintiff's Exhibit 3 for Identification       50
        (A police report)
17
18

19

20

21

22

23

24

25

```
                                                    Page 4
 1              Remote videotape deposition of ADAM COHEN, a

 2      witness of lawful age, taken by the Plaintiff, for the

 3      purposes of discovery and for use as evidence in the

 4      above-entitled cause, pursuant to notice heretofore

 5      filed, before CYNTHIA R. HEWLETT, a Registered

 6      Professional Reporter and Notary Public, in and for

 7      the State of Florida at Large.

 8              A VOICE:  This meeting is being recorded.

 9              THE REPORTER:  The attorneys participating

10          in the proceeding acknowledge that I am not

11          physically present in the proceeding room and

12          that I will be reporting this proceeding

13          remotely.  They further acknowledge that in lieu

14          of an oath administered in person, the witness

15          will verbally declare his testimony in this

16          matter is under penalty of perjury.  The parties

17          and their counsel consent to this arrangement and

18          waive any objections to this manner of reporting.

19          Please indicate your agreement by stating

20          your name and your agreement on the record.

21          MR. CORBOY:  Phil Corboy.  Agreed.

22          A VOICE:  (Inaudible) agreed.

23          MS. PRIMUS:  Laurie Primus, for defendant

24      James Riley and JR Corporate Services.  Agreed.

25          MS. CRUZ:  Whitney Cruz.  Agreed.
```

Page 5

```
 1          MR. GOLDBERG:  Marty Goldberg, on behalf
 2     have of Mr. Cohen.  We agree.
 3          MR. CORBOY:  That's it.
 4          THE REPORTER:  Could you please raise your
 5     right hand, Mr. Cohen.
 6  THEREUPON:
 7                    ADAM COHEN
 8  a witness of lawful age, having been first duly sworn
 9  in the above cause, testified under oath as follows:
10          THE WITNESS:  I do.
11          THE REPORTER:  And could you please state
12     and spell your first name.
13          THE WITNESS:  Adam, A-d-a-m.
14          THE REPORTER:  Cohen?
15          THE WITNESS:  Cohen, yeah.  C-o-h-e-n.
16          THE REPORTER:  You can put your hand down.
17          Could the witness please repeat the
18     following declaration for the record.
19          I declare my testimony in this matter --
20          THE WITNESS:  I declare my testimony in this
21     matter --
22          THE REPORTER:  -- is under penalty of
23     perjury.
24          THE WITNESS:  -- is under penalty of
25     perjury.
```

```
 1              THE REPORTER:  The witness having declared
 2       that his testimony in this matter, and has been
 3       sworn in, the testimony is under penalty of
 4       perjury, and the parties have stated their
 5       agreement for the record, you may proceed.
 6              MR. CORBOY:  Thank you very much.
 7                    DIRECT EXAMINATION
 8       Q    (By Mr. Corboy)  Adam, how are you this
 9  morning.
10       A    I'm -- I'm all right.
11            How are you?
12       Q    I'm very good.
13            Little bit nervous, I presume?
14       A    Not so much.
15       Q    Okay.  Good.
16            I was going to say that we're just trying to
17  find out which facts you recollect from a point in
18  time on May 8th, 2018.
19            I think you know what we're talking about
20  when I will say the event.  All right.
21            I presume you've never given a deposition
22  before.
23       A    No, I have not.
24       Q    Okay.  Let me tell you a little bit about
25  what we're going to try to do.  We're trying to
```

1  explore how much you do remember and how much you may

2  not remember from that late afternoon.  We're going to

3  be talking about a time period between 6:30 and 6:45

4  on May 8th, 2018.

5           It's our understanding you were somewhere on

6  the same street of South Seabreeze in Fort Lauderdale,

7  and that you were driving in a car and that a certain

8  series of events occurred that might have some

9  relevance in our lawsuit today.  Okay.

10          You'll have to say yes or no for our court

11 reporter.

12      A    Oh.  Yes.

13      Q    Okay.  Thank you.

14          If I ask you or if anybody asks you any

15 questions that you don't know the answer to, it's

16 probably in everybody's best interest that you just

17 say I don't know the answer to that question.

18 You're -- I don't suspect you're going to know

19 everything, have an answer of every question that's

20 asked today.

21          And second of all, if you need a break, feel

22 free to take a break.  We're not in any rush to do

23 this today.  We just want to get through it and make

24 sure we do it completely.  Okay.

25      A    Sounds good.

```
1     Q     Okay.  And just remember that the court
2  reporter has to take down everybody that says
3  something on the record, that would be you, as well as
4  the lawyers.  And so it's very difficult for her to
5  take down when two people are talking.
6           The reason why this is important is because
7  I may ask you a question, as may the others, that you
8  know the answer halfway through the question and you
9  may want to blurt it out thinking that you're being
10 efficient in time.  All that does is aggravate the
11 court reporter who has to try to figure out how to
12 take two people's voices at the same time.
13          So I'll try to ask my questions in a very
14 slow, efficient way.  And if you could respond the
15 same way, that would be great.
16          I also have some exhibits to show you today
17 that are photographs of -- of the day of May 18th --
18 May 8th, 2018, as well as some overhead photos.  If
19 they don't look familiar to you or if you can't
20 identify with any sort of competency what they are,
21 just let us know and we'll try to figure out where to
22 go from there.  Okay.
23          And if you -- okay.
24     A     Yes.  Sorry.  Yes.
25     Q     That's okay.  Everybody does it.  Not to
```

```
 1    worry about it.
 2            And by the way, I think I said this earlier,
 3    but if you need a break for whatever reason, feel
 4    free.
 5            If you need to talk to your counsel for any
 6    reason, that's fine, just tell us, let us know, and
 7    we'll give you a break.
 8            We don't intend -- we don't intend to do
 9    anything to waste your time today.  But we're going to
10    have to ask some very complete areas that are
11    pertinent to this lawsuit.  All right.
12        A    Yep.
13        Q    All right.  Great.
14            Again, your birth date is when?
15        A    March 15th, 2000.
16        Q    Okay.  And you were in the same class as
17    Edgar Monserratt Ma -- Martinez at Pine Crest School
18    back in May of 2018, weren't you?
19        A    Yes.
20        Q    Okay.  Were you in that same senior class?
21        A    Yes.
22        Q    They told me that you are now a proud son of
23    the Big 10 up here in Indiana?
24        A    Yes.
25        Q    How do you like the midwest?
```

```
 1       A    I love -- I love going to school in Indiana.
 2       Q    That's great.  It's a wonderful school.
 3  Congratulations.
 4            What --
 5       A    Thank you.
 6       Q    What are you studying?
 7       A    I am majoring in profess -- professional
 8  sales at the business school.
 9       Q    Great.
10            That's the Kelley School?
11       A    Yes, sir.
12       Q    Yeah.
13            A lot of kids I'm -- I'm in Chicago right
14  now.  And there's a lot of kids from Chicago there
15  that attend Indiana, as you know.  And a lot of them I
16  know are in the business school.
17            How well did you know Edgar Monserratt
18  Martinez, who I will now forever talk as just simply
19  Edgar for the rest of the deposition, unless I
20  differentiate it and -- and I'm talking about Edward,
21  Sr. -- Edgar, Sr.
22       A    I knew Edgar very well.
23       Q    Okay.  When did you first meet as children?
24       A    Eighth grade, I believe.
25       Q    Were you -- you and your family long-time
```

```
 1    fans of Pinecrest?

 2         A    I guess.  I -- I didn't go to Pinecrest

 3    until I was in eighth grade.  So --

 4         Q    And how would you describe the relationship

 5    between you and Edgar, Jr.?

 6         A    Um, just for clarification, that's -- that's

 7    like this Edgar, like --

 8         Q    Yes.

 9         A    -- my Edgar?

10              Okay.  I gotcha.

11         Q    Yeah, the Edgar that you went to school

12    with.

13         A    Yeah, Edgar.

14              We were great, great friends.

15         Q    And how about you and Barrett Riley?

16         A    Same story.

17         Q    Were you with Edgar and Barrett that

18    afternoon leading up to the crash?

19         A    I was.

20         Q    Okay.  Tell us where you first hooked up

21    with the -- them and any other of your buddies on that

22    afternoon.

23         A    I wasn't really sure what we were doing

24    before.  But we all met up.  Barrett, Edgar, myself

25    and Alex Berry met up at the Galleria Mall.
```

1    Q    And for somebody like me from up here, where

2  is that in relationship to the accident site?

3    A    Two-and-a-half miles, maybe.

4    Q    Okay.  We've been led to believe that you --

5  you all had something to eat at a restaurant over

6  there prior to the collision.

7    A    We might have.  I'm -- I'm not 100 percent

8  sure.  We might have.

9    Q    Okay.  Were you guys getting together just

10  as friends will do, or was there a stated purpose in

11  getting together on that afternoon?

12    A    No, we were just hanging out.

13    Q    Okay.  Graduation was about -- a couple of

14  weeks away?

15    A    Yes.

16    Q    Okay.  Was school still in session on that

17  day, or had you technically gone through your studies

18  and were just waiting for the graduation ceremony?

19    A    I believe we were done.  There was no -- no,

20  we were not in school that day.

21    Q    All right.  Can you remember that day for

22  any other reason than this crash?

23    A    No.

24    Q    Okay.  What kind of car did you typically

25  drive back in those days?

```
 1      A    A Honda Civic.
 2      Q    All right.  And we've been told through the
 3 police reports and talking to our investigators that
 4 you were driving south on Seabreeze when a car that
 5 was being driven by Mr. Berry passed you at some point
 6 at a high rate of speed.
 7           Does that sound familiar?
 8      A    Yes.
 9           MS. PRIMUS:  Object to form.
10           MR. CORBOY:  Okay.  And I didn't -- I'm
11      sorry.  Was there an objection?  I didn't hear
12      that.  I'm sorry.
13           MS. PRIMUS:  Yeah.  Object to form.  Laurie
14      Primus.
15           MR. CORBOY:  Okay.
16      Q    (By Mr. Corboy)  And that reminds me.
17 Mr. Cohen, you might hear the word objection.  And
18 since your lawyer is out there, if he feels that it's
19 something you shouldn't be answering for whatever
20 reason, he'll probably jump in and state a legal
21 reason.  And then we'll ordinarily probably say you
22 can answer it unless it's something that's so
23 objectionable that we can't go that far.  All right.
24           MR. BERG:  And, hey, Flip, you might want to
25      reask the question because I think you meant --
```

Page 14

1      you said the word driven by Mr. Berry instead of

2      Mr. Barrett Riley.

3      A     Yeah.

4           MR. CORBOY:  Yes.  Yes.  I have that problem

5      with Barrett and Berry in this one.

6      Q     (By Mr. Corboy)  This is the one I'm talking

7  about with Barrett Riley.  Okay.

8           Now, the car --

9      A     Yes.

10     Q     -- the car that Mr. Riley was driving was in

11 fact a Tesla S sedan.  Correct?

12     A     Yes.

13     Q     Prior to May 8th of 2018, had you been in

14 that car with Barrett often?

15     A     Yes.

16     Q     Was it your understanding that this was a

17 car that -- I'll use the word designated -- that was

18 designated as his by his family so he would be in the

19 same car at all times?

20     A     I'd say so, yeah.  They didn't like -- I

21 mean, sometimes he would just drive the other cars.

22 But that one was the one he tended to drive the most

23 by far.

24     Q     It's also been my understanding that the

25 family, the Riley family, had quite a few Teslas.

```
 1              MS. PRIMUS:  Object to form.

 2       A    Yes.

 3       Q    (By Mr. Corboy)  Do you know -- do you know

 4  anything about that?

 5       A    Yes.  Yes, they did.

 6       Q    And what's the -- what is the answer?

 7       A    Yes, they -- they had multiple Teslas.

 8       Q    Okay.  As of May 8th of 2018, how many

 9  times -- and I guess I'm -- I'm guessing you can sort

10  of guesstimate -- how many times you had driven with

11  Barrett Riley?

12              MS. PRIMUS:  Object to form.

13       Q    (By Mr. Corboy)  You can answer.

14       A    Almost every day.  I'd say six days a week

15  for years.

16       Q    Okay.

17       A    Yeah.

18       Q    Did you -- did the two of you drive to

19  school together?

20       A    No.  But we typically -- we -- we always

21  somehow kind of found each other like after school,

22  whether it was going to work-out together.  Sometimes

23  we had -- we did rowing together before he stopped

24  doing that.

25              So just we -- we always kind of just found
```

```
 1    each other, like somehow we'd just like meet up,

 2    whatever.

 3         Q    Fill in the blanks with the names of all the

 4    other of your buddies that the group of you would hang

 5    out with.

 6         A    Um, myself, Barrett Riley, Edgar Monserratt,

 7    Beckton Peddy, Eli Lenner.  Those are just our kind of

 8    a -- a little group, I guess.

 9         Q    Okay.  We have been led to believe that

10    the -- the -- the tragedy that occurred was between

11    the hours of 6:30 and 6:45 in the afternoon.

12              Does that sound right?

13         A    That sounds right.  While I don't know the

14    exact time, but that sounds right.

15         Q    Had you been with Barrett and Edgar earlier

16    that afternoon?

17         A    Yes, at the Galleria.

18         Q    Yeah, you mentioned at the Galleria.

19              And then at some point I have to believe

20    that three of them got into Barrett's car, and then

21    you got into your car?

22         A    Yes.

23         Q    Was there an intended destination --

24    destination when you were planning to leave the

25    Galleria?
```

Page 17

```
 1      A    I -- I believe it was Barrett's house.
 2      Q    Okay.
 3      A    I'm 90 percent sure it was Barrett's house.
 4      Q    Anything in particular you had planned to do
 5  at Barrett's home?
 6      A    What we always did, hang out.  I don't know,
 7  we just kind of hung out sort of thing.
 8      Q    That's no -- that's -- that's all right.
 9  That's okay.
10           From the Galleria to your -- to Barrett's
11  home, would you usually use -- or would you have been
12  expected to take the same route as Barrett?
13      A    Yes.
14      Q    Okay.  And who was leading the way, do you
15  remember?  Was it you in your car, or was it Barrett
16  in his car?
17           MS. PRIMUS:  Object, form.
18      Q    (By Mr. Corboy)  When you left the Galleria.
19      A    It was myself in -- in front of everyone.
20      Q    Okay.  And, again, what's the name -- who
21  was -- was in your car with you?
22      A    No one.
23      Q    Just -- okay.
24           Was there a reason why you were driving by
25  yourself and there were three people in Barrett
```

```
 1   Riley's car?
 2        A    To be frank, because I have a Honda Civic
 3   and Barrett's driving around in this cool ass Tesla.
 4        Q    I got it.
 5             Okay.  Now, would -- getting on Seabreeze
 6   going south, would that have been the intended route
 7   that you were going to use to get to Barrett's home
 8   once you left the Galleria?
 9        A    Seabreeze.
10             Yes.  Yes.
11             Well, no.  To -- to Barrett's house, yeah.
12        Q    Yeah, to Barrett's home from the Galleria.
13        A    Yeah.
14        Q    All right.  Now, at some point we've been
15   told that while you were driving south on Seabreeze
16   you were passed by Barrett's car.
17             Does that make sense?
18             MS. PRIMUS:  Object, form.
19        A    Yes.
20        Q    (By Mr. Corboy)  Okay.  The accident that
21   took place, the tragedy in this case took place in
22   approximately the 1300 block of South Seabreeze.
23   Using that as a point of reference, do you know when
24   Barrett driving his car first passed you?
25        A    No, that -- that kind of point of reference
```

 1    doesn't really help me.  It's just at that turn.

 2         **Q    Okay.  I'm going to show you what we have**

 3    **marked as --**

 4              MR. CORBOY:  Zane, what exhibit will we --

 5         will we make this?

 6         A    Okay.  I don't know how to make your screen

 7    bigger.

 8              MR. CORBOY:  Okay.  Hold on, we'll get it.

 9              MS. PRIMUS:  Just do -- are you going to do

10         a share screen?

11              MR. CORBOY:  I'm here in Chicago.  I'm

12         leaving the technology of this with Zane.

13              MR. GOLDBERG:  Well --

14         A    Um --

15              MR. GOLDBERG:  Hold on, Adam, one second.

16         A    Sure.

17              MR. GOLDBERG:  Just on behalf of Adam, I --

18         I want to make sure either the exhibits are put

19         on the share screen, but more often what I'm used

20         to is they're sent to the chat room so he can

21         actually see it on his computer.

22              MR. CORBOY:  Sure.  Whatever is easiest for

23         you.  That's great.

24              MR. GOLDBERG:  The chat room would be

25         better.  And he knows -- I -- before the depo he

```
 1        knows how to download an exhibit from the chat
 2        room.  I went over that with him.  So if we could
 3        do that, that would be great.
 4             I don't know, Zane, if you're able to send
 5        it through.
 6             You're on mute, Zane.  Sorry.
 7             MR. CORBOY:  Zane.
 8             MR. BERG:  Yeah.  Let me do that here.  Just
 9        hang on one second.
10             MR. CORBOY:  Okay.  Okay.
11             MR. GOLDBERG:  Thank you.
12             And, Adam, you recall the -- the chat icon
13        at the bottom.
14        A    Yes.
15             MR. GOLDBERG:  Yes.
16             When he sends it through, open up the chat
17        window, then the PDF will appear.  And it will
18        either say open or download, and you can pick
19        either.  But it will come up better on your
20        screen that way.  All right.
21        A    Yep.
22             MR. GOLDBERG:  Okay.
23             MR. BERG:  The only thing, I think it's
24        only -- George -- George, though the
25        videographer, I think it's only letting me chat
```

1       with you.  I can't chat with everybody.

2            THE VIDEOGRAPHER:  I don't see anything here

3       as far as the chat goes from me, to be honest

4       with you.

5            MR. BERG:  Let's see.

6            MR. CORBOY:  The icon will be at the bottom

7       of your screen, but you have to move the arrow on

8       to the screen to activate it.

9            MR. GOLDBERG:  It's -- it's the participant.

10           MR. BERG:  Well, I see the chat.  It's just

11      only letting me chat with Steve.

12           Yeah, I don't know why that's not working.

13           MR. CORBOY:  Adam, who is in the room with

14      you?  It's just the videographer?

15           THE VIDEOGRAPHER:  No, the videographer is

16      by himself.

17           MR. CORBOY:  Oh, okay.

18           MR. BERG:  But I think -- are -- George, are

19      you the host, though?  Do you have control over

20      who can chat?

21           THE VIDEOGRAPHER:  I'm not sure about the

22      chat part.

23           I've let the -- I've let multiple people

24      share the screen.  So if you are going to share

25      the screen with -- you know, it would pop up

Page 22

```
 1       with -- you know, with Adam still.
 2            Now, I still see that.  I see a private
 3       chat.
 4            MR. BERG:  Yeah.
 5            THE VIDEOGRAPHER:  I just saw that come in
 6       from Zane Berg.
 7            MR. BERG:  Right.
 8            THE VIDEOGRAPHER:  Privately.  Right.
 9            MR. BERG:  Right.  Nothing on it.  I can
10       only -- it's not letting me attach anything.
11            THE VIDEOGRAPHER:  Right.
12            I see that you shared a chat.  But that's
13       it.
14            MR. BERG:  I'm not sure how to make it so I
15       can share it with everybody.
16            THE VIDEOGRAPHER:  Are you able to post it
17       to -- to your monitors so that you can share the
18       screen?
19            MR. BERG:  Yeah.
20            No, I can do -- I can do that.  But see what
21       that --
22            (Overtalk.)
23            THE VIDEOGRAPHER:  I've allowed every -- you
24       know, different people to share the screen.
25            So if you share your screen, it will pop up.
```

1          MR. BERG:  Yeah, I can do that.  I just

2      don't know about -- the chat's not really

3      working.

4          THE VIDEOGRAPHER:  See, there it is.  Now I

5      see.  There we go.

6          MR. CORBOY:  Perfect.

7          MR. BERG:  Sure.

8          But how do I share -- how do I share that so

9      everybody can have it?

10         MR. CORBOY:  Well, for what it's worth,

11     Zane, this is Flip, I have it.

12     A    Yeah, I have it.

13         MS. CRUZ:  You're sharing it, Zane.  We can

14     see it.

15         MR. BERG:  Okay.

16         MR. GOLDBERG:  Yeah.  I think the -- the

17     question is, though, for later in use, we'd like

18     to have a copy of the exhibits.  I think -- I

19     don't know if any other counsel does.

20         Just sharing it doesn't make the best

21     record.  But that's up to you all.

22         MR. BERG:  Yeah, we're going to mark --

23         MR. GOLDBERG:  I'd like a copy at some

24     point.

25         MR. BERG:  Of course.  It's going to be

Page 24

```
 1        marked and provided to the court reporter for
 2        attachment to the transcript.
 3             MR. GOLDBERG:  Okay.
 4             THE VIDEOGRAPHER:  And it's being recorded
 5        on video, as well.
 6        Q    (By Mr. Corboy)  Okay.  Now, the most
 7   important person is Adam.  Does he have a copy of it
 8   in front of him, as well?
 9        A    I can see it on my screen, yes.
10        Q    Okay.  If I were to tell you that is
11   Seabreeze Boulevard in Fort Lauderdale at or near the
12   scene of the tragedy, would you agree with me?
13        A    Yes.
14             MS. CRUZ:  Objection to form.
15             MS. PRIMUS:  Join.
16        A    Yes.
17        Q    (By Mr. Corboy)  Okay.  And does this tell
18   you where the scene is where you eventually came upon,
19   after being passed by Barrett, of the car, the Tesla
20   he was driving?
21             MS. PRIMUS:  Object to form.
22        A    Yes.
23        Q    (By Mr. Corboy)  All right.  Now, looking --
24   going towards the top of the screen, that is
25   southbound Seabreeze.  And so obviously looking down
```

1   on the photo --

2          MR. CORBOY:  Which is Exhibit Number what,

3      Zane?

4          MR. BERG:  This will be Exhibit Number 1.

5          MR. CORBOY:  Thank you.

6          (The aerial photo was later marked

7      Plaintiff's Exhibit 1 for Identification.)

8      **Q     (By Mr. Corboy)  -- would obviously be**

9   **northbound.  Correct?**

10     A    Yes.

11     **Q     Okay.  Now, this being what we just talked**

12  **about, how far north on South Seabreeze were you when**

13  **Barrett Riley passed you?**

14     A    Um, well, I mean, you see that -- you see

15  that little -- the little bend there.  I was like

16  right before that turn.  I was like about to make that

17  turn.  And then he passed me in that like -- kind of

18  went through that like middle lane a little bit.

19     **Q     Okay.  Right there.**

20          **Okay.  You -- is -- is the -- where you were**

21  **passed by Barrett visible on this photo?**

22     A    Yeah.  I'd say about the white car.  The

23  white car there.

24     **Q     You're controlling the -- I believe you're**

25  **controlling the arrow.  Right?**

```
 1      A     The --

 2            MR. BERG:  I'm controlling it.  But I think

 3      that Mr. Cohen --

 4            MR. CORBOY:  Oh, you are.

 5            MR. BERG:  -- can if -- if he would like to.

 6            MR. CORBOY:  Okay.  Is there a way of doing

 7      that technologically?

 8      A     Once again, just -- just you see the white

 9  car, that's about where he just passed me.  I was

10  obviously driving southbound, not northbound.  But

11  that white car is about where he passed me.

12      Q     (By Mr. Corboy)  Okay.  The one that looks

13  like it's almost right in the middle of the photo?

14      A     Yes, sir.

15      Q     Okay.  And when you were passed, which lane

16  of Southbound Seabreeze were you, the curb lane or the

17  sidewalk lane, I'm -- or the inner lane?

18      A     I'm not sure.

19      Q     Okay.  He passed you on your left or on your

20  right?

21      A     On my left.

22      Q     And what was the speed limit there, do you

23  know or remember?

24      A     My guess is 25.

25            MS. PRIMUS:  Object, form.
```

1    **Q    (By Mr. Corboy)   Okay.   And how fast were**
2    **you going when you were passed by Barrett?**
3    A    Once again, my guess is 30.
4    **Q    Okay.   And how fast --**
5         MS. PRIMUS:  I'm sorry -- I'm sorry to
6         interrupt you, Philip.
7         But I -- I don't know if you said in the
8         beginning to instruct him not to make any
9         guesses.  If he has a -- an idea, but he
10        shouldn't guess.
11        MR. CORBOY:  No.  I -- yeah.  But if he's
12        got an idea.  And if he doesn't have an idea,
13        then just to let us -- and we know that this is
14        all -- a lot of this is guessing at this
15        particular time.  But it's giving us a frame of
16        reference and context.
17        MS. PRIMUS:  All right.  I'm objecting to
18        form of the question.
19        MR. CORBOY:  Sure.  Okay.
20   **Q    (By Mr. Corboy)   All right.   And when you**
21   **were passed by Barrett, I presume it was on your left.**
22   **Correct?**
23        A    Yes.
24   **Q    And how fast was Barrett going when he**
25   **passed you, if you can think back upon that day?**

1   Well, let me start over.

2           How long have you had your driver's license

3   as of May 8th, 8 -- 2018?

4       A    Two years and change.

5       Q    Did you drive enough by that point in your

6   life, in May of 2018, to be able to tell how fast cars

7   were going around you?

8           MS. CRUZ:  Objection to form.

9           MS. PRIMUS:  Join.

10      A    To an extent.

11      Q    (By Mr. Corboy)  Okay.  And "to an extent",

12  do you want to fill us in a little bit about what that

13  means?

14      A    I drove a lot.  And I do think I have a

15  pretty good idea if someone's going significantly

16  faster than me.

17          That's not to say I can just look at someone

18  and put a number on it.  But --

19      Q    Okay.  So do you have any idea how fast

20  Barrett was driving his Tesla S?

21      A    He was going --

22          MS. PRIMUS:  Object, form.

23      A    He was going at least three times faster

24  than I was.

25      Q    (By Mr. Corboy)  75-ish?

Page 29

```
1              MS. CRUZ:  Objection to form.
2              MS. PRIMUS:  Join.
3       A    Around there.  I'm not sure.
4       Q    (By Mr. Corboy)  Okay.  When you had last
5  been in his presence back at the Galleria, and by your
6  testimony you've told us you were again going to
7  Barrett's house, did Barrett discuss how fast he was
8  going to drive or anything in particular that he was
9  going to do with his Tesla S?
10             MS. PRIMUS:  Object, form.
11      A    No.
12      Q    (By Mr. Corboy)  When he passed you, did
13  that come as somewhat of a surprise to you?
14      A    Yes.
15      Q    It was again 6:30, 6:45 in the afternoon.
16  That's a pretty busy time in springtime on South
17  Seabreeze, isn't it?
18      A    Yes.
19             But on that day it was not very busy at all.
20      Q    Okay.  And so when he passed you at least
21  three times going your speed, did he stay in that
22  middle lane that you talked about on your left?
23             MS. PRIMUS:  Object, form.
24      A    Just until he passed me, then he kind of
25  went a little bit back over into the --
```

```
 1       Q     (By Mr. Corboy)  Did he --
 2       A     -- over into the right side.
 3       Q     Yeah.  Did he pull into the curb lane?
 4       A     Well, he --
 5             MS. CRUZ:  Object to the form.
 6       A     He was not in a ton of -- in a ton of
 7  control at that point, I don't think.
 8             But, once again, yeah, he only stayed in
 9  that middle lane until he passed me, and then it --
10  the car kind of started going off back to the right.
11       Q     (By Mr. Corboy)  Okay.  Describe for us --
12  and the only way you can describe it, when you said
13  that he looked like he was losing control of it or had
14  lost control of it, I forget what words you used --
15             MS. CRUZ:  Objection to form.
16       Q     (By Mr. Corboy)  -- when he passed you.
17             MS. PRIMUS:  Join.
18       A     Barrett knew what -- what he was doing.  He
19  knew how to drive his car fairly well.  He -- he drove
20  fast, but he usually knew what -- what he was doing.
21             So when he took that turn really fast, he
22  was very much on the edge of his car's capabilities.
23  Like if he was going -- yeah, maybe like -- this is
24  just a guess, but like six miles an hour slower or
25  seven, it would have been a different outcome.
```

```
 1              But he was like understeering like -- as he
 2   was like skidding, skidding, and he like almost
 3   caught, but then he -- and then he didn't.  And then
 4   he instead of -- and then he kind of went from the
 5   middle, skidded a little bit on the road, almost
 6   caught, but then ended up going off.
 7        Q    (By Mr. Corboy)  When you say "going off",
 8   going off of what?
 9        A    Going up the curb, hitting the wall, and
10   then kind of spined to the other side and going to the
11   curb on the east side of the road.  So hitting west
12   side, going to the east side.
13        Q    Now, when his car, as you said, jumped the
14   curb, did you actually see that --
15        A    Yes.
16        Q    -- where you were in your car and in your
17   lane?
18        A    Yes.
19        Q    Okay.  How far ahead of your car was
20   Barrett's car, the Tesla S, when it jumped the curb?
21   And I'm talking about in distance.
22        A    I -- I don't know.  Close enough to where I
23   could see very, very clearly.
24        Q    And did -- once it jumped the curb, tell us
25   what you remember happening to the Tesla S at that
```

1    **time.**

2         A    It -- it jumped the curb.  And then it kind

3    of sideswiped the wall on the west side of the road.

4    And then it spun out.  And then it ended up -- it spun

5    out, like across the road and ended up on the curb at

6    the east side of the road on fire.

7         **Q    Adam, where the Tesla S driven by Barrett**

8    **jumped the curb, is it visible in the photo we just**

9    **showed you, and it's up -- and I think it's still on**

10   **the screen, it's Exhibit Number 1?**

11        A    I believe so, yes.

12        **Q    Okay.  Do you have control of the -- the**

13   **arrow?**

14        A    Do I?

15        **Q    I don't know.**

16        A    Um, is -- is it -- is it moving?

17        **Q    It's not.  At least it's not moving on my**

18   **screen, put it that way.**

19        A    I don't know.  I'd -- I'd -- I'd say

20   somewhere, I guess, near the end of that -- that

21   grassy patch kind of on the east side of the road -- I

22   mean, I'm sorry, on the west side of the road.  Yeah.

23             MR. BERG:  Try -- try it now, Flip.  I think

24        I just gave him control.

25        **Q    (By Mr. Corboy)  Okay.  Can you -- is that**

Page 33

1    you?  Excuse me.

2        A    Yeah, I'm moving it.

3        Q    Are you moving it?

4        A    I'm moving it.  Yep.

5        Q    Okay.  Again, show us where the -- Barrett

6    Riley's Tesla S jumped the curb as you can best

7    recall.

8        A    Yeah.  Once again, I do want to clarify.

9    This is the best I can recall.  I don't know exactly

10   where he --

11       Q    Okay.

12       A    -- falls.

13            But I'd say around there, about -- kind of

14   right here.  Yeah.

15       Q    Yeah, we see you.  And we see the arrow

16   moving.

17            So I -- I presume you have control of it.

18   Right?

19       A    Yes, sir.

20       Q    So it's only a couple of car lengths in

21   front of you.

22            Does that make sense?

23            MS. PRIMUS:  Object to form.

24       A    Maybe a tiny bit farther than that, if even

25   made that.

Page 34

```
 1        Q    (By Mr. Corboy)  Well, continuing using the
 2   arrow where you think it might -- it might have
 3   happened, as long as you seem a little bit equivocal,
 4   we like to say.
 5             MS. PRIMUS:  Object to form.
 6             MS. CRUZ:  Object to form.
 7        Q    (By Mr. Corboy)  You can answer, Adam.
 8        A    Can you -- can you repeat the question.  I
 9   don't think I quite got it.
10        Q    Sure.
11             You said -- if I remember, you said words to
12   the effect, it might even be a little farther up.
13             And if that were the case, how -- could you
14   put the arrow where it could be a little farther up
15   that you might recall where it was that the Tesla S
16   jumped the curb?
17        A    No, I said it might have been a little bit
18   farther from my car than two car lengths.
19             Yeah.  So I'd -- I'd still say around this
20   same place.  I was probably around here or so.
21        Q    Okay.  Have you -- up to that point in your
22   life, had you ever driven with Edgar -- I'm sorry,
23   with Barrett when he would do -- he would drive like
24   this --
25             MS. PRIMUS:  Object, form.
```

1    **Q     (By Mr. Corboy)  -- pass -- passing cars in**

2    **traffic and going into the middle lanes to pass?**

3         MS. PRIMUS:  Object, form.

4    A    I was with him when he would drive fast.

5    But he rarely did this stuff.

6    **Q     (By Mr. Corboy)  And by "this stuff", what**

7    **do you mean?**

8    A    You know, like take -- taking turns way too

9    fast.  Like being in that middle lane, like it's not

10   even a driving, it's just a turn lane.  Like stuff

11   like that he didn't do often.

