## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-RS

JAMES B. RILEY, as personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

        Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

        Defendant.

_____/

**TESLA, INC, d/b/a TESLA MOTORS, INC'S UNOPPOSED MOTION TO FILE UNDER SEAL AN EXHIBIT TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT RALPH WHITE UNDER FEDERAL RULES OF EVIDENCE 702 AND 403 AND MOTION FOR SUMMARY JUDGMENT**

Defendant Tesla, Inc. d/b/a Tesla Motors, Inc. ("Tesla") respectfully requests entry of an Order, pursuant to Southern District of Florida Local Rules 5.4(b), authorizing the filing under seal of an exhibit to be filed in support of Tesla's Motion To Exclude The Testimony Of Plaintiff's Expert Ralph White Under Federal Rules Of Evidence 702 And 403 and Motion for Summary Judgment.

Tesla's Motion To Exclude The Testimony Of Plaintiff's Expert Ralph White Under Federal Rules Of Evidence 702 And 403 and Motion for Summary Judgment rely on and discuss documents produced by Tesla in discovery at Bates Nos. TESLA 7031-7041 and 7205 and which were designated in discovery by Tesla as "Confidential."

The Protective Order in this case requires that the materials designated as Confidential be filed with the Court pursuant to the Local Rules of the Southern District of Florida. (ECF 14). Therefore, Tesla respectfully requests an Order authorizing the filing of Bates Nos. TESLA 7031-

7041 and 7205 under seal.

Pursuant to Southern District of Florida Local Rule 5.4(b)(1), Tesla requests Bates Nos. TESLA 7031-7041 and 7205 be sealed until entry of an Order overruling the designation of those documents as Confidential.  *See* S.D. Fla. L. R. 5.4(b)(1).

Pursuant to Local Rule 7.1, prior to filing this motion, undersigned counsel certify that they conferred with Plaintiff's Counsel in a good faith effort to resolve by agreement the issues to be raised in motion, and have been authorized to represent that Plaintiff does not oppose the relief sought herein.

WHEREFORE, Tesla respectfully requests entry of an Order authorizing Tesla to file under seal documents produced by Tesla in discovery at Bates Nos. 7031-7041 and 7205. A proposed Order is attached.

Respectfully submitted,

*/s/ Robert J. Rudock*
**VINCENT GALVIN**
*Pro Hac Vice*
**ROBERT J. RUDOCK**
Florida Bar No. 365157
**WENDY LUMISH**
Florida Bar No. 334332
**WHITNEY V. CRUZ**
Florida Bar No. 800821
Bowman and Brooke
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel: 305-995-5600/Fax: 305-995-6090
*Attorneys for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on June 14, 2021, the foregoing was filed using the

Court's CM/ECF system which will send electronic notice of the same to all interested parties.

Respectfully submitted,

<u>*/s/ Robert J. Rudock*</u>
**VINCENT GALVIN**
*Pro Hac Vice*
**ROBERT J. RUDOCK**
Florida Bar No. 365157
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY LUMISH**
Florida Bar No. 334332
Bowman and Brooke LLP
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel: 305-995-5600/Fax: 305-995-6090
*Attorneys for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*