# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-RS

JAMES B. RILEY, as personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

      Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

      Defendant.
_____/

**(PROPOSED) ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL AN EXHIBIT TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT RALPH WHITE UNDER FEDERAL RULES OF EVIDENCE 702 AND 403 AND MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE came before the Court on Defendant Tesla, Inc. d/b/a Tesla Motors, Inc. Unopposed Motion to File Under Seal an Exhibit to Defendant's Motion To Exclude The Testimony Of Plaintiff's Expert Ralph White Under Federal Rules Of Evidence 702 And 403 and Motion for Summary Judgment. Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that the Unopposed Motion is **GRANTED**. Defendant is authorized, pursuant to Southern District of Florida 5.4(b), to file documents Bates Nos. TESLA 7031-7041 and 7205 under seal. Pursuant to Southern District of Florida Local Rule 5.4(b)(1), documents Bates Nos. TESLA 7031-7041 and 7205 shall remain sealed until entry of an order overruling the designation of these documents as Confidential.

2

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of June, 2021.

                                                                                          _____
                                                                                          THE HONORABLE RODNEY SMITH
                                                                                          UNITED STATES DISTRICT JUDGE

Copies Furnished to All Council of Record