# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case NO. 20-cv-60517-SMITH/VALLE

JAMES B. RILEY, as Personal
Representative of the ESTATE
OF BARRETT RILEY, deceased

    Plaintiff,

v.

TESLA, INC., d/b/a TESLA
MOTORS, INC.

    Defendant.
_____/

# EXPERT REPORT OF DR. RALPH E. WHITE

## I. INTRODUCTION

1. I, Ralph E. White, provide the following report identifying my opinions and bases therefore concerning certain issues in the present lawsuit. I reside in the State of South Carolina and maintain an office located at the University of South Carolina, Columbia, South Carolina, 29208.

2. I am a Professor of Chemical Engineering in the Department of Chemical Engineering at the University of South Carolina.

3. I have been retained by Colson Hicks Eidson on behalf of James B. Riley in the above-captioned matter as an independent technical expert.

4. As part of this engagement, I have been retained to review and evaluate the destroyed battery pack that was used in the 2014 Tesla Model S, P85D that crashed into a wall while being operated by Barrett Riley on May 8, 2018.

## II.   QUALIFICATIONS, EXPERIENCE, AND PUBLICATIONS

5.   I have almost fifty years of experience in the field of chemical engineering with research interests targeted to electrochemical systems, mathematical modeling, batteries, corrosion, and electrodeposition.

6.   In 1971, I graduated with a B.S. in Engineering from the University of South Carolina. In 1973, I obtained my M.S. in Chemical Engineering from the University of California at Berkeley. In 1977, I obtained my Ph.D. in Chemical Engineering from the University of California at Berkeley.

7.   I worked as a Chemical Engineer for Ethyl Corporation in the summer of 1970, as a Nuclear Engineer for Mare Island Naval Shipyard in the summer of 1971, and as a Research Engineer for Chevron in the summer of 1972. Since obtaining my Ph.D. I have worked as a consultant for over 15 companies, including Dow Chemical, Boeing, Celgard, and Energizer.

8.   I worked at Texas A&M University from 1977 through 1993, during which I held the positions of Assistant Professor, Associate Professor, and Professor, before serving as the Associate Head of the Department of Chemical Engineering. I then moved to the University of South Carolina, where I have been since 1993. I have held the roles of Chair of the Department of Chemical Engineering, Director of the Center for Electrochemical Engineering, and Dean of the College of Engineering and Computing. I am currently a Professor and Distinguished Scientist at the University of South Carolina.

9.   I have received numerous honors and awards throughout my career, including the Battery Division Research Award from The Electrochemical Society, Inc. in 1991, the Best Paper of the Conference at the Fifth Annual Battery Conference on Applications and Advances in 1990, the E. H. Brockett Professor of Chemical Engineering honor in 1990, the Scientific

Achievement Award by the American Electroplaters and Surface Finishers Society in 1999, and several major awards from The Electrochemical Society.

10. I am a member of several societies, such as the American Institute of Chemical Engineers, the National Society of Professional Engineers, The Electrochemical Society, and the National Association for the Advancement of Science.

11. I have been working on lithium-ion battery cells and lithium-ion battery packs since 1993. I have been a member of NASA's Engineering Safety Center, Electrical Power Technical Discipline Team since August 2009. We received an award for our work on the thermal runaway of lithium-ion battery cells: Group Achievement Award to NASA Lithium-Ion Thermal Runaway Assessment Team, 2013.

12. A detailed description of my professional qualifications, including a listing of my specialties/expertise and professional activities, is contained in my *curriculum vitae*, which is attached.

### III. COMPENSATION

13. I am being compensated on an hourly basis at the rate of $400/hour for my work performed in connection with this proceeding. I have received no additional compensation for my work in this case, and my compensation does not depend upon the contents of this report, any testimony I may provide, or the ultimate outcome of this proceeding.

### IV. PRIOR TESTIMONY

14. During September and December 2020, I served as a consultant and expert witness in the matter of: Certain Lithium-Ion Battery Cells, Battery Modules, Battery Packs, Components Thereof, And Products Containing the Same, Investigation No. 337-TA-1181, UNITED STATES INTERNATIONAL TRADE COMMISSION and provided testimony at a deposition and a hearing.