12        He would -- he would drive fast, but he

13   wouldn't usually do stuff like this.

14   **Q     When he jumped the curb, were you of the**

15   **impression that he had lost control of the car?**

16   A    Yes.

17   **Q     Once the car jumped the curb, what happened,**

18   **the best as you can recall?**

19   A    Kind of sideswiped the -- the wall over

20   here.  And then spun out and ended up on like that

21   side on the curb there.

22   **Q     We have photographs and a lot of reports**

23   **saying that the car, once it got somewhere in this**

24   **sequence of hitting the wall on the west and then**

25   **spinning out and hitting something on the east side of**

```
 1    the road, that the car caught fire.  And by the car, I
 2    mean the Tesla S.
 3              Would you agree with that?
 4              MS. CRUZ:  Objection to form.
 5         A    To be --
 6         Q    (By Mr. Corboy)  You can answer.
 7         A    To be completely honest, the car caught fire
 8    somewhere between the time when it jumped the curb and
 9    it hit that final curb on the east side of the road.
10    When it caught fire between those two moments, I don't
11    know.
12         Q    And you saw the Tesla S go from the west
13    side of the road to the east side of the road?
14         A    Yes.
15         Q    Okay.  At some point the car came to a rest.
16    Correct?
17         A    Yes.
18         Q    Do you have a recollection or in the back of
19    your mind remember which direction, once it came to a
20    stop, the car was pointing?  And, again, we're talking
21    about the car being the Tesla S.
22         A    I am fairly sure the car ended up facing --
23    the front was facing north on the -- on the curb at
24    that final.
25              Like it -- it started off, it was obviously
```

```
 1   going southbound.  But I believe it ended up resting
 2   facing northbound.
 3        Q    Okay.  Important question.  Once you saw
 4   this series of events opening up in front of you now,
 5   because the car has jumped the curb by that point,
 6   what did you in your car do?
 7        A    I --
 8        Q    By that I mean, did you stop to pull off the
 9   road or did you drive passed the road and stop on the
10   other side of the accident, or -- as best you can
11   recall for us?
12        A    I immediately stopped, put the car in park,
13   put my flashers on, my four-way warning hazards.  And
14   then I -- and then I got out.
15             And I tried to get near the car once, but it
16   was -- it was just way -- way too hot to get -- to get
17   close to.
18             So I waited for Beckton to arrive, which he
19   did about 15, 20 seconds later after everything had
20   happened.
21             And then we went ahead and were able to
22   retrieve Alexander Berry from -- from the bushes kind
23   of near the car.
24        Q    Okay.  By the time you got out of your car
25   and went over to the Tesla S, had it caught fire?
```

```
 1      A     Yes.
 2      Q     Let me show you some photos of the scene.
 3  It's not -- I think it's pretty much right after --
 4  well, you can tell by the photo -- one of the photos
 5  that there's an ambulance already there.  So it's
 6  probably a couple minutes later.
 7              MR. CORBOY:  I will -- Zane, if we can mark
 8         this as Exhibit Number 2.
 9              MR. BERG:  Pull it away from the screen just
10         a little bit, Flip, so I can see it a little
11         better.
12              MR. CORBOY:  Okay.  Keep on backing up.
13              How's that look?
14              MR. BERG:  Okay.  Yep.  I'll -- I'll put
15         that one up.  Hang on one second.
16              MR. CORBOY:  Okay.
17              MR. GOLDBERG:  Adam, he's going to put it on
18         your screen so you'll be able to see it better.
19              MR. CORBOY:  I know these might be tough to
20         look at, Adam, and so if -- we're not in any
21         rush.  Okay.
22              MR. GOLDBERG:  And Adam remember, at any
23         time during these questions or looking at these
24         document, if you need a break, you can ask for
25         one.  Okay.
```

```
1       A    Okay.  Thanks, Marty.

2            MR. BERG:  Can you guys see that?

3       A    Yeah.

4            MR. CORBOY:  And do you have control over

5       the arrow still?

6            MR. BERG:  Let me give it to him.

7            MR. CORBOY:  Okay.

8            MR. BERG:  All right.

9            (The accident photo was later marked

10      Plaintiff's Exhibit 2 for Identification.)

11      A    Is there -- is there a question?

12      Q    (By Mr. Corboy)  Well, I just want you to

13  take a look at it and start to think about some

14  questions I'm going to ask.

15           There is a police officer evident in that

16  photo on the far right hand as we're looking at it.

17  Correct?

18      A    Yes.

19      Q    I've -- I've got to presume that means --

20      A    Yes.

21      Q    -- it has been taken sometime, five, ten

22  minutes after, however long it took the first

23  responders to get there?

24           MS. CRUZ:  Objection to form.

25           MS. PRIMUS:  Object to form.  Join.
```

```
 1      A    Yes.
 2      Q    (By Mr. Corboy)  Okay.  Now, are you visible
 3 in that photo?
 4      A    Yes.
 5      Q    Okay.  Which one?
 6           Well, if you take the arrow and put it over
 7 there.  Can I presume it's the white T-shirt, the
 8 hands up to your face?
 9      A    Yes.
10      Q    Okay.  And I think I know the answer, but
11 you have to tell us for the record.
12           Who is that that is sitting down on the
13 sidewalk right in front of you?
14      A    Alexander Berry.
15      Q    Having seen what you see in the background,
16 which is the Tesla S on fire, what was your reaction
17 to seeing -- hold on for a second.  I apologize, I'm
18 having -- I've got a lot of names in front of me.
19           What's the name of the young man behind
20 you -- or in front of you on his -- on the ground?
21      A    Alexander Berry.
22      Q    Yes.  Thank you.
23           Now, did you -- knowing that Mr. Berry had
24 been in the car earlier when you left the shopping
25 mall, were you surprised to see him out on the
```

1    sidewalk?

2         A    Yes.  Very surprised.

3         Q    Did you have -- did you have an opportunity

4    to talk to him at that time about why he's sitting on

5    the sidewalk and the others aren't?

6         A    We -- we tried, but he was -- he was

7    pretty -- at that -- at that moment he was pretty --

8    he couldn't make words.  He was just kind of making

9    noises and just kind of cowering, I don't know.  He

10   was really screwed up.  He --

11        Q    Sure.

12        A    -- couldn't even say anything.

13        Q    Makes sense.

14             Were you able to figure out from

15   observations you made at the scene on that after --

16   that evening how it was that he came to be sitting on

17   the sidewalk and while the other two young men, your

18   buddies, were in the car?

19        A    Um, yeah.  I would assume that the -- he was

20   ejected from the car somehow.

21        Q    Okay.

22             MS. CRUZ:  Objection to the form of the

23        question.

24        Q    (By Mr. Corboy)  Did he -- was he able to

25   communicate to you in any way, shape or form if he was

Page 42

1  **inject -- ejected, how it was that he was able to get**

2  **ejected?**

3          MS. PRIMUS:  Object, form.

4      A    Yeah.  I -- I went and visited him in the

5  hospital a good -- a good couple of times after

6  everything had happened.  And he says he pretty

7  much -- he said he pretty much remembered the -- the

8  initial impact, the spin a little bit, and then he

9  was -- then he just like woke -- woke up in the

10 hospital.

11         He thought that he must have been thrown out

12 the rear driver's side window -- or passenger's side

13 window.  I'm not sure which one.

14         But to be honest, I didn't see him get

15 thrown out.  He doesn't remember getting thrown out.

16 But everything does seem to point to him getting

17 thrown out of the car that way.

18     Q    (By Mr. Corboy)  Okay.  **Were you able to --**

19 **as close as you were with him at that time, were you**

20 **able to figure out what his injuries were?**

21     A    No.

22         I remember -- I mean, I -- once again, I

23 talked to him when he was at the hospital.

24         I know he had some -- I don't know, cracked

25 rib, punctured lung.  I know his leg was screwed up

```
 1   somehow, his hip bone was pretty screwed up.
 2           He got -- he got beat up pretty -- pretty
 3   bad.
 4       Q    Yeah.
 5           Was he -- was Alex Berry able to talk in a
 6   tone of voice that you'd be able to understand -- that
 7   you would be able to understand while he was sitting
 8   on the sidewalk right next to you?
 9           MR. GOLDBERG:  Objection, asked and
10       answered.
11           MR. CORBOY:  Understood.
12       Q    (By Mr. Corboy)  You can answer the
13   question.
14       A    Once again, he was pretty incoherent.  He
15   couldn't really say words.  He was just kind of making
16   noises and stuff.
17       Q    How long --
18       A    He was kind of shaking.
19       Q    How long were you on the scene -- say from
20   this photo that we just used, Number -- Exhibit Number
21   2, how long had you stayed on the scene before you
22   left?
23       A    Before I like finally like left the scene,
24   like for -- for the night?
25       Q    Finally left the scene for that evening.
```

Page 44

1      A     Rough, rough estimate here, but I'd probably

2    say two-and-a-half hours or so.

3      **Q     Wow.**

4      A     Two hours.  Yeah.

5      **Q     I can presume you probably called your**

6    **parents at some point just to let them know where you**

7    **were?**

8      A     Yeah.

9            No, they -- they actually -- they came.

10   They got there like, I don't know, maybe -- maybe an

11   hour after it happened.  They -- they couldn't even

12   find parking.  They're like -- they like parked on the

13   beach like a mile away, and they -- they ran over.

14     **Q     Did you see either Barrett's or Edgar's, any**

15   **members of their families on the scene when you were**

16   **still there?**

17     A     Members of both families.  Yeah.

18     **Q     Did you have a conversation with anybody**

19   **from either of those two families?**

20     A     Yes, I did.

21     **Q     Okay.  And, again, we're just -- we want**

22   **your best recollection of who said what and how you**

23   **answered and just the nature and extent of those**

24   **conversations.**

25            MR. GOLDBERG:  Objection.

1   Q    (By Mr. Corboy)  Let's start with the Riley

2   family.  Did you talk to Mr. and Mrs. James Riley?

3   A    I did briefly, yeah.

4   Q    Were -- and both of them arrived on the

5   scene at the same time, as to the best of -- of your

6   recol -- recollections?

7   A    I'm -- I'm not sure.  I know they both

8   arrived on the scene.  I'm not sure who came before

9   who when both arrived.

10   Q    Sure.

11   Do you remember telling either one of the

12   members or anybody within the families of the

13   Monserratt Martinez' and the Riley families what you

14   remember -- what you recalled and what you saw prior

15   to the collision, prior to the crash, prior to the

16   fire?

17   A    Yeah.  I believe -- what do you mean, prior

18   to?  You mean like everything like leading up to it?

19   Q    Well, did you -- tell us what you talked to

20   Mr. and Mrs. Riley about.

21   A    Um, once again, I -- I believe it was -- it

22   was -- it was relating to -- to the incident that

23   had -- that had just happened.  I'm not sure whether

24   it was logistics of exactly what happened or what we

25   were doing before or like the day -- I -- I'm not

Page 46

```
 1   sure.  But I know it was -- it was related to -- I was
 2   speaking to both of them related to the -- the
 3   conversation was related to the crash.
 4        Q    Did you tell them what you have told us
 5   about being passed by Barrett in the Tesla S when he
 6   passed you on the left side of your car going at about
 7   what you say is 75 miles an hour?
 8             MR. GOLDBERG:  Objection, foundation.
 9             MS. PRIMUS:  Join.
10        Q    (By Mr. Corboy)  You can answer the
11   question.
12        A    I can't recall completely.  But I -- yeah, I
13   can't recall completely.
14             But I'm -- I'm sure I did.  I mean,
15   that's -- that's what had happened.  That was what was
16   present in my mind.
17             And I doubt that I would have done it, but
18   I -- I can't recall.
19        Q    Sure.
20             How about the same question, except for the
21   Monserratt Martinez family?
22             MR. GOLDBERG:  Same objection.
23             MS. PRIMUS:  Join.
24             MS. CRUZ:  Join.
25        A    I talked to -- I talked to Edgar
```

```
 1   Monserratt -- Edgar Monserratt, II, you know, older
 2   Edgar.  And --
 3       Q    (By Mr. Corboy)  We'll call him Edgar, Sr.
 4   How does that sound?
 5       A    Okay.  I mean, the -- the --
 6       Q    As opposed to your friend, Edgar, Jr.?
 7       A    Okay.  I mean -- yeah, that's fine.
 8            Edgar, Sr., he -- I talked to him a -- a
 9   little bit more extensively about what happened, I
10   believe.  I rel -- I guess relatively the same
11   conversation I had with -- with the Riley parents.  He
12   might have asked me a couple more detailed questions.
13            But overall, kind of that same conversation
14   there.
15       Q    Do you remember any of the details of the
16   questions that Mr. Monserratt was asking?
17       A    Um, just -- not -- not exactly one question,
18   but just kind of details like -- about like what
19   happened.  He was asking if I was okay.  He -- he
20   was -- he was very, very thoughtful.  He was just --
21   he -- he just wanted to know what was going on.  And,
22   I mean, I understand that.
23            Also, is -- is there a reason this -- this
24   picture still needs to be up on the screen?
25       Q    Yeah, I don't think I'm going to use it any
```

```
 1    longer, unless -- but if somebody else wants to use it

 2    it will pop right back up again.

 3         A    That's fine.

 4         Q    Sure.

 5              Okay.  You left the scene, you think, about

 6    two hours later.  By that time had -- the Riley family

 7    members had shown up and the Monserratt Martinez

 8    family members had shown up.

 9              Had they left?

10         A    I don't think so.

11         Q    You don't know if they went to the hospital?

12         A    No, I don't -- I don't -- I don't think so.

13    I'm not sure.

14         Q    Okay.  All right.  You had a conversation,

15    it looks like, with the Fort Lauderdale Police

16    Department.  And that was included in the police

17    report in this case.

18         A    All right.

19         Q    And the name of the investigator was Kerri

20    Hagerty.

21              Does that ring a bell?

22         A    Not at all.  I know I talked to a -- a

23    female officer.

24              But, no, the name doesn't ring a bell at

25    all.
```

1      Q     Okay.   When you spoke to Kerri Hagerty --

2    and by the way, it's spelled K-e-r-r-i, so that leads

3    me to believe it's a female, as well.

4            Does that make sense?

5      A    Yes.

6      Q     Okay.   It was -- the conversation that she

7    had with you was memorialized.

8            Do you remember when the conversation with

9    Kerri Hagerty was?

10           MS. PRIMUS:   Object, form.

11           MR. GOLDBERG:   Same.

12     A    Um, not exactly.   I know it was shortly

13   after the -- it was shortly after the incident.

14     Q    (By Mr. Corboy)   Where I'm going with this,

15   was it on the scene?   Was it back at your home?   Was

16   it -- wherever it took place.

17     A    It was on the scene.

18     Q     All right.   So it was -- it's still within

19   two hours while the car was on fire.

20           MR. CORBOY:   All right.   And, Zane, can

21       you -- we'll mark this as Exhibit Number 3.   And

22       it's a part of a police report that details the

23       conversation you had with Kerri Hagerty.

24           Thank you.

25

Page 50

1              (The police report was later marked

2        Plaintiff's Exhibit 3 for Identification.)

3        A     Oh, it just went away.

4        Q     (By Mr. Corboy)  Okay.  We'll figure it out.

5   Don't worry.

6              There we go.

7              And you -- do you see where it says I made

8   contact?

9        A     Yes, sir.

10       Q     Okay.  And I can tell you at the bottom of

11  the page, if you were to scroll up, it says that the

12  person that was making the report was Kerri Hagerty.

13  And it was -- the reporting number, which is at the

14  top right there, 34-1805-072859.

15             What I'd like you to do, Adam, is to read

16  the paragraph that starts off with, I made contact

17  with witness, Adam Cohen, and then ends with general

18  hospital for treatment.  Okay.  Take your time.  And

19  when you look up, we'll know that you're finished and

20  you're ready to go.

21             MR. GOLDBERG:  Just read it -- read it to

22        yourself, Adam -- Adam, is what he's asking you

23        to do, not out loud.

24       A     All right.  Thanks.  Thanks, Marty.

25             MR. CORBOY:  And this is Exhibit Number 3.

```
 1          Okay.  Zane.
 2          A    I'm trying to move this screen, it's like
 3     all the faces is blocking some of the text there.
 4               There we go.
 5               MR. GOLDBERG:  Adam, all you need to say is
 6          when you're done reading that paragraph to
 7          yourself, just tell the counsel that you're done
 8          and he'll ask you a question.
 9          A    Oh, I'm -- I'm done reading the paragraph.
10          Q    (By Mr. Corboy)  Okay.  Can we -- can we go
11     back to having -- well, here, maybe we'll stick right
12     here.
13               All right.  You've -- you've read this.
14               And how long did it take -- how long did the
15     conversation last between you and Kerri Hagerty?
16               MR. GOLDBERG:  Objection, foundation.
17               MS. PRIMUS:  Join.
18          A    I don't know.
19          Q    (By Mr. Corboy)  All right.
20          A    I don't know.
21          Q    Okay.  Can you guesstimate?
22          A    Five minutes.
23          Q    Okay.  Did Kerri Hagerty either have a tape
24     recorder or a notebook and a pen while this
25     conversation was going on?
```

Page 52

```
 1      A    I think it was a notebook and a pen.  But,

 2   once again, I --

 3      Q    Okay.

 4      A    -- I don't remember.

 5      Q    Now, you've had a chance to digest this

 6   paragraph in the police report, which is -- at the

 7   bottom it says Page 2 of 3, starting off with, I made

 8   contact with witness, Adam Cohen, and ends with

 9   general hospital for treatment.

10           Did you disagree with anything that Kerri

11   Hagerty put into this document following the

12   conversation with you?

13           MR. GOLDBERG:  Objection, form.  Foundation.

14      Document speaks for itself.  Improper attempt to

15      refresh recollection.

16           MS. PRIMUS:  Join.

17           MR. CORBOY:  This is not a trial -- this is

18      not a trial, so that's okay.  It's called

19      discovery for a reason.

20      Q    (By Mr. Corboy)  You've had a chance to read

21   it.  Is there anything that you disagree with Kerri

22   Hagerty's notes on the conversation or her report on

23   the conversation with you?

24           MR. GOLDBERG:  Same objections.

25           MS. CRUZ:  Join.
```

Page 53

```
 1              MS. PRIMUS:  Join.
 2       A    No.
 3       Q    (By Mr. Corboy)  And how soon did you have
 4  this conversation with Kerri Hagerty prior to leaving
 5  the scene?
 6       A    Um, I think -- I think -- I think I answered
 7  that.
 8            I'm not -- I'm not exactly sure when -- when
 9  I talked to her.  I know I talked to her after it
10  happened at the scene for around five minutes.
11       Q    Okay.  You left the scene.  And where did
12  you go?
13       A    I think we all -- I think we ended up going
14  to Beckton's house.  Yeah.
15       Q    Okay.  And is Beckton also one of your
16  classmates at school?
17       A    Yeah.  He -- he was the blond kid in that --
18  in that photo.
19       Q    Okay.  Where does he go -- is he going to
20  college right now?
21       A    Yes, sir.
22       Q    Where at?
23       A    Rice University.
24       Q    I'm sorry.  Rice?
25       A    Rice.
```

```
 1        Q    Okay.  Did anybody else from the police
 2   department or any investigators ever talk to you about
 3   your recollections of that evening?
 4        A    Um, I --
 5        Q    Or what --
 6             MR. GOLDBERG:  Let me jump in and object.
 7             Can you give a time frame and be more
 8        precise with your questions?  I'm finding that
 9        the questions are relatively difficult.
10             I'm -- I'm not being critical.  But just to
11        help get Adam on point, it would help if you can
12        identify what time frame you're focusing your
13        questions on.
14             Thank you.
15             MR. CORBOY:  Sure.  Of course.
16        Q    (By Mr. Corboy)  Did -- have you ever talked
17   to anybody formally or informally from -- who
18   identified themselves as being employed on behalf of
19   Tesla?
20             MS. CRUZ:  Objection to form.
21        A    I don't -- I don't think so, no.
22             I mean, listen, those first like two weeks,
23   or not even -- like that first like week after it
24   happened was a blur.
25             But I don't -- I don't think I did, no.
```

Page 55

1      **Q    (By Mr. Corboy)   Okay.   Do you remember**

2   **giving either a formal or a quasi-formal statement to**

3   **anybody besides Kerri Hagerty about your observations**

4   **of May 8th, 2018?**

5           MR. GOLDBERG:  Again -- hold on, Adam.

6           Objection.  Just -- again for precision,

7        are -- now you're switching to ask whether he's

8        spoken to anybody else from the police department

9        or law enforcement?

10          MR. CORBOY:  I'll work my way through it if

11       you want.  I mean, I -- I tried to make it open

12       so that it could be anybody and then we could

13       hone in on that.

14          But it -- I'm -- I'm not here to try to rule

15       out the entire universe of people in the world.

16       I'm just trying to find out if and when he's had

17       any other conversations similar to the ones he

18       had with Kerri Hagerty.

19          And it could be somebody else from the Fort

20       Lauderdale Police Department.  It could be

21       somebody from what's known as the National

22       Transportation & Safety Board by the United

23       States Government.  Anybody from an insurance

24       company.

25          MR. GOLDBERG:  Well, if -- if you could --

Page 56

```
 1     if you could just assist a little bit, given the
 2     circumstances of the case and his age, and this
 3     is the first time he's being deposed.  I would
 4     ask that you frame the questions a little bit
 5     more with some particularity to help him answer
 6     with precision.  I would appreciate that.
 7          MR. CORBOY:  Well, I'm -- I would, but then
 8     you're asking me to rule out the universe of
 9     people.
10     A    Wait.  No.  No.
11          MR. GOLDBERG:  You know -- you -- you know
12     the case.  You can identify the groups of people.
13     If you want to ask a catchall after that, that's
14     fine.
15          MR. CORBOY:  Yeah, but I don't know who
16     has -- who he's talked to and who he hasn't
17     talked to.  That's the reason why we're trying to
18     narrow down -- excuse me -- we're trying to
19     narrow down so that we can find out when and
20     where and what those conversations were.
21          And by the way, I'm not asking you to talk
22     about conversations you had with the lawyer.
23     That's -- that's off the table.
24     Q    (By Mr. Corboy)  So, again, you don't
25     remember ever having a conversation with somebody that
```

 1   represented the interests of Tesla?

 2        A    I don't -- I don't think I did, no.

 3        Q    Okay.  How about anybody from an interest of

 4   the Rileys, either somebody from one of his insurance

 5   companies or one of his businesses, something like

 6   that?

 7             MS. PRIMUS:  Object, form.

 8        A    No.

 9             Once again, the -- I -- I just talked to --

10   I talked to Jim and -- and -- Mr. Riley and Mrs. Riley

11   themselves at -- at the scene a little bit.

12             But I -- I did not speak to any

13   investigators or --

14        Q    (By Mr. Corboy)  Yeah, that's what we're

15   talking about.

16        A    No.  No.

17        Q    Once you left the scene, is it fair to -- if

18   I get from your previous answers, it's fair to say

19   that this was only -- this was the only formal

20   statement you gave concerning what you saw that night

21   and what you didn't see?

22             MS. CRUZ:  Objection to form.

23             MS. PRIMUS:  Join.

24        A    A formal statement like to -- means like to

25   law enforcement or investigators.

```
 1              Some -- yeah.
 2      Q    (By Mr. Corboy)  Yeah, something like that.
 3   That's what I'm --
 4      A    Yeah.
 5      Q    Somebody -- somebody who would have
 6   memorialized it either in writing or with a tape
 7   recorder.
 8      A    Yeah.
 9      Q    Okay.  You have spent some time keeping
10   Edgar Monserratt Martinez -- I'm sorry, Edgar
11   Monserratt we'll call Edgar, Sr., in your loop of
12   friends.  Correct?
13      A    Yes.  He's -- yeah.
14      Q    He's kept up following your life and you've
15   kept up following his life since the accident.  Right?
16      A    Yeah.
17      Q    Do you know how close Edgar, Sr. and Edgar
18   were at the time of Edgar, Jr.'s demise?
19      A    Yeah.  They were super close.  Super, super
20   close.
21      Q    And it's my understanding that Edgar, Jr.
22   was bound for Babson, which is an entrepreneurial
23   college in Boston.  Correct?
24      A    Yes.
25      Q    Was Edgar excited about this next stage of
```

Page 59

1    his life?  Again, Edgar, Jr.

2              MS. PRIMUS:  Object, form.

3         A    Yeah.  He was a -- he was -- he was a little

4    bit hurt that Barrett and I were -- were going to be

5    in Indiana, but he was going to be all the way over

6    in -- in Massachusetts.

7              But he -- he was fine.  He was -- he was

8    excited.

9         Q    (By Mr. Corboy)  Yeah.

10             You know, at that -- that's a very special

11   time in -- in teenagers' lives when they're getting

12   ready to go off to college.

13             Did you guys, all three of you and others,

14   ever talk about how you were going to work to make

15   sure that all of your friendships stayed friendships

16   for the rest of your life?

17             MS. PRIMUS:  Object, form.

18        A    Yeah.  I mean, if -- if Edgar didn't get

19   into -- from my understanding, if Edgar didn't get

20   into Babson, he would -- he would have been going

21   to -- to Indiana with -- with myself, and -- and like

22   becoming a student in -- in the Kelley School of

23   Business, as well.

24             So we -- originally, there -- there was a

25   period of time we thought we were all three going to

Page 60

1    be in Indiana, with Edgar and myself at Indiana and

2    Barrett at Purdue.  And that would have been -- that

3    would have been really cool.

4              But then Edgar, we -- we knew he -- he kind

5    of really wanted to go to Babson.

6              And when he got -- when he got in, we were

7    all -- we were super happy for him.  And he was -- I

8    was with him when -- when he found out.  He was super

9    duper excited.

10             But, I mean, it was a little bit unfortunate

11   because, you know, like he wasn't going to be in

12   Indiana with the two of us.

13             But, yeah, we a hundred percent had plans to

14   stay in touch and all -- all that good stuff.

15        **Q    (By Mr. Corboy)   Okay.   What's -- what --**

16   **what are you doing with school this fall?   Are you**

17   **going to be going back to class on campus or are you**

18   **going to be doing it digitally?**

19        A    I'm living -- I'm living off campus just in

20   a house, kind of in a neighborhood in Bloomington.  So

21   I'll be there.  It's just -- it's safer for -- for my

22   family, especially with COVID and everything, to

23   just -- to not be here and be there and be able to not

24   put them at risk whenever I -- whenever I go out.

25             So the majority of my classes will be

Page 61

```
 1  online.  Maybe I'll have like a discussion section in
 2  person.
 3          But, regardless, I will be -- I will be in
 4  Bloomington, yeah, this fall.
 5      Q   Do you -- do you have any particular plans
 6  once you graduate from Indiana?
 7      A   No.  I have -- I really don't know what I'm
 8  going to do, to be honest.  I'm -- I'm going under the
 9  professional sales track.
10          MR. CORBOY:  You're no different than
11      anybody else.  Don't worry about it.
12          Okay.  I don't think I have any questions,
13      unless my colleague, Zane, does.
14          Zane, are you there?
15          MR. BERG:  Yeah, I'm here.
16          Do you want to take two -- do you want to
17      take one minute, Flip?
18          MR. CORBOY:  If necessary.  Sure.
19          MR. BERG:  Can we just pause for just a
20      moment and we can chat for a minute.
21          MR. CORBOY:  Okay.
22          MR. GOLDBERG:  What time do you want to come
23      back?
24          A VOICE:  The recording has stopped.
25          MR. BERG:  Just -- just two minutes.
```

Page 62

```
 1            (A recess was taken, after which the
 2        following proceedings were had.)
 3            MR. CORBOY:  Zane's going to ask you some
 4        questions.
 5            A VOICE:  This meeting is being recorded.
 6            MR. CORBOY:  Zane's going to ask you some
 7        questions to formalize your -- the photographs we
 8        showed you.
 9            MR. BERG:  I'm just going to ask -- I'm just
10        going to ask two questions, literally, I guess
11        when Whitney gets back on.
12            MR. CORBOY:  Okay.
13            MR. GOLDBERG:  Adam, are you ready to go?
14        A    Yeah.
15            THE VIDEOGRAPHER:  Yeah, we're recording
16        right now.
17            MR. BERG:  Okay.  Back on the record.
18                      DIRECT EXAMINATION
19        Q    (By Mr. Berg)  Adam, I'm just going to ask
20    you two question about two of the photographs that
21    were shown to you.  Okay.
22            All right.  Exhibit Number 1 that was shown
23    to you was that aerial photograph.
24            Do you recall that one?
25        A    Yeah.
```

Page 63

1       Q      Okay.  Was that photograph a fair and

2   accurate depiction of Seabreeze Boulevard and the area

3   where the crash occurred?

4       A      Yes, to my knowledge.

5       Q      Sure.

6              And Exhibit Number 2 was the photograph

7   of -- of yourself and Beckton and Alexander Berry on

8   the side of the -- you know, on the sidewalk with the

9   burning vehicle in the background.

10             Do you recall that photograph?

11      A      Yes.

12      Q      All right.  And was that photograph a fair

13  and accurate depiction of the scene, of the crash as

14  you -- as you recollect it?

15      A      Yes, it was a -- it was a picture of the

16  crash.  Yeah.

17             MR. BERG:  Okay.  Thank you.

18             MR. CORBOY:  Thanks, Adam.

19             We don't have any more questions.

20             But I think a couple of the other lawyers

21      do.  So we'll sit back and listen.

22             MS. PRIMUS:  Whitney, do you mind if I go,

23      or would you like to go next?

24             MS. CRUZ:  That's fine, Laurie.

25             Go ahead.

Page 64

```
 1              MS. PRIMUS:  Okay.  Thank you.
 2                   CROSS EXAMINATION
 3      Q    (By Ms. Primus)  Good morning, Adam.
 4           My name -- I introduced myself earlier.  My
 5      name is Laurie Primus.  And I represent Barrett's
 6      father, James Riley, as well as JR Corporate Services
 7      Group in this case.
 8           I just have a few follow-up questions.  I
 9      apologize if I jump around a bit.  But if you don't
10      understand any of my questions, please let me know and
11      I will attempt to rephrase it.  Okay.
12      A    All right.
13      Q    All right.  When you and the other group of
14      friends left the Galleria Mall, I believe you said
15      earlier that you were the first vehicle in that group
16      of cars?
17      A    Yeah.
18           So I -- I can't remember exactly like --
19      like who pulled out of the garage first.
20           But I know when we were on the road I was
21      first.
22      Q    Okay.  Who was the second vehicle?
23      A    Um, I know that at the time of the -- at the
24      time of the crash it was obviously Barrett passing me.
25           But I was -- like for the -- for the
```

Page 65

```
 1   majority of the ride I was just -- I was just driving.
 2   I didn't really know which one was --
 3        Q    Was Beckton driving a vehicle, Beckton
 4   Peddy?
 5        A    Yes.
 6        Q    Okay.  What vehicle was he driving?
 7        A    White BMW 5 Series.
 8        Q    I'm sorry.  A white BMW, you said?
 9        A    White BMW 5 Series.  Yeah.
10        Q    Was anybody in the vehicle with him as far
11   as you know?
12        A    No.
13        Q    Was Beckton's vehicle directly behind you
14   and then Barrett's vehicle behind Beckton when you
15   guys initially left the Galleria Mall, do you recall?
16        A    Once again, no.
17             But at the time of the -- at the time of the
18   crash it was -- well, me -- well, Barrett was behind
19   me, but obviously he was passing me.  And then Beckton
20   was about 15, 20 seconds behind.
21        Q    Okay.  At any time, if you know, between
22   leaving the Galleria Mall and the accident, was
23   Barrett's vehicle ever behind Beckton's vehicle?
24        A    I don't know.
25        Q    Okay.
```

Page 66

```
 1      A    I was -- I was driving.  I was just focusing

 2   on the road.  I was -- I was driving ahead of them.

 3   So --

 4      Q    Fair enough.

 5           Now, looking at that aerial photograph that

 6   we had seen earlier that was marked as Plaintiff's

 7   Exhibit 1, the southbound lanes -- there are two lanes

 8   southbound on Seabreeze.  Correct?

 9      A    Yes.  Before that portion of it, yeah,

10   there's two lanes.

11      Q    Okay.  And if I label the lane closest to

12   the -- the median turn lanes, the lane closest to that

13   one as Lane Number 1, and then the lane to the right

14   near the curb as Lane Number 2, I wanted to clarify

15   with you, which lane were you in when Barrett passed

16   you to your left?

17      A    Once again, I -- I believe I answered this

18   before.  But I -- I don't know.

19      Q    Okay.

20      A    I -- I don't know which lane I was in.

21      Q    That's why I wanted to clarify, I wasn't

22   sure.

23           Okay.  So when Barrett passed you on the

24   left, you could have been in the Number 2 lane and he

25   was passing you in the Number 1 lane southbound.
```

Page 67

1   Correct?

2           MS. CRUZ:  Objection to form.

3       A    No.  I -- I definitely saw him go into that

4   middle turn lane, kind of drive in there for a -- a

5   tiny bit when he was passing me.