15. I served as an expert witness in connection with the following two *inter partes* review petitions filed on July 6, 2020 with the United States Patent and Trademark Office: *SKI Innovation Co., Ltd. v. LG Chem, Ltd.*, Case Nos. IPR2020-01239 and IPR2020-01240. I submitted a declaration in support of each of the two petitions.

16. From May 2018 to March 2019, I served as a consultant and expert witness in *Multi Service Technology Solutions Inc. v. Lifeshield LLC*, U.S. District Court for the Western District of Missouri, Case No. 17-cv-0696-HFS, which involved a dispute involving lithium-ion battery defects in a tablet computer. I submitted an expert report and provided testimony at a deposition.

17. From September 2015 to June 2016, I served as a consultant and expert witness in *LoJack Corp. v. EVE Energy Co., Ltd.*, Hong Kong International Arbitration Centre Case No.: HKIAC/A14160, which involved a contract/fit for purpose dispute involving batteries. I submitted a declaration and provided testimony before the arbitration tribunal.

## SUMMARY OF OPINIONS

1. The automobile that Barrett Riley was driving on May 8, 2018 was a Tesla Model S, P85D. This auto was an electric vehicle powered by a battery pack containing 85 kilowatt hours (kwh) of energy contained in 7,104 form-factor 18650 lithium-ion battery cells. This battery pack was not designed properly to provide safety to the passengers of the vehicle in the event of a collision. There are several reasons the battery pack was not safe. The battery housing box was not strong enough to prevent collapsing upon impact. The individual lithium-ion battery cells were not protected with the usual safety features found in 18650 lithium-ion battery cells. These cells also had thin can walls, which also made them less safe. In addition, the individual battery cells were not coated with an intumescent fire retardment material that was available.

2. The 7,104 18650 lithium-ion battery cells used in the battery pack of the Tesla Model S, P85D were made specifically for Tesla by Panasonic and did not contain the usual safety features found in most 18650 lithium-ion battery cells (see https://www.youtube.com/watch?v=5_OeSoQcuVc). These safety features consist primarily of the Positive Temperature Coefficient (PTC) component and the Current Interrupt Device (CID). In addition, the can walls of these Panasonic lithium-ion battery cells were thinner than those found in most of the other 18650 battery cells available on the open market. Thus, the lithium-ion battery cells used in the battery back were not protected and were unsafe. The safety of the battery pack in the Tesla Model S, P85D could have been improved by using an intumescent fire retardment material that expands when heated to seal around items consumed by fire. Tesla Motors, Inc. is listed as the assignee on the patent US 8,263,254 entitled "CELL WITH AN OUTER LAYER OF INTUMESCENT MATERIAL," which was issued on September 11, 2012.

5

## BACKGROUND INFORMATION

1. Lithium-ion battery cells are rechargeable batteries that provide a power source that has a higher energy density, a longer cycle life, and a higher operational voltage as compared to other rechargeable battery cells. An excellent video that presents a description of a lithium-ion battery cell and the Tesla battery pack can be found at: https://www.youtube.com/watch?v=VxMM4g2Sk8U .

2. Lithium-ion battery cells are used in a variety of applications such as portable consumer electronics, electric vehicles, energy storage systems, military applications, and aerospace applications, among others.

3. A lithium-ion battery cell (see Figure 1) consists of a positive electrode and a negative electrode separated by a thin polymeric film that prevents the electrodes from touching yet allows ionic conduction (lithium ions) through the film. The film that separates the positive electrode from the negative electrode is commonly referred to as a "separator."



Figure. 1. Lithium-ion battery cell schematic during discharge.

4. Current is generated by the movement of lithium ions from the negative electrode to the positive electrode during discharge. The passing of this current out of the cell at the cell voltage provides the power needed to operate a device (cell phone, e.g.). An external source of

6

current like a phone charger can be used to reverse the current through the cell to store energy in the cell by moving the lithium ions from the cathode back to the anode. However, this charging process can lead to one of the failure modes of a lithium-ion battery cell. This failure mode is due to a short circuit being formed between the two electrodes. This short circuit can be formed by lithium metal dendrites, which can be formed on the anode during the charging process.