6       Q    (By Ms. Primus)  Okay.  At what point, if

7   you know, was he in that median turn lane?  In other

8   words, was it in the process of passing you?  Did you

9   believe he was already starting to lose control at

10  that point?

11      A    No.  That was -- that was -- he was in the

12  process of -- of passing me.  And then once he like --

13  he like -- I was driving, you know, he went into the

14  median lane.  And then once he was trying to kind of

15  go back and then right himself to like make the --

16  make the turn in front of me, that's when he like lost

17  control a little bit.  So --

18      Q    When you saw Barrett passing you on your

19  left, was there an open lane between the lane that you

20  were in and the lane that he was in?

21      A    Listen, I -- I'm -- I'm really not sure.  I

22  just remember looking -- looking out my window and

23  seeing him passing me in that -- in that turn lane.

24      Q    Okay.

25      A    I'm not sure which -- which lane I was in.

Page 68

```
 1   But I just looked out of my window and I saw him kind
 2   of going across the -- the turn lane there.
 3        Q    Did you see Barrett coming up to your
 4   vehicle from behind?  This is before you saw him at
 5   your side, your left side.
 6             Did you ever see him behind you coming up to
 7   your car?
 8        A    Like right before that happened?
 9        Q    Yes.
10        A    Um, yeah, maybe -- maybe right before --
11   like right before he passed me, like I -- I caught him
12   like in my rear -- in my left side mirror.  I think I
13   saw him for like a second.  But then he was like right
14   there.  So --
15        Q    What lane -- I'm sorry.
16             Were you finished?
17        A    Yeah.
18        Q    Okay.  What lane was he in when you saw him
19   for that one second in your -- I think you said it was
20   your left mirror, left side mirror?
21        A    Yeah.
22             So I believe he was in that -- I believe he
23   was in the Lane 1, as the -- the one closer to the
24   middle.
25        Q    Okay.  So he was in the Number 1 lane for
```

1    that split second you saw him before he passed you?

2        A    Yeah.

3        Q    Okay.

4        A    Yes.

5        Q    So knowing that and testifying to that, does

6    that refresh your recollection at all as to whether at

7    that point you were in the Number 1 lane or the Number

8    2 lane southbound?

9            MS. CRUZ:  Objection to form.

10       A    No.  Because it's -- it's kind of a turn.

11   And either way, if I'm looking in the mirror, if I'm

12   in either that second lane or that first lane, I -- I

13   look in the rearview mirror and I still see him coming

14   up behind me either way.  That doesn't really change

15   anything for me.

16           Once again, I -- I just saw him coming up

17   behind.  And then I saw him in that -- in that middle

18   lane.  And that's when he was going pretty fast.

19       Q    (By Ms. Primus)  As you saw him passing your

20   vehicle, you saw him for a second before he passed you

21   and passing you, did you move your vehicle at all from

22   the lane that you were in?

23       A    No.  No, I didn't.  He -- he -- he was not

24   close to -- to hitting me or anything like that.  I

25   didn't feel at all -- at all in -- in danger or

Page 70

```
 1   anything.
 2            He, um -- he passed me, and I was like, wow,
 3   you know, there goes Barrett.
 4            But there was no -- he -- he -- I didn't
 5   have to swerve or anything.
 6            I -- I had to brake once everything happened
 7   and he started, you know, spinning.
 8            But before that when he was just passing me,
 9   no, I didn't -- I didn't have to move my car at all.
10       Q    Okay.
11       A    He didn't put me in danger.
12       Q    What I just wanted -- what my question was
13   is, did you move your car at all from your lane?  Did
14   you turn at all, swerve at all as -- as Barrett was
15   about to pass you and passing you?
16       A    No.  I think I braked a little bit just
17   because like I -- I was like, all right, he's passing
18   me, I better give him some room to like pass me.  So I
19   braked a little bit to try to let him go.
20       Q    Okay.
21       A    But that's it.
22       Q    All right.  Now, I understand that you
23   mentioned earlier that you did not see how Alex got
24   out of the car.
25            Do you know whether Alex was actually
```

```
 1    ejected from the vehicle or may have gotten out from

 2    the passenger's side of the vehicle?

 3         A    Listen, I -- I -- I didn't see it with my

 4    own eyes, once again.

 5              He -- he could have.  It seems -- it seems

 6    likely that he -- that he got ejected, but I didn't --

 7    I didn't see it with my own eyes, so I -- I can't give

 8    an accurate testimony to that.

 9         Q    Did any of the law enforcement officers or

10    any investigators -- not your attorney.  But did

11    anyone ever tell you, hey, we came to the conclusion

12    that Alex was ejected from the vehicle?

13              MS. CRUZ:  Objection to form.

14         A    No.  But -- but Alex did.  Alex told me he

15    must have been -- he must have been ejected.

16         Q    (By Ms. Primus)  Okay.

17         A    He said he was pretty sure that's what

18    happened.  So --

19         Q    All right.  Did Alex say that I don't

20    recall, I must have been ejected?  Or did he say, I

21    recall and I was ejected?

22         A    I'm not sure --

23         Q    All right.

24         A    -- to be honest.

25         Q    Looking at photographs that we have in this
```

1   case of the vehicle, it would appear that the

2   passenger door vehicle was damaged and possibly ripped

3   off during this accident.

4          Did you see anything about the passenger's

5   side door after this accident, what it looked like?

6      A    Um, yes.  I believe -- I think -- I think

7   there was like -- like a pole -- like an indent of

8   like -- of like a pole.  It looked like it had hit

9   like a pole or something.  There was like a vertical

10  like -- I don't know, indent in the -- in -- in the

11  side of the car, kind of on the passenger's side.

12     Q    All right.  Like it had almost like T-boned

13  a pole, so it kind of crunched in right in the center?

14     A    Like -- yeah.  But -- but, once again, it --

15  it was the side of the car.  So not quite like -- you

16  know, it was like a side arm collision.  Because the

17  car was spinning, and then if the car is like

18  sidewise, like the pole's like there.

19     Q    Okay.  Was the passenger door still attached

20  to the vehicle when you saw it after the accident?

21     A    I don't recall.

22     Q    Okay.

23     A    I don't.

24     Q    Did -- do you ever recall seeing that

25  passenger's side door propped up against the right

Page 73

1   **front tire at the scene?**

2       A    No, I -- I don't.  I mean, like really,

3   really small details like that are definitely too --

4   more challenging for me to remember about that day,

5   given that it was -- number one, I was not in the

6   right really state of mind to be remembering things.

7            And, number two, it was a combination of

8   that and it being over two years ago, it's really

9   tough for me to remember those small details.

10      **Q    No problem.**

11           **And I -- and I apologize that we have to ask**

12  **you these -- these questions in such detail.  We -- we**

13  **all appreciate you being here and we know it -- it**

14  **must not be easy.  So thank you for that.**

15      A    Thank you.

16      **Q    Do you know how that Tesla model, that the**

17  **door handles work, how they operate?**

18      A    Um, I know -- I know they're electric.  And

19  I know you just pull them a little bit and then like a

20  latch unhinges and the door opens.

21      **Q    Okay.  Are you familiar with that model**

22  **Tesla, that the door handles are flush against the**

23  **door and you have to either make it present itself or**

24  **it presents itself when the car is in park and certain**

25  **features?**

Page 74

```
 1              MS. CRUZ:  Objection to form.

 2         A    Yes.

 3         Q    (By Ms. Primus)  Okay.  When you attempted

 4  to approach the vehicle after the accident, which side

 5  did you try to approach the vehicle?

 6         A    Um, both -- both.  I didn't try just once.

 7  I -- pretty much I -- I tried to approach pretty much

 8  every side except for -- except for the back of the

 9  vehicle.

10              I had to get on the passenger's side of the

11  vehicle, because Beckton and I were -- Beckton kind of

12  went into a -- to retrieve Alex, and I was waiting

13  kind of five feet away from him to kind of help him

14  carry him over there.

15              So I was near the passenger's side there,

16  and that was already like really, really hot.  And

17  that was like -- that was like maybe ten -- ten,

18  11 feet from the car, and it was already like really

19  hot.

20              The front of the car obviously was just not

21  an option, it was kind of banged up.

22              And then the driver's side was also -- I

23  don't know, it was just -- there was a big fire, like

24  you -- you couldn't get super close without it just

25  being like super, super hot.  Like there was nowhere
```

```
 1    to -- yeah.
 2         Q    When you approached the vehicle for the
 3    first time, was the front-end of that vehicle fully
 4    engulfed in flame?
 5              MS. CRUZ:  Objection to form.
 6         A    I -- I don't know.  I know the vehicle was
 7    fully engulfed in flames.  It appeared to be coming
 8    from the big battery at the bottom.
 9              Yeah.  It didn't --
10         Q    (By Ms. Primus)  Were -- go ahead.
11         A    Yeah.  I'm sorry.
12              It -- it didn't appear that, I guess, the
13    front specifically was on fire.
14         Q    Were the door handles still flush against
15    the vehicle, or had the door handles presented
16    themselves or popped out, for lack of a better term?
17              MS. CRUZ:  Objection to form.
18         A    I -- I couldn't -- I couldn't really tell.
19    It was -- they were -- especially that area with the
20    door handles, it was pretty like covered in -- in
21    fire.  So I couldn't -- I couldn't really see what the
22    door handles were doing.
23         Q    (By Ms. Primus)  Did Beckton ever say
24    anything to you about trying to open the door handles
25    but he couldn't because they were flush against the
```

1    car?

2              MS. CRUZ:  Objection to form.

3        A    No.  I don't think he was able to get that

4    close to the car to -- either, to -- to even try that.

5    Neither of us were able to get close enough to touch

6    the car.

7        Q    (By Ms. Primus)  All right.  Now, you

8    mentioned that Beckton initially went over to Alex.

9              How close was Alex to the vehicle when you

10   first approached that vehicle?

11       A    So he -- he was -- he was pretty close.  He

12   was like -- I mean, the vehicle's on the curb, there's

13   the vehicle, and then the sidewalk, and then maybe a

14   couple feet and there's Alex.  He was maybe ten feet

15   from the vehicle.

16             And, once again, even getting him like

17   ten feet from the vehicle, it was -- it was pretty --

18   it was pretty damn hot.

19             And so I stayed like about ten feet away, as

20   well, but near the front of the vehicle.  Alex was

21   more towards the back of the vehicle.  Beckton went

22   and grabbed him, brought him over to me.  And then we

23   were able to bring Alex kind of away from the -- the

24   fire.

25             Because it -- the fire was like kind of like

Page 77

```
 1   spitting like some -- I don't know, flames, too.  Like
 2   it wasn't just super centered.
 3        Q    Okay.  Had you ever been around a -- a fire
 4   that hot before?
 5        A    I mean, I don't -- I don't think so.
 6             It didn't sound like a normal fire.  You
 7   know, when you -- when you light wood on fire and you
 8   have like a bonfire, like that's a -- it's a big fire,
 9   but it sounds like normal.
10             Like that -- like if you -- that -- that --
11   that fire sounded like you put like a thousand
12   blowtorches together, and it's kind of that weird like
13   breathy, like kind of artificial fire sound.  It
14   was -- it was weird.  It was like a -- it was like a
15   really, really big blowtorch, like butane almost.
16        Q    Okay.  The photograph that you were shown
17   that was marked as Plaintiff's Exhibit 2 where Alex
18   was sitting down on the sidewalk, is that the location
19   where you and Beckton put him, or is that the location
20   where you initially found him?
21        A    That's where we put him.
22        Q    Okay.
23        A    No, we found him -- he was like -- if you
24   were to like look at the car straight on, he was like
25   behind the car, like on the sidewalk.  So we had to --
```

```
 1  we had to move him away from there.
 2      Q    Okay.  Did you sit at all -- return to your
 3  vehicle at all after the accident to make any phone
 4  calls?
 5      A    I had my phone in my pocket.  I don't -- I
 6  made some phone calls.  9 -- 911, I believe I -- I
 7  was -- I like went to call 911, but I think one of the
 8  bystanders already had.
 9           I -- I think I called my parents.
10           I got a call from -- who did I get a call
11  from?  Oh, I'm not sure.  I -- I just -- like I had my
12  phone on me.  And I was -- I was -- I had gotten
13  calls.
14           But I didn't ever go back to my car really,
15  no.
16      Q    Okay.  What was your cell number at the
17  time?
18      A    954-249-7795.
19      Q    Okay.  And who was your cell carrier at the
20  time?
21      A    AT&T.
22      Q    Is it under one of your parents' names at
23  that time, in May of 2018, do you know?
24      A    I don't know.  I'm -- I'm not sure.
25           I think we have a family plan, if that
```

1    helps.

2         Q    Okay.  What's your mom and dad's name,

3    please.

4              MR. GOLDBERG:  You can give -- you can give

5         the first names, Adam.

6         A    Okay.  Deborah and Douglas.

7         Q    (By Ms. Primus)  Is Deborah D-e-b-o-r-a-h?

8         A    Yes, ma'am.

9         Q    Okay.  Thank you.

10             When you -- I -- I understand you said when

11   you left the scene of the accident you went, I think

12   you said to Barrett's -- I'm sorry, to Beckton's

13   house.  Is that right?

14        A    Yes, ma'am.

15        Q    Okay.  After that did you go to your house?

16        A    Yes.

17        Q    Did you take your car that -- that evening

18   then to your home?

19        A    No.  I don't remember who drove it, but I

20   didn't drive.

21        Q    Okay.  Did -- was your vehicle driven to

22   your house that night?

23        A    I don't -- I don't recall.

24        Q    Do you recall where your vehicle was for the

25   week after the accident?  So that would be May 8th to

```
 1    about May 15th.  Did it remain at your house other
 2    than you driving it places or --
 3         A    Yeah.
 4         Q    -- did it go somewhere else?
 5         A    Yeah.
 6              No, it was -- it was -- it was just at my
 7    house.
 8         Q    Did you ever take your car in for any sort
 9    of service or repairs within a month after this
10    accident on May 8th of 2018?
11         A    Within a month?
12              I don't believe so.  And if -- I didn't take
13    it in.  If one of -- if one of my family members did
14    take it in, it was just something routine, like oil
15    change or --
16         Q    Okay.
17         A    -- tire rotation or -- yeah.
18         Q    So was your vehicle damaged at all in this
19    accident?
20         A    No.
21         Q    No.
22              Did you ever decline to provide a sworn
23    statement to the traffic homicide investigators?
24              MR. GOLDBERG:  Objection, form.
25         A    Yeah, I -- I -- I think I already -- I
```

Page 81

1    already answered this.

2           But I don't think I gave any statements to

3    anybody.

4       Q    (By Ms. Primus)  Well, the reason -- yeah.

5           The reason I'm asking is we do have the

6    traffic homicide investigation report regarding this

7    accident.  And under witnesses and other involved

8    person it lists Adam Cohen.  And underneath it it says

9    declined providing a sworn statement.

10          That's why I was asking if you declined to

11   provide a sworn statement to homicide investigators.

12      A    Um --

13      Q    Or --

14      A    Well, yes.  Yeah, I guess I did.  I did

15   decline to give a statement.

16      Q    Okay.

17          MR. GOLDBERG:  All right.  I'm going -- I'm

18      going to object to form.  And we'll leave it at

19      that.

20      Q    (By Ms. Primus)  Yeah.  And I don't want to

21   know anything that you might have been advised or

22   talked to your counsel about.  I don't want to know

23   that.

24          I just wanted to confirm whether that's

25   accurate or not in this report, that you declined to

Page 82

```
 1   give a statement.

 2            So do you recall declining giving a

 3   statement or not?

 4       A    No, I -- I don't think so.

 5            But, once again, like within a couple days

 6   of that -- of that crash, everything was kind of --

 7   kind of a blur.  Like a bunch of people like reached

 8   out to me, like whether it was family, friends, like

 9   people trying to get information about what happened.

10            So it's -- it's not impossible that I -- I

11   was reached out to and -- and declined.  I just -- I

12   don't -- I don't know.

13       Q    Okay.  That's fine.

14            Did you post anything on social media about

15   this accident or, you know, about your friends,

16   Barrett and Edgar or Alex?

17       A    Yeah.  I -- I posted a picture of just

18   myself and -- and Barrett and Edgar.

19       Q    Okay.  Anything else about the accident, the

20   accident scene, anything like that?

21       A    No.  Nothing about -- about the accident in

22   general.  It was just a picture of the three of us in

23   memory of the two of them.  There was nothing relating

24   to the accident.

25       Q    And what social media was that on?
```

Page 83

1    A    Instagram.

2    **Q    Instagram.  Okay.**

3         **Do you recall who drove your car home to**

4    **your -- to your house that night if it wasn't you?**

5    A    One of my parents.

6    **Q    Okay.  Have you ever spoken with Beckton**

7    **since the day of the accident about what you saw, what**

8    **he saw?**

9    A    Yes.

10   **Q    Okay.  Other than what you told us here**

11   **today, because you -- you don't need to repeat it, did**

12   **you guys discuss anything else?**

13   A    Other than like everything we talked about

14   today?

15        Probably not, no.

16   **Q    Okay.  Now, you mentioned earlier that you**

17   **had been in that Tesla vehicle with Barrett driving on**

18   **numerous occasions before the accident.  Correct?**

19   A    Yes.

20   **Q    Did you ever feel unsafe while being a**

21   **passenger in a car driven by Barrett?**

22   A    I wouldn't say I felt unsafe, no.

23   **Q    Okay.  Were you ever present in the car with**

24   **Barrett when he received a speeding ticket?**

25   A    Yes.

1    **Q    Were you aware that Barrett had received a**
2    **speeding ticket before this accident occurred?**
3    A    Yes.
4    **Q    Okay.  How many times, if you know?**
5    A    I -- I know -- I know for sure he had two, I
6    think.  I think he talked about two of them he had
7    with me.  I don't know if he had more.
8    **Q    Tickets or ticket and a warning?**
9    A    Yeah, I mean, two times he's been pulled
10   over.  I think a ticket and a warning.
11   **Q    Were you aware that Barrett's parents had**
12   **instructed Tesla to put a speed limiting feature on**
13   **that vehicle which would have limited his speed to**
14   **85 miles per hour?**
15           MS. CRUZ:  Objection to form.
16   A    Yes, I was.
17   **Q    (By Ms. Primus)  How did you become aware**
18   **that that had occurred?**
19   A    Well, Barrett told me.
20   **Q    When he told you, was it your understanding**
21   **that that speed limiting feature had already been**
22   **enabled on the Tesla he was driving?**
23   A    Yes.
24           MR. GOLDBERG:  Hey, Adam, can you put your
25           hand down.

Page 85

```
 1        A    Oh, I'm -- yeah.  Sorry.

 2             MR. GOLDBERG:  There you go.

 3             Thanks.

 4        Q    (By Ms. Primus)  Were you aware that at the

 5   time of this accident that speed limiting feature had

 6   been disabled by someone at Tesla?

 7             MS. CRUZ:  Objection to form.

 8        A    Yes.

 9        Q    (By Ms. Primus)  Okay.  Do you know how --

10   well, other than speaking with your counsel, did

11   Barrett ever tell you that he had asked Tesla to

12   disable the speed limiting feature, and that they in

13   fact disabled it?

14        A    Yes.

15        Q    When did Barrett tell you that before the

16   accident occurred?

17        A    I don't know.  I -- I have no idea what time

18   frame.

19        Q    Did you tell anyone from the Riley family,

20   including Barrett's mother or Barrett's father or

21   Barrett's siblings, that Barrett had asked Tesla to

22   take that speed limiting feature off and Tesla took it

23   off?

24        A    No.

25        Q    When Barrett told you that the speed
```

1    **limiting feature had been removed from the Tesla**

2    **vehicle, did he ever say to you that his parents were**

3    **aware of that?**

4         A    Um, no.

5              But he also didn't really say that they

6    weren't aware.  He was just like, hey, man, like I --

7    I got the limiter off my car.

8              And I was like, oh, cool.  And that's pretty

9    much it.

10             He never really made it a big deal where he

11   was like, oh, like my family doesn't know or my

12   family -- he just didn't even elaborate.  He was just

13   like, I got the limiter off my car.

14        **Q    Was it your understanding from what Barrett**

15   **told you, that he was the one who asked for the speed**

16   **limiting feature to be taken off the vehicle?**

17        A    That he had asked for it to be taken off?

18             Yeah.

19        **Q    Okay.**

20        A    Yes.

21        **Q    Was it your understanding that the Tesla**

22   **vehicle that Barrett was driving was actually owned by**

23   **his father and one of his father's companies?**

24        A    I wasn't sure whose -- the name the car was

25   under.

Page 87

1          Q     Okay.  When Barrett told you that speed

2     limiting feature had been taken off of that vehicle,

3     were you in the car with him?

4          A     I -- it was either like at his house, or

5     maybe we were about to get in his car.  So probably he

6     was just -- once again, he just said like, yeah, like

7     I got -- I got my limiter off.

8                And I was like, oh, cool.  That was --

9     that's pretty much it.

10         Q     Were -- were his parents in -- in the area

11    when he told you that?  In other words, within hear --

12    earshot?

13         A     Within earshot?

14               I don't think so, no.

15         Q     Do you have any -- anything in writing, like

16    text messages or anything with Barrett about that

17    speed limiting feature, either it being on, him having

18    it taken off, anything like that?

19         A     No.

20         Q     Have you ever driven a Tesla vehicle?

21         A     Yeah, I have.

22         Q     Have you driven any of the Riley's Teslas?

23         A     Um, yeah.  Yeah, I have.

24         Q     Did you drive the Tesla that Barrett was

25    driving on the day of the accident?

```
 1       A    Um, the gray S.  I -- yeah, I -- I think
 2   I've driven that one.  Yeah.  Yes.
 3       Q    Was -- was the speed limiting feature on
 4   that when you drove it?
 5       A    Um, I've -- I've driven that car a -- I had
 6   driven that car with the -- with the limiter on and I
 7   believe before the limiter was filed, with the limiter
 8   off.
 9       Q    Okay.  Did you ever drive --
10       A    He let me drive it sometimes.
11       Q    I'm sorry.
12       A    Barrett just let me drive it sometimes.
13       Q    Do you know if his parents were aware that
14   you were driving the vehicle?
15       A    I'm not sure.
16            I think they definitely knew that I had --
17   that I had -- at least had driven it.
18            Like I -- I never took it anywhere far.  You
19   know, if we were just going somewhere very local
20   Barrett would just be like, hey, Adam, do you want to
21   drive?  And I def -- I -- I loved the car, so I was
22   like, yeah, of course.
23            But, yeah.
24       Q    Did you ever ask Jim Riley or Jenny Riley
25   permission to drive that Tesla, or was it always
```

Page 89

1   **through Barrett?**

2       A    No, I don't believe I asked them permission

3   to drive the Tesla.  I believe it was always through

4   Barrett.

5               MS. PRIMUS:  Thank you.

6               I don't think I have any further questions

7       at this time.

8               I appreciate your -- your patience with my

9       questions.

10      A    Thanks.

11                      CROSS EXAMINATION

12      **Q    (By Ms. Cruz)  Good morning, Adam.**

13      **        Again, my name is Whitney Cruz, and I**

14  **represent Tesla.  I have some questions for you.**

15  **            Before I get started, I just want to say**

16  **that I'm sorry that we have to be here under these**

17  **circumstances.  And I'm sorry for your loss.  I'm sure**

18  **this was a very, very difficult event for you.  But we**

19  **appreciate you being here.**

20      A    Thank you.

21      **Q    Where are you right now?**

22      A    I'm at home.

23      **Q    Okay.  Is that your -- your parents' home?**

24      A    Yes.

25      **Q    Okay.  Is there anyone in the room with you**

1   where you're sitting now?

2      A    No.

3      Q    I'm going to kind of jump around here a

4   little bit, and then we'll get into some more specific

5   topics.

6           We've been talking about Alexander Berry a

7   little bit today.  Is he a friend of yours?

8      A    Yeah.  A bit more of a -- a distant friend

9   now.  But I -- I just don't talk to him as much.

10          But I absolutely consider him a friend.

11     Q    Did he go to Pinecrest with you and Barrett

12  and Edgar?

13     A    No, actually.

14          I met him because he -- he rowed -- he rowed

15  at Pinecrest.  He was -- he did like the club program,

16  where kids from other schools with -- with talent

17  could -- could row at Pinecrest.  So that's how I met

18  him.

19     Q    Is that how -- if you know, is that how

20  Barrett and Edgar came to know Alex, as well, through

21  rowing?

22     A    No.  Barrett and Edgar didn't row at the

23  time.  I just -- I liked Alex, and I introduced him to

24  them.

25     Q    Okay.  How long had you known Alex prior to

1    the accident?

2        A    Prior to the accident.

3             Year and a half, maybe.  Year and a half.

4    Year and -- yeah.

5        Q    Did you keep -- how long did you keep in

6    touch with Alex for after the accident?

7        A    For the -- for the first couple of months

8    after the accident we talked pretty frequently.

9             But just, you know, being in -- being in

10   different school -- being at different schools and

11   stuff, we definitely talk -- we talked kind of less

12   frequently after that, we kind of -- kind of slowed

13   down.

14       Q    When was the last time you think you spoke

15   with him?

16       A    I'm not sure.  A -- a number of months ago.

17       Q    You talked before about the fact that you

18   have a friendly relationship with Mr. Monserratt,

19   Edgar's dad.  How -- how close is your relationship

20   with him?

21       A    Um, it's -- within the -- with -- within the

22   past -- the past months it hasn't been that close,

23   unfortunately.  And I believe a lot of that is to do

24   with this deposition, unfortunately.

25             But -- but before that, especially kind of

Page 92

1    like right after the accident and the -- probably the

2    year or so after that, very close.

3           You know, he's very just interested and

4    invested in, you know, how I'm doing in school and

5    just kind of what I've been -- what I've been doing

6    with life and just making sure I'm on track.

7           And he's a -- he's a great guy.

8       Q    And what has been different about your

9    relationship with Mr. Monserratt over the past six

10   months?

11      A    I mean, we just haven't really talked a lot.

12      Q    Okay.  Was there some point in time

13   specifically where that changed?

14      A    Um, no.  There was no -- I mean, there was

15   never any conversation between us.

16          Like I -- once again, there's never any

17   like -- I don't know if you want to call it like hard

18   feelings or whatever.  Like we just kind of just

19   stopped talking a lot.

20          Just -- and I -- once again, I have a

21   feeling it's because of this whole deposition, the

22   case just needed to be figured out.

23      Q    What do you think about your deposition or

24   this case has changed your relationship?  Why would

25   that change your relationship with Mr. Monserratt?

Page 93

```
 1          MR. GOLDBERG:  Adam, before you answer that
 2      question, let me just give you a little guidance.
 3          If you can answer the question without
 4      revealing any communications that you had with me
 5      as your lawyer, you can do so.
 6          If the answer to that question is
 7      necessarily going to involve revealing what you
 8      and I discussed, then tell her that you can't
 9      answer the question without disclosing our
10      communications.
11          Do you understand my guidance?
12      A    Yes, Marty.
13          And I -- I believe that's it.  I -- I can't
14  answer the question without revealing my
15  communications with my counsel.  So --
16      Q    (By Ms. Cruz)  Understood.
17          Have you ever had a conversation with
18  Mr. Monserratt about the lawsuit, about his lawsuit
19  against Tesla?
20      A    Um --
21          MR. CORBOY:  And the Rileys.
22      A    Not -- I'm sorry.
23          MR. CORBOY:  And the Rileys.
24      A    And the Rileys.
25          I have never had a conversation with him
```

Page 94

```
1    about his lawsuit against the Rileys.  Never.

2              MS. CRUZ:  Have you -- my question -- I'm

3         going to move to strike the answer.  It's -- it's

4         my question.  So if -- Flip, if you want to ask

5         questions later on, that's great.

6         Q    (By Ms. Cruz)  But my question was, have you

7    ever had a conversation with Mr. Monserratt about his

8    lawsuits against Tesla?

9         A    I -- I believe so.  But before the lawsuit

10   was really a -- like anything.  It was a while ago,

11   more near to the -- more near the accident.

12        Q    And what were your conversations with

13   Mr. Monserratt about his lawsuit against Tesla or the

14   potential of a lawsuit against Tesla?

15        A    It wasn't so much about the lawsuit itself.

16             I was just talking to him.  He wanted to get

17   a really good idea of exactly what had happened that

18   day.  And he just -- he said for his purposes, and if

19   there were to be a lawsuit.  He just was talking to me

20   just trying to get -- trying to get the facts

21   straight.  He just -- he wanted the truth.

22        Q    Following the accident, did you keep in

23   touch with anyone else from the Monserratt family

24   besides Mr. Monserratt?

25        A    Yes.  Occasional contact with -- with Nia
```

Page 95

1   and Edgar's -- Edgar's mom, Esperanza.

2          Unfortunately, I -- I also did fair --

3   infrequently, but still sometimes hang out with

4   Mariana, Edgar's older sister.

5       **Q    Okay.**

6       A    Um, so yeah.

7       **Q    Go ahead.  I'm sorry.**

8       A    That's -- that's it.

9       **Q    Okay.  The first person you referred to was**

10  **somebody named Nia?**

11      A    Yes.

12      **Q    Is that like N-i-a?**

13      A    I believe her full name is Stephenia or --

14  or something like that.  I'm not -- I believe -- yeah,

15  I believe it's Stephenia, but she goes by Nia.  That's

16  Edgar's younger sister.

17      **Q    Okay.  And then you referred to Edgar's mom,**

18  **Esperanza?**

19      A    Yes.

20      **Q    Okay.  And then Edgar's older sister.  And**

21  **what was her name?**

22      A    Mariana.

23      **Q    Okay.  And so you kept in touch with the**

24  **three of them for some time after the accident?**

25      A    Yes.

1      Q    **Do you still keep in contact with the three**
2  **of them today?**
3      A    I -- once again, my contact is more limited
4  with Edgar and -- Edgar, Sr. and Nia.
5      Q    **Are you and Nia still friends today?**
6      A    Um, yeah.  Nia and I, we're -- we're --
7  we're still friends.  We're still --
8      Q    **Are you friends on social media, you and**
9  **Nia, or are you actually -- like do you hang out**
10 **and -- and actually talk?**
11     A    We are -- we're -- we're friends on social
12 media.  We don't hang out and talk a ton.  I mean,
13 part of that is there's -- there's a big age gap,
14 she's four years younger than me.
15          But she is actually pretty close with my
16 little brother who's her age.
17     Q    **Okay.  Is that because they went to school**
18 **together?**
19     A    They go to school together, yes.
20     Q    **Okay.  At Pinecrest?**
21     A    Yes.
22     Q    **What about Beckton Peddy, are you still good**
23 **friends with him?**
24     A    Very.  Very good friends.
25     Q    **What about the Rileys, did you keep in touch**

1  **with the Rileys following the accident?**

2      A    I -- I kept in touch with the Rileys shortly

3  after the accident.  Yeah, shortly after I -- I did.

4      **Q    Are you -- are you still friendly with the**

5  **Rileys today?**

6      A    Unfortunately, we -- we don't speak very --

7  very much.

8      **Q    When you said "unfortunately", why did you**

9  **say that?**

10     A    Choice of words.

11     **Q    Okay.  Was there some point when you had a**

12 **falling out with the Rileys?**

13             MS. PRIMUS:  Object, form.

14     A    I don't -- I don't believe so.  I -- I just

15 had heard some -- some things that there were possibly

16 some -- just negative feelings toward Beckton and

17 myself.  And obviously that's -- that's completely

18 understandable, they lost their son, and to deal with

19 something like that must be very tough.  So, you know,

20 it -- it can -- it can affect you in different ways.

21             So I figured the best move for -- for -- for

22 myself and for the Rileys was to just maybe distance

23 myself a little bit.