5. Lithium-ion battery cells can be recharged by using an external source of current to reverse the direction of the current shown in Figure 1. This recharging process must be done carefully to avoid formation of lithium metal dendrites on the anode, which can lead to shorting of the lithium-ion battery cell and thermal runaway. Dendrite growth refers to the irregular growth of lithium metal on the anode during the charging of a lithium-ion battery cell (see Figure 2). This dendrite formation occurs when lithium ions are reduced to lithium metal during charging instead of being inserted (intercalated) into the carbon anode. Lithium metal dendrites are snowflake-like lithium metal formations as shown in Figure 2. Note that the cell used in Figure 2 is not a typical lithium cell, but instead was constructed to illustrate the growth of dendrites on the anode on during charging. Figure 2 is a screen shot from a video produced while the smaller, circular carbon anode was being charged by the larger, outer light blue cathode. The image shows white lithium metal dendrites formed on the smaller, circular carbon anode during charging. The rust color portion of the carbon anode indicates where the lithium-ions have intercalated into the carbon as desired.



*Figure 2. Lithium metal dendrite formation.*

6.  The formation of a lithium metal dendrite on the anode during charge can lead to shorting of the cell if the dendrite grows through the separator and contacts the cathode. This shorting of the cell causes the energy in the cell to be released rapidly at the point of contact of the dendrite with the cathode. This leads to a large increase in the local temperature in the cell, which causes melting of the separator. This melting of the separator increases the contact between the electrodes and leads to a sequence of events that includes additional heating of the cell and the formation of a combustible mixture of hydrogen and oxygen in the head space of the battery cell, which can then explode and expel the contents of the cell. This event is commonly referred to as thermal runaway, which is an autocatalytic event meaning that once it starts it will automatically continue to heat up due to the reactions that occur in the cell. The temperature of the cell can be on the order on 1000 degrees Fahrenheit or higher, which causes the color of the cell to become cherry red and even white hot. In addition, the organic electrolyte in the battery cell is transformed into an explosive mixture of gases and the internal contents of the cell known as the jelly roll can be ejected from the cell. Consequently, a thermal runaway event can cause the battery cell to become much like a roman candle, which includes the cell becoming on fire and exploding.

7. Thermal runaway of a lithium-ion cell in a battery pack of lithium-ion cells can cause thermal runaway propagation, which means that the adjacent cells can also go into thermal runaway due to the heat released by the cell in thermal runaway. This can lead to thermal runaway of the other cells in the battery pack with catastrophic results. This sequence of multiple battery cells going into thermal runaway is referred to as thermal runaway propagation.

8. Thermal runaway and thermal runaway propagation can also be caused by crushing a lithium-ion cell, which can occur due to an electric vehicle crash for example. Again, once one lithium-ion cell goes into thermal runaway, the heat released can cause thermal runaway propagation in the battery pack, which causes explosions and fires.

9. Lithium-ion battery cells are produced in a variety of different shapes. Lithium-ion cells may be cylindrically shaped, pouch shaped, or prismatic (rectangular) shaped. A commonly used lithium-ion battery cell is the cylindrical form-factor 18650 cell (18 mm in thickness and 65.0 mm tall), which is produced by several companies including Panasonic.

10. The battery pack used in the Tesla Model S, P85D consists of thousands (7,104) of 18650 lithium-ion battery cells arranged in 16 modules. An example of one of these lithium-ion battery cells with a plastic coating is shown in Figure 3.