24     **Q    (By Ms. Cruz)  Did these things that you**

25 **heard come from your lawyer or someone other than your**

1    **lawyer?**

2        A    Someone other than my lawyer.

3        **Q    Okay.  What types of things did you hear?**

4        A    I'm -- I -- it wasn't -- I didn't -- I -- I

5    just heard things that were -- you know, I heard that

6    there was some -- some -- maybe some negative feelings

7    towards me, some -- some resentment.  Just -- and,

8    once again, it's -- it's -- it's a feeling that's --

9    you know, it's tough because, once again, they lost --

10    they went through such -- something so -- so severe.

11            So -- and, I mean, I didn't, you know, I

12    was -- I was in the other car and I wasn't affected by

13    what happened.  And I think that alone, I guess, could

14    cause some -- some feelings of -- you know, it's --

15    just some -- some negative feelings.

16            So I -- and I -- I completely understand

17    that, once again.  It's -- like I couldn't imagine

18    going through something like -- like that family went

19    through and especially the Monserratts went through.

20            So I -- I just distanced myself a little

21    bit.

22        **Q    Understood.**

23            **Why would the Rileys resent you in regards**

24    **to the accident?**

25                MR. GOLDBERG:  Objection to form.  Calls for

1    hearsay.

2    A    Um, I -- I don't think it's a resentment

3    towards me.  I think it's just -- it was just a

4    resentment in -- in general.

5         Just, once again, the loss of a son, I

6    think.

7         I mean, you -- you're -- you seem to be kind

8    of dwelling on that a lot.

9         But it's just like a family lost one of

10   their kids.  That -- that's it.  That can cause

11   some -- some negative feelings just across the board.

12   **Q    (By Ms. Cruz)  Well, I'm just trying to --**

13   **so that the jury has an understanding of why you were**

14   **close with them after the accident, and you just -- if**

15   **you just happened to be there at that time, why there**

16   **would be resentment towards you.  And you say there**

17   **were these negative feelings.**

18   **     So I'm trying to get an understanding of**

19   **whether you know.  And I guess my question to you is,**

20   **what -- why is -- your understanding, what is the**

21   **source of the negative feelings?**

22        MR. GOLDBERG:  Objection, asked and

23   answered.

24   **Q    (By Ms. Cruz)  If you don't know, that's**

25   **fine.  But I'm just trying to get an understanding of**

Page 100

1    **that.**

2              MR. GOLDBERG:  Objection, asked and

3         answered.  And form.

4              MS. PRIMUS:  Join.

5         A    I -- once again, I -- I think -- I think I

6    answered that.

7              I think the source of the negative feelings

8    is that they -- they lost their son and I was -- I was

9    there.  And, once again, you -- you don't understand a

10   loss like that until like something happens to the

11   family.  And I could never understand how -- how that

12   must feel.

13             So it -- it could cause some negative

14   feelings.  I -- by what feelings, I'm -- I'm not sure.

15             But I just thought it was -- I thought it

16   was best to -- to distance myself, and that -- that's

17   it.

18        **Q    (By Ms. Cruz)  Were you ever friendly of any**

19   **of -- with any of Barrett's siblings?**

20        A    Yes.

21        **Q    Are -- are you today friendly with any of**

22   **Barrett's siblings?**

23        A    I don't talk to any of Barrett's siblings,

24   no.

25        **Q    Did you stop talking to Barrett's siblings**

Page 101

1   around the same time that you kind of cut off ties

2   with Mr. and Mrs. Riley?

3        A    Yes.

4        Q    Was there a specific event that precipitated

5   you -- you and the Rileys cutting off contact?

6        A    No.

7             Once again, I talked about this a lot.  No.

8   Just --

9        Q    Okay.  I want to talk a little bit now, you

10  mentioned earlier in your deposition that you were

11  previously in the car with Barrett when he got a

12  speeding ticket.

13            Do you remember that?

14       A    Yes.

15       Q    Okay.  Do you know when that was?

16       A    The exact date, no.

17       Q    Do you know how long before the accident

18  that was that you were with Barrett and he got the

19  speeding ticket?

20       A    No.

21            Yeah, I don't really know.

22       Q    Okay.  Barrett got a speeding ticket on

23  March 3rd of 2018.  That would have been about two

24  months before the accident.

25            Do you think that March 3rd, 2018, that that

Page 102

1  was the time that you were with him when he got the

2  speeding ticket?

3       A    That make -- that makes sense.  Yeah.

4            I mean, where was that speeding ticket

5  given?  Because I remember where I was.

6       Q    That's what I was going to ask you.

7       A    Okay.

8       Q    Unfortunately, I have to ask you the

9  questions and you have to answer.  So I can't -- I

10 can't answer you.

11      A    Yeah.  It was -- it was on -- on Federal,

12 kind of that airport stretch where it actually opens

13 up, it's like a real highway, going northbound like

14 between Fort Lauderdale and Hollywood.

15      Q    Which way was Barrett headed, north or

16 south?

17      A    I believe he was headed north.  I'm like

18 pretty sure.

19      Q    Okay.  Where were you all coming from?

20      A    To be honest, I -- I -- I don't know.

21      Q    Do you remember where you were going to at

22 that time?

23      A    Probably back to Barrett's house.

24      Q    Were there any other cars that were driving

25 with you all at that time?

Page 103

1    A    Um --

2    Q    **When I say that, let me clarify.  Cars with**

3    **people that you know.  Like were you driving with**

4    **other friends like you were at the time of this**

5    **accident?**

6    A    Um, I believe so.  I think my -- my older

7    brother was -- was driving in his car.  But I don't

8    think there was so much driving together.  It was just

9    like -- I think some -- I think them following us just

10   going to Barrett's house, because I don't think my

11   older brother knew where to go.  So he was just

12   following Barrett.

13        Q    **What's your older brother's name?**

14   A    Do I have to?

15        MR. GOLDBERG:  Yeah.  It's okay.  It's okay,

16   Adam.  That's fine.  You can tell -- say.

17   A    Matthew.

18        Q    **(By Ms. Cruz)  How old is Matthew?**

19   A    Matthew's 21.

20        Q    **And how old are you?**

21   A    I'm 20.

22        Q    **Is Matthew in college?**

23   A    Yes, ma'am.

24        Q    **Where does Matthew go to school?**

25   A    Florida.

Page 104

1      Q     UF?

2      A     Yes, ma'am.

3      Q     And what kind of car was Matthew driving at

4   the time that you were with Barrett when Barrett got

5   the speeding ticket?

6      A     His car.  It's a black Chevy.

7      Q     Is it a Camaro?

8      A     Yes.

9      Q     Was there anyone else that was in the car

10  with you and Barrett when Barrett was driving at the

11  time he got the speeding ticket?

12     A     I believe one of our friends.  Yeah, one of

13  our friends.

14     Q     What's the name of the friend?

15     A     Juliana.

16     Q     What's Juliana's last name?

17     A     Is that information I have to give -- give

18  out?

19           MR. GOLDBERG:  It's okay, Adam.  It's --

20        she's just asking questions about the event.

21           So if you remember it, please tell her.

22     A     Ables.

23     Q     Is that A-b-l-e-s?

24     A     Yes.

25     Q     Was anyone else in the car with you and

Page 105

1    Barrett and Juliana?

2         A    No, I don't think so.

3         Q    Was anyone else in the car with Matthew at

4    that time?

5         A    I don't believe so.

6         Q    Were there any other cars that were

7    traveling with Barrett and with Matthew?

8         A    No.

9         Q    Do you know what model Matthew's Camaro is

10   specifically?

11        A    Yeah.  It's a 2SS.

12        Q    A 2SS?

13        A    Yep.

14        Q    Does he have any modifications to the engine

15   on his Camaro or is it stock?

16        A    The whole car is completely stock.  He's got

17   some window tints, maybe.  But the whole car is stock.

18        Q    Okay.  So tell me what happened at the time

19   that Barrett got this ticket on March 3rd, 2018.

20        A    Barrett was speeding, and he got pulled

21   over.  He was going too fast, and he passed a cop

22   going really fast, and the cop pulled him over.

23        Q    You said that your -- that Matthew was

24   following Barrett at the time that he got the ticket.

25   Is that correct?

Page 106

1    A    Yes.

2    **Q    Mr. Riley gave a statement to a government**

3    **entity, and he explained his understanding of what**

4    **happened at the time that Barrett got that ticket on**

5    **March 3rd, this -- this incident that you and I have**

6    **been -- been talking about here now.  And he said in**

7    **that statement that a friend of Barrett's was in a**

8    **Camaro and passed Barrett doing 120 miles an hour and**

9    **Barrett tried to catch up to the Camaro, but then**

10   **slowed down.  And when he slowed down he saw police**

11   **lights in his rear view and he was pulled over.**

12           **Is that --**

13   A    I --

14   **Q    What did you say, I'm sorry.**

15   A    I don't recall there being any passing or

16   anything.  All -- all I remember is Barrett speeding,

17   he got pulled over.

18           I mean, there -- there was a cop there.

19           If -- if Matthew was speeding, I'm sure he

20   would have been pulled over, as well.

21           But I just -- I was sitting in the front.

22   All I remember is Barrett speeding, and he got pulled

23   over.  That's all I recall.

24   **Q    Do you -- do you remember -- do you remember**

25   **Matthew being in front of Barrett and Barrett trying**

1    to speed up in order to catch up to Matthew?

2         A    No, I don't.  I mean, that -- that Tesla

3    is -- I think is a lot faster than that -- that Camaro

4    is, regardless.

5              But, no, I don't remember Matthew being in

6    the front.

7         Q    Do you recall something different happening,

8    or do you just not recall what happened that day?

9              MR. GOLDBERG:  It's been asked and answered.

10        A    No, I just --

11             MR. GOLDBERG:  Objection.  Asked and

12        answered.

13             You can answer again.

14        A    Yeah, I just -- I was like on my phone or

15   whatever.  I looked up, I saw Barrett was speeding.

16   And then he was like, I -- I'm getting pulled over.

17             And I was, yeah, it's probably because you

18   were speeding.  I mean, there was not -- I -- I wasn't

19   really paying attention to much else.  I was just like

20   on my phone.

21             But I remember Barrett speeding, he got

22   pulled over.

23        Q    (By Ms. Cruz)  Mr. Riley, also in that -- in

24   that statement to -- to that government agency, he

25   said that Barrett had told him that he was only

 1  **traveling at 120 miles an hour for a few seconds while**

 2  **he was trying to catch up to the Camaro.**

 3           **Do you remember those facts happening on the**

 4  **day that Barrett got pulled over?**

 5       A    Once again, I don't remember anything about

 6  like the Camaro.  I didn't see a Camaro -- the Camaro

 7  in front of us.  I wasn't really looking.  But I also

 8  feel like I would have seen it if it was like in front

 9  of us.

10           But, no, he wasn't -- he wasn't sitting

11  there doing like 110, 115 for a while.  He just -- he

12  sped up for a couple seconds maybe, and then ended up

13  slowing -- slowing down.

14       **Q    Okay.  Did you --**

15       A    Um --

16       **Q    You do remember Barrett speeding up prior to**

17  **the time when he -- you know, at the time that he was**

18  **pulled over?**

19       A    Yeah.  He was -- he was going fast.

20       **Q    Well, you just said that he -- he was**

21  **speeding up and -- but he was only going that speed**

22  **for a few seconds.  So you remember that?**

23       A    Yes.

24       **Q    That speed, you're riding in the car with**

25  **Barrett, right, and you said that you rode in the**

Page 109

1   car -- I mean, how many times do you think you've

2   ridden -- rode in the car with Barrett?  Hundreds?

3       A    Yeah.

4       Q    At least?

5       A    Yeah.

6       Q    So that day when he got the ticket, you said

7   you were kind of on your phone and not really paying

8   attention, and -- and he was going however fast he was

9   going at the time.  Would those circumstances have

10  been unusual?

11             MS. PRIMUS:  Object, form.

12      A    No.  I mean, he -- he drove fast sometimes.

13  It was just kind of what he did.

14             He -- it's -- he was -- he was a skilled

15  driver.  He knew what he was doing.  He knew exactly

16  how to drive that car.  And he knew how to drive it

17  well.  But he -- he drove fast.

18      Q    (By Ms. Cruz)  So it wasn't unusual for him

19  to be driving 90, 100, 110, 120 miles an hour?

20             MS. PRIMUS:  Object, form.

21      A    No.  It's -- it's not an incredibly frequent

22  occurrence.  But definitely not unusual, no.  It's not

23  like he does it every time he drives.

24             But, yeah, it's not --

25      Q    (By Ms. Cruz)  So we -- we talked now today

Page 110

1   about two incidents where -- the first being the

2   accident and the second being when you were with

3   Barrett and he got that ticket on March 3rd.

4           And in both of those circumstances he was

5   following somebody.  One time he was following you,

6   and the other time he was following your brother,

7   Matthew, and he sped up to go around you.  So go

8   around you on the day of the incident and go around

9   Matthew in the day that he got the ticket.

10          Was that unusual?

11   A    There was -- there was no going around

12   Matthew, that I want to make clear.  There's no lane

13   switching.  There was no swerving.  There was none of

14   that.

15          He was in one lane, he sped up, and then he

16   slowed down and then we saw the lights behind us,

17   because a cop pulled him over.

18          But there was no going around.  There was

19   no, I don't think, trying to pass.  There was

20   definitely no lane switching.

21          It was just driving in a straight line.

22   Q    Okay.

23   A    Yeah.

24   Q    Fair enough.

25          Okay.  So then let me rephrase the question.

Page 111

```
 1          So I guess, then, would you agree we have
 2     two occasions where -- where Barrett was driving
 3     behind someone, on one of -- on the day of the
 4     accident it was you, on the day of the accident it was
 5     your brother, and he sped up to try to catch up with
 6     the friend who was in the car in front of him?
 7          MR. GOLDBERG:  Objection.
 8     Q    (By Mr. Corboy)  Is that fair?
 9          MR. GOLDBERG:  Objection, form.
10     A    Yeah, I don't -- I don't know if it's trying
11     to catch the friend in front of him.  I mean, it -- it
12     doesn't seem like a common theme.
13          Once again, I was going maybe 30 miles an
14     hour like on the day of the accident.  There's no
15     catching me.  Like I'm in a Honda Civic doing 30.  I'm
16     not -- it's not like someone's trying to catch me.
17     It's not like a race like.
18          Um, I think, yeah -- yeah, he was -- he was
19     behind both cars during -- during speeding -- during
20     the speeding ticket and then, obviously, the incident.
21          But I don't see a real correlation there,
22     no.
23     Q    (By Ms. Cruz)  All right.  Give me one
24     second here.  I'm going to share my screen with you.
25          MS. CRUZ:  Marty, I'm not sure if I'm going
```

Page 112

1    to be able to put my screen into a chat room

2    because I don't know how to do that.

3         So maybe let's just put it up and see if --

4    if -- if you and Adam can see it.  I think it

5    will be fine just sharing the screen.

6         MR. GOLDBERG:  Is it an exhibit you're

7    marking?

8         MS. CRUZ:  No.  Huh-uh.

9         MR. GOLDBERG:  So what's the purpose of

10   showing him if it's not an exhibit?

11        Is it to refresh his recollection?

12        MS. CRUZ:  Well -- well, you'll see.  It's

13   so that we can get some better testimony about

14   what happened here at the time of the accident

15   and because we're on Zoom and we can't be

16   together.  So you'll see.

17        But I -- I'm sharing the screen with him so

18   everyone will be able to see it.

19        MR. GOLDBERG:  All right.

20        MS. CRUZ:  I can tell you now it's just a

21   map.  This isn't anything controversial.

22        MR. GOLDBERG:  Okay.

23        MR. CORBOY:  For what it's worth, I cannot

24   seen it.  But presumably --

25        MS. CRUZ:  I -- I haven't shared it yet,

Page 113

1      Flip.  Give me a second.

2          MR. CORBOY:  Okay.  Okay.

3      **Q    (By Ms. Cruz)  Adam, can you see the map?**

4      A    No, I cannot.

5      **Q    No?**

6      A    No.

7          There you go.  Whitney Cruz is starting

8  screen sharing.

9          Yeah.  There's the map.

10     **Q    Yeah.  Okay.**

11         **Okay.  So this is a map -- this is Google**

12 **Maps.  And I'll back out here.  And I just want to try**

13 **to get a little bit better of an orientation.  I know**

14 **it's hard, we're on Zoom.  But I thought this would be**

15 **helpful.**

16         **So you see here where my curser is.  This is**

17 **the Galleria Mall.**

18     A    Yes, ma'am.

19     **Q    Right?**

20         **And that's where -- that's where you and**

21 **Barrett and Edgar were coming from on the day of the**

22 **accident.  Right?**

23     A    Yes.

24     **Q    And then I'll just take you to the end of**

25 **the path, and then we can kind of go along.**

Page 114

```
 1              But this is kind of the path you were

 2     taking.

 3              You go down here, this is A1A.

 4              And then over here in this general area, we

 5     can talk about it a little bit more, but this is going

 6     south.

 7              And in this general area is where -- where

 8     the accident occurred.  Okay.

 9        A    Yes.

10        Q    So you're at the Galleria and you -- you

11     guys come out of the Galleria, and you would have

12     turned right -- or you would have turned east on to

13     Sunrise Boulevard.  Correct?

14        A    Yep.

15        Q    Okay.  And then when you get to A1A, did you

16     turn right on A1A?

17        A    Yeah, A1A south.

18        Q    Right.

19        A    Southbound.

20        Q    South.  Okay.  Yep.

21              And so you drive around A1A.  You go down.

22              And then right about here A1A, the

23     southbound and the northbound lanes separate and you

24     kind of swing out to the west.  Right?

25        A    Yeah.  Yes.
```

Page 115

1      Q      And this was the path -- this is the path

2    that you guys took on the day of the accident?

3      A      Yeah.  Yes.  A1A -- A1A south all the way

4    down.

5      Q      Okay.  So you -- okay.  So you went all the

6    way down.

7             You go past Las Olas.  Right?

8      A      All the way down to the --

9             (Overtalk.)

10     Q      (By Ms. Cruz)  Right there, there's a

11   Quarterdeck on the corner there.

12     A      Yes.  Pass Las Olas.

13     Q      You passed that.

14            Do you know whether you stopped at that

15   light?  That's kind of a main light there at Las Olas.

16     A      Like on that day?

17     Q      Yeah.

18     A      I have no idea.

19     Q      Okay.

20     A      Yeah.  I -- I completely don't know.

21     Q      Okay.  So you continue down A1A.

22            I guess it's also called Seabreeze

23   Boulevard.  Right?

24     A      Yes.

25     Q      Kind of use the names interchangeably.

Page 116

1              Okay.  So you guys continue down A1A.

2              Did you stop anywhere between the Galleria

3     and the time of the accident?

4         A    I don't believe so.  Some stop lights.

5              We didn't -- we didn't really stop anywhere,

6     no.

7         Q    Okay.  And so you keep driving south on

8     Seabreeze or A -- A1A.

9              And then the northbound and southbound

10    lanes, they join back up right around here.  Right?

11             And then you're driving -- you're going

12    southbound, but you're driving along the beach again.

13    Right?

14        A    Yes.

15        Q    Okay.  So you go -- you go past Bahia Mar,

16    you go past the Jungle Boat -- the Jungle Queen, you

17    good past the volleyball courts.  Right?

18             And then the road starts to curve around to

19    the right or curve around to the west.  Right?

20        A    Yes.

21        Q    And so you're driving -- you're driving

22    here.  And I'm going to zoom in a little bit.

23             So you go around that first curve.  No

24    problems around the first -- this first curve here,

25    right, when you're starting to see the beach?

Page 117

```
1     A     By the -- by the Harbor Beach Marriott.  No.

2           Yeah, everything happened past that.

3     Q     Exactly.

4     A     (Overtalk) -- right here.

5     Q     Okay.  So you pass the turn where you would

6     turn left to go into Harbor Beach Marriott.

7           Still no problems.  Right?

8     A     Yes.

9     Q     Okay.  Do you know how fast the Tesla would

10    have been traveling around this time where you're --

11    where you're going past where you'd turn for the

12    Harbor Beach Marriott?

13    A     Probably the speed limit, maybe slightly

14    above.  Wasn't going fast.

15    Q     30 miles per hour?

16    A     Yeah, maybe -- maybe 35.  I mean, I was -- I

17    was in front of him.  He was coming up on me a little

18    bit, but not a lot.  And I was going like 30.  So --

19    Q     Okay.

20    A     Yeah, 35 maybe.

21    Q     Okay.  And so -- so you're travel here and

22    every -- everything is okay.

23          And then at some point between when you pass

24    the turn for the Fort Lauderdale Marriott, and I'm

25    going to show you here -- see here we're at 1313
```

Page 118

```
 1   Seabreeze Boulevard?

 2        A    Yes.

 3        Q    This is where -- according to the police

 4   report, this is where the Tesla first contacted a

 5   wall.

 6        A    Yeah.

 7        Q    And that makes sense to you?

 8        A    That makes sense.

 9        Q    Okay.  And so according to the police report

10   the Tesla first made contact with the wall here at

11   1313 Seabreeze Boulevard.

12             And this right here where this blue line

13   ends, this is 1344 Seabreeze Boulevard.

14             According to the police report this is where

15   the Tesla came to rest, right here in front of these

16   bushes in front of 1344 Seabreeze Boulevard.

17        A    Makes sense.

18        Q    That makes sense.  Okay.

19             So what I want to do, is I want to back up

20   now, and so we can talk about what happened when and

21   get a better an -- better idea.

22             So are you familiar with vehicles having

23   what's called an EDR?  That's E, as in Edgar; D, as in

24   Dan; R, as in Roman.  EDR.

25             Do you know what that is?
```

Page 119

1       A    No, I don't.

2       Q    Okay.  Are you familiar with the fact that

3   certain cars, most cars nowadays, they can record

4   speeds of the vehicle that occurred at a -- at a

5   specific place and time?

6       A    Yeah, like -- like the log.  Yeah.

7       Q    Exactly.  Okay.

8            So according to the EDR that was downloaded

9   from the Tesla, when the car was about right here --

10  so see there's -- this is the turn here that we had

11  talked about to get to the -- the Marriott, the

12  Marriott here --

13      A    Yes.

14      Q    -- and this is the turn.

15      A    Yes.

16      Q    Okay.  So about right here, 1214 Seabreeze

17  Boulevard, that's this house, the car -- the Tesla was

18  traveling at 109 miles an hour.

19           Does that make sense to you?  Is that your

20  recollection?

21      A    Yeah.

22           I mean, I -- I -- I believe Barrett had

23  made -- there -- there was a little bit of distance,

24  like maybe behind us.  So like he was behind me, but

25  he was like pretty far behind.

Page 120

```
 1              So to be honest, I didn't really know how
 2      fast he was going until he passed me.  From like --
 3      well, I knew how fast he was going, obviously, like
 4      behind me, like before any of this.
 5              But once I got like up like there where
 6      you're like pointing at, like I really didn't know how
 7      fast he was going until he passed me.
 8         Q    Okay.  This right here is 1235 Seabreeze
 9      Boulevard.  According to the EDR, the Tesla was
10      traveling at 116 miles an hour at that time.
11              Does that speed make sense to you, that
12      Bar -- that the Tesla was driving at that speed at
13      that time?
14              MS. PRIMUS:  Object to form.
15         A    Yeah.  He -- he was moving.
16         Q    (By Ms. Cruz)  Going down here, you're
17      starting to -- you're -- you're now approaching the
18      curve, right, when you're there at 1235 Seabreeze
19      Boulevard, right about here?
20         A    Yes.
21         Q    Approaching the curve.  Right?
22         A    Yes.
23         Q    And then according to the EDR, when the
24      Tesla is about in front of 1300 Seabreeze Boulevard it
25      was traveling at 108 miles an hour.
```

1          **Is that your recollection, as well?**

2          MS. PRIMUS:  Object, form.

3     A    Yes.  I mean -- well, once again, it's not

4     my exact recollection.

5          Like I saw him going fast.  He passed me,

6     and he was going really fast.  And like right before

7     he passed me, I saw him come up, like kind of, you

8     know, on my -- on the back, just like right before he

9     passed me I did catch a glimps, and he was going

10    really fast.

11         And what I remember is him just passing me

12    going very fast.  I don't know speeds.

13         But it makes sense that he was going fast

14    all through there.

15    **Q    (By Ms. Cruz)  Okay.**

16    A    Hundred plus.

17    **Q    It makes sense that at that time, starting**

18    **to go around the curve, he was going 108 miles an**

19    **hour.  Right?**

20         MS. PRIMUS:  Object to form.

21    A    Yes.

22    **Q    (By Ms. Cruz)  Okay.  This here is 1308**

23    **Seabreeze Boulevard.  According to the EDR, the Tesla**

24    **was traveling at about 96 miles an hour when it was**

25    **passing 1308 Seabreeze Boulevard.**

Page 122

```
 1            Does that correlate with your recollection

 2   of the speed of the Tesla at that time as it was going

 3   around this corner here?

 4            MS. PRIMUS:  Object, form.

 5        A    Yes.

 6        Q    (By Ms. Cruz)  Okay.  And then when the

 7   Tesla was in front of Seabreeze Boulevard, when it

 8   came into contact with the wall, right -- which you

 9   saw.  Correct?

10        A    Yes.

11        Q    -- according to the EDR, the Tesla was

12   traveling about 86 miles an hour.

13            Does that correlate with your recollection

14   of -- of how fast the Tesla would have been going at

15   that time when it made contact with the wall?

16            MS. PRIMUS:  Object, form.

17        A    Yes.

18        Q    (By Ms. Cruz)  Do you have any reason to

19   believe that the Tesla wouldn't or couldn't have been

20   going 86 miles an hour when it was in front of 1313

21   Seabreeze Boulevard and it contacted the wall?

22            MS. PRIMUS:  Object, form.

23        A    No.  He was -- he was moving.  That makes

24   sense.  He was going really fast.

25        Q    (By Ms. Cruz)  Okay.  So let's back out now,
```

1 **and I want to see if you can show me where on the map**

2 **you were when Barrett moved to the left to pass you.**

3         **So, remember, we're -- you're heading south,**

4 **right, on A1A?**

5     A   Yes.

6     **Q   So when -- go ahead, if you know.**

7     A   I -- I have -- I mean, I'm just worried that

8 this might lead to inconsistencies.  And you guys

9 provided two maps for me to point out something on.

10 And I'm worried if I -- you know, like point slightly

11 different, at a slightly different place on one map it

12 could be problematic.  And it's around the same place

13 that I already pointed out, like right kind of in the

14 middle of that curve -- in the middle of that curve

15 there.

16     **Q   Okay.  So in the middle of this curve here**

17 **or --**

18     A   In that --

19     **Q   -- in this slight curve here?**

20     A   In -- in --

21     MS. PRIMUS:  Form.

22     A   It's kind of in that general area there.

23     Listen, I -- I can't remember exactly where

24 he passed.

25     But somewhere in that general area, yes.

Page 124

1    Q    (By Ms. Cruz)  When he -- when Barrett

2  passed you, had you already driven past the turn where

3  you would turn left to go into the Fort Lauderdale

4  Marriott?

5    A    Yes.

6    Q    Okay.  So -- and Barrett -- after that --

7  that turn, which is Holiday Drive is where you turn to

8  go into Fort Lauderdale Marriott, there is a straight

9  stretch of road.  Right?  There's about three houses

10  and they're on a straight -- or four houses, and

11  they're on a straight -- straight stretch of road

12  there.

13         Do you see that?

14    A    Yes.

15    Q    On A1A?

16    A    Do you see where it says -- that A1A sign,

17  it was like somewhere after that.

18    Q    Okay.  That -- so that was going to be my

19  question.

20         Were you on this straight-away right here

21  when Barrett passed you, or do you think you had

22  already started the -- the turn?

23    A    I think I had begun the turn or maybe was

24  just about to begin the turn.  I believe --

25    Q    Okay.

Page 125

```
 1      A    -- I had begun it.  Yeah.

 2      Q    So is it fair to say that you were maybe

 3   at -- if this house is 1243 A1A, you were maybe in

 4   front of -- in front of 1243 when he passed you, or

 5   maybe in front of 1249 Seabreeze/A1A when he passed

 6   you.

 7           MS. PRIMUS:  Object, form.

 8           MR. GOLDBERG:  Same.

 9      A    I think it's safe to say that I was in front

10   of one of those houses.

11      Q    (By Ms. Cruz)  Okay.  And so he passes you.

12           How many seconds was it between when he

13   moved to the left to pass you and when he came back

14   into your lane?

15           MS. PRIMUS:  Object, form.

16      A    I don't know, maybe like a couple seconds.

17           He was just in that -- he was in that turn

18   lane, but he was just in that turn lane to pass me.

19   Then he tried to get back into the -- like in front of

20   me.

21      Q    (By Ms. Cruz)  Okay.  Do you know where the

22   Tesla was when it moved back into your lane?

23           MS. PRIMUS:  Object, form.

24      A    No.  Some -- somewhere along the turn.

25      Q    (By Ms. Cruz)  Was that -- would that be
```

Page 126

1    along this turn here?

2        A    Yes.  Somewhere along that turn.

3        Q    Okay.  So you believe that the Tesla was

4    somewhere between 11 Sylvan Lane, and how far down?

5    Further than this?  Or do you think he was between

6    this area?

7            MS. PRIMUS:  Object, form.

8        A    Between probably 11 Sylvan Lane and that

9    house with the big gray roof right there.  Like

10   somewhere between that area.  Yeah.  Between 11 and

11   12.  Yeah.

12       Q    (By Ms. Cruz)  Okay.  So you believe that --

13   that the Tesla was somewhere in between 11 Sylvan Lane

14   and 12 Sylvan Lane, which 12 Sylvan Lane, like you

15   said, has the big gray roof, when -- when Barrett lost

16   control of the Tesla.  Right?

17           MS. PRIMUS:  Form.

18       A    Yes.

19       Q    (By Ms. Cruz)  Okay.  Do you recall what

20   happened between when he lost control of the Tesla --

21   when Barrett lost control of the Tesla and when he hit

22   the wall?

23       A    Yes.

24       Q    What happened between when he lost control

25   and when he first collided -- or the Tesla first

Page 127

1    collided with the wall?

2           MS. PRIMUS:  Object, form.

3       A    I mean, I -- I feel like this has been --

4    been answered already, too.

5           But, once again, he was going too fast.  He

6    tried to make the -- make -- make this turn, but he

7    was going too fast.  He understeered, jumped the curb,

8    hit the wall going 86, I guess as the report says.

9    And then he spun out and then across the road, ended

10   up on the east side curb facing north at 1344.  And

11   the car caught fire somewhere between 1313 and 1344.

12      Q    (By Ms. Cruz)  Okay.  How many times have

13   you been in the car with Barrett or driving in another

14   car, but -- but traveling with Barrett when he's gone

15   around this curve here on Seabreeze Boulevard, the one

16   that's, you know, less than a mile from his house here

17   on A1A?

18          MS. PRIMUS:  Object, form.

19      A    Many times.  Many times.

20      Q    (By Mr. Corboy)  What im -- was it unusual

21   to see -- to see Barrett traveling at the speeds he

22   was on the day of the accident as he tried to

23   negotiate this curve here?

24      A    Yes.  Very.

25          He -- he -- I mean, once again, he drove

Page 128

1   fast, he didn't usually do that stuff.  Like that's

2   ridiculous.  He never was doing stuff like that.

3           Once again, he drove fast, but he was a

4   skilled driver, he at least knew what he was doing.

5           But this was -- no.

6           Yeah, this was just stupid.  He -- I had

7   never seen him do something like this before.

8           MS. PRIMUS:  Object, form.

9           Move to strike the comments about being

10      stupid as nonresponsive, inflammatory, without

11      basis.

12      **Q    (By Ms. Cruz)  Was it -- you said before**

13   **that it was -- it was -- it was unusual for him to, I**

14   **guess, try to pass in the middle lane like he did on**

15   **the day of the accident, but not unusual for him to**

16   **speed.  Right?**

17      A    Yes.

18           Unusual, it's -- he -- it was not unusual

19   for him to speed in a straight line.  Unusual for him

20   to speed around corners.