*Figure 3. Panasonic lithium-ion battery cell (with plastic coating) used by Tesla.*

11. The specification sheet for the Panasonic NCR18650B is shown in Figure 4.

## PANASONIC NCR18650B 3400MAH 4 .9A BATTERY - FLAT TOP
Panasonic NCR18650B Data Spec Sheet

### Specifications:
Model: NCR18650B
Size: 18650
Style: Flat Top
Chemistry: NCR
Nominal Capacity: 3400mAh
Continuous Discharge Rating: 4.9A
Nominal Voltage: 3.6v
Protected: No
Rechargeable: Yes
Approximate Dimensions: 18.63mm x 65.08mm
Approximate Weight: 47.5g

*Figure 4. Panasonic lithium-ion battery cell specification sheet.*

12.     Note the specification sheet for the lithium-ion battery cell used by Tesla includes the statement that the battery cell is not protected: "Protected: No." This means that the commonly used safety features (PTC and CID) are not included in the Panasonic NCR18650B lithium-ion battery cell. The battery cell used in the 2014 Tesla Model S, P85D has the designation NCR18650BB, which is essentially the same as the NCR18650B battery cell.

13.     The safety feature known as the Positive Temperature Coefficient (PTC) component is shown in Figure 5.



*Figure 5. Top portion of an 18650 lithium-ion battery cell.*

14.     The PTC component shown in Figure 5 is a current limiting switch to protect the cell against external short circuits. The PTC component is normally conductive and consists of a thin annulus ring made of an irradiated polyethylene laminated with a metal on both sides of the annulus ring. When exposed to an overcurrent demand from the cell, the normally conductive polyethylene ring heats up, changes phases, and becomes very resistive to current flow. Once

11

the overcurrent condition is removed, the PTC cools and returns to an electrically conductive state.

15. The safety feature known as the Current Interrupt Device (CID) that is not included in the battery cells used by Tesla but is included in most lithium-ion battery cells is a device that is placed at the top of the cell (see Figure 5). The CID causes the current leaving or entering the cell to be discontinued if the pressure inside the cell increases over a specified set point. This prevents the cell from passing current that could lead to heating of the cell and a thermal runaway event. Figure 5 shows the normal operating condition of the positive terminal of the battery cell where current can pass from the cell through the cathode tag, pressure disk, PTC, and out the Top cover (i.e., the positive end of the cell). If the pressure inside the cell exceeds a set value due to heating for example, the pressure disk (see Figure 5) is pushed upwards breaking the contact between the cathode tag and the pressure disk, which stops the current flow.

16. The battery cells used by Tesla did not have the PTC and CID safety features because Tesla wanted to reduce the weight of the battery pack thereby extending the range of the 2014 Tesla Model S, P85D. In addition, Tesla required battery cells without these safety features to reduce the manufacturing cost of the battery cells. The removal of these safety features from the battery cells used by Tesla is specified clearly in Tesla's United States Patent Application Publication (Pub. No.: US 2010/0136421 A1, Pub. Date: Jun. 3, 2010) where we find in the Abstract the following statement: "A simplified cell design is provided for a battery utilizing the 18650 form-factor in which the CID and PTC elements are eliminated, thereby reducing manufacturing cost and battery weight."

17. Seven thousand one hundred and four of these Panasonic NCR18650B lithium-ion battery cells without the safety features known as the PTC and the CID were used to construct the battery pack used in the Tesla Model S, P85D. The battery pack consisted of 16 modules. Figure 6 (see Figure 31 in the NTSB report entitled Battery and Vehicle Factual Report of Investigation) is a picture of an exemplar battery pack for the 2014 Tesla Model S, P85D. A typical Tesla Model S, P85D battery pack has the following characteristics: Power, 270 kW; Energy content, 85 kWh; Voltage Maximum, 400 V; Cooling, Liquid; and Weight, 618 kg (see https://www.youtube.com/watch?v=ENu8uuPIss8).



*Figure 6. 2014 Tesla Model S, P85D exemplar battery pack.*

18. Figure 6 shows how close the individual lithium-ion battery cells are to one another. Consequently, when one of the battery cells goes into thermal runaway, the heat from the cell in thermal runaway will cause the cells next to that cell to go into thermal runaway,

13

which we call thermal runaway propagation. Note there is no intumescent fire retardment material on the cells.