21      **Q    Had you spoken to Barrett or -- or anyone in**

22   **Barrett's car between the time you left the Galleria**

23   **and the time of the accident?  Did you guys talk on**

24   **the phone?**

25      A    I don't believe so, no.

Page 129

```
 1        Q    Were you texting with -- with Barrett or
 2   Alex or Edgar at any time from when you left the
 3   Galleria to when you got to Barrett's house, or
 4   when -- I'm sorry, when the accident happened?
 5        A    Yeah.
 6             No, I don't think so.  No.  I was just --
 7   once again, I was -- I was driving.  I was alone in my
 8   car.  I was just focusing on the road.
 9        Q    Do you know why Barrett tried to pass you
10   that day, on the day of the accident?
11        A    I don't know the exact reason.  But I can
12   say it was just to pass me.
13             It's not like he was going -- he was in a
14   rush anywhere.  He just wanted to pass me going fast.
15        Q    When he passed you, was -- was Ed -- was
16   anyone in his car, or was Barrett, were they looking
17   at you?
18        A    I -- I don't know.
19        Q    You said you looked over, you know, when you
20   saw the car.  So I was wondering if they were looking
21   at you, Edgar or -- or Alex or Barrett?
22        A    They were going over a hundred.  I didn't
23   see.
24        Q    Were the windows in the Tesla up or down at
25   that time?
```

1    A    I don't know.  I -- yeah, I don't know.  I

2  don't want to speculate.

3    **Q    Were your windows up or down at the time**

4  **that Barrett passed you?**

5    A    Um, I believe they were up.  I'm not

6  positive, but I believe they were up.

7    **Q    Had there been occasions -- and I'm sorry if**

8  **I asked this question, I think I asked some --**

9  **something similar but not this exact question, so**

10  **forgive me.**

11        **But had there been times when -- when you've**

12  **gone around this -- this curve here on A1A before with**

13  **Barrett and -- and he was speeding?**

14    A    No.

15        MS. PRIMUS:  Object to form.

16    A    No.

17        Well -- okay.  Maybe going 35, maybe going

18  ten, 15 over, but that's it.  Never more than ten, 15

19  over around that curve.

20    **Q    (By Ms. Cruz)  So the date of the accident**

21  **he was traveling at 110, 100 miles an hour.  But prior**

22  **to that day you never seen him go fast around that**

23  **curve than 35 miles an hour?**

24        MS. PRIMUS:  Object to form.

25    A    I'd say I never seen him go fast.  I'd said

Page 131

1  10, 15, so let's just say 40 to be safe.  I've never

2  seen him go around that curve faster than 40 miles an

3  hour, no.

4      **Q    (By Ms. Cruz)  You testified earlier that**

5  **after the accident occurred that you immediately**

6  **stopped the car -- your car and you parked it.**

7          **Do you know where you parked your car?**

8      A    I mean, I -- I didn't really park it.  I was

9  just in the -- I think I -- I was either in the right

10  lane or I pulled into the right lane near the -- near

11  the sidewalk.  I was either in that lane or I pulled

12  into that lane.  I didn't -- I'm not really sure.  I

13  just stopped kind of in the middle of that lane, got

14  out of my car.

15      **Q    The southbound lanes -- I'm sorry, I didn't**

16  **mean to cut you off.**

17      A    Yeah, stopped in -- like right in the middle

18  of that -- in that lane, the west-most lane.  Just

19  immediately slammed on the brakes, car in park,

20  hazards on, and I got out to try and go over to the

21  car.

22      **Q    The place where you parked the car, where**

23  **you stopped the car, was that before 1313 Seabreeze**

24  **Boulevard.**

25      A    Um --

Page 132

1      Q      In other words, was that -- was that north

2  of 1313 Seabreeze Boulevard, or was it someplace --

3      A      I'd say maybe -- maybe just south.  You see

4  where it says one minute right there.

5      Q      Yes.

6      A      Like maybe between 1313 and that -- and that

7  one minute little blurb right there is probably where

8  I -- where I parked.

9      Q      Okay.  So somewhere in between 1313

10  Seabreeze Boulevard and 1337 Seabreeze Boulevard you

11  parked the car in like the right hand -- like a -- a

12  bike lane or whatever that is to the right of the

13  southbound lanes.  Right?

14      A      Yeah.  I might have -- I might have just

15  been in the road, to be honest.  I might have just

16  been in the right lane, but I'm not really sure.

17          I, once again, wasn't really paying

18  attention to where I was.

19          I was somewhat off to the right.  So I just

20  stopped my car and I got out and I ran over there.  I

21  don't really remember exactly where I was.

22      Q      You said that you -- you put your hazards

23  on.  Right?

24      A      Yes.

25      Q      Were you wearing your seatbelt at the -- at

Page 133

1    this time?

2         A    Well, I stopped the car and I took it off.

3              But I was wearing it when I was driving.

4         Q    Well, that was my question.  Did you --

5         A    Yeah.

6         Q    -- take off your seatbelt?

7         A    Yes.

8         Q    Okay.  So you -- you put on -- you put the

9    car -- you slow down.  Right.  You put the car in

10   park -- or you turned the hazards on and you put the

11   car in park and you jumped out?

12        A    Yes.

13        Q    When you -- and -- and you -- did you run

14   over to the car, to the Tesla?

15        A    Yes.

16        Q    Did you see anyone else standing around the

17   car at that time, or were you kind of the first one

18   there?

19        A    I was the first one there.

20             Maybe within 30 seconds -- within 30 seconds

21   I think I saw some old guy.

22             I -- I was dialing my phone to call 911, but

23   he -- he looked at me and he like yelled over to me,

24   he was like, I called 911, like the police are on the

25   way, like -- because obviously he was -- saw the car

Page 134

1    on fire.

2              All I know is some old guy and just wearing

3    like, I don't know, T-shirt, shorts, sandals.

4        **Q    What -- tell me about what you saw when you**

5    **approached the Tesla after you -- you stopped your car**

6    **and -- and you ran over to the Tesla.**

7        A    A Tesla on fire.  And it was really banged

8    up.

9        **Q    Could you see Barrett?**

10       A    I could see their silhouettes, yeah.

11       **Q    You couldn't really see them, but you could**

12   **see their silhouettes?**

13       A    Yeah.  I -- I -- I could maybe barely make

14   out like kind of what they looked like.

15             But I saw their silhouettes for sure.  They

16   were just like there.

17             It was pretty -- it was pretty -- it was

18   actually very like apparent.  It was a little weird.

19   They were like super clear silhouettes.

20       **Q    What -- what do you mean when you say**

21   **"silhouettes"?  I'm not sure I understand what that**

22   **means.**

23       A    I mean there was -- it's what someone looks

24   like.  When you see someone in a fire, you don't see

25   them, like you just see kind of an outline of what

1    they look like.  And that's what I saw, like outlines

2    of -- of Barrett and Edgar kind of sitting there.

3         Q     And what side of the Tesla did you first

4    walk up to when you're seeing these silhouettes?

5    Where are you in relation to the Tesla?

6         A     Driver's side.

7               Tesla's sitting on the east curb, I'm coming

8    at it directly from the west at the driver's side.

9         Q     Were you on the driver's side or the

10   passenger's side?

11        A     Driver's side.  Tesla was facing north.  I

12   was coming from the west.  Driver's seat's on the left

13   side of the car.  Yeah.

14              I was -- I was coming from the driver's

15   side.

16        Q     Was there a side of the car that was up

17   against the bushes?

18        A     No.  The car was against the curb.  There

19   was a sidewalk between the car and the bushes.

20        Q     Okay.  So when you -- when you walked up to

21   the car, you were on the driver's side?

22        A     Yeah.  Coming from the road, not from the

23   sidewalk.  From the west.

24        Q     How close did you get to the Tesla at that

25   time?

```
 1      A    Close.  Maybe like five feet, six feet.

 2           And then it started -- like the fire started

 3    like spitting, so I like had to get -- it was really

 4    hot, and then it started like spitting stuff.  I don't

 5    know what it was, but I had to back away.

 6      Q    Okay.  And from that vantage point, when you

 7    were on the driver's side of the Tesla, you could see

 8    both Barrett and Edgar in the same view?

 9      A    Once again, I could make out -- I could make

10    out their silhouettes, but I could not see their

11    facial features.

12      Q    Fair to say they were not moving?

13           MS. PRIMUS:  Object, form.

14      A    No.  It -- it -- they didn't appear to be,

15    no.

16      Q    (By Ms. Cruz)  Was there ever a time -- you

17    said you were on the driver's side.  Was there ever a

18    time that you went around to the passenger's side of

19    the vehicle?

20      A    Yes, to retrieve Alex Berry.

21      Q    How close did you get to the passenger's

22    side of the Tesla?

23      A    Probably the closest, maybe eight feet.

24           Because, once again, there was the -- the --

25    the Tesla, the curb, the sidewalk, then there was the
```

```
 1   bushes.  And Alex was like kind of in the bushes a

 2   couple feet.  Like, I don't know, he was kind of under

 3   them/in them.  He started -- it -- it was weird.  But,

 4   yeah, he was -- yeah.

 5        Q    I want to show you some photos now.  And I'm

 6   just going to put them on the share screen.

 7             Can you see this photo I have up on the

 8   screen?  There's a firefighter in the right corner and

 9   like kind of a part of a fire truck or an ambulance on

10   the right -- on the right side.

11        A    Yes.

12        Q    Do you know who this person is in -- on the

13   left, they're kind of cut off on the left side of the

14   picture in a pink shirt and brown shorts?

15        A    Beckton Peddy.

16        Q    And this photo, do you see the photo now,

17   you're kind of in the center of the photo and Beckton

18   is next to you, to the -- in the photo it's to the

19   left of you.  And then to the left of him there's

20   another gentleman in a black shirt and -- and what

21   looks to be gray shorts.

22        A    Yes.

23        Q    Do you know who he is?

24        A    No idea.

25        Q    Do you see this picture now, there's the
```

Page 138

1    firefighter on the right-hand side of the picture, and

2    kind of towards the center there is a gentleman with

3    white hair and a white shirt and gray or -- or khaki

4    shorts and he's leaning over towards you.

5        A    Yes.

6        Q    Do you know who he is?

7        A    I can't remember.  I might.  But I -- I

8    can't remember who that was.

9        Q    Okay.  I'm going to show you -- this is a

10   picture from Juliana's Facebook page.

11           Do you still keep in touch with Juliana?

12       A    Yes.

13       Q    Juliana.  Okay.

14           Is she -- is she in college, as well?

15       A    She is.

16       Q    Where does she go to school?

17       A    FSU.

18       Q    Do you see the picture now that I'm showing

19   you that Juliana's in?

20       A    Yes.

21       Q    Do you know -- is -- is Juliana the girl

22   with the black hair?

23       A    No.  Juliana is the girl in the blue dress.

24       Q    Okay.  Who -- who is the girl in the red

25   dress with the long black hair?

Page 139

```
 1       A    Sabrina.

 2       Q    Do you know if -- is this a picture of like

 3   from prom or from homecoming?

 4       A    Yeah.

 5            So I think this was -- I think Juliana and

 6   Sabrina, they're good friends of ours, they were going

 7   to homecoming, they needed dates.

 8            It was prom, I think.  They needed dates.

 9            I don't -- actually don't know what it was.

10            What's the date on that, 27th of July.

11            That might be prom, I'm not sure.

12            Regardless, they needed dates.  So Barrett

13   and Edgar -- they took Barrett and Edgar.

14       Q    What's Sabrina's last name?

15       A    I -- I don't know.

16       Q    Where does -- is Sabrina in college, do you

17   know?

18       A    Yeah.

19            I don't know where she goes.  I think -- I

20   think FIU.  I'm not sure.

21       Q    Is -- who's the person on the right, all the

22   way on the right in this picture?

23       A    Barrett.

24       Q    Were Barrett and Sabrina dating?

25       A    No.  But there was some -- there was
```

Page 140

```
 1    something going on there.  There was a hundred percent

 2    something going on there.

 3            They weren't like open about it.  But there

 4    was -- yeah, there was something going on there.

 5       Q    Did Barrett have a girlfriend at the time of

 6    the accident?

 7       A    No.

 8            But, once again, I think there was -- I

 9    think this was something going on with Sabrina.

10       Q    What about in the -- like let's say year or

11    so before the accident, did Barrett have a girlfriend?

12       A    No, he didn't.

13            Sabrin -- Sabrina was one of the -- not --

14    probably not the first, but one of the first girls he

15    like actually like talked to.

16            They're -- they -- they weren't dating, but

17    I -- I had a feeling that like -- I mean, if this

18    hadn't happened, they probably would have in -- in a

19    little while.

20       Q    What about Edgar and Juliana, were they

21    dating at the time of the accident?

22       A    No.

23            Juliana is just a good friend of ours.

24            Edgar had a girlfriend.

25            At that time when everything happened, Edgar
```

Page 141

```
 1    is just taking Juliana as a friend because she needed

 2    a date.

 3         Q    Okay.  Who was Edgar's girlfriend at the

 4    time?

 5         A    Anna Suters (phonetic).

 6         Q    So Suters is -- is Anna's last name?

 7         A    Yes.

 8         Q    Like S-u-t-e-r-s?

 9         A    No.  She's -- she's Brazilian.  It's spelled

10    really weird.  It's like G-u-i something.  There's no

11    chance that I'd get it right if I tried to spell it

12    for you.

13         Q    Okay.  You said G?

14         A    Yeah.  Anna G.

15         Q    Okay.  Do you know, is -- is Anna in college

16    now?

17         A    Yeah.  She goes to Tulane.  She's a

18    sophomore.

19         Q    Kind of changing gears here, I wanted to

20    talk to you about Edgar a little bit.

21              We talked about Barrett --

22              MR. GOLDBERG:  Can you take -- I'm sorry to

23         interrupt.

24              Could you take the picture down?

25              MS. CRUZ:  Sure.
```

Page 142

1    A    Thanks, Marty.

2         MR. GOLDBERG:  Yep.

3         MS. CRUZ:  Sorry about that.

4         MR. GOLDBERG:  Adam, do you need a -- do you

5    need a break?  Are you okay?  Do you want to keep

6    going?  It's up to you.

7    A    Yeah, to be honest, I'd just kind of -- I

8  want to get through this.  I'm -- I'm fine to keep

9  going.

10        MR. GOLDBERG:  Okay.

11   **Q    (By Ms. Cruz)  So I was saying that I wanted**

12  **to talk about -- talk with you about Edgar a little**

13  **bit.**

14        **You talked before about that -- that Barrett**

15  **was a skilled driver in your opinion, but had a**

16  **tendency to drive fast.**

17        **What about Edgar, was -- did Edgar have a**

18  **tendency to drive fast?**

19   A    A little bit.  Not -- not as much as -- not

20  as much as Barrett, no.  But like, yeah, occasionally

21  he would drive fast.  But, yeah, not as much as

22  Barrett.

23   **Q    What -- did -- did Edgar have his own car at**

24  **the time of the crash?  Not with him.  I'm saying in**

25  **general did he have a car?**

Page 143

```
 1      A    Yeah.  Um, I -- like -- like kind of.  He

 2  was -- he was driving around -- he mainly drove his --

 3  his dad's cars, whatever his dad -- Edgar, Sr. really

 4  made him -- like just to let him drive his cars.

 5          So I don't think he had a car in his -- to

 6  hisself.  But, yeah.

 7      Q    What kind of cars would you see -- do you

 8  remember Edgar having -- or driving?

 9      A    Edgar drove -- he was driving his dad's M6

10  for a while.  And then his dad had a Mercedes C-Class,

11  and -- and he drove that.  Just whatever his dad had.

12          His dad just -- I think he did a lot of his

13  work from home, so it was -- it was easy to let Edgar

14  just take the car whenever he needed it.  Edgar like

15  the III, the youngest Edgar.

16      Q    Your friend Edgar.

17      A    Yes, my friend Edgar.

18      Q    Yeah.  Okay.

19          So you -- you remember Edgar driving a -- a

20  BMW M6?

21      A    Yeah.

22      Q    And the second car was a Mercedes C-Class?

23      A    Yes.

24      Q    Did Edgar and Barrett hang out as often as

25  you and Barrett did?
```

Page 144

1    A    Yeah.

2         No, Edgar, Barrett and I hung out.  Like it

3    was like the three of us, like -- like 24/7.

4         If anything, if -- if -- if anything, if

5    there were two people that spent the most time

6    together, if I had to pick two, I'd honestly say

7    Barrett and Edgar.

8         But in reality it was really me, Barrett and

9    Edgar that spent the most time together.

10   **Q    So is it fair to say that there would have**

11   **been occasions where you'd talk about, you know,**

12   **Barrett had a tendency to kind of speed and liked to**

13   **drive fast, that other than the day of the accident**

14   **there were other times that Edgar was in the car with**

15   **Barrett when he was driving fast, he was speeding?**

16        MS. PRIMUS:  Object, form.

17   A    Yes.  Yes.

18   **Q    (By Ms. Cruz)  Are you -- did -- did Edgar**

19   **ever get any speeding tickets?**

20   A    Not to my knowledge.

21        I don't know.  I don't think so.

22   **Q    Did -- did Edgar ever get in -- into any**

23   **other car accidents?**

24   A    I believe with the M6.  I don't know much

25   about it.  I know he got into a -- a crash with that.

Page 145

1    I don't know much about what happened, though.

2         Q    Do you know who was with him at the time

3    that he got into the -- that Edgar got into the crash

4    in the M6?

5         A    He was by himself.

6         Q    Are you aware of Barrett ever getting into

7    any other accidents besides this accident?

8         A    I'm -- I'm not aware.  I'm not saying he

9    hasn't gotten into any.  I'm just saying I don't know

10   that -- of any times that he has.

11        MS. CRUZ:  I don't have any other questions

12   for you right now.

13        Thank you.  I appreciate your time.

14   A    Yes.

15        MR. CORBOY:  Can we take a two-minute break?

16   A    Yes.

17        MR. GOLDBERG:  Sure.

18        A VOICE:  The recording has stopped.

19        (A recess was taken, after which the

20   following proceedings were had.)

21        A VOICE:  This meeting is being recorded.

22        THE VIDEOGRAPHER:  Back on the video.

23        MR. CORBOY:  Oh, yeah.

24        On behalf of the Monserratt family, we have

25   nothing further.

Page 146

1          MS. PRIMUS:  I do have some follow-up

2      questions for you, Adam.

3              Again, this is Laurie Primus for the Rileys.

4              CROSS EXAMINATION (Cont'd.)

5      **Q     (By Ms. Primus)  Do you still have the Honda**

6  **that you were driving on the day of the accident?**

7      A    No.  I actually -- I got rid of it a couple

8  weeks ago.  Lease ended.

9      **Q     Where did you -- who did you hand it in to,**

10 **or who did you sell it to?**

11     A    It was a lease.  So Holman Honda, in Fort

12 Lauderdale.

13     **Q     What was the name?**

14     A    Holman -- I think Holman Honda.  I'm pretty

15 sure.

16     **Q     Holman?**

17     A    Holman.  Yeah.  H-o-l-m-a-n.  It's on

18 Sunrise Boulevard just west of U.S. 1.

19     **Q     In Fort Lauderdale, I believe you said?**

20     A    Yes, ma'am.

21     **Q     Okay.  Did that Honda have any aftermarket**

22 **modifications to the engine, the muffler system, to**

23 **make it a higher performance vehicle than what was**

24 **originally stock?**

25     A    None.  No.  It was a -- it was a Touring.

Page 147

```
 1    It wasn't like a sport model.  It was just a normal
 2    stock Civic.
 3         Q     So Civic.  You said it was Touring.
 4               Was that -- is that a specific model?
 5         A     Yeah.  It was just like -- I don't know, you
 6    get leather seats and like a bigger screen and like
 7    seat heaters.
 8               It's not -- yeah, it's not performance
 9    focused.
10         Q     Was it a bigger engine, do you know?
11         A     I don't know.  That car had like
12    180-horsepower.  It wasn't much of a -- it wasn't much
13    of the speed racer.
14         Q     Okay.  At the time that Barrett had gotten
15    the speeding ticket, was Jake Shap -- Shapiro driving
16    your brother's car, the Camaro?
17         A     I actually don't know.  I -- I know it was
18    my brother's car, so I just kind of assumed my brother
19    was driving it.
20         Q     Was Jake Shapiro in Matthew's car at the
21    time of the accident?  Do you recall that?  I mean,
22    not the accident, the ticket?
23         A     Um, no, I don't -- I don't know.
24         Q     Okay.
25         A     I genuinely don't know.  I -- I thought Matt
```

Page 148

1    was driving it, because it -- it was his car.  But

2    I -- I don't know.

3        Q    What about Reagan (phonetic), Barrett's

4    sister.  Do you know -- do you know Reagan?

5        A    Yeah, I know Reagan.

6        Q    Was Reagan in Barrett's vehicle at the time

7    he got that speeding ticket?

8        A    Once again, I -- I'm not sure.  She could

9    have been.

10           I specifically remember Juliana being there.

11   I don't really remember Reagan being there.  She could

12   have been.

13           MS. PRIMUS:  All right.  Thank you.

14           I don't have any further questions.

15           MR. CORBOY:  None from us on behalf of --

16           MR. GOLDBERG:  All right.  If there -- if

17       there's -- if there's no other questions, we all

18       thank you and appreciate you being professional

19       with Adam today.

20           And he will read.  And -- he'll -- he'll

21       read the transcript and not waive.

22           MS. PRIMUS:  Thank you.

23           And thank you so much, Adam.  We appreciate

24       it.

25       A    Thanks.

Page 149

```
 1          MR. CORBOY:  Good luck in school.
 2     A    Thank you.
 3          MS. PRIMUS:  Anybody ordering?
 4          MR. BERG:  Yeah.  We have a -- we have a
 5     standing order.
 6          MR. CORBOY:  Yes.
 7          MS. PRIMUS:  Okay.  So it's being ordered.
 8          THE VIDEOGRAPHER:  Okay.  We're going to go
 9     off the video record, if that's okay.
10          MR. BERG:  Yep.
11          A VOICE:  The recording has stopped.
12     A    Is that all here?
13          MR. BERG:  Yes.  Thank you, Adam.
14          And thank you, Marty, too, for working this
15     out with me.
16          MR. GOLDBERG:  Yeah.  Have a good weekend.
17          MS. PRIMUS:  Thank you, Marty.
18     A    Thank you, guys.  Have a good weekend.
19          MS. CRUZ:  Thank you.
20          MS. PRIMUS:  Cindy, it's being ordered, so I
21     do want to get a copy of it.
22          I think Zane said he has a standing order.
23          MR. BERG:  Yes.
24          And then, Cindy, I'll shoot you over the
25     three exhibits that we used.  I'll send you an
```

Page 150

1        email.

2              MS. PRIMUS:  Yeah.  Can you email it to all

3        of us, Zane?  Would you mind?

4              MR. BERG:  Sure.

5              I'll get it out later.  It will be out today

6        at some point.

7              MS. PRIMUS:  Okay.  Great.

8              Thank you, guys.  Take care.

9              THE VIDEOGRAPHER:  Should I stop, end the

10       recording of the meeting?

11             THE REPORTER:  Yes.

12             AND FURTHER DEPONENT SAITH NAUGHT

13             STIPULATION ON READING AND SIGNING

14        It is hereby stipulated and agreed by and

15    between counsel present at this deposition and by the

16    deponent that the reading and signing of this

17    deposition is not waived.

18             (The deposition was concluded at 1:00 p.m.)

19

20

21

22

23

24

25

Page 151

1   AND FURTHER DEPONENT SAITH NAUGHT

2

3

4   _____
                 SIGNATURE OF WITNESS

5

6

7

8   STATE OF FLORIDA
    BROWARD COUNTY

9

10          SUBSCRIBED AND SWORN to before me this
    day of            , 2020, at Broward County,

11  Florida.

12

13

14  _____
    Notary Public, State of Florida at Large

15  Commission No:
    My Commission Expires:

16

17

18

19

20

21

22

23

24

25

Page 152

1                          CERTIFICATE OF OATH

2     STATE OF FLORIDA    )
                          )
3     COUNTY OF BROWARD   )

4

5              I, Cynthia R. Hewlett, Registered

6     Professional Reporter, Notary Public, State of

7     Florida, certify that ADAM COHEN, appeared before me

8     through Zoom and produced a driver license for

9     identification on the 7th day of August, 2020, and was

10    duly sworn.

11             Signed this 21st day of August, 2020.

12

13             _____

14             CYNTHIA R. HEWLETT, R.P.R.
               Notary Public, State of Florida
15             Commission No.:  GG 292478
               My commission expires:
16             March 12, 2023

17

18

19

20

21

22

23

24

25

Page 153

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA   )
                         )
3    COUNTY OF BROWARD )

4

5         I, CYNTHIA R. HEWLETT, Registered Professional

6    Reporter, do hereby certify that I was authorized to

7    and did stenographically report the videotape remote

8    deposition of ADAM COHEN; that a review of the

9    transcript was requested; and that the foregoing

10   transcript, Pages 1 through 152, is a true record of

11   my stenographic notes.

12        I further certify that I am not a relative,

13   employee, or attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorney or counsel connected with the

16   action, nor am I financially interested in the action.

17        Dated this 21st day of August, 2020, at Fort

18   Lauderdale, Broward County, Florida.

19

20   _____
     CYNTHIA R. HEWLETT, R.P.R.
21   Notary Public, State of Florida at Large
     Commission No.:  GG 292478
22   My commission expires:  March 12, 2023

23

24

25

```
 1    IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
                IN AND FOR BROWARD COUNTY, FLORIDA
 2                    CASE No.: CACE-19-000422

 3    _____

 4    EDGAR MONSERRATT, as Personal
      Representative of THE ESTATE OF
 5    EDGAR MONSERRATT MARTINEZ, Deceased,

 6                          Plaintiff,

 7    -vs-

 8    TESLA, INC., a/k/a TESLA FLORIDA,
      INC., HALSTON LOYD, JAMES B. RILEY,
 9    individually, JAMES B. RILEY, as the
      Personal Representative of THE ESTATE
10    OF BARRETT RILEY, Deceased, and JR
      CORPORATE SERVICES GROUP, LLC, a
11    Florida limited liability company,

12                          Defendants.

13    _____

14         To: MR. ADAM COHEN
           c/o MARTIN B. GOLDBERG, ESQ.,
15             LASH & GOLDBERG, LLP
               2500 Weston Road
16             Suite 220
               Weston, FL 33331
17
                Your deposition taken in the above
18         entitled cause is now ready for signature.
           Please come to this office and sign same; or
19         if you wish to waive the signing of the
           deposition, please so advise.
20              If this deposition has not been signed
           by September 21, 2020, we shall consider your
21         signature waived.

22             UNITED REPORTING, INC.
               633 Southeast 3rd Avenue
23             Suite 200
               Fort Lauderdale, Florida, 33316
24             954-525-2221
               Cynthia R. Hewlett, R.P.R.

25
```

**A**

**A-b-l-e-s** 104:23
**A-d-a-m** 5:13
**a.m** 1:18
**a/k/a** 1:8 154:8
**A1A** 114:3,15,16,17
  114:21,22 115:3,3
  115:21 116:1,8
  123:4 124:15,16
  125:3 127:17
  130:12
**able** 20:4 22:16 28:6
  37:21 38:18 41:14
  41:24 42:1,18,20
  43:5,6,7 60:23 76:3
  76:5,23 112:1,18
**Ables** 104:22
**above-entitled** 4:4
**absolutely** 90:10
**accident** 3:15 12:2
  18:20 37:10 39:9
  58:15 65:22 72:3,5
  72:20 74:4 78:3
  79:11,25 80:10,19
  81:7 82:15,19,20
  82:21,24 83:7,18
  84:2 85:5,16 87:25
  91:1,2,6,8 92:1
  94:11,22 95:24
  97:1,3 98:24 99:14
  101:17,24 103:5
  110:2 111:4,4,14
  112:14 113:22
  114:8 115:2 116:3
  127:22 128:15,23
  129:4,10 130:20
  131:5 140:6,11,21
  144:13 145:7 146:6
  147:21,22
**accidents** 144:23
  145:7
**accurate** 63:2,13
  71:8 81:25
**acknowledge** 4:10,13
**action** 153:16,16
**activate** 21:8
**Adam** 1:15 3:3 4:1
  5:7,13 6:8 19:15,17
  20:12 21:13 22:1
  24:7 32:7 34:7
  38:17,20,22 50:15

50:17,22,22 51:5
  52:8 54:11 55:5
  62:13,19 63:18
  64:3 79:5 81:8
  84:24 88:20 89:12
  93:1 103:16 104:19
  112:4 113:3 142:4
  146:2 148:19,23
  149:13 152:7 153:8
  154:14
**administered** 4:14
**advise** 154:19
**advised** 81:21
**aerial** 3:13 25:6
  62:23 66:5
**affect** 97:20
**aftermarket** 146:21
**afternoon** 7:2 11:18
  11:22 12:11 16:11
  16:16 29:15
**age** 4:2 5:8 56:2
  96:13,16
**agency** 107:24
**aggravate** 8:10
**ago** 73:8 91:16 94:10
  146:8
**agree** 5:2 24:12 36:3
  111:1
**agreed** 4:21,22,24,25
  150:14
**agreement** 4:19,20
  6:5
**ahead** 31:19 37:21
  63:25 66:2 75:10
  95:7 123:6
**airport** 102:12
**Alex** 11:25 43:5
  70:23,25 71:12,14
  71:14,19 74:12
  76:8,9,14,20,23
  77:17 82:16 90:20
  90:23,25 91:6
  129:2,21 136:20
  137:1
**Alexander** 37:22
  40:14,21 63:7 90:6
**Alhambra** 2:10
**allowed** 22:23
**ambulance** 38:5
  137:9
**Anna** 141:5,14,15
**Anna's** 141:6

**answer** 7:15,17,19
  8:8 13:22 15:6,13
  34:7 36:6 40:10
  43:12 46:10 56:5
  93:1,3,6,9,14 94:3
  102:9,10 107:13
**answered** 43:10
  44:23 53:6 66:17
  81:1 99:23 100:3,6
  107:9,12 127:4
**answering** 13:19
**answers** 57:18
**anybody** 7:14 44:18
  45:12 54:1,17 55:3
  55:8,12,23 57:3
  61:11 65:10 81:3
  149:3
**apologize** 40:17 64:9
  73:11
**apparent** 134:18
**appear** 20:17 72:1
  75:12 136:14
**APPEARANCES**
  2:1
**appeared** 75:7 152:7
**Appearing** 2:7,11,16
  2:21
**appreciate** 56:6
  73:13 89:8,19
  145:13 148:18,23
**approach** 74:4,5,7
**approached** 75:2
  76:10 134:5
**approaching** 120:17
  120:21
**approximately** 18:22
**area** 63:2 75:19
  87:10 114:4,7
  123:22,25 126:6,10
**areas** 9:10
**arm** 72:16
**arrangement** 4:17
**arrive** 37:18
**arrived** 45:4,8,9
**arrow** 21:7 25:25
  32:13 33:15 34:2
  34:14 39:5 40:6
**artificial** 77:13
**asked** 7:20 43:9
  47:12 85:11,21
  86:15,17 89:2
  99:22 100:2 107:9

107:11 130:8,8
**asking** 47:16,19
  50:22 56:8,21 81:5
  81:10 104:20
**asks** 7:14
**ass** 18:3
**assist** 56:1
**assume** 41:19
**assumed** 147:18
**AT&T** 78:21
**attach** 22:10
**attached** 72:19
**attachment** 24:2
**attempt** 52:14 64:11
**attempted** 74:3
**attend** 10:15
**attention** 107:19
  109:8 132:18
**attorney** 71:10
  153:13,15
**attorneys** 4:9
**August** 1:17 152:9,11
  153:17
**authorized** 153:6
**Avenue** 1:24 2:3,15
  154:22
**aware** 84:1,11,17
  85:4 86:3,6 88:13
  145:6,8

**B**

**B** 1:8,9 2:16,18 3:12
  154:8,9,14
**Babson** 58:22 59:20
  60:5
**BACHI** 2:13
**back** 9:18 12:25
  27:25 29:5,25
  30:10 36:18 48:2
  49:15 51:11 60:17
  61:23 62:11,17
  63:21 67:15 74:8
  76:21 78:14 102:23
  113:12 116:10
  118:19 121:8
  122:25 125:13,19
  125:22 136:5
  145:22
**background** 40:15
  63:9
**backing** 38:12
**bad** 43:3