## FACTS AND DATA CONSIDERED

1. To formulate my opinions in this case, I have considered the NATIONAL TRANSPORTATION SAFTEY BOARD report dated March 4, 2019 entitled BATTERY AND VEHICLE DOCUMENTATION FACTUAL REPORT OF INVESTIGATION, ACCIDENT: HWY18FH013. I have also reviewed the NTSB's Crash Summary Report for accident HWY18FH013. In addition, I have reviewed the NSTB's Highway Accident Brief for accident HWY18FH013. As stated in the Crash Summary Report, the right front of a 2014 Tesla Model S, P85D crashed into a wall and subsequently caught on fire. This report also states that the fire was caused by the lithium-ion battery: "Contributing to the severity of the injuries was the post-crash fire originating in the crash-damaged lithium-ion battery."

2. Figure 7 (see Figure 3 in the Crash Summary Report) is a picture of the 2014 Tesla Model S, P85D battery pack after the collision.



*Figure 7. 2014 Tesla Model S, P85D battery pack after the collision.*

3.     Figure 7 show clearly that the battery pack modules in the front of the pack (compare to Figure 6) and at the right front of the pack have been destroyed by fire. Also, it is clear the battery pack housing box was destroyed in the front and right front of the battery pack. This a design flaw. The battery pack housing box should have been designed to withstand the impact, which it did not. As mentioned above, the crushing of a lithium-ion battery cell will cause it to go into thermal runaway and because the battery pack was designed with the individual battery cells positioned near one another, thermal runaway propagation occurred. That is, lithium-ion battery cells in the modules at the front and right front of the battery pack were crushed upon impact. This led to the lethal fire in the vehicle shown in Figure 8 (see Figure 2 in the NTSB report entitled Battery and Vehicle Factual Report of Investigation).

15



*Figure 8. 2014 Tesla Model S, P85D engulfed in flames.*

4.     On January 21, 2021, I attended an inspection of the damaged battery pack, which was held by Exponent personnel at 4101 SW 71st Ave, Miami, FL. Figure 9 is a picture of the right front of the battery pack shown in Figure 7 after removal of some of the debris. This picture shows again how close the individual lithium-ion battery cells are to one another. This lack of adequate space between the cells caused the thermal runaway propagation and the lethal fire.

16



Figure 9. 2014 Tesla Model S, P85D damaged battery pack.

5. Figure 10 shows four destroyed cells from the 2014 Tesla Model S, P85D damaged battery pack. Note that one of the cells was destroyed by bursting along the length of the cell, which was due to a side wall rupture due to the thin wall of the steel battery cell can. The destroyed internal components (i.e., the so-called jelly roll) can be seen protruding from the cell. The thin walls of the battery cell cans used in the battery pack undoubtedly contributed to the thermal runaway propagation that occurred in the battery pack because the heat released through the broken side wall of the battery cell provided direct heating of the cell next to the cell that experienced the side wall rupture.



*Figure 10. Destroyed battery cells from the battery pack.*

## STATEMENT OF OPINIONS

1. The battery pack in the Tesla Model S, P85D is not safe for several reasons. The first reason is that the individual lithium-ion battery cells used to produce the battery pack do not include the normal safety features: PTC and CID. These safety features may have prevented the severity of the fire that occurred. Also, these battery cells were constructed with thinner can walls to provide a higher energy density per cell. This thinning of the can walls led to side wall rupture of some of the battery cells, which promoted thermal runaway propagation in the battery pack.

2. Tesla did not use a fire-retardant material that may have prevented thermal runaway propagation. Their patent, US 8,263,254 entitled "CELL WITH AN OUTER LAYER OF INTUMESCENT MATERIAL," has in column 1, lines 16-18 the following statement: "The present invention relates generally to batteries, and more particularly, to a means for maintaining cell wall integrity during thermal runaway." And in column 1, lines 50-53: "Thermal runaway is of major concern since a single incident can lead to significant property damage, in some circumstances, bodily harm or loss of life." Tesla chose not to use an intumescent material on the lithium-ion battery cells in their Tesla Model S, P85D. This decision led to a less safe battery pack. Tesla now uses such a material in their Model 3 battery packs (see https://www.youtube.com/watch?v=TdUqQZC2dcE).

*Ralph E. White*

Ralph E. White      Signed on 4/15/21.