**Bahia** 116:15
**banged** 74:21 134:7
**Bar** 120:12
**barely** 134:13
**Barrett** 1:10 11:15
  11:17,24 14:2,5,7
  14:14 15:11 16:6
  16:15 17:12,15,25
  18:24 24:19 25:13
  25:21 27:2,21,24
  28:20 29:7 30:18
  32:7 33:5 34:23
  46:5 59:4 60:2
  64:24 65:18 66:15
  66:23 67:18 68:3
  70:3,14 82:16,18
  83:17,21,24 84:1
  84:19 85:11,15,21
  85:25 86:14,22
  87:1,16,24 88:12
  88:20 89:1,4 90:11
  90:20,22 101:11,18
  101:22 102:15
  103:12 104:4,4,10
  104:10 105:1,7,19
  105:20,24 106:4,8
  106:9,16,22,25,25
  107:15,21,25 108:4
  108:16,25 109:2
  110:3 111:2 113:21
  119:22 123:2 124:1
  124:6,21 126:15,21
  127:13,14,21
  128:21 129:1,9,16
  129:21 130:4,13
  134:9 135:2 136:8
  139:12,13,23,24
  140:5,11 141:21
  142:14,20,22
  143:24,25 144:2,7
  144:8,12,15 145:6
  147:14 154:10
**Barrett's** 16:20 17:1
  17:3,5,10 18:3,7,11
  18:12,16 29:7
  31:20 44:14 64:5
  65:14,23 79:12
  84:11 85:20,20,21
  100:19,22,23,25
  102:23 103:10
  106:7 128:22 129:3
  148:3,6

**basis** 128:11
**battery** 75:8
**beach** 2:15 44:13
  116:12,25 117:1,6
  117:12
**beat** 43:2
**Beckton** 16:7 37:18
  53:15 63:7 65:3,3
  65:14,19 74:11,11
  75:23 76:8,21
  77:19 83:6 96:22
  97:16 137:15,17
**Beckton's** 53:14
  65:13,23 79:12
**becoming** 59:22
**beginning** 27:8
**begun** 124:23 125:1
**behalf** 1:16 2:7,11,16
  2:21 5:1 19:17
  54:18 145:24
  148:15
**believe** 10:24 12:4,19
  16:9,19 17:1 25:24
  32:11 37:1 45:17
  45:21 47:10 49:3
  64:14 66:17 67:9
  68:22,22 72:6 78:6
  80:12 88:7 89:2,3
  91:23 93:13 94:9
  95:13,14,15 97:14
  102:17 103:6
  104:12 105:5 116:4
  119:22 122:19
  124:24 126:3,12
  128:25 130:5,6
  144:24 146:19
**bell** 48:21,24
**bend** 25:15
**Berg** 2:2 3:5 13:24
  20:8,23 21:5,10,18
  22:4,6,7,9,14,19
  23:1,7,15,22,25
  25:4 26:2,5 32:23
  38:9,14 39:2,6,8
  61:15,19,25 62:9
  62:17,19 63:17
  149:4,10,13,23
  150:4
**Berry** 11:25 13:5
  14:1,5 37:22 40:14
  40:21,23 43:5 63:7
  90:6 136:20

**best** 7:16 23:20 33:6
  33:9 35:18 37:10
  44:22 45:5 97:21
  100:16
**better** 19:25 20:19
  38:11,18 70:18
  75:16 112:13
  113:13 118:21,21
**big** 9:23 74:23 75:8
  77:8,15 86:10
  96:13 126:9,15
**bigger** 19:7 147:6,10
**bike** 132:12
**birth** 9:14
**bit** 6:13,24 25:18
  28:12 29:25 31:5
  33:24 34:3,17
  38:10 42:8 47:9
  56:1,4 57:11 59:4
  60:10 64:9 67:5,17
  70:16,19 73:19
  90:4,7,8 97:23
  98:21 101:9 113:13
  114:5 116:22
  117:18 119:23
  141:20 142:13,19
**black** 104:6 137:20
  138:22,25
**blanks** 16:3
**block** 18:22
**blocking** 51:3
**blond** 53:17
**Bloomington** 60:20
  61:4
**blowtorch** 77:15
**blowtorches** 77:12
**blue** 118:12 138:23
**blur** 54:24 82:7
**blurb** 132:7
**blurt** 8:9
**BMW** 65:7,8,9
  143:20
**board** 55:22 99:11
**Boat** 116:16
**bone** 43:1
**bonfire** 77:8
**Boston** 58:23
**bottom** 20:13 21:6
  50:10 52:7 75:8
**Boulevard** 24:11
  63:2 114:13 115:23
  118:1,11,13,16

119:17 120:9,19,24
  121:23,25 122:7,21
  127:15 131:24
  132:2,10,10 146:18
**bound** 58:22
**BOWMAN** 2:8
**brake** 70:6
**braked** 70:16,19
**brakes** 131:19
**Brazilian** 141:9
**break** 7:21,22 9:3,7
  38:24 142:5 145:15
**breathy** 77:13
**briefly** 45:3
**bring** 76:23
**BROOKE** 2:8
**brother** 96:16 103:7
  103:11 110:6 111:5
  147:18
**brother's** 103:13
  147:16,18
**brought** 76:22
**Broward** 1:1 151:8
  151:10 152:3 153:3
  153:18 154:1
**brown** 137:14
**buddies** 11:21 16:4
  41:18
**bunch** 82:7
**burning** 63:9
**bushes** 37:22 118:16
  135:17,19 137:1,1
**business** 10:8,16
  59:23
**businesses** 57:5
**busy** 29:16,19
**butane** 77:15
**bystanders** 78:8

**C**

**C-Class** 143:10,22
**C-o-h-e-n** 5:15
**c/o** 154:14
**CACE-19-000422**
  1:2 154:2
**call** 47:3 58:11 78:7
  78:10,10 92:17
  133:22
**called** 44:5 52:18
  78:9 115:22 118:23
  133:24
**calls** 78:4,6,13 98:25

**Camaro** 104:7 105:9
  105:15 106:8,9
  107:3 108:2,6,6,6
  147:16
**campus** 60:17,19
**capabilities** 30:22
**car** 7:7 12:24 13:4
  14:8,10,14,17,19
  16:20,21 17:15,16
  17:21 18:1,16,24
  24:19 25:22,23
  26:9,11 30:10,19
  31:13,16,19,20
  33:20 34:18,18
  35:15,17,23 36:1,1
  36:7,15,20,21,22
  37:5,6,12,15,23,24
  40:24 41:18,20
  42:17 46:6 49:19
  68:7 70:9,13,24
  72:11,15,17,17
  73:24 74:18,20
  76:1,4,6 77:24,25
  78:14 79:17 80:8
  83:3,21,23 86:7,13
  86:24 87:3,5 88:5,6
  88:21 98:12 101:11
  103:7 104:3,6,9,25
  105:3,16,17 108:24
  109:1,2,16 111:6
  119:9,17 127:11,13
  127:14 128:22
  129:8,16,20 131:6
  131:6,7,14,19,21
  131:22,23 132:11
  132:20 133:2,9,9
  133:11,14,17,25
  134:5 135:13,16,18
  135:19,21 142:23
  142:25 143:5,14,22
  144:14,23 147:11
  147:16,18,20 148:1
**car's** 30:22
**care** 150:8
**carrier** 78:19
**carry** 74:14
**cars** 14:21 28:6 35:1
  64:16 102:24 103:2
  105:6 111:19 119:3
  119:3 143:3,4,7
**case** 1:2 18:21 34:13
  48:17 56:2,12 64:7

72:1 92:22,24
  154:2
**catch** 106:9 107:1
  108:2 111:5,11,16
  121:9
**catchall** 56:13
**catching** 111:15
**caught** 31:3,6 36:1,7
  36:10 37:25 68:11
  127:11
**cause** 4:4 5:9 98:14
  99:10 100:13
  154:18
**cell** 78:16,19
**center** 72:13 137:17
  138:2
**centered** 77:2
**ceremony** 12:18
**certain** 7:7 73:24
  119:3
**CERTIFICATE**
  152:1 153:1
**certify** 152:7 153:6
  153:12
**challenging** 73:4
**chance** 52:5,20
  141:11
**change** 28:4 69:14
  80:15 92:25
**changed** 92:13,24
**changing** 141:19
**chat** 19:20,24 20:1,12
  20:16,25 21:1,3,10
  21:11,20,22 22:3
  22:12 61:20 112:1
**chat's** 23:2
**Chevy** 104:6
**Chicago** 2:6 10:13,14
  19:11
**children** 10:23
**Choice** 97:10
**Cindy** 149:20,24
**CIRCUIT** 1:1,1
  154:1,1
**circumstances** 56:2
  89:17 109:9 110:4
**Civic** 13:1 18:2
  111:15 147:2,3
**clarification** 11:6
**clarify** 33:8 66:14,21
  103:2
**class** 9:16,20 60:17

classes 60:25
classmates 53:16
clear 110:12 134:19
clearly 31:23
close 31:22 37:17
    42:19 58:17,19,20
    69:24 74:24 76:4,5
    76:9,11 91:19,22
    92:2 96:15 99:14
    135:24 136:1,21
closer 68:23
closest 66:11,12
    136:23
club 90:15
Cohen 1:15 3:3 4:1
    5:2,5,7,14,15 13:17
    26:3 50:17 52:8
    81:8 152:7 153:8
    154:14
colleague 61:13
college 53:20 58:23
    59:12 103:22
    138:14 139:16
    141:15
collided 126:25 127:1
collision 12:6 45:15
    72:16
combination 73:7
come 20:19 22:5
    29:13 61:22 97:25
    114:11 121:7
    154:18
coming 68:3,6 69:13
    69:16 75:7 102:19
    113:21 117:17
    135:7,12,14,22
comments 128:9
commission 151:14
    151:15 152:15,15
    153:21,22
common 111:12
communicate 41:25
communications
    93:4,10,15
companies 57:5
    86:23
company 1:11 55:24
    154:11
competency 8:20
complete 9:10
completely 7:24 36:7
    46:12,13 97:17

98:16 105:16
    115:20
computer 19:21
concerning 57:20
concluded 150:18
conclusion 71:11
confirm 81:24
Congratulations
    10:3
connected 153:15
consent 4:17
consider 90:10
    154:20
Cont'd 3:9 146:4
contact 50:8,16 52:8
    94:25 96:1,3 101:5
    118:10 122:8,15
contacted 118:4
    122:21
context 27:16
continue 115:21
    116:1
continuing 34:1
control 21:19 30:7,13
    30:14 32:12,24
    33:17 35:15 39:4
    67:9,17 126:16,20
    126:21,24
controlling 25:24,25
    26:2
controversial 112:21
conversation 44:18
    46:3 47:11,13
    48:14 49:6,8,23
    51:15,25 52:12,22
    52:23 53:4 56:25
    92:15 93:17,25
    94:7
conversations 44:24
    55:17 56:20,22
    94:12
cool 18:3 60:3 86:8
    87:8
cop 105:21,22 106:18
    110:17
copy 23:18,23 24:7
    149:21
Coral 2:11
Corboy 2:5,5 3:3
    4:21,21 5:3 6:6,8
    13:10,15,16 14:4,6
    15:3,13 17:18

18:20 19:4,8,11,22
    20:7,10 21:6,13,17
    23:6,10 24:6,17,23
    25:2,5,8 26:4,6,12
    27:1,11,19,20
    28:11,25 29:4,12
    30:1,11,16 31:7
    32:25 34:1,7 35:1,6
    36:6 38:7,12,16,19
    39:4,7,12 40:2
    41:24 42:18 43:11
    43:12 45:1 46:10
    47:3 49:14,20 50:4
    50:25 51:10,19
    52:17,20 53:3
    54:15,16 55:1,10
    56:7,15,24 57:14
    58:2 59:9 60:15
    61:10,18,21 62:3,6
    62:12 63:18 93:21
    93:23 111:8 112:23
    113:2 127:20
    145:15,23 148:15
    149:1,6
corner 115:11 122:3
    137:8
corners 128:20
Corporate 1:10 2:16
    4:24 64:6 154:10
correct 14:11 25:9
    27:22 36:16 39:17
    58:12,23 66:8 67:1
    83:18 105:25
    114:13 122:9
correlate 122:1,13
correlation 111:21
counsel 4:17 9:5
    23:19 51:7 81:22
    85:10 93:15 150:15
    153:13,15
County 1:1 151:8,10
    152:3 153:3,18
    154:1
couple 12:13 33:20
    38:6 42:5 47:12
    63:20 76:14 82:5
    91:7 108:12 125:16
    137:2 146:7
course 23:25 54:15
    88:22
court 1:1 7:10 8:1,11
    24:1 154:1

courts 116:17
covered 75:20
COVID 60:22
cowering 41:9
cracked 42:24
crash 11:18 12:22
    45:15 46:3 63:3,13
    63:16 64:24 65:18
    82:6 142:24 144:25
    145:3
Crest 9:17
critical 54:10
Cross 3:6,7,9 64:2
    89:11 146:4
crunched 72:13
Cruz 2:9 3:8 4:25,25
    23:13 24:14 28:8
    29:1 30:5,15 34:6
    36:4 39:24 41:22
    46:24 52:25 54:20
    57:22 63:24 67:2
    69:9 71:13 74:1
    75:5,17 76:2 84:15
    85:7 89:12,13
    93:16 94:2,6 97:24
    99:12,24 100:18
    103:18 107:23
    109:18,25 111:23
    111:25 112:8,12,20
    112:25 113:3,7
    115:10 120:16
    121:15,22 122:6,18
    122:25 124:1
    125:11,21,25
    126:12,19 127:12
    128:12 130:20
    131:4 136:16
    141:25 142:3,11
    144:18 145:11
    149:19
curb 26:16 30:3 31:9
    31:11,14,20,24
    32:2,5,8 33:6 34:16
    35:14,17,21 36:8,9
    36:23 37:5 66:14
    76:12 127:7,10
    135:7,18 136:25
curser 113:16
curve 116:18,19,23
    116:24 120:18,21
    121:18 123:14,14
    123:16,19 127:15

127:23 130:12,19
    130:23 131:2
cut 101:1 131:16
    137:13
cutting 101:5
Cynthia 1:22 4:5
    152:5,14 153:5,20
    154:24

D

D 3:12 118:23
D-e-b-o-r-a-h 79:7
d/b/a 2:11
dad 91:19 143:3,10
    143:11,12
dad's 79:2 143:3,9
damaged 72:2 80:18
damn 76:18
Dan 118:24
danger 69:25 70:11
date 1:17 9:14
    101:16 130:20
    139:10 141:2
Dated 153:17
dates 139:7,8,12
dating 139:24 140:16
    140:21
day 8:17 12:17,20,21
    15:14 27:25 29:19
    45:25 73:4 83:7
    87:25 94:18 107:8
    108:4 109:6 110:8
    110:9 111:3,4,14
    113:21 115:2,16
    127:22 128:15
    129:10,10 130:22
    144:13 146:6
    151:10 152:9,11
    153:17
days 12:25 15:14
    82:5
deal 86:10 97:18
Dearborn 2:6
Deborah 79:6,7
Deceased 1:5,10
    154:5,10
declaration 5:18
declare 4:15 5:19,20
declared 6:1
decline 80:22 81:15
declined 81:9,10,25
    82:11

declining 82:2
def 88:21
defendant 2:24 4:23
Defendants 1:12
  154:12
Defendants/James
  2:16
Defendants/Tesla
  2:11
definitely 67:3 73:3
  88:16 91:11 109:22
  110:20
DEMETRIO 2:5
demise 58:18
department 48:16
  54:2 55:8,20
depiction 63:2,13
depo 19:25
deponent 150:12,16
  151:1
deposed 56:3
deposition 1:14 4:1
  6:21 10:19 91:24
  92:21,23 101:10
  150:15,17,18 153:8
  154:17,19,20
describe 11:4 30:11
  30:12
designated 14:17,18
destination 16:23,24
detail 73:12
detailed 47:12
details 47:15,18
  49:22 73:3,9
dialing 133:22
different 22:24 30:25
  61:10 91:10,10
  92:8 97:20 107:7
  123:11,11
differentiate 10:20
difficult 8:4 54:9
  89:18
digest 52:5
digitally 60:18
Direct 3:3,4 6:7
  62:18
direction 36:19
directly 65:13 135:8
disable 85:12
disabled 85:6,13
disagree 52:10,21
disclosing 93:9

discovery 4:3 52:19
discuss 29:7 83:12
discussed 93:8
discussion 61:1
distance 31:21 97:22
  100:16 119:23
distanced 98:20
distant 90:8
document 38:24
  52:11,14
doing 11:23 15:24
  26:6 30:18,20
  45:25 60:16,18
  75:22 92:4,5 106:8
  108:11 109:15
  111:15 128:2,4
door 72:2,5,19,25
  73:17,20,22,23
  75:14,15,20,22,24
doubt 46:17
Douglas 79:6
download 20:1,18
downloaded 119:8
dress 138:23,25
drive 12:25 14:21,22
  15:18 28:5 29:8
  30:19 34:23 35:4
  35:12 37:9 67:4
  79:20 87:24 88:9
  88:10,12,21,25
  89:3 109:16,16
  114:21 124:7
  142:16,18,21 143:4
  144:13
driven 13:5 14:1
  15:10 32:7 34:22
  79:21 83:21 87:20
  87:22 88:2,5,6,17
  124:2
driver 109:15 128:4
  142:15 152:8
driver's 28:2 42:12
  74:22 135:6,8,9,11
  135:12,14,21 136:7
  136:17
drives 109:23
driving 7:7 13:4
  14:10 17:24 18:3
  18:15,24 24:20
  26:10 28:20 35:10
  65:1,3,6 66:1,2
  67:13 80:2 83:17

84:22 86:22 87:25
  88:14 102:24 103:3
  103:7,8 104:3,10
  109:19 110:21
  111:2 116:7,11,12
  116:21,21 120:12
  127:13 129:7 133:3
  143:2,8,9,19
  144:15 146:6
  147:15,19 148:1
drove 28:14 30:19
  79:19 83:3 88:4
  109:12,17 127:25
  128:3 143:2,9,11
duly 5:8 152:10
duper 60:9
dwelling 99:8

E

E 3:12,12 118:23
earlier 9:2 16:15
  40:24 64:4,15 66:6
  70:23 83:16 101:10
  131:4
earshot 87:12,13
easiest 19:22
east 31:11,12 32:6,21
  35:25 36:9,13
  114:12 127:10
  135:7
easy 73:14 143:13
eat 12:5
Ed 129:15
Edgar 1:4,5 9:17
  10:17,19,21,22
  11:5,7,9,11,13,17
  11:24 16:6,15
  34:22 46:25 47:1,2
  47:3,6,8 58:10,10
  58:11,17,17,18,21
  58:25 59:1,18,19
  60:1,4 82:16,18
  90:12,20,22 96:4,4
  113:21 118:23
  129:2,21 135:2
  136:8 139:13,13
  140:20,24,25
  141:20 142:12,17
  142:17,23 143:3,8
  143:9,13,14,15,16
  143:17,19,24 144:2
  144:7,9,14,18,22

145:3 154:4,5
Edgar's 44:14 91:19
  95:1,1,4,16,17,20
  141:3
edge 30:22
EDR 118:23,24
  119:8 120:9,23
  121:23 122:11
Edward 10:20
effect 34:12
efficient 8:10,14
eight 136:23
eighth 10:24 11:3
either 19:18 20:18,19
  44:14,19 45:11
  51:23 55:2 57:4
  58:6 69:11,12,14
  73:23 76:4 87:4,17
  131:9,11
ejected 41:20 42:1,2
  71:1,6,12,15,20,21
elaborate 86:12
electric 73:18
Eli 16:7
email 150:1,2
employed 54:18
employee 153:13,14
enabled 84:22
ended 31:6 32:4,5
  35:20 36:22 37:1
  53:13 108:12 127:9
  146:8
ends 50:17 52:8
  118:13
enforcement 55:9
  57:25 71:9
engine 105:14 146:22
  147:10
engulfed 75:4,7
entire 55:15
entitled 154:18
entity 106:3
entrepreneurial
  58:22
equivocal 34:3
especially 60:22
  75:19 91:25 98:19
Esperanza 95:1,18
ESQ 2:2,5,9,14,18
  154:14
ESTATE 1:4,9 154:4
  154:9

estimate 44:1
evening 41:16 43:25
  54:3 79:17
event 6:20 89:18
  101:4 104:20
events 7:8 37:4
eventually 24:18
everybody 8:2,25
  21:1 22:15 23:9
everybody's 7:16
evidence 4:3
evident 39:15
exact 16:14 101:16
  121:4 129:11 130:9
exactly 33:9 45:24
  47:17 49:12 53:8
  64:18 94:17 109:15
  117:3 119:7 123:23
  132:21
Examination 1:21
  3:2 6:7 62:18 64:2
  89:11 146:4
excited 58:25 59:8
  60:9
excuse 33:1 56:18
exhibit 3:13,14,16
  19:4 20:1 25:2,4,7
  32:10 38:8 39:10
  43:20 49:21 50:2
  50:25 62:22 63:6
  66:7 77:17 112:6
  112:10
exhibits 8:16 19:18
  23:18 149:25
expected 17:12
expires 151:15
  152:15 153:22
explained 106:3
explore 7:1
extensively 47:9
extent 28:10,11 44:23
eyes 71:4,7

F

face 40:8
Facebook 138:10
faces 51:3
facial 136:11
facing 36:22,23 37:2
  127:10 135:11
fact 14:11 85:13
  91:17 119:2

**facts** 6:17 94:20
108:3
**fair** 57:17,18 63:1,12
66:4 95:2 110:24
111:8 125:2 136:12
144:10
**fairly** 30:19 36:22
**fall** 60:16 61:4
**falling** 97:12
**falls** 33:12
**familiar** 8:19 13:7
73:21 118:22 119:2
**families** 44:15,17,19
45:12,13
**family** 10:25 14:18
14:25,25 45:2
46:21 48:6,8 60:22
78:25 80:13 82:8
85:19 86:11,12
94:23 98:18 99:9
100:11 145:24
**fans** 11:1
**far** 13:23 14:23 21:3
25:12 31:19 39:16
65:10 88:18 119:25
126:4
**farther** 33:24 34:12
34:14,18
**fast** 27:1,4,24 28:6,19
29:7 30:20,21 35:4
35:9,12 69:18
105:21,22 108:19
109:8,12,17 117:9
117:14 120:2,3,7
121:5,6,10,12,13
122:14,24 127:5,7
128:1,3 129:14
130:22,25 142:16
142:18,21 144:13
144:15
**faster** 28:16,23 107:3
131:2
**father** 64:6 85:20
86:23
**father's** 86:23
**feature** 84:12,21 85:5
85:12,22 86:1,16
87:2,17 88:3
**features** 73:25
136:11
**Federal** 102:11
**feel** 7:21 9:3 69:25

83:20 100:12 108:8
127:3
**feeling** 92:21 98:8
140:17
**feelings** 92:18 97:16
98:6,14,15 99:11
99:17,21 100:7,14
100:14
**feels** 13:18
**feet** 74:13,18 76:14
76:14,17,19 136:1
136:1,23 137:2
**felt** 83:22
**female** 48:23 49:3
**figure** 8:11,21 41:14
42:20 50:4
**figured** 92:22 97:21
**filed** 4:5 88:7
**fill** 16:3 28:12
**final** 36:9,24
**finally** 43:23,25
**financially** 153:16
**find** 6:17 44:12 55:16
56:19
**finding** 54:8
**fine** 9:6 47:7 48:3
56:14 59:7 63:24
82:13 99:25 103:16
112:5 142:8
**finished** 50:19 68:16
**fire** 32:6 36:1,7,10
37:25 40:16 45:16
49:19 74:23 75:13
75:21 76:24,25
77:3,6,7,8,11,13
127:11 134:1,7,24
136:2 137:9
**firefighter** 137:8
138:1
**first** 5:8,12 10:23
11:20 18:24 39:22
54:22,23 56:3
64:15,19,21 69:12
75:3 76:10 79:5
91:7 95:9 110:1
116:23,24,24 118:4
118:10 126:25,25
133:17,19 135:3
140:14,14
**FIU** 139:20
**five** 39:21 51:22
53:10 74:13 136:1

**FL** 2:4,11,15,20
154:16
**flame** 75:4
**flames** 75:7 77:1
**flashers** 37:13
**Flip** 13:24 23:11
32:23 38:10 61:17
94:4 113:1
**Florida** 1:1,8,11,24
2:12 4:7 103:25
151:8,10,14 152:2
152:7,14 153:2,18
153:21 154:1,8,11
154:23
**flush** 73:22 75:14,25
**focused** 147:9
**focusing** 54:12 66:1
129:8
**follow-up** 64:8 146:1
**following** 5:18 52:11
58:14,15 62:2
94:22 97:1 103:9
103:12 105:24
110:5,5,6 145:20
**follows** 5:9
**foregoing** 153:9
**forever** 10:18
**forget** 30:14
**forgive** 130:10
**form** 13:9,13 15:1,12
17:17 18:18 24:14
24:21 26:25 27:18
28:8,22 29:1,10,23
30:5,15 33:23 34:5
34:6,25 35:3 36:4
39:24,25 41:22,25
42:3 49:10 52:13
54:20 57:7,22 59:2
59:17 67:2 69:9
71:13 74:1 75:5,17
76:2 80:24 81:18
84:15 85:7 97:13
98:25 100:3 109:11
109:20 111:9
120:14 121:2,20
122:4,16,22 123:21
125:7,15,23 126:7
126:17 127:2,18
128:8 130:15,24
136:13 144:16
**formal** 55:2 57:19,24
**formalize** 62:7

**formally** 54:17
**Fort** 1:24 2:4 7:6
24:11 48:15 55:19
102:14 117:24
124:3,8 146:11,19
153:17 154:23
**found** 15:21,25 60:8
77:20,23
**foundation** 46:8
51:16 52:13
**four** 96:14 124:10
**four-way** 37:13
**frame** 27:15 54:7,12
56:4 85:18
**frank** 18:2
**free** 7:22 9:4
**frequent** 109:21
**frequently** 91:8,12
**friend** 47:6 90:7,8,10
104:14 106:7 111:6
111:11 140:23
141:1 143:16,17
**friendly** 91:18 97:4
100:18,21
**friends** 11:14 12:10
58:12 64:14 82:8
82:15 96:5,7,8,11
96:23,24 103:4
104:12,13 139:6
**friendships** 59:15,15
**front** 17:19 24:8
33:21 36:23 37:4
40:13,18,20 67:16
73:1 74:20 75:13
76:20 106:21,25
107:6 108:7,8
111:6,11 117:17
118:15,16 120:24
122:7,20 125:4,4,5
125:9,19
**front-end** 75:3
**FSU** 138:17
**full** 95:13
**fully** 75:3,7
**further** 4:13 89:6
126:5 145:25
148:14 150:12
151:1 153:12

─────────────────
**G**
**G** 141:13,14
**G-u-i** 141:10

**Gables** 2:11
**Galleria** 11:25 16:17
16:18,25 17:10,18
18:8,12 29:5 64:14
65:15,22 113:17
114:10,11 116:2
128:22 129:3
**gap** 96:13
**garage** 64:19
**gears** 141:19
**general** 50:17 52:9
82:22 99:4 114:4,7
123:22,25 142:25
**gentleman** 137:20
138:2
**genuinely** 147:25
**George** 2:23 20:24,24
21:18
**getting** 12:9,11 18:5
42:15,16 59:11
76:16 107:16 145:6
**GG** 152:15 153:21
**girl** 138:21,23,24
**girlfriend** 140:5,11
140:24 141:3
**girls** 140:14
**give** 9:7 39:6 54:7
70:18 71:7 79:4,4
81:15 82:1 93:2
104:17,17 111:23
113:1
**given** 6:21 56:1 73:5
102:5
**giving** 27:15 55:2
82:2
**glimps** 121:9
**go** 8:22 11:2 13:23
23:5 36:12 50:6,20
51:4,10 53:12,19
59:12 60:5,24
62:13 63:22,23,25
67:3,15 70:19
75:10 78:14 79:15
80:4 85:2 90:11
95:7 96:19 103:11
103:24 110:7,7,8
113:7,25 114:3,21
115:7 116:15,15,16
116:23 117:6
121:18 123:6 124:3
124:8 130:22,25
131:2,20 138:16

149:8
**goes** 21:3 70:3 95:15
139:19 141:17
**going** 6:16,25 7:2,18
9:9 10:1 15:22 18:6
18:7 19:2,9 21:24
23:22,25 24:24
27:2,24 28:7,15,21
28:23 29:6,8,9,21
30:10,23 31:6,7,8,9
31:10,12 35:2 37:1
38:17 39:14 46:6
47:21,25 49:14
51:25 53:13,19
59:4,5,14,20,25
60:11,17,17,18
61:8,8 62:3,6,9,10
62:19 68:2 69:18
81:17,18 88:19
90:3 93:7 94:3
98:18 102:6,13,21
103:10 105:21,22
108:19,21 109:8,9
110:11,18 111:13
111:24,25 114:5
116:11,22 117:11
117:14,18,25 120:2
120:3,7,16 121:5,6
121:9,12,13,18
122:2,14,20,24
124:18 127:5,7,8
129:13,14,22
130:17,17 137:6
138:9 139:6 140:1
140:2,4,9 142:6,9
149:8
**Goldberg** 2:18,18 5:1
5:1 19:13,15,17,24
20:11,15,22 21:9
23:16,23 24:3
38:17,22 43:9
44:25 46:8,22
49:11 50:21 51:5
51:16 52:13,24
54:6 55:5,25 56:11
61:22 62:13 79:4
80:24 81:17 84:24
85:2 93:1 98:25
99:22 100:2 103:15
104:19 107:9,11
111:7,9 112:6,9,19
112:22 125:8

141:22 142:2,4,10
145:17 148:16
149:16 154:14,15
**good** 6:12,15 7:25
28:15 42:5,5 60:14
64:3 89:12 94:17
96:22,24 116:17
139:6 140:23 149:1
149:16,18
**Google** 113:11
**gotcha** 11:10
**gotten** 71:1 78:12
145:9 147:14
**government** 55:23
106:2 107:24
**grabbed** 76:22
**grade** 10:24 11:3
**graduate** 61:6
**graduation** 12:13,18
**grassy** 32:21
**gray** 88:1 126:9,15
137:21 138:3
**great** 8:15 9:13 10:2
10:9 11:14,14
19:23 20:3 92:7
94:5 150:7
**ground** 40:20
**group** 1:10 2:16 16:4
16:8 64:7,13,15
154:10
**groups** 56:12
**guess** 11:2 15:9 16:8
26:24 27:3,10
30:24 32:20 47:10
62:10 75:12 81:14
98:13 99:19 111:1
115:22 127:8
128:23 149:18
150:8

_____
**H**

**H** 3:12
**H-o-l-m-a-n** 146:17
**Hagerty** 48:20 49:1,9
49:23 50:12 51:15
51:23 52:11 53:4
55:3,18
**Hagerty's** 52:22
**hair** 138:3,22,25
**half** 91:3,3
**halfway** 8:8
**Halston** 1:8 2:12
154:8
**hand** 5:5,16 39:16
84:25 132:11 146:9
**handles** 73:17,22
75:14,15,20,22,24
**hands** 40:8
**hang** 16:4 17:6 20:9
38:15 95:3 96:9,12
143:24
**hanging** 12:12
**happened** 34:3 35:17
37:20 42:6 44:11
45:23,24 46:15
47:9,19 53:10
54:24 68:8 70:6
71:18 82:9 94:17
98:13 99:15 105:18
106:4 107:8 112:14
117:2 118:20
126:20,24 129:4
140:18,25 145:1
**happening** 31:25
107:7 108:3
**happens** 100:10
**happy** 60:7
**Harbor** 117:1,6,12
**hard** 92:17 113:14
**HARNETT** 2:5
**hazards** 37:13
131:20 132:22
133:10
**he'll** 13:20 51:8
148:20,20
**headed** 102:15,17
**heading** 123:3
**hear** 13:11,17 87:11
98:3
**heard** 97:15,25 98:5
98:5
**hearsay** 99:1
**heaters** 147:7

**help** 19:1 54:11,11
56:5 74:13
**helpful** 113:15
**helps** 79:1
**heretofore** 4:4
**Hewlett** 1:22 4:5
152:5,14 153:5,20
154:24
**hey** 13:24 71:11
84:24 86:6 88:20
**high** 13:6
**higher** 146:23
**highway** 102:13
**hip** 43:1
**hisself** 143:6
**hit** 36:9 72:8 126:21
127:8
**hitting** 31:9,11 35:24
35:25 69:24
**hold** 19:8,15 40:17
55:5
**Holiday** 124:7
**Hollywood** 102:14
**Holman** 146:11,14
146:14,16,17
**home** 17:5,11 18:7,12
49:15 79:18 83:3
89:22,23 143:13
**homecoming** 139:3,7
**homicide** 80:23 81:6
81:11
**Honda** 13:1 18:2
111:15 146:5,11,14
146:21
**hone** 55:13
**honest** 21:3 36:7
42:14 61:8 71:24
102:20 120:1
132:15 142:7
**honestly** 144:6
**hooked** 11:20
**hospital** 42:5,10,23
48:11 50:18 52:9
**host** 21:19
**hot** 37:16 74:16,19
74:25 76:18 77:4
136:4
**hour** 30:24 44:11
46:7 84:14 106:8
108:1 109:19
111:14 117:15
119:18 120:10,25

121:19,24 122:12
122:20 130:21,23
131:3
**hours** 16:11 44:2,4
48:6 49:19
**house** 17:1,3 18:11
29:7 53:14 60:20
79:13,15,22 80:1,7
83:4 87:4 102:23
103:10 119:17
125:3 126:9 127:16
129:3
**houses** 124:9,10
125:10
**How's** 38:13
**Huh-uh** 112:8
**hundred** 60:13
121:16 129:22
140:1
**Hundreds** 109:2
**hung** 17:7 144:2
**hurt** 59:4

_____
**I**

**icon** 20:12 21:6
**idea** 27:9,12,12 28:15
28:19 85:17 94:17
115:18 118:21
137:24
**identification** 3:13
3:14,16 25:7 39:10
50:2 152:9
**identified** 54:18
**identify** 8:20 54:12
56:12
**II** 47:1
**III** 143:15
**IL** 2:6
**im** 127:20
**imagine** 98:17
**immediately** 37:12
131:5,19
**impact** 42:8
**important** 8:6 24:7
37:3
**impossible** 82:10
**impression** 35:15
**Improper** 52:14
**Inaudible** 4:22
**incident** 45:22 49:13
106:5 110:8 111:20
**incidents** 110:1

**included** 48:16
**including** 85:20
**incoherent** 43:14
**inconsistencies** 123:8
**incredibly** 109:21
**indent** 72:7,10
**INDEX** 3:1
**Indiana** 9:23 10:1,15
  59:5,21 60:1,1,12
  61:6
**indicate** 4:19
**individually** 1:9
  154:9
**inflammatory**
  128:10
**informally** 54:17
**information** 82:9
  104:17
**infrequently** 95:3
**initial** 42:8
**initially** 65:15 76:8
  77:20
**inject** 42:1
**injuries** 42:20
**inner** 26:17
**Instagram** 83:1,2
**instruct** 27:8
**instructed** 84:12
**insurance** 55:23 57:4
**intend** 9:8,8
**intended** 16:23 18:6
**interchangeably**
  115:25
**interest** 7:16 57:3
**interested** 92:3
  153:16
**interests** 57:1
**interrupt** 27:6
  141:23
**introduced** 64:4
  90:23
**invested** 92:4
**investigation** 81:6
**investigator** 48:19
**investigators** 13:3
  54:2 57:13,25
  71:10 80:23 81:11
**involve** 93:7
**involved** 81:7

**J**

**Jake** 147:15,20

**James** 1:8,9 2:24
  4:24 45:2 64:6
  154:8,9
**Jenny** 88:24
**Jim** 57:10 88:24
**join** 24:15 28:9 29:2
  30:17 39:25 46:9
  46:23,24 51:17
  52:16,25 53:1
  57:23 100:4 116:10
**Jr** 1:10 2:5,16 4:24
  11:5 47:6 58:21
  59:1 64:6 154:10
**Jr.'s** 58:18
**JUDICIAL** 1:1 154:1
**Juliana** 104:15 105:1
  138:11,13,21,23
  139:5 140:20,23
  141:1 148:10
**Juliana's** 104:16
  138:10,19
**July** 139:10
**jump** 13:20 54:6 64:9
  90:3
**jumped** 31:13,20,24
  32:2,8 33:6 34:16
  35:14,17 36:8 37:5
  127:7 133:11
**Jungle** 116:16,16
**jury** 99:13

**K**

**K** 3:12
**K-e-r-r-i** 49:2
**keep** 38:12 91:5,5
  94:22 96:1,25
  116:7 138:11 142:5
  142:8
**keeping** 58:9
**Kelley** 10:10 59:22
**kept** 58:14,15 95:23
  97:2
**Kerri** 48:19 49:1,9
  49:23 50:12 51:15
  51:23 52:10,21
  53:4 55:3,18
**khaki** 138:3
**kid** 53:17
**kids** 10:13,14 90:16
  99:10
**kind** 12:24 15:21,25
  16:7 17:7 18:25

  25:17 29:24 30:10
  31:4,10 32:2,21
  33:13 35:19 37:22
  41:8,9 43:15,18
  47:13,18 60:4,20
  67:4,14 68:1 69:10
  72:11,13 74:11,13
  74:13,21 76:23,25
  77:12,13 82:6,7
  90:3 91:11,12,12
  91:25 92:5,18 99:7
  101:1 102:12 104:3
  109:7,13 113:25
  114:1,24 115:15,25
  121:7 123:13,22
  131:13 133:17
  134:14,25 135:2
  137:1,2,9,13,17
  138:2 141:19 142:7
  143:1,7 144:12
  147:18
**knew** 10:22 30:18,19
  30:20 60:4 88:16
  103:11 109:15,15
  109:16 120:3 128:4
**know** 6:19 7:15,17,18
  8:8,21 9:6 10:15,16
  10:17 15:3,3 16:13
  17:6 18:23 19:6
  20:4 21:12,25 22:1
  22:24 23:2,19
  26:23 27:7,13
  31:22 32:15,19
  33:9 35:8 36:11
  38:19 40:10 41:9
  42:24,24,25 44:6
  44:10 45:7 46:1
  47:1,21 48:11,22
  49:12 50:19 51:18
  51:20 53:9 56:11
  56:11,15 58:17
  59:10 60:11 61:7
  63:8 64:10,20,23
  65:2,11,21,24
  66:18,20 67:7,13
  70:3,7,25 72:10,16
  73:13,16,18,18,19
  74:23 75:6,6 77:1,7
  78:23,24 81:21,22
  82:12,15 84:4,5,5,7
  85:9,17 86:11
  88:13,19 90:19,20

  91:9 92:3,4,17
  97:19 98:5,9,11,14
  99:19,24 101:15,17
  101:21 102:20
  103:3 105:9 108:17
  111:10 112:2
  113:13 115:14,20
  117:9 118:25 120:1
  120:6 121:8,12
  123:6,10 125:16,21
  127:16 129:9,11,18
  129:19 130:1,1
  131:7 134:2,3
  136:5 137:2,12,23
  138:6,21 139:2,9
  139:15,17,19
  141:15 144:11,21
  144:24,25 145:1,2
  145:9 147:5,10,11
  147:17,17,23,25
  148:2,4,4,5
**knowing** 40:23 69:5
**knowledge** 63:4
  144:20
**known** 55:21 90:25
**knows** 19:25 20:1

**L**

**label** 66:11
**lack** 75:16
**lane** 25:18 26:15,16
  26:17,17 29:22
  30:3,9 31:17 35:9
  35:10 66:11,12,13
  66:13,14,15,20,24
  66:25 67:4,7,14,19
  67:19,20,23,25
  68:2,15,18,23,25
  69:7,8,12,12,18,22
  70:13 110:12,15,20
  125:14,18,18,22
  126:4,8,13,14,14
  128:14 131:10,10
  131:11,12,13,18,18
  132:12,16
**lanes** 35:2 66:7,7,10
  66:12 114:23
  116:10 131:15
  132:13
**Large** 4:7 151:14
  153:21
**Las** 115:7,12,15

**LASH** 2:18 154:15
**latch** 73:20
**late** 7:2
**Lauderdale** 1:24 2:4
  7:6 24:11 48:15
  55:20 102:14
  117:24 124:3,8
  146:12,19 153:18
  154:23
**Laurie** 2:14 4:23
  13:13 63:24 64:5
  146:3
**law** 2:2 55:9 57:25
  71:9
**lawful** 4:2 5:8
**lawsuit** 7:9 9:11
  93:18,18 94:1,9,13
  94:14,15,19
**lawsuits** 94:8
**lawyer** 13:18 56:22
  93:5 97:25 98:1,2
**lawyers** 8:4 63:20
**lead** 123:8
**leading** 11:18 17:14
  45:18
**leads** 49:2
**leaning** 138:4
**lease** 146:8,11
**leather** 147:6
**leave** 16:24 81:18
**leaving** 19:12 53:4
  65:22
**led** 12:4 16:9
**left** 17:18 18:8 26:19
  26:21 27:21 29:22
  40:24 43:22,23,25
  46:6 48:5,9 53:11
  57:17 64:14 65:15
  66:16,24 67:19
  68:5,12,20,20
  79:11 117:6 123:2
  124:3 125:13
  128:22 129:2
  135:12 137:13,13
  137:19,19
**leg** 42:25
**legal** 13:20
**lengths** 33:20 34:18
**Lenner** 16:7
**let's** 21:5 45:1 112:3
  122:25 131:1
  140:10

**letting** 20:25 21:11 22:10
**liability** 1:11 154:11
**license** 28:2 152:8
**lieu** 4:13
**life** 28:6 34:22 58:14 58:15 59:1,16 92:6
**light** 77:7 115:15,15
**lights** 106:11 110:16 116:4
**liked** 90:23 144:12
**limit** 26:22 117:13
**limited** 1:11 84:13 96:3 154:11
**limiter** 86:7,13 87:7 88:6,7,7
**limiting** 84:12,21 85:5,12,22 86:1,16 87:2,17 88:3
**line** 110:21 118:12 128:19
**listen** 54:22 63:21 67:21 71:3 123:23
**lists** 81:8
**literally** 62:10
**little** 6:13,24 16:8 25:15,15,18 28:12 29:25 31:5 34:3,12 34:14,17 38:10,10 42:8 47:9 56:1,4 57:11 59:3 60:10 67:17 70:16,19 73:19 90:4,7 93:2 96:16 97:23 98:20 101:9 113:13 114:5 116:22 117:17 119:23 132:7 134:18 140:19 141:20 142:12,19
**lives** 59:11
**living** 60:19,19
**LLC** 1:10 2:16 154:10
**LLP** 2:8,18 154:15
**local** 88:19
**location** 77:18,19
**log** 119:6
**logistics** 45:24
**long** 28:2 34:3 39:22 43:17,19,21 51:14 51:14 90:25 91:5 101:17 138:25

**long-time** 10:25
**longer** 48:1
**look** 8:19 28:17 38:13,20 39:13 50:19 69:13 77:24 135:1
**looked** 30:13 68:1 72:5,8 107:15 129:19 133:23 134:14
**looking** 24:23,25 38:23 39:16 66:5 67:22,22 69:11 71:25 108:7 129:16 129:20
**looks** 26:12 48:15 134:23 137:21
**loop** 58:11
**lose** 67:9
**losing** 30:13
**loss** 89:17 99:5 100:10
**lost** 30:14 35:15 67:16 97:18 98:9 99:9 100:8 126:15 126:20,21,24
**lot** 10:13,14,15 27:14 28:14 35:22 40:18 91:23 92:11,19 99:8 101:7 107:3 117:18 143:12
**loud** 50:23
**love** 10:1,1
**loved** 88:21
**Loyd** 1:8 2:12 154:8
**lprimus@smb-law...** 2:14
**luck** 149:1
**lung** 42:25

**M**

**M** 3:12
**M6** 143:9,20 144:24 145:4
**Ma** 9:17
**ma'am** 79:8,14 103:23 104:2 113:18 146:20
**main** 115:15
**majoring** 10:7
**majority** 60:25 65:1
**making** 41:8 43:15

50:12 92:6
**mall** 11:25 40:25 64:14 65:15,22 113:17
**man** 40:19 86:6
**manner** 4:18
**map** 112:21 113:3,9 113:11 123:1,11
**maps** 113:12 123:9
**Mar** 116:15
**March** 9:15 101:23 101:25 105:19 106:5 110:3 152:16 153:22
**Mariana** 95:4,22
**MARION** 2:13
**mark** 23:22 38:7 49:21
**marked** 19:3 24:1 25:6 39:9 50:1 66:6 77:17
**marking** 112:7
**Marriott** 117:1,6,12 117:24 119:11,12 124:4,8
**MARTIN** 2:18 154:14
**Martinez** 1:5 9:17 10:18 46:21 48:7 58:10 154:5
**Martinez'** 45:13
**Marty** 5:1 39:1 50:24 93:12 111:25 142:1 149:14,17
**Massachusetts** 59:6
**Matt** 147:25
**matter** 4:16 5:19,21 6:2
**Matthew** 103:17,18 103:22,24 104:3 105:3,7,23 106:19 106:25 107:1,5 110:7,9,12
**Matthew's** 103:19 105:9 147:20
**mean** 14:21 25:14 32:22 35:7 36:2 37:8 42:22 45:17 45:18 46:14 47:5,7 47:22 54:22 55:11 59:18 60:10 73:2 76:12 77:5 84:9

92:11,14 96:12
98:11 99:7 102:4
106:18 107:2,18
109:1,12 111:11
117:16 119:22
121:3 123:7 127:3
127:25 131:8,16
134:20,23 140:17
147:21
**means** 28:13 39:19 57:24 134:22
**meant** 13:25
**media** 82:14,25 96:8 96:12
**median** 66:12 67:7 67:14
**meet** 10:23 16:1
**meeting** 4:8 62:5 145:21 150:10
**members** 44:15,17 45:12 48:7,8 80:13
**memorialized** 49:7 58:6
**memory** 82:23
**men** 41:17
**mentioned** 16:18 70:23 76:8 83:16 101:10
**Mercedes** 143:10,22
**messages** 87:16
**met** 11:24,25 90:14 90:17
**mgoldberg@lashg...** 2:19
**middle** 25:18 26:13 29:22 30:9 31:5 35:2,9 67:4 68:24 69:17 123:14,14,16 128:14 131:13,17
**midwest** 9:25
**mile** 44:13 127:16
**miles** 12:3 30:24 46:7 84:14 106:8 108:1 109:19 111:13 117:15 119:18 120:10,25 121:18 121:24 122:12,20 130:21,23 131:2
**mind** 36:19 46:16 63:22 73:6 150:3
**minute** 61:17,20 132:4,7

**minutes** 38:6 39:22 51:22 53:10 61:25
**mirror** 68:12,20,20 69:11,13
**model** 73:16,21 105:9 147:1,4
**modifications** 105:14 146:22
**mom** 79:2 95:1,17
**moment** 41:7 61:20
**moments** 36:10
**monitors** 22:17
**Monserratt** 1:4,5 9:17 10:17 16:6 45:13 46:21 47:1,1 47:16 48:7 58:10 58:11 91:18 92:9 92:25 93:18 94:7 94:13,23,24 145:24 154:4,5
**Monserratts** 98:19
**month** 80:9,11
**months** 91:7,16,22 92:10 101:24
**morning** 6:9 64:3 89:12
**mother** 85:20
**move** 21:7 51:2 69:21 70:9,13 78:1 94:3 97:21 128:9
**moved** 123:2 125:13 125:22
**moving** 32:16,17 33:2,3,4,16 120:15 122:23 136:12
**muffler** 146:22
**multiple** 15:7 21:23
**mute** 20:6

**N**

**N-i-a** 95:12
**name** 4:20 5:12 17:20 40:19 48:19 48:24 64:4,5 79:2 86:24 89:13 95:13 95:21 103:13 104:14,16 139:14 141:6 146:13
**named** 95:10
**names** 16:3 40:18 78:22 79:5 115:25
**narrow** 56:18,19

**National** 55:21
**nature** 44:23
**NAUGHT** 150:12
151:1
**near** 24:11 32:20
37:15,23 66:14
74:15 76:20 94:11
94:11 131:10,10
**necessarily** 93:7
**necessary** 61:18
**need** 7:21 9:3,5 38:24
51:5 83:11 142:4,5
**needed** 92:22 139:7,8
139:12 141:1
143:14
**needs** 47:24
**negative** 97:16 98:6
98:15 99:11,17,21
100:7,13
**negotiate** 127:23
**neighborhood** 60:20
**Neither** 76:5
**nervous** 6:13
**never** 6:21 86:10
88:18 92:15,16
93:25 94:1 100:11
128:2,7 130:18,22
130:25 131:1
**Nia** 94:25 95:10,15
96:4,5,6,9
**night** 43:24 57:20
79:22 83:4
**noises** 41:9 43:16
**nonresponsive**
128:10
**normal** 77:6,9 147:1
**north** 2:6,15 25:12
36:23 102:15,17
127:10 132:1
135:11
**northbound** 25:9
26:10 37:2 102:13
114:23 116:9
**Notary** 4:6 151:14
152:6,14 153:21
**notebook** 51:24 52:1
**notes** 52:22 153:11
**notice** 4:4
**nowadays** 119:3
**number** 25:2,4 28:18
32:10 38:8 43:20
43:20 49:21 50:13

50:25 62:22 63:6
66:13,14,24,25
68:25 69:7,7 73:5,7
78:16 91:16
**numerous** 83:18

_____

**O**

**oath** 4:14 5:9 152:1
**object** 13:9,13 15:1
15:12 17:17 18:18
24:21 26:25 28:22
29:10,23 30:5
33:23 34:5,6,25
35:3 39:25 42:3
49:10 54:6 57:7
59:2,17 81:18
97:13 109:11,20
120:14 121:2,20
122:4,16,22 125:7
125:15,23 126:7
127:2,18 128:8
130:15,24 136:13
144:16
**objecting** 27:17
**objection** 13:11,17
24:14 28:8 29:1
30:15 36:4 39:24
41:22 43:9 44:25
46:8,22 51:16
52:13 54:20 55:6
57:22 67:2 69:9
71:13 74:1 75:5,17
76:2 80:24 84:15
85:7 98:25 99:22
100:2 107:11 111:7
111:9
**objectionable** 13:23
**objections** 4:18 52:24
**observations** 41:15
55:3
**obviously** 24:25 25:8
26:10 36:25 64:24
65:19 74:20 97:17
111:20 120:3
133:25
**Occasional** 94:25
**occasionally** 142:20
**occasions** 83:18
111:2 130:7 144:11
**occurred** 7:8 16:10
63:3 84:2,18 85:16
114:8 119:4 131:5

**occurrence** 109:22
**office** 154:18
**officer** 39:15 48:23
**officers** 71:9
**OFFICES** 2:2
**oh** 7:12 21:17 26:4
50:3 51:9 78:11
85:1 86:8,11 87:8
145:23
**oil** 80:14
**okay** 6:15,24 7:9,13
7:24 8:1,22,23,25
9:16,20 10:23
11:10,20 12:4,9,13
12:16,24 13:10,15
14:7 15:8,16 16:9
17:2,9,14,20,23
18:5,20 19:2,6,8
20:10,10,22 21:17
23:15 24:3,6,10,17
25:11,19,20 26:6
26:12,15,19 27:1,4
27:19 28:11,19
29:4,20 30:11
31:19 32:12,25
33:5,11 34:21
36:15 37:3,24
38:12,14,16,21,25
39:1,7 40:2,5,10
41:21 42:18 44:21
47:5,7,19 48:5,14
49:1,6 50:4,10,18
51:1,10,21,23 52:3
52:18 53:11,15,19
54:1 55:1 57:3 58:9
60:15 61:12,21
62:12,17,21 63:1
63:17 64:1,11,22
65:6,21,25 66:11
66:19,23 67:6,24
68:18,25 69:3
70:10,20 71:16
72:19,22 73:21
74:3 77:3,16,22
78:2,16,19 79:2,6,9
79:15,21 80:16
81:16 82:13,19
83:2,6,10,16,23
84:4 85:9 86:19
87:1 88:9 89:23,25
90:25 92:12 95:5,9
95:17,20,23 96:17

96:20 97:11 98:3
101:9,15,22 102:7
102:19 103:15,15
104:19 105:18
108:14 110:22,25
112:22 113:2,2,10
113:11 114:8,15,20
115:5,5,19,21
116:1,7,15 117:5,9
117:19,21,22 118:9
118:18 119:2,7,16
120:8 121:15,22
122:6,25 123:16
124:6,18,25 125:11
125:21 126:3,12,19
127:12 130:17
132:9 133:8 135:20
136:6 138:9,13,24
141:3,13,15 142:5
142:10 143:18
146:21 147:14,24
149:7,8,9 150:7
**Olas** 115:7,12,15
**old** 103:18,20 133:21
134:2
**older** 47:1 95:4,20
103:6,11,13
**Olive** 2:15
**once** 18:8 26:8 27:3
30:8 31:24 33:8
35:17,23 36:19
37:3,15 42:22
43:14 45:21 52:2
57:9,17 61:6 65:16
66:17 67:12,14
69:16 70:6 71:4
72:14 74:6 76:16
82:5 87:6 92:16,20
96:3 98:8,9,17 99:5
100:5,9 101:7
108:5 111:13 120:5
121:3 127:5,25
128:3 129:7 132:17
136:9,24 140:8
148:8
**ones** 55:17
**online** 61:1
**open** 20:16,18 55:11
67:19 75:24 140:3
**opening** 37:4
**opens** 73:20 102:12
**operate** 73:17

**opinion** 142:15
**opportunity** 41:3
**opposed** 47:6
**option** 74:21
**order** 107:1 149:5,22
**ordered** 149:7,20
**ordering** 149:3
**ordinarily** 13:21
**orientation** 113:13
**originally** 59:24
146:24
**outcome** 30:25
**outline** 134:25
**outlines** 135:1
**overall** 47:13
**overhead** 8:18
**Overtalk** 22:22 115:9
117:4
**owned** 86:22

_____

**P**

**P.A** 2:2,13
**P.C** 2:5
**p.m** 1:18 150:18
**page** 3:2 50:11 52:7
138:10
**Pages** 153:10
**Palm** 2:15
**paragraph** 50:16
51:6,9 52:6
**parents** 44:6 47:11
78:9 83:5 84:11
86:2 87:10 88:13
**parents'** 78:22 89:23
**park** 37:12 73:24
131:8,19 133:10,11
**parked** 44:12 131:6,7
131:22 132:8,11
**parking** 44:12
**part** 21:22 49:22
96:13 137:9
**participant** 21:9
**participating** 4:9
**particular** 17:4 27:15
29:8 61:5
**particularity** 56:5
**parties** 4:16 6:4
153:14
**parties'** 153:15
**pass** 35:1,2 70:15,18
110:19 115:12
117:5,23 123:2

125:13,18 128:14 129:9,12,14
**passed** 13:5 18:16,24 24:19 25:13,17,21 26:9,11,15,19 27:2 27:21,25 29:12,20 29:24 30:9,16 37:9 46:5,6 66:15,23 68:11 69:1,20 70:2 105:21 106:8 115:13 120:2,7 121:5,7,9 123:24 124:2,21 125:4,5 129:15 130:4
**passenger** 72:2,19 83:21
**passenger's** 42:12 71:2 72:4,11,25 74:10,15 135:10 136:18,21
**passes** 125:11
**passing** 35:1 64:24 65:19 66:25 67:5,8 67:12,18,23 69:19 69:21 70:8,15,17 106:15 121:11,25
**patch** 32:21
**path** 113:25 114:1 115:1,1
**patience** 89:8
**pause** 61:19
**paying** 107:19 109:7 132:17
**PDF** 20:17
**Peddy** 16:7 65:4 96:22 137:15
**pen** 51:24 52:1
**penalty** 4:16 5:22,24 6:3
**people** 8:5 17:25 21:23 22:24 55:15 56:9,12 82:7,9 103:3 144:5
**people's** 8:12
**percent** 12:7 17:3 60:13 140:1
**Perfect** 23:6
**performance** 146:23 147:8
**period** 7:3 59:25
**perjury** 4:16 5:23,25 6:4

**permission** 88:25 89:2
**person** 4:14 24:7 50:12 61:2 81:8 95:9 137:12 139:21
**Personal** 1:4,9 154:4 154:9
**pertinent** 9:11
**Phil** 4:21
**Philip** 2:5 27:6
**phone** 78:3,5,6,12 107:14,20 109:7 128:24 133:22
**phonetic** 141:5 148:3
**photo** 3:13,15 25:1,6 25:21 26:13 32:8 38:4 39:9,16 40:3 43:20 53:18 137:7 137:16,16,17,18
**photograph** 62:23 63:1,6,10,12 66:5 77:16
**photographs** 8:17 35:22 62:7,20 71:25
**photos** 8:18 38:2,4 137:5
**physically** 4:11
**pick** 20:18 144:6
**picture** 47:24 63:15 82:17,22 137:14,25 138:1,10,18 139:2 139:22 141:24
**Pine** 9:17
**Pinecrest** 11:1,2 90:11,15,17 96:20
**pink** 137:14
**place** 18:21,21 34:20 49:16 119:5 123:11 123:12 131:22
**places** 80:2
**Plaintiff** 1:6,16 2:7 4:2 154:6
**Plaintiff's** 3:13,14,16 25:7 39:10 50:2 66:6 77:17
**plan** 78:25
**planned** 17:4
**planning** 16:24
**plans** 60:13 61:5
**Plaza** 2:10
**please** 4:19 5:4,11,17

64:10 79:3 104:21 154:18,19
**plus** 121:16
**pocket** 78:5
**point** 6:17 13:5 16:19 18:14,23,25 23:24 28:5 30:7 34:21 36:15 37:5 42:16 44:6 54:11 67:6,10 69:7 92:12 97:11 117:23 123:9,10 136:6 150:6
**pointed** 123:13
**pointing** 36:20 120:6
**pole** 72:7,8,9,13
**pole's** 72:18
**police** 3:16 13:3 39:15 48:15,16 49:22 50:1 52:6 54:1 55:8,20 106:10 118:3,9,14 133:24
**pop** 21:25 22:25 48:2
**popped** 75:16
**portion** 66:9
**positive** 130:6
**possibly** 72:2 97:15
**post** 22:16 82:14
**posted** 82:17
**potential** 94:14
**precipitated** 101:4
**precise** 54:8
**precision** 55:6 56:6
**presence** 29:5
**present** 2:22 4:11 46:16 73:23 83:23 150:15
**presented** 75:15
**presents** 73:24
**presumably** 112:24
**presume** 6:13,21 27:21 33:17 39:19 40:7 44:5
**pretty** 28:15 29:16 38:3 41:7,7 42:6,7 43:1,2,2,14 69:18 71:17 74:7,7 75:20 76:11,17,18 86:8 87:9 91:8 96:15 102:18 119:25 134:17,17 146:14
**previous** 57:18

**previously** 101:11
**Primus** 2:14 3:6,9 4:23,23 13:9,13,14 15:1,12 17:17 18:18 19:9 24:15 24:21 26:25 27:5 27:17 28:9,22 29:2 29:10,23 30:17 33:23 34:5,25 35:3 39:25 42:3 46:9,23 49:10 51:17 52:16 53:1 57:7,23 59:2 59:17 63:22 64:1,3 64:5 67:6 69:19 71:16 74:3 75:10 75:23 76:7 79:7 81:4,20 84:17 85:4 85:9 89:5 97:13 100:4 109:11,20 120:14 121:2,20 122:4,16,22 123:21 125:7,15,23 126:7 126:17 127:2,18 128:8 130:15,24 136:13 144:16 146:1,3,5 148:13 148:22 149:3,7,17 149:20 150:2,7
**prior** 12:6 14:13 45:14,15,15,17 53:4 90:25 91:2 108:16 130:21
**private** 22:2
**Privately** 22:8
**probably** 7:16 13:20 13:21 34:20 38:6 44:1,5 83:15 87:5 92:1 102:23 107:17 117:13 126:8 132:7 136:23 140:14,18
**problem** 14:4 73:10
**problematic** 123:12
**problems** 116:24 117:7
**proceed** 6:5
**proceeding** 4:10,11 4:12
**proceedings** 62:2 145:20
**process** 67:8,12
**produced** 152:8
**profess** 10:7

**professional** 1:22 4:6 10:7 61:9 148:18 152:6 153:5
**program** 90:15
**prom** 139:3,8,11
**propped** 72:25
**proud** 9:22
**provide** 80:22 81:11
**provided** 24:1 123:9
**providing** 81:9
**Public** 4:6 151:14 152:6,14 153:21
**pull** 30:3 37:8 38:9 73:19
**pulled** 64:19 84:9 105:20,22 106:11 106:17,20,22 107:16,22 108:4,18 110:17 131:10,11
**punctured** 42:25
**Purdue** 60:2
**purpose** 12:10 112:9
**purposes** 4:3 94:18
**pursuant** 4:4
**put** 5:16 19:18 28:18 32:18 34:14 37:12 37:13 38:14,17 40:6 52:11 60:24 70:11 77:11,19,21 84:12,24 112:1,3 132:22 133:8,8,9 133:10 137:6

**Q**

**Quarterdeck** 115:11
**quasi-formal** 55:2
**Queen** 116:16
**question** 7:17,19 8:7 8:8 13:25 23:17 27:18 34:8 37:3 39:11 41:23 43:13 46:11,20 47:17 51:8 62:20 70:12 93:2,3,6,9,14 94:2 94:4,6 99:19 110:25 124:19 130:8,9 133:4
**questions** 7:15 8:13 38:23 39:14 47:12 47:16 54:8,9,13 56:4 61:12 62:4,7 62:10 63:19 64:8

64:10 73:12 89:6,9
89:14 94:5 102:9
104:20 145:11
146:2 148:14,17
**quite** 14:25 34:9
72:15

**R**

**R** 1:22 3:12 4:5
118:24 152:5,14
153:5,20 154:24
**R.P.R** 152:14 153:20
154:24
**race** 111:17
**racer** 147:13
**raise** 5:4
**ran** 44:13 132:20
134:6
**rarely** 35:5
**rate** 13:6
**reached** 82:7,11
**reaction** 40:16
**read** 50:15,21,21
51:13 52:20 148:20
148:21
**reading** 51:6,9
150:13,16
**ready** 50:20 59:12
62:13 154:18
**Reagan** 148:3,4,5,6
148:11
**real** 102:13 111:21
**reality** 144:8
**really** 11:23 19:1
23:2 30:21 41:10
43:15 60:3,5 61:7
65:2 67:21 69:14
73:2,3,6,8 74:16,16
74:18 75:18,21
77:15,15 78:14
86:5,10 92:11
94:10,17 101:21
105:22 107:19
108:7 109:7 116:5
120:1,6 121:6,10
122:24 131:8,12
132:16,17,21 134:7
134:11 136:3
141:10 143:3 144:8
148:11
**rear** 42:12 68:12
106:11

**rearview** 69:13
**reask** 13:25
**reason** 8:6 9:3,6
12:22 13:20,21
17:24 47:23 52:19
56:17 81:4,5
122:18 129:11
**recall** 20:12 33:7,9
34:15 35:18 37:11
46:12,13,18 62:24
63:10 65:15 71:20
71:21 72:21,24
79:23,24 82:2 83:3
106:15,23 107:7,8
126:19 147:21
**recalled** 45:14
**received** 83:24 84:1
**recess** 62:1 145:19
**recol** 45:6
**recollect** 6:17 63:14
**recollection** 36:18
44:22 52:15 69:6
112:11 119:20
121:1,4 122:1,13
**recollections** 45:6
54:3
**record** 4:20 5:18 6:5
8:3 23:21 40:11
62:17 119:3 149:9
153:10
**recorded** 4:8 24:4
62:5 145:21
**recorder** 51:24 58:7
**recording** 61:24
62:15 145:18
149:11 150:10
**red** 138:24
**reference** 18:23,25
27:16
**referred** 95:9,17
**refresh** 52:15 69:6
112:11
**regarding** 81:6
**regardless** 61:3 107:4
139:12
**regards** 98:23
**Registered** 1:22 4:5
152:5 153:5
**rel** 47:10
**related** 46:1,2,3
**relating** 45:22 82:23
**relation** 135:5

**relationship** 11:4
12:2 91:18,19 92:9
92:24,25
**relative** 153:12,14
**relatively** 47:10 54:9
**relevance** 7:9
**remain** 80:1
**remember** 7:1,2 8:1
12:21 17:15 26:23
31:25 34:11 36:19
38:22 42:15,22
45:11,14 47:15
49:8 52:4 55:1
56:25 64:18 67:22
73:4,9 79:19
101:13 102:5,21
104:21 106:16,22
106:24,24 107:5,21
108:3,5,16,22
121:11 123:3,23
132:21 138:7,8
143:8,19 148:10,11
**remembered** 42:7
**remembering** 73:6
**reminds** 13:16
**remote** 1:14 2:1 4:1
153:7
**remotely** 2:22 4:13
**removed** 86:1
**repairs** 80:9
**repeat** 5:17 34:8
83:11
**rephrase** 64:11
110:25
**report** 3:16 48:17
49:22 50:1,12 52:6
52:22 81:6,25
118:4,9,14 127:8
153:7
**reporter** 1:22 4:6,9
5:4,11,14,16,22 6:1
7:11 8:2,11 24:1
150:11 152:6 153:1
153:6
**reporting** 1:23 4:12
4:18 50:13 154:22
**reports** 13:3 35:22
**represent** 64:5 89:14
**Representative** 1:4,9
154:4,9
**represented** 57:1
**requested** 153:9

**resent** 98:23
**resentment** 98:7 99:2
99:4,16
**respond** 8:14
**responders** 39:23
**rest** 10:19 36:15
59:16 118:15
**restaurant** 12:5
**resting** 37:1
**retrieve** 37:22 74:12
136:20
**return** 78:2
**revealing** 93:4,7,14
**review** 153:8
**rib** 42:25
**Rice** 53:23,24,25
**rid** 146:7
**ridden** 109:2
**ride** 65:1
**ridiculous** 128:2
**riding** 108:24
**right** 5:5 6:10,20
9:11,13 10:13
12:21 13:2,23
16:12,13,14 17:8
18:14 20:20 22:7,8
22:9,11 24:23
25:16,19,25 26:13
26:20 27:17,20
30:2,10 33:14,18
38:3 39:8,16 40:13
43:8 48:2,14,18
49:18,20 50:14,24
51:11,13,19 53:20
58:15 62:16,22
63:12 64:12,13
66:13 67:15 68:8
68:10,11,13 70:17
70:22 71:19,23
72:12,13,25 73:6
76:7 79:13 81:17
89:21 92:1 108:25
111:23 112:19
113:19,22 114:12
114:16,18,22,24
115:7,10,23 116:10
116:10,13,17,19,19
116:25 117:4,7
118:12,15 119:9,16
120:8,18,19,21
121:6,8,19 122:8
123:4,13 124:9,20

126:9,16 128:16
131:9,10,17 132:4
132:7,11,12,13,16
132:19,23 133:9
137:8,10,10 139:21
139:22 141:11
145:12 148:13,16
**right-hand** 138:1
**Riley** 1:8,9,10 2:16
2:24 4:24 11:15
14:2,7,10,25 15:11
16:6 25:13 45:1,2
45:13,20 47:11
48:6 57:10,10 64:6
85:19 88:24,24
101:2 106:2 107:23
154:8,9,10
**Riley's** 18:1 33:6
87:22
**Rileys** 57:4 93:21,23
93:24 94:1 96:25
97:1,2,5,12,22
98:23 101:5 146:3
**ring** 48:21,24
**ripped** 72:2
**risk** 60:24
**road** 2:19 31:5,11
32:3,5,6,21,22 36:1
36:9,13,13 37:9,9
64:20 66:2 116:18
124:9,11 127:9
129:8 132:15
135:22 154:15
**rode** 108:25 109:2
**Roman** 118:24
**roof** 126:9,15
**room** 4:11 19:20,24
20:2 21:13 70:18
89:25 112:1
**rotation** 80:17
**rough** 44:1,1
**route** 17:12 18:6
**routine** 80:14
**row** 90:17,22
**rowed** 90:14,14
**rowing** 15:23 90:21
**rule** 55:14 56:8
**run** 133:13
**rush** 7:22 38:21
129:14

**S**

**S** 3:12 14:11 28:20
29:9 31:20,25 32:7
33:6 34:15 36:2,12
36:21 37:25 40:16
46:5 88:1
**S-u-t-e-r-s** 141:8
**Sabrin** 140:13
**Sabrina** 139:1,6,16
139:24 140:9,13
**Sabrina's** 139:14
**safe** 125:9 131:1
**safer** 60:21
**Safety** 55:22
**SAITH** 150:12 151:1
**sales** 10:8 61:9
**sandals** 134:3
**saw** 22:5 36:12 37:3
45:14 57:20 67:3
67:18 68:1,4,13,18
69:1,16,17,19,20
72:20 83:7,8
106:10 107:15
110:16 121:5,7
122:9 129:20
133:21,25 134:4,15
135:1
**saying** 35:23 142:11
142:24 145:8,9
**says** 8:2 42:6 50:7,11
52:7 81:8 124:16
127:8 132:4
**scene** 24:12,18 38:2
41:15 43:19,21,23
43:25 44:15 45:5,8
48:5 49:15,17 53:5
53:10,11 57:11,17
63:13 73:1 79:11
82:20
**SCHLESINGER** 2:2
**school** 9:17 10:1,2,8
10:10,16 11:11
12:16,20 15:19,21
53:16 59:22 60:16
91:10 92:4 96:17
96:19 103:24
138:16 149:1
**schools** 90:16 91:10
**screen** 19:6,10,19
20:20 21:7,8,24,25
22:18,24,25 24:9
24:24 32:10,18
38:9,18 47:24 51:2

111:24 112:1,5,17
113:8 137:6,8
147:6
**screwed** 41:10 42:25
43:1
**scroll** 50:11
**Seabreeze** 7:6 13:4
18:5,9,15,22 24:11
24:25 25:12 26:16
29:17 63:2 66:8
115:22 116:8 118:1
118:11,13,16
119:16 120:8,18,24
121:23,25 122:7,21
127:15 131:23
132:2,10,10
**Seabreeze/A1A**
125:5
**seat** 147:7
**seat's** 135:12
**seatbelt** 132:25 133:6
**seats** 147:6
**second** 7:21 19:15
20:9 38:15 40:17
64:22 68:13,19
69:1,12,20 110:2
111:24 113:1
143:22
**seconds** 37:19 65:20
108:1,12,22 125:12
125:16 133:20,20
**section** 61:1
**sedan** 14:11
**see** 19:21 21:2,5,10
22:2,2,12,20 23:4,5
23:14 24:9 25:14
25:14 26:8 31:14
31:23 33:15,15
38:10,18 39:2
40:15,25 42:14
44:14 50:7 57:21
68:3,6 69:13 70:23
71:3,7 72:4 75:21
108:6 111:21 112:3
112:4,12,16,18
113:3,16 116:25
117:25 119:10
123:1 124:13,16
127:21,21 129:23
132:3 133:16 134:9
134:10,11,12,24,24
134:25 136:7,10

137:7,16,25 138:18
143:7
**seeing** 40:17 67:23
72:24 135:4
**seen** 40:15 66:6 108:8
112:24 128:7
130:22,25 131:2
**sell** 146:10
**SELLARS** 2:13
**send** 20:4 149:25
**sends** 20:16
**senior** 9:20
**sense** 18:17 33:22
41:13 49:4 102:3
118:7,8,17,18
119:19 120:11
121:13,17 122:24
**sent** 19:20
**separate** 114:23
**September** 154:20
**sequence** 35:24
**series** 7:8 37:4 65:7,9
**service** 80:9
**Services** 1:10 2:16
4:24 64:6 154:10
**session** 12:16
**seven** 30:25
**severe** 98:10
**shaking** 43:18
**Shap** 147:15
**shape** 41:25
**Shapiro** 147:15,20
**share** 19:10,19 21:24
21:24 22:15,17,24
22:25 23:8,8
111:24 137:6
**shared** 22:12 112:25
**sharing** 23:13,20
112:5,17 113:8
**shirt** 137:14,20 138:3
**shoot** 149:24
**shopping** 40:24
**shortly** 49:12,13 97:2
97:3
**shorts** 134:3 137:14
137:21 138:4
**show** 8:16 19:2 33:5
38:2 117:25 123:1
137:5 138:9
**showed** 32:9 62:8
**showing** 112:10
138:18

**shown** 48:7,8 62:21
62:22 77:16
**siblings** 85:21 100:19
100:22,23,25
**side** 30:2 31:10,11,12
31:12 32:3,6,21,22
35:21,25 36:9,13
36:13 37:10 42:12
42:12 46:6 63:8
68:5,5,12,20 71:2
72:5,11,11,15,16
72:25 74:4,8,10,15
74:22 127:10 135:3
135:6,8,9,10,11,13
135:15,16,21 136:7
136:17,18,22
137:10,13 138:1
**sideswiped** 32:3
35:19
**sidewalk** 26:17 40:13
41:1,5,17 43:8 63:8
76:13 77:18,25
131:11 135:19,23
136:25
**sidewise** 72:18
**sign** 124:16 154:18
**signature** 151:4
154:18,21
**signed** 152:11 154:20
**significantly** 28:15
**signing** 150:13,16
154:19
**silhouettes** 134:10,12
134:15,19,21 135:4
136:10
**similar** 55:17 130:9
**simply** 10:18
**sir** 10:11 26:14 33:19
50:9 53:21
**sister** 95:4,16,20
148:4
**sit** 63:21 78:2
**site** 12:2
**sitting** 40:12 41:4,16
43:7 77:18 90:1
106:21 108:10
135:2,7
**six** 15:14 30:24 92:9
136:1
**skidded** 31:5
**skidding** 31:2,2
**skilled** 109:14 128:4

142:15
**slammed** 131:19
**slight** 123:19
**slightly** 117:13
123:10,11
**slow** 8:14 133:9
**slowed** 91:12 106:10
106:10 110:16
**slower** 30:24
**slowing** 108:13,13
**small** 73:3,9
**social** 82:14,25 96:8
96:11
**somebody** 12:1 48:1
55:19,21 56:25
57:4 58:5,5 95:10
110:5
**someone's** 28:15
111:16
**someplace** 132:2
**somewhat** 29:13
132:19
**son** 9:22 97:18 99:5
100:8
**soon** 53:3
**sophomore** 141:18
**sorry** 8:24 13:11,12
20:6 27:5,5 32:22
34:22 53:24 58:10
65:8 68:15 75:11
79:12 85:1 88:11
89:16,17 93:22
95:7 106:14 129:4
130:7 131:15
141:22 142:3
**sort** 8:20 15:9 17:7
80:8
**sound** 13:7 16:12
47:4 77:6,13
**sounded** 77:11
**sounds** 7:25 16:13,14
77:9
**source** 99:21 100:7
**south** 7:6 13:4 18:6
18:15,22 25:12
29:16 102:16 114:6
114:17,20 115:3
116:7 123:3 132:3
**southbound** 24:25
26:10,16 37:1 66:7
66:8,25 69:8
114:19,23 116:9,12

131:15 132:13
**Southeast** 1:24 2:3
154:22
**speak** 57:12 97:6
**speaking** 46:2 85:10
**speaks** 52:14
**special** 59:10
**specific** 90:4 101:4
119:5 147:4
**specifically** 75:13
92:13 105:10
148:10
**speculate** 130:2
**sped** 108:12 110:7,15
111:5
**speed** 13:6 26:22
29:21 84:12,13,21
85:5,12,22,25
86:15 87:1,17 88:3
107:1 108:21,24
117:13 120:11,12
122:2 128:16,19,20
144:12 147:13
**speeding** 83:24 84:2
101:12,19,22 102:2
102:4 104:5,11
105:20 106:16,19
106:22 107:15,18
107:21 108:16,21
111:19,20 130:13
144:15,19 147:15
148:7
**speeds** 119:4 121:12
127:21
**spell** 5:12 141:11
**spelled** 49:2 141:9
**spent** 58:9 144:5,9
**spin** 42:8
**spined** 31:10
**spinning** 35:25 70:7
72:17
**spitting** 77:1 136:3,4
**split** 69:1
**spoke** 49:1 91:14
**spoken** 55:8 83:6
128:21
**sport** 147:1
**springtime** 29:16
**spun** 32:4,4 35:20
127:9
**Sr** 10:21,21 47:3,8
58:11,17 96:4

143:3
**stage** 58:25
**standing** 133:16
149:5,22
**start** 28:1 39:13 45:1
**started** 30:10 36:25
70:7 89:15 124:22
136:2,2,4 137:3
**starting** 52:7 67:9
113:7 116:25
120:17 121:17
**starts** 50:16 116:18
**state** 4:7 5:11 13:20
73:6 151:8,14
152:2,6,14 153:2
153:21
**stated** 6:4 12:10
**statement** 55:2 57:20
57:24 80:23 81:9
81:11,15 82:1,3
106:2,7 107:24
**statements** 81:2
**States** 55:23
**stating** 4:19
**stay** 29:21 60:14
**stayed** 30:8 43:21
59:15 76:19
**stenographic** 153:11
**stenographically**
153:7
**Stephenia** 95:13,15
**Steve** 21:11
**stick** 51:11
**stipulated** 150:14
**STIPULATION**
150:13
**stock** 105:15,16,17
146:24 147:2
**stop** 36:20 37:8,9
100:25 116:2,4,5
150:9
**stopped** 15:23 37:12
61:24 92:19 115:14
131:6,13,17,23
132:20 133:2 134:5
145:18 149:11
**story** 11:16
**straight** 77:24 94:21
110:21 124:8,10,11
124:11 128:19
**straight-away** 124:20
**street** 2:6 7:6

**stretch** 102:12 124:9
124:11
**strike** 94:3 128:9
**student** 59:22
**studies** 12:17
**studying** 10:6
**stuff** 35:5,6,10,13
43:16 60:14 91:11
128:1,2 136:4
**stupid** 128:6,10
**SUBSCRIBED** 151:9
**Suite** 2:10,20 154:16
154:23
**Sunrise** 114:13
146:18
**super** 58:19,19,19
60:7,8 74:24,25,25
77:2 134:19
**sure** 7:24 11:23 12:8
17:3 19:16,18,22
21:21 22:14 23:7
26:18 27:19 29:3
34:10 36:22 41:11
42:13 45:7,8,10,23
46:1,14,19 48:4,13
53:8 54:15 59:15
61:18 63:5 66:22
67:21,25 71:17,22
78:11,24 84:5
86:24 88:15 89:17
91:16 92:6 100:14
102:18 106:19
111:25 131:12
132:16 134:15,21
139:11,20 141:25
145:17 146:15
148:8 150:4
**surprise** 29:13
**surprised** 40:25 41:2
**suspect** 7:18
**Suters** 141:5,6
**swerve** 70:5,14
**swerving** 110:13
**swing** 114:24
**switching** 55:7
110:13,20
**sworn** 5:8 6:3 80:22
81:9,11 151:9
152:10
**Sylvan** 126:4,8,13,14
126:14
**system** 146:22

**T**

**T** 3:12
**T-boned** 72:12
**T-shirt** 40:7 134:3
**table** 56:23
**take** 7:22 8:2,5,12
17:12 35:8 39:13
40:6 50:18 51:14
61:16,17 79:17
80:8,12,14 85:22
113:24 133:6
141:22,24 143:14
145:15 150:8
**taken** 1:16,17,21 4:2
39:21 62:1 86:16
86:17 87:2,18
145:19 154:17
**talent** 90:16
**talk** 9:5 10:18 41:4
43:5 45:2 54:2
56:21 59:14 90:9
91:11 96:10,12
100:23 101:9 114:5
118:20 128:23
141:20 142:12,12
144:11
**talked** 25:11 29:22
42:23 45:19 46:25
46:25 47:8 48:22
53:9,9 54:16 56:16
56:17 57:9,10
81:22 83:13 84:6
91:8,11,17 92:11
101:7 109:25
119:11 140:15
141:21 142:14
**talking** 6:19 7:3 8:5
10:20 13:3 14:6
31:21 36:20 57:15
90:6 92:19 94:16
94:19 100:25 106:6
**tape** 51:23 58:6
**technically** 12:17
**technologically** 26:7
**technology** 19:12
**teenagers'** 59:11
**tell** 6:24 9:6 11:20
24:10,17 28:6
31:24 38:4 40:11
45:19 46:4 50:10
51:7 71:11 75:18

85:11,15,19 93:8
103:16 104:21
105:18 112:20
134:4
**telling** 45:11
**ten** 39:21 74:17,17
76:14,17,19 130:18
130:18
**tended** 14:22
**tendency** 142:16,18
144:12
**term** 75:16
**Tesla** 1:8,8 2:12
14:11 18:3 24:19
28:20 29:9 31:20
31:25 32:7 33:6
34:15 36:2,12,21
37:25 40:16 46:5
54:19 57:1 73:16
73:22 83:17 84:12
84:22 85:6,11,21
85:22 86:1,21
87:20,24 88:25
89:3,14 93:19 94:8
94:13,14 107:2
117:9 118:4,10,15
119:9,17 120:9,12
120:24 121:23
122:2,7,11,14,19
125:22 126:3,13,16
126:20,21,25
129:24 133:14
134:5,6,7 135:3,5
135:11,24 136:7,22
136:25 154:8,8
**Tesla's** 135:7
**Teslas** 14:25 15:7
87:22
**testified** 5:9 131:4
**testifying** 69:5
**testimony** 4:15 5:19
5:20 6:2,3 29:6
71:8 112:13
**text** 51:3 87:16
**texting** 129:1
**thank** 6:6 7:13 10:5
20:11 25:5 40:22
49:24 54:14 63:17
64:1 73:14,15 79:9
89:5,20 145:13
148:13,18,22,23
149:2,13,14,17,18

149:19 150:8
**Thanks** 39:1 50:24
50:24 63:18 85:3
89:10 142:1 148:25
**them/in** 137:3
**theme** 111:12
**thing** 17:7 20:23
**things** 73:6 97:15,24
98:3,5
**think** 6:19 9:2 13:25
20:23,25 21:18
23:16,18 26:2
27:25 28:14 30:7
32:9,23 34:2,9 38:3
39:13 40:10 47:25
48:5,10,12 52:1
53:6,6,6,13,13
54:21,25 57:2
61:12 63:20 68:12
68:19 70:16 72:6,6
76:3 77:5 78:7,9,25
79:11 80:25 81:2
82:4 84:6,6,10
87:14 88:1,16 89:6
91:14 92:23 98:13
99:2,3,6 100:5,5,7
101:25 103:6,8,9,9
103:10 105:2 107:3
109:1 110:19
111:18 112:4
124:21,23 125:9
126:5 129:6 130:8
131:9 133:21 139:5
139:5,8,19,20
140:8,9 143:5,12
144:21 146:14
149:22
**thinking** 8:9
**THOMAS** 2:23
**thought** 42:11 59:25
100:15,15 113:14
147:25
**thoughtful** 47:20
**thousand** 77:11
**three** 16:20 17:25
28:23 29:21 59:13
59:25 82:22 95:24
96:1 124:9 144:3
149:25
**thrown** 42:11,15,15
42:17
**ticket** 83:24 84:2,8

84:10 101:12,19,22
102:2,4 104:5,11
105:19,24 106:4
109:6 110:3,9
111:20 147:15,22
148:7
**tickets** 84:8 144:19
**ties** 101:1
**time** 1:18 6:18 7:3
8:10,12 9:9 16:14
27:15 29:16 32:1
36:8 37:24 38:23
41:4 42:19 45:5
48:6 50:18 54:7,12
56:3 58:9,18 59:11
59:25 61:22 64:23
64:24 65:17,17,21
75:3 78:17,20,23
85:5,17 89:7 90:23
91:14 92:12 95:24
99:15 101:1 102:1
102:22,25 103:4
104:4,11 105:4,18
105:24 106:4
108:17,17 109:9,23
110:5,6 112:14
116:3 117:10 119:5
120:10,13 121:17
122:2,15 128:22,23
129:2,25 130:3
133:1,17 135:25
136:16,18 140:5,21
140:25 141:4
142:24 144:5,9
145:2,13 147:14,21
148:6
**times** 14:19 15:9,10
28:23 29:21 42:5
84:4,9 109:1
127:12,19,19
130:11 144:14
145:10
**tints** 105:17
**tiny** 33:24 67:5
**tire** 73:1 80:17
**today** 7:9,20,23 8:16
9:9 83:11,14 90:7
96:2,5 97:5 100:21
109:25 148:19
150:5
**told** 9:22 13:2 18:15
29:6 46:4 71:14

83:10 84:19,20
85:25 86:15 87:1
87:11 107:25
**ton** 30:6,6 96:12
**tone** 43:6
**top** 24:24 50:14
**topics** 90:5
**touch** 60:14 76:5
91:6 94:23 95:23
96:25 97:2 138:11
**tough** 38:19 73:9
97:19 98:9
**Touring** 146:25
147:3
**track** 61:9 92:6
**traffic** 35:2 80:23
81:6
**tragedy** 16:10 18:21
24:12
**transcript** 24:2
148:21 153:9,10
**Transportation**
55:22
**travel** 117:21
**traveling** 105:7 108:1
117:10 119:18
120:10,25 121:24
122:12 127:14,21
130:21
**treatment** 50:18 52:9
**trial** 52:17,18
**tried** 37:15 41:6
55:11 74:7 106:9
125:19 127:6,22
129:9 141:11
**truck** 137:9
**true** 153:10
**truth** 94:21
**try** 6:25 8:11,13,21
32:23,23 55:14
70:19 74:5,6 76:4
111:5 113:12
128:14 131:20
**trying** 6:16,25 51:2
55:16 56:17,18
67:14 75:24 82:9
94:20,20 99:12,18
99:25 106:25 108:2
110:19 111:10,16
**Tulane** 141:17
**turn** 19:1 25:16,17
30:21 35:10 66:12

67:4,7,16,23 68:2
69:10 70:14 114:16
117:5,6,11,24
119:10,14 124:2,3
124:7,7,22,23,24
125:17,18,24 126:1
126:2 127:6
**turned** 114:12,12
133:10
**turns** 35:8
**two** 8:5,12 15:18 28:4
34:18 36:10 41:17
44:4,19 48:6 49:19
54:22 60:12 61:16
61:25 62:10,20,20
66:7,10 73:7,8
82:23 84:5,6,9
101:23 110:1 111:2
123:9 144:5,6
**two-and-a-half** 12:3
44:2
**two-minute** 145:15
**types** 98:3
**typically** 12:24 15:20

**U**

**U.S** 146:18
**UF** 104:1
**um** 11:6 16:6 19:14
25:14 32:16 41:19
45:21 47:17 49:12
53:6 54:4 64:23
68:10 70:2 72:6
73:18 74:6 81:12
86:4 87:23 88:1,5
91:21 92:14 93:20
95:6 96:6 99:2
103:1,6 108:15
111:18 130:5
131:25 143:1
147:23
**underneath** 81:8
**understand** 43:6,7
47:22 64:10 70:22
79:10 93:11 98:16
100:9,11 134:21
**understandable**
97:18
**understanding** 7:5
14:16,24 58:21
59:19 84:20 86:14
86:21 99:13,18,20

99:25 106:3
**understeered** 127:7
**understeering** 31:1
**Understood** 43:11
93:16 98:22
**unfortunate** 60:10
**unfortunately** 91:23
91:24 95:2 97:6,8
102:8
**unhinges** 73:20
**United** 1:23 55:22
154:22
**universe** 55:15 56:8
**University** 53:23
**unsafe** 83:20,22
**unusual** 109:10,18
109:22 110:10
127:20 128:13,15
128:18,18,19
**use** 4:3 14:17 17:11
18:7 23:17 47:25
48:1 115:25
**usually** 17:11 30:20
35:13 128:1

**V**

**V** 2:9
**vantage** 136:6
**vehicle** 63:9 64:15,22
65:3,6,10,13,14,23
65:23 68:4 69:20
69:21 71:1,2,12
72:1,2,20 74:4,5,9
74:11 75:2,3,6,15
76:9,10,13,15,17
76:20,21 78:3
79:21,24 80:18
83:17 84:13 86:2
86:16,22 87:2,20
88:14 119:4 136:19
146:23 148:6
**vehicle's** 76:12
**vehicles** 118:22
**verbally** 4:15
**vertical** 72:9
**video** 24:5 145:22
149:9
**videographer** 2:23
20:25 21:2,14,15
21:15,21 22:5,8,11
22:16,23 23:4 24:4
62:15 145:22 149:8

150:9
**videotape** 1:14 4:1
153:7
**view** 106:11 136:8
**visible** 25:21 32:8
40:2
**visited** 42:4
**voice** 4:8,22 43:6
61:24 62:5 145:18
145:21 149:11
**voices** 8:12
**volleyball** 116:17
**vs-** 1:7 154:7

## W

**Wait** 56:10
**waited** 37:18
**waiting** 12:18 74:12
**waive** 4:18 148:21
154:19
**waived** 150:17
154:21
**walk** 135:4
**walked** 135:20
**wall** 31:9 32:3 35:19
35:24 118:5,10
122:8,15,21 126:22
127:1,8
**want** 7:23 8:9 13:24
19:18 28:12 33:8
39:12 44:21 55:11
56:13 61:16,16,22
81:20,22 88:20
89:15 92:17 94:4
101:9 110:12
113:12 118:19,19
123:1 130:2 137:5
142:5,8 149:21
**wanted** 47:21 60:5
66:14,21 70:12
81:24 94:16,21
129:14 141:19
142:11
**wants** 48:1
**warning** 37:13 84:8
84:10
**wasn't** 11:23 60:11
66:21 77:2 83:4
86:24 94:15 98:4
98:12 107:18 108:7
108:10,10 109:18
117:14 132:17

147:1,12,12
**waste** 9:9
**way** 8:14,15 9:2
17:14 20:20 26:6
30:12 32:18 35:8
37:16,16 41:25
42:17 49:2 55:10
56:21 59:5 69:11
69:14 102:15 115:3
115:6,8 133:25
139:22
**ways** 97:20
**we'll** 8:21 9:7 13:21
19:8 47:3 49:21
50:4,19 51:11
58:11 63:21 81:18
90:4
**we're** 6:16,19,25,25
7:2,22 9:9 23:22
36:20 38:20 39:16
44:21 56:17,18
57:14 62:15 96:6,6
96:7,7,11,11
112:15 113:14
117:25 123:3 149:8
**we've** 12:4 13:2
18:14 90:6
**wearing** 132:25
133:3 134:2
**week** 15:14 54:23
79:25
**weekend** 149:16,18
**weeks** 12:14 54:22
146:8
**weird** 77:12,14
134:18 137:3
141:10
**went** 11:11 20:2
25:18 29:25 31:4
37:21,25 42:4
48:11 50:3 67:13
74:12 76:8,21 78:7
79:11 96:17 98:10
98:18,19 115:5
136:18
**weren't** 9:18 86:6
140:3,16
**west** 2:15 31:11 32:3
32:22 35:24 36:12
114:24 116:19
135:8,12,23 146:18
**west-most** 131:18

**Weston** 2:19,20
154:15,16
**white** 35:22,23 26:8
26:11 40:7 65:7,8,9
138:3,3
**Whitney** 2:9 4:25
62:11 63:22 89:13
113:7
whitney.cruz@bo...
2:9
**window** 20:17 42:12
42:13 67:22 68:1
105:17
**windows** 129:24
130:3
**wish** 154:19
**witness** 1:21 2:21 3:2
4:2,14 5:8,10,13,15
5:17,20,24 6:1
50:17 52:8 151:4
**witnesses** 81:7
**woke** 42:9,9
**wonderful** 10:2
**wondering** 129:20
**wood** 77:7
**word** 13:17 14:1,17
**words** 30:14 34:11
41:8 43:15 67:8
87:11 97:10 132:1
**work** 55:10 59:14
73:17 143:13
**work-out** 15:22
**working** 21:12 23:3
149:14
**world** 55:15
**worried** 123:7,10
**worry** 9:1 50:5 61:11
**worth** 23:10 112:23
**wouldn't** 35:13 83:22
122:19
**wow** 44:3 70:2
**writing** 58:6 87:15

## X

**X** 3:12

## Y

**yeah** 5:15 10:12
11:11,13 13:13
14:3,20 15:17
16:18 18:11,12,13
20:8 21:12 22:4,19

23:1,12,16,22
25:22 27:11 30:3,8
30:23 32:22 33:2,8
33:14,15 34:19
39:3 41:19 42:4
43:4 44:4,8,17 45:3
45:17 46:12 47:7
47:25 53:14,17
56:15 57:14 58:1,2
58:4,8,13,16,19
59:3,9,18 60:13
61:4,15 62:14,15
62:25 63:16 64:17
65:9 66:9 68:10,17
68:21 69:2 72:14
75:1,9,11 80:3,5,17
80:25 81:4,14,20
82:17 84:9 85:1
86:18 87:6,21,23
87:23 88:1,2,22,23
90:8 91:4 95:6,14
96:6 97:3 101:21
102:3,11 103:15
104:12 105:11
107:14,17 108:19
109:3,5,24 110:23
111:10,18,18 113:9
113:10 114:17,25
115:3,17,20 117:2
117:16,20 118:6
119:6,6,21 120:15
125:1 126:10,11
128:6 129:5 130:1
131:17 132:14
133:5 134:10,13
135:13,22 137:4,4
139:4,18 140:4
141:14,17 142:7,20
142:21 143:1,6,18
143:21 144:1
145:23 146:17
147:5,8 148:5
149:4,16 150:2
**year** 91:3,3,4 92:2
140:10
**years** 15:15 28:4 73:8
96:14
**yelled** 133:23
**Yep** 9:12 20:21 33:4
38:14 105:13
114:14,20 142:2
149:10

**young** 40:19 41:17
**younger** 95:16 96:14
**youngest** 143:15

## Z

**Zane** 2:2 19:4,12
20:4,6,7 22:6 23:11
23:13 25:3 38:7
49:20 51:1 61:13
61:14 149:22 150:3
**Zane's** 62:3,6
zane@schlesingerl...
2:3
**zoom** 112:15 113:14
116:22 152:8

## 0

## 1

**1** 3:13 25:4,7 32:10
62:22 66:7,13,25
68:23,25 69:7
146:18 153:10
**1:00** 1:18 150:18
**10** 9:23 131:1
**10:00** 1:18
**10:03** 1:18
**100** 12:7 109:19
130:21
**108** 120:25 121:18
**109** 119:18
**11** 74:18 126:4,8,10
126:13
**110** 108:11 109:19
130:21
**115** 108:11
**116** 120:10
**12** 126:11,14,14
152:16 153:22
**120** 106:8 108:1
109:19
**1212** 2:3
**1214** 119:16
**1218** 1:24
**1235** 120:8,18
**1243** 125:3,4
**1249** 125:5
**1300** 18:22 120:24
**1308** 121:22,25
**1313** 117:25 118:11
122:20 127:11
131:23 132:2,6,9

**1337** 132:10
**1344** 118:13,16
    127:10,11
**146** 3:9
**15** 37:19 65:20
    130:18,18 131:1
**152** 153:10
**15th** 9:15 80:1
**17TH** 1:1 154:1
**180-horsepower**
    147:12
**18th** 8:17

—————— **2** ——————
**2** 2:10 3:14 38:8
    39:10 43:21 52:7
    63:6 66:14,24 69:8
    77:17
**20** 37:19 65:20
    103:21
**200** 154:23
**2000** 9:15
**2018** 6:18 7:4 8:18
    9:18 14:13 15:8
    28:3,6 55:4 78:23
    80:10 101:23,25
    105:19
**2020** 1:17 151:10
    152:9,11 153:17
    154:20
**2023** 152:16 153:22
**21** 103:19 154:20
**21st** 152:11 153:17
**220** 154:16
**24/7** 144:3
**25** 3:13 26:24
**2500** 2:19,20 154:15
**27th** 139:10
**292478** 152:15
    153:21
**2SS** 105:11,12

—————— **3** ——————
**3** 3:16 49:21 50:2,25
    52:7
**30** 27:3 111:13,15
    117:15,18 133:20
    133:20
**33** 2:6
**33134** 2:11
**33316** 2:4 154:23
**33331** 2:20 154:16

**33401** 2:15
**34-1805-072859**
    50:14
**35** 117:16,20 130:17
    130:23
**39** 3:14
**3rd** 1:24 2:3 101:23
    101:25 105:19
    106:5 110:3 154:22

—————— **4** ——————
**40** 131:1,2

—————— **5** ——————
**5** 65:7,9
**50** 3:16

—————— **6** ——————
**6** 3:3
**6:30** 7:3 16:11 29:15
**6:45** 7:3 16:11 29:15
**60602** 2:6
**62** 3:5
**633** 154:22
**64** 3:6

—————— **7** ——————
**7** 1:17
**75** 46:7
**75-ish** 28:25
**7th** 152:9

—————— **8** ——————
**8** 28:3
**800** 2:10
**811** 2:15
**85** 84:14
**86** 122:12,20 127:8
**89** 3:8
**8th** 6:18 7:4 8:18
    14:13 15:8 28:3
    55:4 79:25 80:10

—————— **9** ——————
**9** 78:6
**90** 17:3 109:19
**911** 78:6,7 133:22,24
**954-249-7795** 78:18
**954-525-2221** 1:25
    154:24
**96** 121:24