# EXHIBIT B

1              R. White

2       IN THE UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF FLORIDA

4    _____

5    JAMES B. RILEY, as personal         )

6    Representative of the ESTATE        )

7    OF BARRETT RILEY, deceased,        ) CASE NO.

8         Plaintiff,             ) 20-CV-60517-RS

9         v.                     )

10   TESLA, INC., d/b/a TESLA           )

11   MOTORS, INC.,                 )

12         Defendant.            )

13   _____

14

15         DEPOSITION OF DR. RALPH E. WHITE

16              Held remotely

17              June 7, 2021

18

19

20   Reported by: BARBARA MOORE, CRR, RMR

21   Job No. 193668

22

23

24

25

Page 2

1             R. White

2

3

4

5             Monday, June 7, 2021

6                10:32 a.m.

7

8   Videoconference Deposition of DR. RALPH E. WHITE,

9   pursuant to Notice before Barbara Moore, Certified

10   Realtime Reporter and Registered Merit Reporter and

11   Notary Public of the District of Columbia and the

12   state of Maryland and the Commonwealth of Virginia.

13

14

15

16

17

18

19

20

21

22

23

24

25

1              R. White

2

3   APPEARANCES:

4   ON BEHALF OF PLAINTIFFS:

5      CURTIS MINER, ESQ.

6      COLSON HICKS EIDSON

7      255 Alhambra Circle

8      Coral Gables, FL  33134

9

10

11

12   ON BEHALF OF DEFENDANT:

13      VINCENT GALVIN, ESQ.

14      BOWMAN & BROOKE

15      1741 Technology Drive

16      San Jose, CA  95110

17

18

19

20   Videographer:  Adrienne Chemel

21

22

23

24

25

1          R. White

2          TABLE OF CONTENTS

3            WITNESSES

4   WITNESS                          PAGE

5   RALPH EDWARD WHITE

6   BY MR. GALVIN                    8

7

8   _____EXHIBITS_____

9   EXHIBIT      DESCRIPTION              PAGE

10  Exhibit 1  Amended Notice            8

11  Exhibit 4  Document entitled Lithium-Ion      51
           Battery Safety for Electric and
12            Plug-in Hybrid Vehicles

13  Exhibit 2  Expert report           52

14  Exhibit 3  Article entitled Numerical       135
           Analysis of Heat Propagation and
15            Battery Pack Using a Novel
           Technology for Thermal Runaway
16
    Exhibit 10 Photograph              148
17
    Exhibit 9  Photograph              155
18
    Exhibit 8  Document entitled Designing Safe    168
19            Lithium-Ion Battery Packs using
           Thermal Abuse Models
20
    Exhibit 6  Document entitled A Lumped Model    175
21            of Venting During Thermal Runaway
           in a Cylindrical Lithium Cobalt
22            Oxide Lithium-ion Cell

23  Exhibit 5  Article titled Modelling Li-Ion    178
           Cell Thermal Runaway Triggered by
24            an Internal Short Circuit Device
           Using an Efficiency Factor and
25            Arrhenius Formulations

1          R. White

2    EXHIBIT        DESCRIPTION              PAGE

3    Exhibit 7  Document titled Modeling          181
4             Vaporization, Gas Generation and
              Venting in Li-Ion Battery Cells
5             with a Dimethyl Carbonate
              Electrolyte

6    Exhibit 11 Document Bates-stamped 3488        199

7    Exhibit 12 Document Bates-stamped -3348       201

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          R. White

2          PROCEEDINGS

3          THE VIDEOGRAPHER:  Good morning,

4     counselors.  My name is Adrienne Chemel.

5     I am a legal videographer in association

6     with TSG Reporting, Incorporated.

7          Due to the severity of COVID-19

8     and following the practice of social

9     distancing, I will not be in the same

10     room with the witness.  Instead I will

11     record this videotaped deposition

12     remotely.  The reporter, Barbara Moore,

13     also will not be in the same room and

14     will swear the witness remotely.  Do all

15     parties stipulate to the validity of this

16     video recording and remote swearing and

17     that it will be admissible in the

18     courtroom as if it had been taken

19     following Rule 30 of the Federal Rules of

20     Civil Procedures and the state's rules

21     where this case is pending?

22          MR. GALVIN:  On behalf of the

23     plaintiff, yes.

24          MR. MINER:  On behalf of Tesla,

25     yes.

1          R. White

2          THE VIDEOGRAPHER:  This is the

3   start of tape labeled No. 1 of the

4   videotaped deposition of Dr. Ralph E.

5   White in the matter of Riley v. Tesla,

6   Inc., in the United States District Court,

7   Southern District of Florida,

8   No. 20-cv-60517-RS.

9          All parties have agreed to appear

10   remotely on June 7, 2021, at

11   approximately 10:33 a.m.  My name is

12   Adrienne Chemel from TSG Reporting, Inc.,

13   and I am the legal video specialist.

14          The court reporter is Barbara

15   Moore in association with TSG Reporting.

16          Will counsel please introduce

17   yourselves.

18              (Attorneys stated their

19              appearances for the record.)

20          THE VIDEOGRAPHER:  Will the court

21   reporter please swear in the witness.

22

23

24

25

1              R. White

2         ***********************

3              RALPH EDWARD WHITE,

4   having been called as a witness on behalf of the

5   Plaintiff and having been first duly sworn, was

6   examined and testified as follows:

7   EXAMINATION BY

8   MR. GALVIN:

9        Q.    Dr. White, my name is Vincent

10  Galvin, and I represent Tesla in this case, I

11  introduced myself to you before we went on the

12  record.  Today is the day for your expert

13  deposition in this case.  The first thing I want to

14  do is can you hear me all right?

15       A.    Yes.

16       Q.    What I'd like to do is first go

17  through the notice of the deposition really

18  quickly.  Have you had a chance to look at it, and

19  if you want me to put it on the screen, I can do so

20  right now.

21       A.    Please put it on the screen.

22       Q.    Sure.  I've marked that as

23  Exhibit 1.

24                 (Exhibit 1, Amended Notice,

25                 was marked for

1                    R. White

2                    identification.)

3        Q.      Can you see it yet?

4        A.      I see it now.

5        Q.      Okay.  What I'd like to do is just

6    simply go through the items that were requested.

7    We received a copy of your file, and what I'd like

8    you to do is just go through each of the stipulated

9    items and tell me if you provided it or if you

10   don't have it so you didn't provide it or if

11   there's anything that you did not provide because

12   of privilege you could just so indicate.

13       A.      Should we go one at a time, or

14   should I just look at them all and then say they're

15   all okay?  How would you like me to proceed?

16       Q.      Why don't you go one at a time

17   because there may be items on here that you don't

18   have simply because you didn't generate them.  So

19   let's go one by one.

20       A.      So No. 1, any and all test data,

21   test documents, test papers, photographs, filings,

22   videotapes, memoranda, I think all those were sent

23   to you recently by Mr. Miner.

24       Q.      Right.  You're thinking of Tesla

25   documents that show test data; right?

Page 10

R. White

1

2      A.      I'm sorry, would you repeat that.

3      Q.      You're thinking of Tesla test

4   documents; correct?

5      A.      Yes.

6      Q.      Okay.  What about your own work

7   product-generated testing?  I'm assuming that you

8   don't have any.

9      A.      Correct.  I did not do any testing

10  myself.

11     Q.      Okay.  How about No. 2?

12     A.      Yes.  Those were sent to you by

13  Mr. Miner.

14     Q.      And those are the photographs that

15  you took of the vehicle inspection?

16     A.      Correct.

17     Q.      Did you take all those photos?

18     A.      Yes, I took them myself.

19     Q.      Okay.  Number three.

20     A.      Right.  All that was sent to you by

21  Mr. Miner.  And there was really no statements or

22  written record other than just my notes.

23     Q.      All right.  And in terms of notes,

24  what are you referring to, because I did not

25  receive notes.

Page 11

1                          R. White

2          A.     Just some handwritten notes about

3    our conversation about --

4                          MR. MINER:  Ralph, we are

5               asserting privilege and work product over

6               any notes you have of conversations you

7               had with me.  So I'm just going to

8               instruct you, you can describe the general

9               subject matter, that is conversations you

10               had with plaintiff's counsel, but don't

11               get into any specifics of our

12               conversations.

13                          MR. GALVIN:  Understood.

14    BY MR. GALVIN:

15          Q.     Just to be clear, I wasn't trying to

16    sneak past anything.  I raised the privilege

17    before.  So you have notes from conversations with

18    Mr. Miner.  You didn't have anything that I'm

19    entitled to look at; correct?

20          A.     Correct.

21          Q.     Okay.  What about No. 4, item

22    Number 4?

23          A.     Yeah.  I'll have to --

24          Q.     And then No. 5?

25          A.     Number 5, well, there's certainly --

Page 12

1              R. White

2                  (Technical difficulties)

3        Q.    Doctor, your sound is breaking up.

4        A.    I'm sorry, you're coming through

5   garbled.

6        Q.    Yes.  We were not getting whatever

7   you said.

8              MR. GALVIN:  Maybe if the court

9        reporter can let the witness know where

10        the audio broke off.

11              THE VIDEOGRAPHER:  We are going

12        off the record at 10:40 a.m.

13                  (Discussion held off the

14                  record.)

15   BY MR. GALVIN:

16        Q.    Doctor, I'm asking what you provided

17   that was provided to me.

18        A.    Well, as we mentioned, the notes

19   that I sent to Mr. Miner are privileged.

20        Q.    Okay.  So what about calculations?

21   Did you do any calculations that I'm entitled to

22   get, or is that all part of your notes?

23        A.    I didn't do any calculations.

24        Q.    Okay.

25        A.    So...

Page 13

1                     R. White

2         Q.     All right.  How about No. 11?  Any

3    instructions or warnings that you've reviewed or

4    examined, that you've provided to me to review?

5         A.     No.

6         Q.     Okay.  Number 12, what about that?

7    Have you provided anything for us to look at that

8    is consistent with the request in No. 12?

9         A.     No.

10        Q.     Okay.  You provided invoices, I saw

11   those.

12        A.     Yes.

13        Q.     What about No. 14, have you

14   looked -- do you have the expert reports from other

15   experts?

16        A.     Yes, I have them.

17        Q.     What other expert reports have you

18   reviewed, Doctor?

19        A.     The ones from Tesla, Aurora and the

20   other fellow whose name starts with R and I forgot

21   the name of it.  I've forgotten the exact name.  Do

22   you want me to look that up?

23        Q.     Yes, because I'm not thinking who

24   you're thinking of.

25             MR. MINER:  It's Riddenhauer.

```
 1                   R. White
 2              THE WITNESS:  That's it.
 3   BY MR. GALVIN:
 4        Q.    Okay.  So what about Riley experts?
 5   What expert reports are have you looked at on
 6   Plaintiff's side?
 7        A.    None.
 8        Q.    What about if I said Caldwell, what
 9   does that mean to you?
10        A.    Nothing.
11        Q.    Okay.  Do you intend to review any
12   of the expert reports on Plaintiff's side, for
13   example, for the reconstruction?
14        A.    No.
15        Q.    And you haven't done that so far;
16   correct?
17        A.    That's correct.
18        Q.    Okay.  How about No. 15?  I think
19   you did provide a bunch of literature if I'm
20   correct; right?
21        A.    Right.  We sent that material to
22   you, yes.
23        Q.    Okay.  Sixteen.  Were there any
24   nonprivileged communications that you provided?  I
25   do not see any.
```

Page 15

1                      R. White

2      A.    No.

3      Q.    Okay.

4      A.    No to 16.

5      Q.    Okay.

6      A.    And no to 17.

7      Q.    Okay.

8      A.    No to 18.

9      Q.    Okay.

10     A.    And yes to 19.

11     Q.    Yes?  What about 20?  You took --

12  you took some batteries at the inspection.  Do you

13  still have those?

14     A.    Yes.

15     Q.    Have you tested or examined them in

16  any way?

17     A.    No.

18     Q.    Okay.  So what was your purpose in

19  taking those batteries?

20     A.    Just to have them in case of I

21  wanted to do some testing in the future.

22     Q.    What kind of testing are you talking

23  about for the future?

24     A.    I don't have any specific plans at

25  all.

1              R. White

2      Q.    Did you have any specific testing in

3  mind?

4      A.    No.

5      Q.    Were they batteries that had been

6  damaged in the crash, or were they undamaged?

7      A.    Damaged.

8      Q.    Okay.  All right.  What about 21?

9      A.    No.

10      Q.    Okay.  Twenty-two?

11      A.    No.

12      Q.    And then 23 looks a little bit

13  repetitive, don't you think?

14      A.    Yeah.  No to 24.

15      Q.    Okay.  Twenty-five?

16      A.    No.

17      Q.    Twenty-six?

18      A.    No.

19      Q.    Twenty-seven?

20      A.    No.

21      Q.    Do you have any notes from your

22  vehicle inspection of a factual nature?

23      A.    No.

24      Q.    I think you provided -- in your

25  report you identified other litigation or areas

1                          R. White

2   that you had testified in, I believe; correct?  Is

3   that correct?

4                    MR. MINER:  I'm going to object.

5                    THE WITNESS:  Yes to 29.

6   BY MR. GALVIN:

7          Q.    Okay.  How about 30, setting aside

8   any privileged materials Mr. Miner has identified.

9          A.    No, there's not more.

10         Q.    Okay.  Thirty-one?

11         A.    Nothing more.

12         Q.    Nothing more other than the articles

13  you've identified specifically?

14         A.    Right.

15         Q.    How about 33?

16         A.    Well, no, but there may be some

17  material that is in the Aurora report that we may

18  want to look at later, but that's something we can

19  discuss later.  He refers to it in his report.  I

20  don't know if you have that or not.  He provided

21  some links to material in his report, so you might

22  want to look at that later.  You may not have that

23  now.

24         Q.    Which one are you -- what are you

25  referring to specifically?

1                    R. White

2        A.     Number 32.  No, it would be No. 31.

3        Q.     Okay.  And where within his

4    report -- I got the report right here.  Let me just

5    look at it real quick.

6        A.     It's footnote 30.

7        Q.     Bear with me.  My hands aren't

8    working.  Is it -- do you mean 29, Doctor?

9        A.     No.  Footnote 30.

10       Q.     That refers to Tesla documents -7027

11   as I see it.

12       A.     Let me double-check that.  I might

13   be wrong.

14       Q.     Look at 29.  That's a link.

15       A.     It's page 25?

16       Q.     Right.

17       A.     Footnote 30.  It's a link.  He

18   refers to it for his figure 28.

19       Q.     Got it.  And is this something you

20   looked at?

21       A.     Yes, I looked at that.

22       Q.     What's the significance to you?

23       A.     It just supports one of the comments

24   that I made in my report.

25       Q.     Which one?

                        R. White

1

2    A.    Slide 10.

3    Q.    Do you have the page that it's on?

4    A.    I don't have it in front of me.

5    Q.    Is it figure 10 you mean?

6    A.    It's slide 10, I believe.

7          MR. MINER:  It appears to be a

8    PowerPoint, so page 10 coincides with

9    slide 10.

10   Q.    Where within the report is that,

11   because I'm looking and it's not jumping out at me.

12         MR. MINER:  Because we're doing

13   this virtually, it's hard to tell.  Are

14   you looking at Mr. Aurora's footnote, the

15   link, or are you looking at Mr. Aurora's

16   report?

17         MR. GALVIN:  I'm looking at

18   Dr. White's report, because he referred to

19   his own report, it's something he

20   referenced in his own report.

21         MR. MINER:  Okay.

22         MR. GALVIN:  And he refers to it

23   as slide 10, but I see a figure 10.

24         THE WITNESS:  No, I'm referring to

25   slide 10 in the presentation that's the

Page 20

1                          R. White

2          link, footnote 30.

3                   MR. GALVIN:  Okay, all right.  All

4          right.  I got you.

5    BY MR. GALVIN:

6          Q.    So you're referring to -- okay.  And

7    what does that pertain to, slide 10 in the link?

8          A.    Do you have it in front of you?

9          Q.    I didn't click on the link, so I

10   don't have it in front of me.

11         A.     What it will show you, if necessary

12   we can pull it up, is that the pass-on accel that

13   was investigated by Dr. Eric Darcy from NASA and

14   included in his presentation slide 10 shows a thin

15   wall of that particular cell, and also shows a side

16   wall breach with flames coming out the side of the

17   can of the Panasonic cell in support of my comment

18   about Panasonic cells having thin walls.

19         Q.     Okay.  All right.  I've got you.

20         Let's go to the next item on the notice,

21   please.

22         A.     So where are we now?

23         Q.     Let's --

24         A.     Thirty-two?

25         Q.     I think so, yeah.  Yes.

Page 21

1              R. White

2   Thirty-three I think you said no.

3        A.     Okay.  You have 34.

4        Q.     We have 34.

5        A.     And no to 35.

6        Q.     Right.

7        A.     And no to 36.

8        Q.     So are there materials that you

9   intend to refer or rely on at trial that you have

10   not provided?

11        A.     No.

12        Q.     Okay.

13        A.     Of course I reserve the right to do

14   that, I would think, based on any new information

15   that comes up.

16        Q.     Okay.  All right.  How about 37?

17        A.     Nothing other than my report.

18        Q.     Okay.  Thirty-eight?

19        A.     No, nothing.

20        Q.     All right.

21             MR. MINER:  Other than the

22          batteries that were already mentioned?

23             MR. GALVIN:  Yes, I assumed that,

24          Curt.

25

Case 0:20-cv-60517-RS   Document 31-2   Entered on FLSD Docket 06/14/2021   Page 23 of 210

Page 22

1                        R. White

2    BY MR. GALVIN:

3          Q.     Thirty-nine?

4          A.     No.

5          Q.     So you did not prepare any kind of

6    rebuttal report once you looked at Austhesis

7    [phon.]?

8          A.     No, I do not prepare a rebuttal.

9          Q.     How about 40?

10         A.     No, 40, no, I don't have any of

11   those.

12         Q.     Okay.  All right.  That's it.

13         So as I understand, you've been retained by

14   Mr. Miner to address the issues of the lithium-ion

15   battery in its performance in this crash.  Is that

16   generally correct?

17         A.     Yes.

18         Q.     And I'd like to ask you, let's talk

19   a little bit about your electric vehicle experience

20   today.  What experience do you have with EV

21   batteries?

22         A.     I guess it was about, I'm not sure

23   exactly, I have to double-check, but maybe six or

24   eight years ago the Department of Energy issued a

25   FOIA essentially as a call for proposals to develop

1                    R. White

2   what they referred to as a KBET, say a

3   computer-aided engineering for batteries program.

4   And I was asked to join a team that consisted of

5   NREL -- that's the National Renewal Energy Lab,

6   part of the National Lab community of the

7   Department of Energy -- along with a software

8   company known as ANSYS, A-N-S-Y-S.  And my wife's

9   firm known as ESIM, E-S-I-M, I was a consultant to

10  ESIM, and ESIM was a subcontractor to I believe

11  that first go-around, that first contract to NREL.

12        Later there was a second call and General

13  Motors was the lead and ESIM was a subcontractor to

14  General Motors.  But the purpose of the project was

15  to develop the capability of simulating electric

16  vehicle batteries and specifically in the case that

17  we are involved in was for the General Motors Volt,

18  V-O-L-T.

19        As you may remember, the Volt was a plug-in

20  hybrid vehicle, and it had lithium-ion batteries,

21  and my job was a representative of ESIM was to

22  assist in the development of the techniques that

23  could be used by ANSYS.

24        So the whole purpose of the project that

25  was sponsored by the Department of Energy was to

1                    R. White

2   develop the capability of simulating electric

3   vehicle batteries so that companies like General

4   Motors and Ford and other electric vehicle

5   developers could develop lithium-ion battery packs

6   for electric vehicles in a more efficient way.

7        The real problem was trying to simulate the

8   heat transfer.  As you've probably noticed, it's

9   critically important to be able to remove heat from

10   the individual cells in a battery pack during

11   operations so as to prevent problems associated

12   with too much heat being generated and not being

13   removed.

14        So General Motors was unable to do that by

15   themselves.  And that's what prompted this funding

16   from the Department of Energy.  The requirement was

17   to have a rise of the temperature across the

18   battery face of no more than 5 degrees celsius.  So

19   our job was to assist ANSYS software company in

20   developing software to simulate the batteries in

21   the electric vehicle.

22        And since that time, ANSYS has been

23   successful, and they've done that for General

24   Motors not only for the Volt but also for the Bolt,

25   the B-O-L-T, all electric, General Motors' electric

Page 25

1                    R. White

2  vehicle.  That's essentially the extent of it with

3  regards to electric vehicles.

4        Q.     All right.  So what role did you

5  have in terms of working on the software to

6  simulate the battery?

7        A.     Well, again, the idea was to develop

8  the capability of doing simulations rapidly.  So

9  the problem that they were having before we started

10  the project was it would take months of computation

11  time where the engineers at General Motors would

12  submit a job to predict what the temperature rise

13  would be, and because of the complexity of the heat

14  transfer device they would have to wait for on the

15  order of months to get results back.

16        So our job was to help develop what is

17  commonly referred to as a reduced order model.  In

18  other words, the simulation required determining

19  values for we called them degrees of freedom on the

20  order of billions of degrees of freedom.  In other

21  words, what would be the temperature at the points

22  within the battery pack and the heat transfer

23  device removal of the heat, what would be the

24  temperature of the function of time and position.

25        So that was a major struggle for General

                    R. White

1

2   Motors, because it couldn't develop a safe heat

3   transfer device for the battery pack in a timely

4   manner.  So we helped reduce the computation burden

5   on developing these so-called reduced order models.

6   In other words, we were able to show that if you

7   make some reasonable simplifying assumptions, it's

8   possible to determine the current and potential

9   profiles inside the battery pack as well as inside

10   the heat transfer device so as to do the

11   computation in the order of maybe days or even

12   less.  So we were able to reduce the computation

13   burden, and we developed all this for ANSYS.  And

14   ANSYS now uses that and markets their software to

15   electric vehicle companies around the world.

16       Q.    So it sounds to me like you were not

17   involved with, for example, the design and

18   performance of the electric lithium-ion battery

19   housing; correct?

20       A.    No.  We were handily involved in

21   analyzing the LG lithium-ion batteries that were

22   used in the battery pack.  It was our job to

23   develop the software to predict the performance and

24   the heat transfer generation and the heat transfer

25   distribution inside the lithium-ion batteries that

1                    R. White

2    were used in the Volt.

3         Q.    Well, my question was more specific

4    as to the battery pack itself, the housing for the

5    battery pack.  Did you have any role in the design

6    and development of the housing for the battery pack

7    that was used in the Volt before the Volt?

8         A.    Well, we designed or assisted ANSYS

9    in designing the battery pack, including the

10   housing; it was part of our job, yes.

11        Q.    Well, what role did you personally

12   have in the design of the battery housing?

13        A.    Well, as I mentioned, our job was to

14   determine what battery housing would be appropriate

15   to meet the needs of the battery specifically with

16   regards to heat transfer.

17        Q.    What about crash performance?  What

18   role did you have in terms of the design of the

19   battery housing for purposes of crash worthiness

20   and crash performance?

21        A.    Well, we were only given information

22   about the crash performance.  It was not our job to

23   try to redesign the battery housing in order to

24   provide more secure housing for crash and testing.

25   So we were not specifically involved in the

Page 28

R. White

2   structural components of the housing for the

3   battery pack itself.

4        Q.      Okay.  And that's what I was focused

5   on.

6        Have you ever had any experience in being

7   involved in the design of battery housing for

8   purposes of crash performance in an automobile

9   crash?

10       A.      Well, not in a crash per se.  We

11  were involved in helping to comment on the

12  characteristics of the housing, because what had

13  happened at General Motors was there was an

14  incident where one of the vehicles was returned to

15  General Motors and was stored upside down.  And

16  that caused leakage of the electrolyte, which led

17  to a fire.  So we were asked to comment about that.

18       We -- I did not specifically make any

19  recommendations towards any design changes other

20  than that the battery pack itself needed to have

21  better containment.  But as far as the structural

22  components of the battery pack, I was not asked to

23  provide any detailed drawings or suggestions, just

24  qualitative information.

25       Q.      So have you told the jury now what

1                    R. White

2   your experience on EV batteries has been so far?

3                    MR. MINER:  Objection to the form.

4                    THE WITNESS:  I'm sorry, would you

5        repeat that.

6   BY MR. GALVIN:

7        Q.     Sure.  Is what you just described to

8   us and to the jury the experience you've had with

9   respect to electric vehicle lithium-ion batteries?

10       A.     That's correct.

11       Q.     And how many cells will a typical EV

12   battery have, and how would they be organized in

13   the battery?

14       A.     Well, it depends on the type of cell

15   that's used.  For example, in the Volt the battery

16   pack has much larger cells than the Tesla.  So

17   there are fewer cells because the capacity of each

18   individual cell is much higher.  They are a order

19   of magnitude higher than the 18650 cell.

20          In the case of Tesla, as we know, quite a

21   few cells; used, over 7,000, for example, for the

22   battery pack for the Model S and modules, I think

23   16 modules was about 444 cells per module.  So,

24   again, it depends upon the form factor, the type of

25   cell that's used in the battery pack as to how many

1                    R. White

2   cells.

3         Q.    Would you agree it's fair to state

4   that any EV battery will have a large number of

5   cells that are close to each other?

6         A.    Yes, I think that's a reasonable

7   statement.

8         Q.    In terms of the design of an EV

9   lithium-ion battery, can you identify what

10  guidelines, standards or information you would

11  utilize and refer to in the design of an EV

12  battery.

13        A.    Yes.  It's really important to

14  understand the concept of thermal runaway.  This

15  came up, as you may remember, in a very unfortunate

16  way many years ago.  The 787 Dreamer fire, if you

17  remember that, the problem was that the battery

18  pack that was on the Dreamliner caught fire.  And

19  because of that, Boeing had to, I guess, ground

20  those planes for quite a few years.  The problem

21  was that that particular battery pack had one cell

22  that went into thermal runaway, and that caused

23  thermal runaway propagation.

24        So it's really important when you design a

25  battery pack for an electric vehicle or really any

1                         R. White

2   battery pack that will be used by humans and even

3   battery packs that are remotely being used, it's

4   necessary to design the battery pack so as to

5   anticipate the possibility of one of the cells in

6   the pack going into thermal runaway and design the

7   battery pack so as to prevent a cell-to-cell

8   thermal runaway propagation.

9         Because if you do not do that, that's what

10  would happen, and that causes a catastrophic event

11  of thermal runaway propagation, all by fire and

12  explosions.

13        Q.    What standards or guidelines would

14  you utilize in terms of identifying requirements

15  for EV -- lithium-ion battery?

16        A.    Well, there are some that have been

17  issued by NASA, for example, in that presentation

18  that we talked about earlier that was referred to

19  by Mr. Aurora.  The situation even at this date is

20  still not as definitive as we would like, meaning

21  to say that government agencies have not issued

22  guidelines that are as useful -- let me put it that

23  way -- as they might otherwise be.

24        And the reason for that is what is

25  happening, as you know, is that the lithium-ion

1          R. White

2  battery is becoming more and more developed as time

3  goes by.  Meaning that more energy is being stored

4  in a smaller volume and less mass, and the price is

5  going down.  So people who are manufacturing

6  battery packs have to be aware of the possibility

7  of utilizing new and improved cells in their

8  battery packs, and they do not have federal

9  guidelines that they can follow in order to develop

10  those packs based on the newest battery cells that

11  are being manufactured.

12          Even Tesla, I think, is going through these

13  growing pains -- let me call them that -- with the

14  new cells that are being developed by Panasonic and

15  cells that are being developed in-house at Tesla

16  and other manufacturers.  Ford, for example.

17      Q.     What I'd like to know though,

18  specifically is what requirements are you aware of

19  in which you referred to in calling out the

20  requirements for an EV lithium-ion battery.  You

21  mentioned specifically the PowerPoint presentation

22  that Aurora referred to.  I'd like to know what

23  requirements that exist so far that you would refer

24  to.

25      A.     Well, again --

Page 33

1              R. White

2              MR. MINER:  Objection to form.

3       Vague as to what's meant by

4       "requirements."

5              THE WITNESS:  I was just going to

6       say that there's no, as I mentioned

7       earlier, federal requirements.  We only

8       have guidelines from NASA, for example,

9       and I think battery manufacturers, Tesla

10       and others, have their own internal

11       requirements and specifications that have

12       to be met in order to provide a battery

13       pack for an electric vehicle.

14              So, again, it's not something that

15       one can turn to a particular U.N.

16       guideline or requirement or anything like

17       that.  They're still being developed as

18       time goes by and being changed because of

19       the change in the lithium-ion batteries

20       that are being produced by battery

21       manufacturers and also by electric

22       vehicle companies in-house in some cases.

23   BY MR. GALVIN:

24       Q.     Are there any tag lines or

25   requirements or industry standards that you claim

1              R. White

2   that Tesla has failed to comply with?

3        A.    Well, again, I think it's probably

4   important to provide testing results that show

5   clearly that there's no cell-to-cell thermal

6   runaway propagation.  And that's something that I

7   think needs to be developed within the battery

8   companies.  And that information needs to be

9   available to the general public.

10        And I don't think we see that much coming

11  from electric vehicle manufacturers.  I think we

12  can see that being published by NASA, this report

13  that was cited by Aurora, Baines, Dr. Eric Darcy at

14  NASA, and I think Dr. Darcy on a regular basis

15  publishes information about development of battery

16  packs, using lithium-ion batteries, specifically

17  the 18650 cells so as to prevent thermal runaway

18  propagation in those packs.  Again, those are just

19  guidelines that are published by NASA.  They're not

20  firm federal requirements.

21        Q.    You referred to manufacturers of EV

22  batteries.  I was asking specifically about

23  opinions you have with respect to Tesla.  That is

24  to say, do you have an opinion that Tesla has

25  failed to comply with any industry standard,

1                    R. White

2   guidelines or requirements concerning the design of

3   its lithium-ion battery that was in the Riley's

4   vehicle?

5          A.    What I was trying to say was I have

6   no evidence that they have complied with the

7   requirement to prevent cell-to-cell thermal runaway

8   propagation.

9          Q.    Well, have you looked at the thermal

10  runaway testing they did that was produced in this

11  case?

12         A.    Yes, I have.  And it does not

13  include any cell-to-cell thermal runaway

14  propagation, thermal runaway propagation

15  suppressment.  They have claimed that the

16  cell-to-cell thermal runaway propagation does not

17  occur in their battery packs, but they have not

18  provided any evidence to me to prove that.

19         Q.    All right.  And so did you

20  identify -- you identified certain tests that you

21  produced to me.  Can you give me an idea of how you

22  decided what testing to review and refer and rely

23  on for your opinions?  And if it's too broad, just

24  let me know.

25         A.    Well, I think that was a little

1                    R. White

2   broad.  I looked at the material that Mr. Miner

3   sent to me that was provided by Tesla, and I did

4   not find any evidence that showed that there was no

5   cell-to-cell thermal runaway propagation.  That was

6   what I was looking for and did not find.

7          Q.     And now in terms of your work in

8   this case, have you done any testing of Tesla

9   batteries?

10         A.     No.

11         Q.     And in terms of your opinions in

12  this case, one of your opinions is that the

13  battery, Tesla battery housing box was not strong

14  enough to prevent collapsing upon impact; correct?

15         A.     Yeah.  That was a statement that I

16  made based on reading that the housing is a

17  one-quarter inch aluminum.  And I think it's

18  probably reasonable to state that one-quarter inch

19  aluminum is not particularly strong enough to

20  contain an impact.  I would have suggested had I

21  been there that that housing be thicker, probably a

22  half an inch and made out of steel, some kind of

23  device that would be stronger that could withstand

24  an impact.

25         You may remember in the 787 Dreamliner

R. White

1    fire, what Boeing did was provide a tremendously

2    fire, what Boeing did was provide a tremendously

3    strong all-steel box around the battery pack so

4    that in the event of a collision or an impact, the

5    battery would not sustain any kind of impact

6    inside.

7         So it was more of a qualitative statement

8    that I made only based on what I would call obvious

9    intuition.

10        Q.    So that opinion is based on your --

11   is the sole basis for that opinion what you just

12   stated, your obvious intuition?

13        A.    Well, and I mentioned another

14   example of where people did use a steel box to

15   contain their battery pack to prevent possible

16   problems, a safety measure that could have been

17   done by Tesla but was not.

18        Q.    Well, you referred to the Boeing

19   787; right?

20        A.    Right.

21        Q.    The configuration of the battery and

22   location of the battery and the performance

23   requirements of the battery in a 787 would not be

24   similar or what was the same as what would be

25   required in a vehicle such as the Riley vehicle

1                    R. White

2   that was involved in a similar crash; right?

3                    MR. MINER:  Objection.

4                    THE WITNESS:  Faster, but not

5           exactly equivalent.  As I recall, I don't

6           remember exactly the thickness and

7           structural components of the battery

8           housing for the Volt, the V-O-L-T.

9           However, I think my recollection is that

10           it was not one-quarter inch aluminum.

11   BY MR. GALVIN:

12        Q.    Now, your opinion that you stated

13   that the battery housing was not strong enough to

14   prevent collapsing upon impact, that's from

15   Paragraph 1 of page 9 of your report.  I took it

16   verbatim.  Do you want me to say it again?

17        A.    Okay.

18        Q.    The battery housing was not strong

19   enough to prevent collapsing upon impact.  What I

20   would like you to do is define for me what you

21   mean, "to be strong enough."

22        A.    Well, again, in my opinion something

23   thicker and a stronger material would have been

24   required and should be changed.

25        Q.    Well, I need to understand this.  If

1                      R. White

2   we're talking about the battery housing for the

3   Tesla battery that was in the Riley's 2014 Model S

4   that we're talking about in this case, as an

5   engineer, what are you going to specify is strong

6   enough?

7         Let me put it this way:  There's always

8   going to be a bigger rock; right?

9         A.     The recommendation I would make is

10   that the housing be more substantial, thicker and

11   of steel, for example, and it should be able to

12   withstand the battery housing itself the same kind

13   of impact that would be made to the vehicle itself.

14   A rear collision, for example, a rear impact, a

15   side impact, all of those impacts, in my opinion,

16   should have been tested on the battery housing per

17   se.  And I don't think they were.

18         Q.     Well, didn't you look at the FMVSS

19   305 testing that was done on the vehicle?

20         A.     Yes, I looked at that, but it

21   didn't include the battery housing.

22         Q.     What do you mean by that?  There was

23   a battery in the vehicle, wasn't there?

24         A.     That's not what I'm talking about.

25   I'm not talking about the fact that there's a

Page 40

R. White

1
2  battery in the vehicle.  I think I made myself
3  clear.  Let me try again.
4      What I'm suggesting is that the battery
5  housing per se should have been subject to the
6  impact.  And that would have helped, I think, make
7  it very clear to the battery pack engineers that
8  the housing of the battery pack per se was not
9  strong enough.
10      Q.    Did you review any testing of the
11  battery pack, any abuse testing that Tesla had
12  performed?
13      A.    I'm not aware of any abuse testing
14  that was done on the battery pack housing.
15      Q.    Okay.  So you don't know one way or
16  the other, because you haven't seen it, whether
17  Tesla has done battery pack abuse testing?
18      A.    The battery pack housing abuse
19  testing, if it were done, was not provided to me in
20  the material sent to Mr. Miner by Tesla.
21      Q.    Doesn't Mr. Aurora identify abuse
22  testing that was performed on the battery pack?
23      A.    I'm sorry, what?
24      Q.    Doesn't Mr. Aurora identify abuse
25  testing that was done to the battery pack by Tesla?

Page 41

R. White

1

2    A.    Not the housing.

3    Q.    Are you sure?

4    A.    Not in any documents that I've seen.

5    Q.    Okay.  I still need to understand

6  from your -- in your opinion, what "strong enough"

7  means.  Can you quantify it?

8    A.    Well, it can only be quantified

9  through testing.  It would have to be done in a way

10  that would make engineering sense.  What I would

11  probably do because I am a firm believer in trying

12  to utilize mathematical modeling analysis through

13  simulation, I would investigate the structural

14  strength of the device as it stands now through

15  simulation and then change things in my package, my

16  software package, that would indicate that okay, it

17  could withstand a particular impact and then do

18  empirical testing to prove that.

19        In other words, it would be a combination

20  of experimental and theoretical or simulation

21  testing that could be done and probably should have

22  been done to make a stronger housing for the

23  battery pack per se.

24    Q.    So right now as we sit here, your

25  opinion is that the Tesla battery housing is not

Page 42

1                    R. White
2   strong enough, but can you identify how strong it
3   should have been?
4        A.    Well, I think I just said that that
5   would have to be done through testing and
6   simulation.
7        Q.    Well, are you saying that there's
8   a -- that it's possible to make a battery pack that
9   is infinitely strong that will never cause damage
10  to battery cells in a crash?
11       A.    I didn't say "infinitely strong."
12       Q.    Okay.  Are you saying that it's
13  possible to make a Tesla battery pack that is a
14  housing that will never cause damage in any crash,
15  any crash that the vehicle may be in, damage to the
16  battery cells?
17       A.    No, I didn't say that either.
18       Q.    Well then, where is the line?  Where
19  is the line that you can draw where there's a
20  defect because it's not strong enough and then it's
21  not defective because it is strong enough?
22            MR. MINER:  Object to the form of
23       the question.
24            THE WITNESS:  Well, again, if I
25       were given the responsibility of

1                R. White

2       developing the battery housing to make it

3       as safe as possible, I would at least make

4       it strong enough to survive impact.

5       That's specified in one of the government

6       testing that you mentioned earlier.

7       That's a minimum.

8            Beyond that, perhaps I would

9        consider the possibility of other more

10       severe accidents that could lead to a

11       tremendous battery fire that we've seen

12       in this particular case.

13            Again, it's a matter of doing

14       additional work to determine what would

15       be a reasonable housing that would under

16       normal crash conditions survive.  And I

17       don't think that was done.  If it was

18       done, it wasn't published in any of the

19       documents I've seen.

20  BY MR. GALVIN:

21      Q.    What do you mean, "normal crash

22  conditions"?

23       Let me restate that because I started

24  talking.  What do you mean, "normal crash

25  conditions"?

Page 44

R. White

2     A.     I meant to use the word "normal" to

3  refer to the crash conditions that are specified in

4  the federal testing that is done on the vehicle

5  itself.

6     Q.     And are you suggesting that that's

7  sufficient for purposes of designing a battery

8  pack, the conditions of the crash testing

9  identified in the federal standards?

10    A.     I'm suggesting that would be a

11 minimum that should be done, that apparently was

12 not done.

13    Q.     And how far above the minimum do you

14 believe that the battery pack should be designed

15 to?

16    A.     Well, again, it would depend upon

17 the desire of the manufacturer to try to ensure

18 that the battery pack did not catch on fire due to

19 an impact.  In my case I guess if I were doing this

20 I might say well, a car is designed to go 155 miles

21 per hour.  What would happen if the battery pack

22 was impacted at a speed of 155 miles per hour.  Now

23 I see Tesla is going up to 200 miles per hour.

24         So I think it depends upon the desire to

25 prevent a catastrophic fire under crash conditions

1                    R. White

2   of whatever magnitude is deemed reasonable for

3   safety purposes.  And that's something that would

4   have to be decided by, I'm not sure, maybe

5   Mr. Musk.

6          Q.     Now, in terms of your opinion about

7   the battery housing not being strong enough, do you

8   have any idea what the forces were in this

9   accident?

10         A.     No.  I know they were severe, but I

11  don't know quantitatively what the forces were, no.

12         Q.     If you don't know what the forces

13  were, then how would you know this battery wasn't

14  strong enough?

15         A.     Well, the battery housing collapsed.

16         Q.     Right.  But you don't know what the

17  forces were that collapsed it.  You agree that you

18  can't make a battery pack that's infinitely strong,

19  so if you can't tell us what strong enough means,

20  are you suggesting that any battery pack that may

21  be breached in a crash is not strong enough

22  regardless of how strong it is?

23              MR. MINER:  Object to the form of

24         the question.

25              THE WITNESS:  I don't think I've

1                    R. White

2        said that.

3    BY MR. GALVIN:

4        Q.    Well, how can you say that this

5    battery pack wasn't strong enough when you don't

6    know what the forces were that were acting upon it?

7        A.    Well, I'm only making my statement

8    based on the fact that the battery housing

9    collapsed.

10        Q.    Well, do you know how many impacts

11    the battery housing had?

12        A.    Well, the vehicle itself I

13    understand had three impacts.

14        Q.    Well, in terms of the battery

15    housing, do you know how many impacts it had?

16        A.    Well, from looking at it, it looks

17    like there was one impact for sure on the right

18    front.  After that, I don't know.  I didn't

19    actually investigate the vehicle itself.  I didn't

20    go to the crash vehicle and take a look at it.

21    That's really beyond my expertise, beyond my

22    responsibility to look at the vehicle as a whole.

23        Q.    Well, if you haven't, if you're

24    unable to quantify the forces in the number of

25    impacts that the battery sustained and you don't

1                      R. White

2   have an opinion on that, how can you -- how can you

3   have a basis for an opinion that it wasn't strong

4   enough other than just because it broke?

5                      MR. MINER:  Objection to the form

6        of the question.

7                      THE WITNESS:  Well, again, I

8        mentioned earlier, Vince, that one-quarter

9        of an inch aluminum I think would be

10        recognized by everyone as not being

11        particularly strong relative to one half

12        inch steel.  I think that's kind of

13        obvious.

14   BY MR. GALVIN:

15        Q.    And so is it your opinion that if

16   Tesla used half inch steel as the battery housing

17   that this battery would not have been damaged in

18   the crash, the crash in this case?

19        A.    I'm suggesting it may not have been

20   damaged as badly or maybe not damaged at all.

21        Q.    Well, what testing or analysis have

22   you done to make that opinion?

23        A.    Well, again, I think I've mentioned

24   several times that this is my intuition that I

25   would think would be something that would be

1                      R. White

2   obvious.

3          Q.     And then did you look at the crashed

4   vehicle at all?

5          A.     Not the vehicle itself, no.

6          Q.     Have you looked at pictures of the

7   crashed vehicle?

8          A.     Yes.

9          Q.     And is intuition something that an

10  expert like yourself would typically rely on for

11  coming up with an opinion?

12         A.     Well, when it's something that's as

13  obvious as one-quarter inch aluminum for a battery

14  housing, I think the answer to that would be yes.

15         Q.     And in terms of the accident

16  reconstruction, what's your understanding of the

17  accident reconstruction in this case?

18         A.     Well, again, I'm not involved in

19  that.  I'm the battery guy.

20         Q.     You mentioned three impacts.  So you

21  have some information about the reconstruction from

22  Plaintiff's point of view; right?

23         A.     No, I really don't know what -- no,

24  I'm not involved in that at all.

25         Q.     Well, when you just mentioned there

Page 49

1                   R. White

2   were three impacts, where did you get that from?

3        A.    I think that's in Mr. Aurora's

4   report.

5        Q.    Have you talked to Plaintiff's

6   reconstructionist, Bob Caldwell, at all or his

7   team?

8        A.    No, the first I've heard his name.

9        Q.    Do you have any understanding of the

10   sequence of the crashes that this vehicle went

11   through?

12        A.    Not really in detail, no.  I

13   understand it hit a wall and went over a curb and,

14   frankly, I really don't even recall the details of

15   the crash itself.

16        Q.    Are you aware of any abuse testing

17   that exists, any international standards or

18   peer-reviewed literature that can be used to test

19   battery enclosures to determine if it's strong

20   enough?

21        A.    No, I'm not aware of any of those,

22   no.

23        Q.    Well, if you were going to design a

24   battery pack, what would you design?  Would you

25   specify a -- what strength would you specify for

1                     R. White

2    the enclosure that you would deem to be strong

3    enough?

4         A.     Well, I think I answered that

5    earlier, Vince.  It would have to be determined

6    through a program where we went to test the

7    strength of various materials and thicknesses and

8    so forth and design through testing and simulation

9    to prevent the crushing of the cells inside the

10   battery pack by trying to strengthen the housing.

11        Q.     And that's not anything you've done,

12   I take it?

13        A.     No, I've not done that.

14        Q.     Well, how would you go about

15   validating such an enclosure, battery enclosure?

16        A.     Well, you do the testing.  That's

17   why the test was done, testing in the desert of

18   their battery packs, and I guess they're still

19   doing that now.  I think Tesla has the facilities

20   to do that, and, again, they may have done some

21   testing along these lines, but I haven't seen any

22   of it.  But the procedure would be very similar to

23   the testing that they've done already on the

24   individual modules and the pack as a whole in the

25   facilities that they have.

Page 51

R. White

2      Q.     Bear with me for a second.  I want

3   to look at an exhibit.

4          I've marked as an exhibit, No. 4, Exhibit

5   Number 4 is the Lithium-Ion Safety Hybrids.  It's a

6   document.

7          Do you recall that document, Doctor?

8                   (Exhibit 4, document

9                   entitled Lithium-Ion Battery

10                   Safety for Electric and

11                   Plug-in Hybrid Vehicles, was

12                   marked for identification.)

13          MR. MINER:  I'm sorry, Vince.  Did

14       you say you're marking as Exhibit 4 or are

15       you referring to Exhibit 4 to something?

16          MR. GALVIN:  I'm marking

17       Exhibit 4.  It's the Lithium-Ion Battery

18       Safety Issues for Electric and Plug-In

19       Hybrid Vehicles.

20          MR. MINER:  Are you going to

21       screen share?

22          MR. GALVIN:  Yes, I am.  Yes, I

23       am, yeah.

24          MR. MINER:  Is it a Tesla-produced

25       document, or where is it coming from?

Page 52

1              R. White

2              MR. GALVIN:  It came from his

3         file.  It's a NHTSA document that was part

4         of his materials.

5              MR. MINER:  Got it, thanks.

6    BY MR. GALVIN:

7         Q.    Doctor, let me share this with you.

8              MR. MINER:  There was no Exhibit 2

9         or 3.  Still you want to make this

10        Exhibit 4?

11             MR. GALVIN:  Yes.

12             MR. MINER:  It's premarked?

13             MR. GALVIN:  Yes.  Let me --

14        Exhibit 2, let me mark Exhibit 2, we

15        talked about it.  What I'm going to mark

16        as Exhibit 2 -- bear with me.  Exhibit 2

17        is the expert disclosure and his report,

18        Curt.

19             MR. MINER:  Got it.

20             MR. GALVIN:  In the stuff that was

21        attached to that.

22                  (Exhibit 2, Expert report,

23                   was marked for

24                   identification.)

25             THE WITNESS:  Yes.

Page 53

1                    R. White

2  BY MR. GALVIN:

3        Q.     So then Exhibit 3, I haven't used

4  yet, and Exhibit 4 is what I want to go to now.

5        Doctor, do you see Exhibit 4 yet?

6        A.     Yes, I see it.

7        Q.     Okay.  This was the document I

8  believe was part of your file.  Do you recall

9  reviewing this?

10       A.     Yes, I think I've looked at this.

11       Q.     And what is this document?  Can you

12  generally describe it.

13       A.     Well, I think we should look through

14  it more carefully, but essentially it says it's

15  stated in the title, safety issues.

16       Q.     And we will look through it.  Why

17  did you include this in your file?

18       A.     I don't recall.

19       Q.     Did you use this report as a basis

20  for any of your opinions?

21       A.     No.

22       Q.     Why not?

23       A.     It wasn't necessary.

24       Q.     Have you reviewed this report?

25       A.     I think I looked through it I.  As I

1                    R. White

2    said earlier, I didn't study it carefully.

3         Q.    Let me go down to page 36.  I

4    apologize for all the moving around.

5                    MR. MINER:  Vince, on this

6             platform I know you're screen sharing it,

7             but so that I can download copies of the

8             exhibits and look through more than just

9             the page that's shown, are you

10            introducing -- are you going to -- can you

11            put them in the share tray, I think that's

12            the way to do it on Microsoft Teams.

13                   MR. GALVIN:  Okay.  Curt, tell me

14            how to do that.

15                   MR. MINER:  I believe if you click

16            Open Share Tray, there's a way or maybe

17            the court reporter can assist us.

18                   MR. GALVIN:  Let me just send it

19            to you.  Let's go off the record for a

20            minute and I'll just send them to you.

21                   THE VIDEOGRAPHER:  We're going off

22            the record at 11:47 a.m.

23                   (Recess)

24                   THE VIDEOGRAPHER:  We are back on

25            the record at 12:03 p.m.

1                    R. White

2   BY MR. GALVIN:

3        Q.    All right.  Doctor, can you see my

4   screen?

5        A.    Yes, I can.

6        Q.    And you see I've put up Exhibit 4,

7   which is the NHTSA document from 2017, that it was

8   included in your file; correct?

9        A.    Correct.

10       Q.    And so what I want to do is I want

11  to refer you to page PDF 36.  And see at the top of

12  the page there?

13       A.    I see it.

14       Q.    Do you see at the top that it says

15  that a good separator should be one that has

16  sufficient strength and elongation not to fail in

17  deformations caused by U.N.38.3 bar crush test.

18       Do you see that?

19       A.    Yes.

20       Q.    Do you know what the U.N.38.3 bar

21  crush test is?

22       A.    I vaguely remember that.

23  Essentially it's a crush test that uses a bar to

24  crush the cell as opposed to some other testing

25  such the nail penetration test, for example.  Other

1                    R. White

2    abuse testing would include the nail penetrations

3    would be our guess.

4         Q.    And that, have you ever witnessed or

5    performed such U.N.38.3 bar crush test?

6         A.    I may have seen videos of it.  I

7    haven't actually attended in any personal bar crush

8    testing of cells in person.  I've seen it on

9    videos.

10        Q.    Do you know if the cells used in the

11   subject Tesla battery passed this test?

12        A.    Do I know whether they passed the

13   test or not?

14        Q.    Yes.

15        A.    No, I do not know.

16        Q.    Is that anything that you checked or

17   looked into as part of your work in this case?

18        A.    Whether or not the cells used in the

19   pack passed the bar crush test?  No, I didn't look

20   into that at all.

21        Q.    If they did pass it, that tells us

22   that the cells used a good separator; correct?

23             MR. MINER:  Objection to the form.

24             THE WITNESS:  That would be the

25        implication according to the test, yes.

Page 57

                        R. White

1

2   BY MR. GALVIN:

3        Q.    All right.  Let's go, I want to go

4   to another portion of the document.  Let's turn to

5   page PDF 178.  I'm going to PDF page 178.  It's

6   8.6, Batteries for Use in Electric Vehicles UL 2580

7   (2011).

8        Do you see that?  Are you there yet,

9   Doctor?

10       A.    I am looking at it.

11       Q.    Okay.

12       That talks about batteries in use on --

13                  (Technical difficulties)

14            THE WITNESS:  I'm sorry, Vince.

15            MR. GALVIN:  Let's go off the

16       record so we don't get a garbled record

17       and let's see if we can correct this

18       again.

19            THE VIDEOGRAPHER:  We are going

20       off the record at 12:08 p.m.

21                  (Recess)

22            THE VIDEOGRAPHER:  We are back on

23       the record at 12:13 p.m.

24   BY MR. GALVIN:

25       Q.    All right.  Doctor, can you see my

1                    R. White

2   screen where we're up at page 178, PDF page.

3   Posted up there, that's Section 8.5, UL 2580.

4        A.    Yes, I see it.

5        Q.    Okay.  Do you know what 2580 is;

6   correct?

7        A.    Yeah, I'm familiar with it.

8        Q.    And is that one of the tests that

9   you were thinking related to a design and

10  development of lithium-ion hybrid electrical

11  vehicle batteries?

12       A.    Yes.

13       Q.    All right.  And I want to go to

14  page 184, which is Section 26.  And I just went

15  ahead, but that's Section 26, which is the crush

16  test.  And there's a number of different tests that

17  are listed in this document that falls under 2580;

18  correct?

19       A.    Right.

20       Q.    And do you have the crush test

21  Section 26 up in front of you?

22       A.    I see that.

23       Q.    Do you see where I highlighted that

24  the maximum force applied under the crush test to

25  the battery is to be 100 plus or minus 6

Page 59

1              R. White

2   kilonewtons?

3       A.    This is for a battery cell.

4       Q.    The cell itself or the housing in

5   the cell?

6       A.    I think it's the battery cell.

7       Q.    Do you know for sure?

8       A.    Well, it says crush test.  Now,

9   we're talking about the crush test of a battery

10  cell.

11      Q.    But the cell within the battery

12  housing; correct?

13            MR. MINER:  Objection to the form.

14            THE WITNESS:  I don't -- I don't

15         see where that's stated anywhere that it's

16         in a battery housing.

17            MR. MINER:  Objection.  Vince, I

18         think one of the confusions here is when

19         you're using the term "housing," I think

20         the term has not been defined.  And it's

21         unclear whether you're talking about what

22         is sometimes called the can or the

23         canister of the lithium-ion battery cell

24         itself or the housing, meaning the housing

25         of the battery pack, the entire aluminum

Page 60

1                     R. White

2          housing in which the entire battery pack

3          and all the models are housed.

4               MR. GALVIN:  I'm not referring to

5          the cell itself.  I'm referring to the

6          housing that contains the battery packs.

7               MR. MINER:  Okay.

8   BY MR. GALVIN:

9        Q.     So do you know what 2580 applies to,

10  whether it's the housing or just the cell itself?

11       A.     Well, I think we're talking about

12  the cell itself, primarily.

13       Q.     What do you mean, "primarily"?  Is

14  it the cell within the battery housing or the cell

15  individually tested?

16       A.     Individual cell testing.

17       Q.     And according to Section 26, that

18  would indicate that the load applied to it is 100

19  plus or minus six kilonewtons?

20       A.     Again, I don't recall the details of

21  this document well enough to know exactly what the

22  table is referring to.  We'd have to go back to

23  previous pages to ascertain if we're talking about

24  battery cells specifically or housings of battery

25  packs.  I think we're talking about battery cells.

1                    R. White

2        Q.    Okay.  So let me refer you to --

3    let's look at Section 26 identifies the test under

4    2580 and it's called the crush test; right?

5        A.    Right.

6        Q.    And this is a document that was in

7    your file; right?

8        A.    Yes.

9        Q.    And under the description of the

10   test, it says, "Determine EEAS ability to withstand

11   a crush that could occur during a vehicle

12   accident."

13        Did I read that correctly?

14        A.    Yes.

15        Q.    What does the EEAS mean, as far as

16   you know?

17        A.    I don't recall.

18        Q.    Okay.  And then the next column has

19   the conditions of the test; correct?

20        A.    Correct.

21        Q.    And the first one is sample is fully

22   charged; right?

23        A.    Right.  That would mean that the

24   battery cell is fully charged.

25        Q.    The sample is crushed between a

1                    R. White

2    thick surface and a ribbed test platen is in

3    accordance with SAE J2464; right?

4          A.     Right.

5          Q.     EEASA with three axes of symmetry

6    are subjected to three mutually perpendicular

7    directions or press that's another condition;

8    right?

9          A.     Right.

10         Q.     EEASAs with only two axes of

11   symmetry are subjected to two mutually

12   perpendicular directions of press; correct?

13         A.     Correct.

14         Q.     And the highlighted section

15   identifies the maximum force that's applied during

16   the testing as 100 plus or minus 6 kilonewtons;

17   correct?

18         A.     Right.

19         Q.     And then it indicates "Spark

20   ignition force used to detect the presence of

21   flammable concentrations of gases."

22         A.     Correct.

23         Q.     That's the last condition; right?

24         A.     Right.

25         Q.     And then the required outcome for

Page 63

                          R. White

1

2    the test is "Samples shall not explode or catch

3    fire and no toxic gases released"; right?

4         A.    Right.

5         Q.    So this is a battery -- this is a

6    test to determine the performance of the battery

7    cell in a vehicle crash; correct?

8         A.    I think that's what we're talking

9    about.

10        Q.    Yes.  And so what is 100 plus or

11   minus six kilonewtons in force, in pounds force?

12        A.    I don't know.  I'd have to use a

13   conversion table to determine that.

14        Q.    Would you agree it's about 24- to

15   23-, 24,000 pounds?

16        A.    It could be that much, yeah.

17        Q.    Do you want to do your own

18   conversion to confirm that or not?

19        A.    No.

20        Q.    Do you know if the subject battery

21   passes this requirement?

22        A.    No, I don't know.

23        Q.    Did you look at Tesla document

24   Tesla 00006267?  Is that one of the documents

25   you've reviewed?

Page 64

1                R. White

2       A.    I don't remember that number

3  particularly.

4       Q.    Would it be important for you to

5  know that the Tesla battery does pass this test,

6  that it was tested to this standard and passed?

7            MR. MINER:  Objection to form.

8       Lack of foundation.

9            THE WITNESS:  Well, perhaps we

10       should look at that particular document.

11  BY MR. GALVIN:

12      Q.    Do you have it?

13      A.    No, I thought you probably had it.

14      Q.    Are you aware of any other crush

15  test that requires a battery pack to meet a greater

16  force than 100 kilonewtons as shown here?

17      A.    Well, let's go back to that document

18  that you mentioned.  Let's see.  What was the

19  document number?

20      Q.    Six -- a bunch of zeros in front,

21  6267.

22      A.    Well, I just looked quickly through

23  the documents that were provided to me, and I don't

24  see that document in what I have.

25      Q.    Okay.  So my question is are you

R. White

1    aware of any other crush test that requires a

2    battery pack to meet a greater force than

3    100 kilonewtons, which is shown in this test?

4        A.    Well, again, this is for a battery

5    cell, and I'm not aware of any other test that

6    specifies those particular values.

7        Q.    Are you sure this is just the cell

8    as opposed to the battery pack?

9        A.    Well, as I mentioned earlier, we'd

10   have to look earlier in the report to see whether

11   if this is meant to be for a cell within a battery

12   pack or what exactly we have that precedes this

13   particular table.  And we also need to remind

14   ourselves what the EEAS stands for, that acronym.

15       Q.    If you want to go ahead and look

16   above to see.  I mean, if this is to evaluate the

17   cells in a battery, battery cells, as you say, in a

18   crash environment, wouldn't it be the cells within

19   the battery pack, or you just don't know?

20       A.    I'm trying to find the meaning of

21   the acronym EEAS.

22       Q.    Yeah.  Well, why don't you go back

23   to that first page that said 8.5 batteries per use

24   in electric vehicles.  I think that might help us.

Note: line numbers in transcript correspond to speaker lines 1-25.

Page 66

1                        R. White

2        A.      Are you talking about this document?

3        Q.      Yes.  Yes.  Let me go back up.  Do

4  you see where we are there?

5        A.      Yes.  It says "Batteries."

6        Q.      Batteries for use in electric

7  vehicles, and then what does it say underneath?

8        A.      "Electrical energy storage

9  assemblies."

10        Q.      Such as battery packs in some

11  assembly modules that make up these assemblies for

12  use in electric powered vehicles.  The standard

13  evaluates the electrical energy storage assembly's

14  ability to safely withstand simulated abuse

15  conditions and prevents any exposure to persons to

16  hazards as a result of the abuse.  This standard

17  evaluates electrical energy storage assembly and

18  modules based upon the manufacturer's specified

19  charge and discharge numbers at specified

20  temperatures.

21        So it's talking about the battery

22  assemblies; correct?

23        A.      Correct.

24        Q.      The battery packs.  It's not talking

25  about the singular cells.

1              R. White

2      A.    I think there's probably some

3  statements inside these conditions and so forth

4  that would be appropriate for the cells, but I

5  think you're right.  I think it's associated with

6  the assembly of the cells.  Whether or not it's

7  associated with the housing of the particular

8  assembly, we're not told that.  We could assume

9  that, but we're not told specifically that that's

10  the case.

11      Q.    And so the type of test that the

12  assembly is to go through under 2580 is overcharge

13  test, short circuit test, overcharge protection

14  test, temperature test, imbalanced charge test, a

15  number of tests, and then we had gone down to the

16  testing that related to performance in vehicle

17  crashes; right?

18      A.    That's a crush test.

19      Q.    Right.  And so that crush test

20  that's referred to in Section 26 is a crush test of

21  the battery modules, battery packs that are

22  intended for use in electric vehicles; correct?

23          MR. MINER:  Objection to the form.

24      Confusing.  Battery packs or battery

25      modules?

1              R. White

2              MR. GALVIN:  Both.  It describes

3          the difference of assemblies.

4              THE WITNESS:  The required outcome

5          sample shall not explode or catch fire.

6          So we're not really clear about that

7          samples, what does the word "samples"

8          mean.  Does that mean the individual

9          cells?  Does that mean -- I think that's

10          what that means, individual cells.

11              But there is a specification there

12          about the maximum force applied.  I would

13          guess that would be applied to the

14          assembly which would include the housing,

15          I would expect.

16  BY MR. GALVIN:

17      Q.    Right.  And so what this is telling

18  you is that the assembly that includes the cells,

19  the battery packs, is subjected to about

20  24,000 pounds to evaluate the performance in a

21  vehicle crash; right?

22      A.    Yes, I think that's the implication.

23      Q.    And you don't know whether Tesla,

24  Tesla's battery that was in the Riley vehicle met

25  this standard; correct?

1                    R. White

2        A.     Correct.  I do not know.

3        Q.     Now, I'm going to go -- I want to go

4  back a little bit to 158.  So 158 is a table.  Do

5  you see it there yet, Doctor?

6        A.     Yeah, I see it.

7        Q.     Okay.  This is a summary of

8  standards that are specific to vehicles.

9        Do you see that?

10       A.     Yes.

11       Q.     And then they identify tests and the

12  various standards.  Do these standards mean

13  anything to you?  Are you familiar with any of

14  these standards?  We've talked about the 38.3

15  standard.  We just talked about the 2580.  What

16  about any of these other ones?  Are they familiar

17  to you?

18       A.     I haven't really looked at this

19  carefully, no.

20       Q.     You see under J2929, we've got over

21  here on the left-hand side various mechanical tests

22  that are prescribed for batteries; correct?

23       A.     Right.

24       Q.     And so for mechanical integrity of

25  the battery, do you see it identifies the SAE

1             R. White

2   standard 2464 or the FMVSS 305 standard; correct?

3        A.    Now, that's for the vehicle.  The

4   systems are vehicle level, so it's a vehicle.

5        Q.    I understand that.  I understand

6   that.  But you understand that for mechanical

7   integrity of the battery, this prescribed test

8   under this SAE standard, do you know what the

9   SAE2464 test protocol is?

10       A.    I'm not familiar with that one.  The

11  other one, I think I've seen that one before.  But,

12  again, I think they're both for the vehicle, not

13  for the battery pack.

14       Q.    I understand that.  And I'm asking

15  you about the J2464, and then the other test that

16  could be used for the mechanical integrity under

17  this table is the FMVSS 305 test; correct?

18       A.    Right.  I've seen that second one

19  more frequently than the first one.

20       Q.    Now, do you know if the Tesla,

21  Riley's Tesla vehicle complied with FMVSS 305?

22       A.    Yeah, I believe that's in

23  Mr. Aurora's report.  And I think it was also part

24  of Mr. Cohen's testimony that it had passed that.

25  Again, I don't think I've seen documentation of

Page 71

                         R. White

1

2    that.  It's really not my area.  The vehicle

3    itself.

4         Q.     And then if we go to page 163, this

5    is Section -- I want to go to 4.6.  Hold on.  We

6    see that it's Section 4.6 on page 163 is testing

7    that relates to battery enclosure integrity; right?

8    Do you see that?

9         A.     Right.

10        Q.     Are you familiar with what this test

11   is about?

12        A.     This is 4.6, the battery enclosure

13   integrity as we can see.

14        Q.     And -- I'm sorry, go ahead.  I

15   apologize.

16        A.     Well, I was just going to say again,

17   the vehicle structure is used as part of the

18   battery enclosure, and I don't think that was the

19   case for Tesla.  I don't know whether this

20   particular test was passed by the vehicle in

21   question or not.

22        Q.     Well, we're referring to a battery

23   enclosure integrity test; right?

24        A.     Right.  I don't know whether the

25   battery enclosure of the Model S that we're talking

1                    R. White

2    about passed the test.  I don't know that.  I've

3    never seen any documentation about that.

4         Q.    Sir, I haven't asked you that

5    question yet, so let's just take it a step at a

6    time.

7         So this is a test that clearly relates to

8    the battery enclosure, the battery packs, the whole

9    kit and caboodle; right?

10                 MR. MINER:  Objection to the form.

11                 THE WITNESS:  It specifies the

12          conditions that need to be met.  It gives

13          that vehicle condition in one, and we see

14          the stated charge as supposed to be at a

15          particular level, maximum possible.

16          Though we do see the specifications of

17          temperature and so forth.

18    BY MR. GALVIN:

19         Q.    And under the highlighted section it

20    says it's a complete battery system tested with the

21    following exceptions, Crush conditions shall

22    simulate expected battery enclosure intrusion for

23    each condition defined in FMVSS SS305; correct?

24         A.    Yes, that's what it says.

25         Q.    The battery state of charge shall be

1                    R. White

2   at the maximum possible during normal vehicle

3   operation, and battery temperature shall be within

4   the specified --

5         A.    Right.

6         Q.    Magnitude, direction, location and

7   loading surface, size and shape.  A crush shall

8   simulate in-vehicle crash condition; right?

9         A.    That's what it says.

10        Q.    And if vehicle structure is used as

11  part of all of battery enclosure, it actually shall

12  be included in the test; right?

13        A.    Right.

14        Q.    And if I understand some of your

15  comments before we discussed this in more detail,

16  you don't know as you sit here today whether Tesla

17  performed this test on the battery that was in

18  Mr. Riley's vehicle; correct?

19        A.    Yes, I do not know whether or not

20  the battery enclosure for the battery in

21  Mr. Riley's vehicle was tested according to this

22  test or not.  I don't know that.

23        Q.    Well, in terms of your work in this

24  case, was it important for your analysis to

25  understand all the testing that was done on the

1                      R. White

2    battery that was in the Riley vehicle, on the Tesla

3    battery --

4               MR. MINER:  Objection to the form.

5    BY MR. GALVIN:

6        Q.    -- so you understood what its

7    requirements were and whether it met the

8    requirements?

9               MR. MINER:  Objection to the form.

10              THE WITNESS:  Again, the

11              documentation that was given to me did not

12              include any testing of the battery

13              enclosure.

14   BY MR. GALVIN:

15       Q.    Well, what do you have an opinion

16   about the battery enclosure, don't you?

17       A.    I'm sorry, would you repeat that.

18       Q.    Sure.  My voice is bad.

19              You have provided an opinion about the

20   battery enclosure; correct?

21              MR. MINER:  Objection to form.

22              Ambiguous as to what's meant by

23              "enclosure."

24   BY MR. GALVIN:

25       Q.    That was a term, Doctor, you used as

```
1                    R. White
2   battery enclosure.  What do you understand the
3   battery enclosure to be?
4             MR. MINER:  Objection.  It
5          misstates his report.  He used the term
6          "housing."
7             MR. GALVIN:  I'm talking about
8          what he just said here.
9             THE WITNESS:  I would just read
10          words there.  It says, "Battery enclosure
11          integrity, 4.6."  And the word "housing"
12          that I used earlier was associated with
13          the one-quarter inch aluminum housing that
14          was specified in the Aurora report.
15   BY MR. GALVIN:
16       Q.    Do you understand that the battery
17   housing that was -- that you're referring to that
18   was in the test -- on the Tesla battery was tested
19   pursuant to FMVSS 305 in the U.N. standard that was
20   discussed?
21       A.    No.  I understand that the vehicle
22   was tested according to that.  But as I've said I
23   think before, that I've seen no evidence that the
24   battery enclosure or the battery housing was tested
25   and passed any of these tests.
```

1                    R. White

2        Q.     Have you reviewed the design

3   documents for the battery housing that you're

4   describing here, you're talking about?

5        A.     Are you asking me if I've seen the

6   specific design drawings associated with the

7   battery housing?

8        Q.     Yes.

9        A.     I've seen some drawings, I think,

10   that show how the parts go into the housing, but I

11   don't remember any details about the housing per se

12   other than what's shown in the document that -- I

13   don't know, maybe you have and maybe I can find it,

14   was one of the documents that we received recently,

15   that I received recently.

16        Q.     It looks like you're looking for

17   something.

18        A.     Yeah.  I'll be back in just a

19   second.  The material I was referring to is

20   Tesla 00003766.  It's called Assembly Module High

21   Bat Model S and some other terms, but that was the

22   one I was thinking of which really shows parts of

23   the battery enclosure.  It doesn't specifically go

24   into a lot of detail about the battery enclosure

25   per se.  It's mostly about the content.  That was

1                    R. White

2   what I was thinking of a moment ago.

3        Q.    Okay.  You attended the deposition

4   of Mr. Cohen.  Did you learn anything about the

5   Tesla battery in that deposition that you're

6   utilizing for your opinions in this case?

7        A.    One of the things that I remember

8   that Mr. Cohen mentioned was that when they did

9   testing they did not have the battery pack at full

10   stated charge and instead used a lower stated

11   charge for reasons that he explained and I've

12   forgotten, but it wasn't consistent with the

13   document we just looked at as far as the required

14   testing of the enclosure.

15        Q.    The state of charge wouldn't change

16   how that would crush the housing in a crash,

17   though; right?

18        A.    It would change the response to the

19   cell and crush the housing.

20        Q.    Correct, but it wouldn't change the

21   crush itself; right?

22        A.    I'm not sure I understand what you

23   mean by "it wouldn't change the crush."  The crush

24   results would depend upon the state of charge of

25   the battery.

Page 78

1                     R. White

2          Q.     Now, have you inspected a Tesla

3   battery pack like the one that was in the Riley

4   vehicle to make an assessment yourself of how it's

5   put together and how it works?

6          A.     Well, I only looked at the crash,

7   the battery pack in crash.  The one that was

8   reviewed by Mr. Aurora, I haven't actually had an

9   opportunity to look at the battery pack and its

10   components in detail that was in the report by

11   Mr. Aurora.  We didn't take the battery module

12   apart other than the ones that were destroyed.

13          Q.     I don't understand how do you relate

14   that to Mr. Aurora.

15          A.     I was at the inspection of the

16   battery pack that he performed back, I think it was

17   in January of this year.

18          Q.     Right.  So is that the only time you

19   inspected the battery?

20          A.     Yeah, I was there when he did his

21   analysis of the battery.  I watched him and took

22   pictures.  We sent those pictures to you.

23          Q.     Right.  Have you -- have you

24   yourself looked at an exemplar battery cell to

25   understand what the -- how the battery pack relates

1                    R. White

2    to the battery, each of the battery packs and

3    understand the assembly?

4                    MR. MINER:  Objection to form.

5                    THE WITNESS:  I looked at the

6           battery cell per se but did not go into

7           the details associated with how all the

8           various components go into the housing, if

9           that's what you're asking me.

10   BY MR. GALVIN:

11        Q.    Yes, that's what I'm asking you,

12   sorry.

13        A.    No.  We looked at it visually, but

14   we didn't take it apart and put it back together.

15        Q.    Do you know what the fail-safe

16   features are within the battery packs, the entire

17   housing, the housing and the battery packs?

18                    MR. MINER:  I'm sorry, I just

19           couldn't hear you, Vince.  Did you say

20           fail-safe features?

21                    MR. GALVIN:  Yes.

22                    MR. MINER:  Fail-safe features.

23                    MR. GALVIN:  Fail safety features.

24                    THE WITNESS:  No.  I don't know of

25           all the detailed safety features.  You

1                    R. White

2            have to be more specific about what you

3            mean by "safety features."

4    BY MR. GALVIN:

5        Q.    Well, do you have any opinion about

6    the venting and the cooling of the battery cell,

7    for example?  Do you understand how that worked in

8    the Tesla battery cell that was in the subject

9    vehicle?

10       A.    Well, when you say "cooling," I

11   understand the liquid flow and the cooling of the

12   aluminum tubes.  I understand that.  The venting, I

13   think, is something that would be associated with a

14   problem with the cells.

15           I also do remember looking at the design

16   and looking at the cells themselves and noticing

17   that they are very close together and that they are

18   probably subjected to cell-to-cell thermal runaway.

19   If one of the cells were to go into thermal runaway

20   in a module, my guess would be that the other cells

21   would go in the thermal runaway propagation

22   situation that we talked about earlier.  Again, I

23   am not seeing any evidence to counter that

24   conclusion.

25       Q.    I think earlier you agreed that it

R. White

1

2    was fair to say that every EV battery would have a

3    large number of cells that are close together to

4    each other; right?

5        A.    Well, yeah.  If they're close

6    together is something we haven't defined.

7        Q.    Well, how do you define it?

8        A.    Well, you want to put them close

9    together, obviously, so that you have high energy

10   and create a volume for the mass, but you can't put

11   them so close together that if one cell were to go

12   into thermal runaway that it would cause thermal

13   runaway propagation from cell to cell.  So they

14   can't be too close, otherwise that will happen.

15       Q.    Okay.  So what is too close?

16       A.    Well, again, you have to investigate

17   the type of cell, and in the case of 18650 putting

18   a cell within half a millimeter or maybe less would

19   be a very risky endeavor, particularly if the cells

20   are these new cells, new 1860 cells that are

21   high-energy cells like the ones that were used by

22   Tesla.

23       Q.    Well, did you make any inspection or

24   determination as to how close in the design

25   position the Tesla cells were?

1                    R. White

2        A.     No.  I didn't make any measurements

3    myself.  That wasn't given to me as an opportunity

4    to do so, and I didn't have the tools to do that.

5    If you look at the design specification, it's

6    really difficult to tell exactly how far apart they

7    are.  Again, it's something that would have to be

8    determined not only through design but by testing.

9            And, again, I've seen no tests that show

10   that if one cell goes into thermal runaway and one

11   of the modules in the S model Tesla vehicle battery

12   pack, the others would not go into thermal runaway.

13   The probability based on the design that I've seen

14   is high that they would.  And there's evidence in

15   the crash battery pack that that's what happened,

16   thermal runaway propagation cell-to-cell within a

17   module.

18       Q.     When you say you didn't have an

19   opportunity to look at how close they were together

20   or to measure it, I'm not sure I totally understand

21   that.  You had access to the battery at the

22   inspection, and there were -- there are battery

23   packs that are not damaged from the crash; right?

24       A.     There are some modules that were not

25   damaged, but Mr. Aurora did not disassemble those

1                    R. White

2   for the purpose of determining how far apart the

3   individual cells were located in the module.

4        Q.    I'm sorry.  Go ahead.  I interrupted

5   you.

6        A.    Well, I was just saying I wasn't

7   given an opportunity to make a measurement in one

8   of the modules that was not affected by the crash.

9   That was not part of his inspection procedure.

10        Q.    Well, you could have done it if you

11   wanted, couldn't you?  There's no -- you were

12   inspecting that battery too.

13        A.    Well, I asked Mr. Aurora if we can

14   do that, and he said he would rather not.  I guess

15   he was concerned about the possibility of voltage

16   spike or something like that and didn't really want

17   to try to discharge the battery module that had not

18   been affected by the crash in order to do any

19   testing of that sort.

20        Q.    Do you understand from his report

21   that he has made an assessment of how close the

22   batteries are together by design and the Tesla

23   battery that was in the vehicle?

24        A.    What I'm telling you is that I don't

25   have any evidence that the design of that battery

1                    R. White

2  pack, the cell-to-cell thermal runaway propagation

3  did not occur.  He has claimed that in his report,

4  but I've seen no evidence of that.

5        Q.    Getting back to my question, you're

6  an expert in this case concerning the battery.  I

7  don't think it was up to Mr. Aurora to tell you

8  what to inspect or not inspect.  If he chose not to

9  do what he wanted to do and if you find you wanted

10  to know how close the cells were together, why

11  didn't you do anything to make an assessment of

12  that so that you had an answer for that?

13            MR. MINER:  Objection to the form.

14            THE WITNESS:  Well, I think I made

15        it clear to you that in my opinion just

16        through visual inspection they were too

17         close together.

18  BY MR. GALVIN:

19        Q.    Are you -- I'm sorry, go ahead.

20        A.    Based on the drawings that I've

21  seen, they're too close together.  And that the

22  thermal runaway of one cell would cause thermal

23  runaway of other cells near that cell in thermal

24  runaway.  Because the design is flawed from that

25  point of view.  And I don't have any evidence that

Page 85

R. White

1

2  has been given to me by Tesla to counter that

3  statement.

4        Q.    Well, Tesla has produced to

5  Plaintiffs the propagation testing that it's done.

6  Are you telling me that that has not been provided

7  to you?

8              MR. MINER:  Objection to the form.

9         What propagation test are you referring

10        to?

11             MR. GALVIN:  I'm talking about

12        testing where they sought to confirm that

13        there was a propagation when you

14        individually caused cells to go on fire.

15  BY MR. GALVIN:

16        Q.    Have you seen the testing that Tesla

17  provided?

18             MR. MINER:  Objection, vague.

19        Q.    Exactly propagation testing you're

20  talking about -- strike that -- where they did the

21  propagation testing.

22        A.    That has not been provided.  That's

23  the point I'm trying to make to you that there has

24  been no evidence provided by Tesla that

25  cell-to-cell thermal runaway propagation did not

1                       R. White

2    occur in that pack or a pack that was designed and

3    built the same way.  That evidence has not been

4    provided.

5          Q.     Well, Mr. Cohen testified about it

6    in his deposition, didn't he?

7          A.     He has made claims, but he has not

8    provided evidence.

9          Q.     Well, let's just be clear about

10   something here.  What you're telling me is that in

11   terms of what you had been provided by counsel that

12   retained you, you have not seen that material.

13   That's what you're saying.

14         A.     No.  I haven't seen any material to

15   support the claim that if one of the cells in a

16   module goes into thermal runaway, the cells myriad

17   would not go into thermal runaway.  That's a test

18   that is typically done on battery packs by other

19   entities such as NASA, for example.  That testing

20   that has been claimed by Mr. Cohen and also by

21   Mr. Aurora has not been provided to me.

22         Q.     Have you inspected battery packs

23   from other electric vehicles, non-Tesla vehicles?

24         A.     Well, initially I work with the

25   General Motors people on the Volt and to a limited

1                     R. White

2   extent on the Bolt, and we did take a look at the

3   Leaf electric vehicle battery pack.

4          Q.     But that doesn't tell me if you

5   inspected those batteries.  Frankly, my question is

6   very specific.  Have you inspected battery packs

7   for other electric vehicles, non-Tesla vehicles?

8          A.     Yes.

9          Q.     What batteries have you done,

10  inspected?

11         A.     I just mentioned -- I just mentioned

12  three.  There was another one, a battery pack that

13  was provided by, I think it was A1 through 3, and I

14  forget the name of the vehicle, but I mentioned

15  just a minute ago Nissan Leaf, the General Motors

16  Volt and the General Motors Bolt, B-O-L-T.

17         Q.     And did you -- you inspect them for

18  purposes of your work in this case, or was that for

19  something else?

20         A.     Something else.

21         Q.     Tell me what you know about the

22  testing that was performed on that 2014 Tesla Model

23  S and its battery.

24         A.     Well, I received -- excuse me.  I

25  received documentation about testing that was done

Page 88

1                          R. White

2    in the desert for the purposes of trying to prevent

3    thermal runaway from module to module, and that

4    testing didn't go too well.

5            I've also seen some testing about

6    flame-retardant material that may have been used in

7    the 2014 before it was made commercially available.

8    But I don't know if you want me to go through all

9    the documents that I've looked at and that were

10   provided from Tesla or not.  But I mentioned the

11   main one that is missing, and that is the

12   cell-to-cell thermal runaway propagation that's

13   been claimed by Mr. Cohen and also by Mr. Aurora.

14           Q.    Are you aware that the 2014 Model S

15   meets the requirements of all the NHTSA and MCAP

16   testing that applied to it?

17                 MR. MINER:  Objection to the form.

18                 THE WITNESS:  All of which

19           testing, I'm sorry?

20   BY MR. GALVIN:

21           Q.    NHTSA and MCAP.

22           A.    I think I've seen evidence of that.

23   The vehicle test crash that was shown?

24           Q.    Yes.

25           A.    No.  I saw those.  I've read that.

1                          R. White

2          Q.     So is it your opinion that that

3    testing is inadequate?

4          A.     I think it's inadequate with regards

5    to testing the integrity of the battery pack, yes.

6          Q.     Now, with respect to the battery in

7    the Volt that you've seen, the GM Volt, how would

8    you expect it to have performed in this crash in

9    this case?

10         A.     Well, that's very difficult to say.

11   I don't think I can render an opinion on that.  I

12   think I would just be very speculative in order to

13   do so.  So I'd rather not.

14         Q.     Why do you say you would be -- it

15   would be speculative?

16         A.     I don't recall in enough detail the

17   Bolt battery pack and housing enclosure to the

18   extent where I can make a comment about that.

19         As I mentioned, this project was many years

20   ago.  So I would say I haven't seen the battery

21   pack in a Bolt recently enough to make such a

22   comment.  I don't remember that well.

23         Q.     What would you have to know in order

24   to make a statement as to whether the Bolt or Volt

25   battery packs would have performed the same or

1                    R. White

2   differently in this crash?

3        A.    Well, I guess I'd need to see the

4   details associated with the enclosure and the pack

5   as a whole.  And these devices, as you know, are

6   changing fairly rapidly.  So the Volt, as you also

7   probably know, is no longer being produced.  And

8   the Bolt is being improved, and I've read actually

9   today that the Bolt is being recalled, I think

10  something like almost 70,000 bolts are being

11  recalled because of the fires that have occurred in

12  the battery pack in the Bolt.

13       Q.    Well, would you agree it's

14  speculation for me to say that a stronger battery

15  pack would have not breached in this crash?

16            MR. MINER:  Objection to the form.

17            THE WITNESS:  I think it's safe to

18         say that it is possible that that could

19         have happened with a strong enough battery

20         enclosure.  But again, that's just

21         speculation on my part.  I have no firm

22         evidence of that, and I don't plan to

23         investigate that any further than the

24         comments I've made so far.  Again, that's

25         really not part of my responsibility and

Page 91

R. White

1

2      my part in this case to make any further

3      comments about how strong it should be.

4      I'm not asked to do that by anybody.

5  BY MR. GALVIN:

6      Q.    So you don't have an opinion that it

7  could have been stronger?

8      A.    I say it should be stronger, yes.

9      Q.    You can't tell us how much stronger

10  it has to be?

11     A.    No.

12          MR. MINER:  Objection.  Asked and

13      answered.

14     Q.    What's the relevance if it has to be

15  stronger if you can't identify what, how strong it

16  has been to be?  Again, you don't even know the

17  forces that were applied to it.

18          MR. MINER:  Objection to the form.

19      Argumentative.

20          THE WITNESS:  I think I mentioned

21      earlier that the process that I were to go

22      through if given the responsibility were

23      to determine how strong, let's put it that

24      way, how materials should be selected and

25      characteristics of those materials in

1                    R. White

2          order to prevent such a catastrophic event

3          from occurring even at 200 miles per hour.

4          It should be possible to provide safety

5          such that the occupants would not have

6          perished.

7    BY MR. GALVIN:

8          Q.    But you haven't done that work;

9    correct?

10         A.    That is correct.  That's correct.

11               MR. GALVIN:  Curt, can we take --

12               MR. MINER:  I was just going to

13         suggest we're at 1:00 East Coast time.

14               MR. GALVIN:  What do you want to

15         do?  I've been moving right along.  My

16         voice starts coming and going, so do you

17         want to take like 15 minutes, or do you

18         want to grab a six?  What do you want to

19         do?

20               THE VIDEOGRAPHER:  Going off the

21         record at 1:02 p.m.

22                    (Recess)

23               THE VIDEOGRAPHER:  We are back on

24         the record at 1:32 p.m.

25

1                   R. White

2   BY MR. GALVIN:

3        Q.    I just wanted to follow up, go back

4   on a couple of things just to clarify what you know

5   or don't know, Doctor.

6        Do you know what the speeds were for the

7   impacts to the battery housing?

8        A.    What the what were?

9        Q.    Speeds.  The speeds, the impact on

10  the battery housing.

11       A.    I recall seeing the speeds listed

12  for the impacts for the vehicle.  I would assume

13  that one could presume that that would apply to the

14  battery pack as well.

15       Q.    Well, do you know what they are?

16  Have you -- have you used them in your analysis of

17  this case?

18       A.    No.  I know what they are, but I

19  have not used it.

20       Q.    Okay.  Is it your understanding

21  based on what you said before, you believe there

22  were three impacts to the battery housing?

23       A.    There were three impacts to the

24  vehicle, as I recall, according to the material

25  I've read.

1                      R. White

2          Q.     Well, in terms of the battery

3    housing, what is your understanding as to what did

4    the damage to the battery housing?  You understand

5    there was damage to the battery housing; correct?

6          A.     I'm sorry, I didn't understand the

7    last part.

8          Q.     You agree that there was damage,

9    crash damage to the battery housing; correct?

10         A.     Yes, I agree.

11         Q.     Do you know how that happened?

12         A.     As I remember, when the vehicle,

13   right front part of the vehicle crashed into, I

14   guess it was a concrete wall, that's when the major

15   damage occurred to the battery pack.  That was

16   right at module 13, was it?  Something like that.

17   The right front module was impacted severely, as I

18   recall.

19         Q.     You would expect impact to a

20   lithium-ion battery of the magnitude you see of

21   damage to the Riley vehicle would be sufficient to

22   cause a fire.  Would you agree with that?

23         A.     Well, I think that's something that

24   did happen.  There's no doubt about that.

25         Q.     Well, and you agree that's a

1                      R. White

2   function of any lithium-ion battery if it underwent

3   the same impact, would you agree that it would

4   perform the same way?

5          A.    The probability is high that all of

6   the 18650 cells that I'm aware of, had they been in

7   the battery pack instead of the Panasonic cells,

8   would probably have reacted in a similar manner.

9          But the main thing, I think, is that to

10   recognize that the cells that were in the pack were

11   Panasonic cells that may have been not as protected

12   as well as they should be.  So it really would

13   depend upon the cell and the manufacturer as to

14   whether or not they would all perform the same way.

15          I'm trying to say that I think they may

16   have been similar responses, but it's very

17   difficult to say.  It really depends on the type of

18   18650 cell in the battery pack as whether or not it

19   would actually occur the same way.  It's difficult

20   to predict that.

21          Q.    So from your point of view as an

22   expert, you can't say -- you can't say it's more

23   likely than not from an engineering probability

24   point of view that another lithium-ion battery

25   would have performed the same way as the Tesla

R. White

1

2   battery in this crash?

3              MR. MINER:  Objection to the form.

4              THE WITNESS:  I'm saying that it's

5         hard to know whether or not they would

6         have performed the same way.  I'm saying

7         that it would depend upon the individual

8         cells and what safety features they would

9         have inherent in the cells and how they

10        were arranged and so forth.  So it's

11        difficult to make generalities.

12  BY MR. GALVIN:

13        Q.     So if I went to a lithium-ion

14  battery and started pounding it with, you know,

15  doing crush, you know, mechanisms of crushing to

16  it, would there be a risk of a fire?

17        A.     Well, I think it's safe to say if

18  you took an individual 1856 cell from any

19  manufacturer and crushed it, you would have a fire.

20        Q.     Yes.

21        A.     I'm sorry.  If it's made out of

22  materials that are commonly used, lithium cobalt

23  oxide or manganese, nickel manganese oxide.  If

24  you're talking about a lithium-ion phosphate cell,

25  we know that they are less prone to cause fires.

1              R. White

2   So in that case it might not cause a fire if it's a

3   lithium-ion phosphate 18650 cell that's being

4   crushed.

5        Q.    So one of your opinions is that you

6   indicated that the cans had thin walls; correct?

7        A.    Yes.

8        Q.    What's your basis for that opinion?

9        A.    Well, again, if we look at slide

10   10 of the material that was cited in footnote 30 in

11   Mr. Aurora's report, we can see where Dr. Darcy has

12   reported that NASA experienced a side wall rupture

13   because of the thin wall of the VNCR1860B Panasonic

14   cell that he was testing.

15        Q.    But that's not the same cell as in

16   the subject battery, is it?

17        A.    Well --

18             MR. MINER:  Objection to the form.

19         Sorry.

20             THE WITNESS:  Subsequently I've

21          learned that the cells that were in the

22          battery pack in the Riley vehicle are the

23          BB cells.  I did not know that.  We had no

24          information about that until we heard from

25          Mr. Cohen.

1          R. White

2          Mr. Cohen explained that he was

3   able to determine that it was the BB cell

4   by going through a procedure that is

5   outlined in his deposition.  I think he

6   found out the serial numbers and so forth

7   and traced back to determine that it was

8   a BB cell, not the BA cell and, in fact,

9   it was the BB cell.

10          Now, the BB cell, according to

11   Mr. Aurora, has a thicker cell wall than

12   the V cell that was examined and tested

13   by Dr. Darcy.  However, if you look at

14   the value that's stated and use the

15   confidence interval that's stated on the

16   thickness of the cell in the BB can, it

17   can be as thin as 150 microns or

18   .010 millimeters.

19          And what was found as the

20   thickness of the wall of the B can by

21   Dr. Darcy was 127 microns, as shown in

22   his slide 10, which is .0127 millimeters.

23          So my point is is that even the BB

24   cell can wall can be considered to be

25   thin.

1                    R. White

2   BY MR. GALVIN:

3        Q.    Do you know what the thickness of

4   the individual lithium-ion cell walls were in the

5   subject battery?

6        A.    Well, that's what I'm saying is in

7   Mr. Aurora's report he shows us that the cells that

8   he examined were on the order of .2.  Sorry.  See,

9   if we can look at his report, I believe he gives

10  us --

11       Q.    Doctor, let me just redirect you a

12  little bit.  I understand what Mr. Aurora did.  My

13  question is very simply -- and let me fix it.  When

14  you wrote your report and gave your opinion that

15  the can walls were too thin, did you know what the

16  thickness of the can walls were in the subject

17  Tesla battery cells?

18       A.    No, I did not.

19       Q.    So then when you gave your opinions

20  to Vince, what was it based on?  Do you know what

21  they were?

22       A.    I'm sorry?

23       Q.    If you made the opinion they were

24  too thin and you just admitted you didn't know what

25  the thickness was, how did you conclude that they

Page 100

1                    R. White

2   were too thin?

3              MR. MINER:  Objection to the form.

4              THE WITNESS:  So I was trying to

5         explain a few minutes ago that I did not

6         know the type of cell that was used in the

7         subject battery pack.  All I knew was that

8         it was a Panasonic I cell.  And the

9         Panasonic cell, V cell, has a thin wall,

10         as reported by Dr. Darcy in his report

11         that we mentioned, footnote 30 in

12         Mr. Aurora's report.

13              So that was the basis of my

14         statement was that it was common

15         knowledge about that the can wall in the

16         Panasonic cells is thin.  And once I

17         learned that it was the BB cell and

18         looked at the specification of the

19         thickness, what I'm trying to tell you is

20         that it's possible that the BB cells are

21         also cells that would be considered to

22         have a thin wall if you look at the

23         variation in the thickness of the can

24         walls.

25              Now, in order to determine the

1                            R. White

2          thickness of the can walls in the subject

3          battery, we need to take the cells and

4          measure the wall thickness of, perhaps, a

5          major sample of the 7,000 cells or

6          whatever might remain in order to

7          determine what the actual average cell

8          wall thickness is and what the center

9          deviation is.

10              But my analysis, again, was based

11          on knowledge about Panasonic cells being

12          used in the Tesla battery pack, not

13          knowing whether it was a B cell or the BB

14          cell.

15   BY MR. GALVIN:

16      Q.    So you gave your opinion about the

17   thickness of the cell wall, the can wall -- the can

18   thickness without knowing whether it was actually

19   the battery cell in the subject vehicle; right?

20      A.    Well, I think it was a reasonable

21   assumption based on the fact that it was a

22   Panasonic cell.  The Panasonic cells that were used

23   in the Tesla before changing to BB, the BA cells

24   also have very thin walls, as was testified to by

25   Mr. Cohen.

Page 102

1                        R. White

2          Q.    Are you aware of any standards,

3    guidelines or peer-reviewed documentation that has

4    cylindrical cell wall thickness requirements?

5          A.    As I've mentioned, the requirement

6    for such things has not been established in any

7    government documents.  What people refer to

8    oftentimes are testing documents that are presented

9    by Dr. Darcy and others that people use for

10   guidance.  So the fact that the 18650 Panasonic

11   NRC18650B cell has a thinner wall is what we would

12   call common knowledge.

13         Q.    What studies have you yourself

14   conducted to determine what a typical cylindrical

15   lithium-ion cell wall thickness number is?

16         A.    Well, as I mentioned, I wasn't -- I

17   had a supporting role in the work that was reported

18   by Dr. Darcy.  So --

19                   (Technical difficulties)

20         Q.    Your connection, I think, messed up.

21              MR. GALVIN:  Curt, do you think he

22       should reboot?

23              MR. MINER:  Dr. White, are you

24       able to hear me?  Why don't you try

25       logging off and logging back in.  Try

1                    R. White

2          saying something and see what the status

3          of the audio is right now.

4              THE VIDEOGRAPHER:  We're going off

5          the record at 1:47 p.m.

6              (Recess)

7              THE VIDEOGRAPHER:  We are back on

8          the record at 1:50 p.m.

9    BY MR. GALVIN:

10        Q.    I withdraw the question that we were

11   going through and we'll start over, okay?

12        A.    Okay.

13        Q.    All right.  I surmise that your

14   opinion concerning the thickness of the cell walls

15   relates to crushing of individual cells; correct?

16        A.    No.  It's associated with causing a

17   cell to go into thermal runaway.  If you cause a

18   cell to go into thermal runaway by heating it, for

19   example, what we want to try to avoid is a side

20   wall rupture.  The reason for that is because the

21   cells that are next to the cell that's in thermal

22   runaway would be heated preferentially by a side

23   wall rupture as opposed to a rupture out through

24   the top.

25         If the top of the can were to be blown off

Page 104

R. White

1

2  because of the pressure and all the heat and the

3  ejecta and the gases and the flames go out the top,

4  it's less likely that the neighboring cells would

5  be heated to the point where they would go into

6  thermal runaway.

7        However, if the side wall rupture occurs

8  and flames leave the side wall rupture and impact

9  directly to the neighboring cells, then you can say

10  that the neighboring cells are apt to go into

11  thermal runaway also, and that would be thermal

12  runaway propagation, which would cause a

13  catastrophic event.

14        Q.    Well, what's the bottom-line issue,

15  the strength of the can?

16        A.    Yes.  The bottom line issue is the

17  strength of the can.

18        Q.    And in the case of the battery

19  cells, there are test standards for the strength of

20  the can; correct?

21        A.    There may be.  I don't know if

22  there's a strength requirement or not.  I do know

23  that manufacturers have been making the can wall

24  thinner and thinner in an attempt to become known

25  for higher energy density cells.  Removing the mass

1                    R. White

2   means the energy content per unit mass goes up.

3   And that was the motivation behind making the can

4   wall thinner until it became known that if you make

5   a can wall as thin as the Panasonic D cell, then

6   actually that's true with the VA cell as well, then

7   you're apt to have a side wall rupture leading to

8   the thermal runaway propagation itself.

9              MR. GALVIN:  Can I have my

10              question read back, please.

11                    (Record read)

12       Q.    Yes or no?  Aren't there standards

13   for the strength of the cans in a crush test?

14       A.    I'm not certain about the strength

15   of the can in a crush test.  We've been talking

16   about thermal runaway of a cell.

17       Q.    I'm talking about the thickness of

18   the cell, the thickness of the can, and I'm talking

19   about what standards may exist concerning the

20   strength of the can in a crush condition.  Are

21   telling me you don't know what those standards are

22   or if there are any?

23       A.    I'm saying that I don't know if

24   there are any standards, and if there are any, I

25   don't know what they are.

Page 106

1                    R. White

2        Q.    Do you know what standards the

3    Panasonic cells used in the subject cell comply

4    with?

5        A.    Again, as far as the crush test

6    concerned for the individual cells, I have no

7    documentation from Tesla concerning those crush

8    test cells -- crush tests.  I have no comment.

9        Q.    Well, do you know what UL 1642 is?

10       A.    I think I've heard that number, but

11   I don't know exactly what it is.

12       Q.    Well, when you looked up the -- did

13   you look up the product information for the cells

14   used in the subject battery?

15       A.    Well, as I mentioned when I wrote my

16   report, I did not know that the cells were the BB

17   cells.  So I was just using a generic Panasonic D

18   cell.  So I didn't look up anything; and again, my

19   comments about the thin wall were associated with

20   the thermal runaway aspects, not the crush test.

21       Q.    Well, my question was did you look

22   up the product sheet for the cells that are in the

23   subject vehicle?  I'm not talking about what you

24   did when you wrote your report.  Before today, did

25   you look it up and understand what standards or

R. White

1

2  testing the battery cells complied with?

3        A.      I have not seen any report on the

4  testing that the cell complied with.  I've seen the

5  spec sheet, I guess you would call it a draft spec

6  sheet, for the BB cells.  I've seen that.

7        Q.      And did you see whether it complied

8  with UL 1642?

9        A.      Let's look at the spec sheet that

10  I'm referring to.

11        Q.      Go ahead and show it to us if you've

12  got it.

13        A.      Well, I'll try to find it.  It's

14  3814, if you have it.  3814.

15        Q.      I don't have access to it the way

16  I'm set up here.  If you want to share your screen,

17  go ahead.

18        A.      Well, the document's on my desktop

19  computer, and I'm on my laptop computer for the

20  deposition.

21        Q.      I got you.

22        A.      So let me send it to Mr. Miner and

23  maybe he can put it up or maybe he has it already.

24        Q.      I guess all you have to do is tell

25  me what you're looking at, and does it show whether

1                          R. White

2    it complies with UL 1642 or U.N. 38.3, any

3    reference to those on that document.

4          A.    So there's no -- I've tried to

5    search it.  There's nothing for 1642.  What was the

6    other number?

7          Q.    38.3.

8          A.    I see here that there was an applied

9    standard regulation, U.N. 38.3 for this BB cell,

10   according to this specification sheet that I'm

11   looking at right now.

12         Q.    And that's a crash test; right?

13         A.    We'd have to look at U.N. 3833.

14   They don't specify the crush test per se in this

15   specification sheet.

16         Q.    Okay.  Do you have an opinion as to

17   what the thickness of the battery cells should have

18   been to avoid the fire that occurred in this crash?

19         A.    Well, I would say probably greater

20   than 200 microns.  I think that was something that

21   may have been used typically maybe 210 microns,

22   somewhere in that range, something on the order of

23   225 microns.  I don't have a specific number.  I

24   don't know if there's been sufficient tests to

25   determine how thick the cell wall would have to be

Page 109

1                    R. White

2    to prevent side wall rupturing.

3          All I know is it did occur at 127 microns,

4    according to the tests done by Dr. Darcy at NASA.

5          Q.    And -- but in terms of the issue of

6    whether a thicker cell wall, can wall for the

7    battery cell, whether that would have made a

8    difference in this crash, isn't it true that you

9    can't say to a reasonable degree of engineering

10   certainty how much thicker it would have to be for

11   that to have made any difference?

12              MR. MINER:  Objection to the form.

13              THE WITNESS:  Well, again, what we

14        had hoped to see that we had not seen is

15        the details associated with the test that

16        supposedly were done by Tesla to determine

17        whether or not there was going to be

18        cell-to-cell thermal runaway propagation.

19        Those tests would have been based on the

20        BB cells, I would guess.  Maybe they did

21        it on the BA cells before that.

22              So the testing of the cells that

23        were used to determine whether or not

24        there would be cell-to-cell thermal

25        runaway would have been the appropriate

1               R. White

2        thing to consider.  If those tests show

3        decisively that there would not be, and

4        the implication would be that the thermal

5        runaway cell-to-cell propagation would

6        have been less likely in the battery pack

7        in the subject vehicle, but we don't have

8        those tests.  We only have claims.

9            MR. MINER:  Can we pause just for

10       a second.  Can I just confirm with the

11       court reporter that you are able to hear

12       my audio since my video screen seems to be

13       frozen.  Are you able to hear me?

14           THE WITNESS:  I can hear you.

15           COURT REPORTER:  I can hear you.

16   BY MR. GALVIN:

17       Q.    So it's fair to say that you as an

18   expert can establish a causal nexus between thin

19   can walls and the fire in the subject crash?

20           MR. MINER:  Objection to the form.

21           THE WITNESS:  I think what I've

22       said is that a thin can wall would be more

23       likely to cause cell-to-cell thermal

24       runaway propagation.

25

1                    R. White

2   BY MR. GALVIN:

3        Q.     And how would you distinguish that

4   between direct impact to the battery causing

5   crushing of the battery cells?

6        A.     So if you have a crushed cell that

7   is in thermal runaway and it's anywhere near

8   another cell, then that cell, if it has a thin

9   wall, it is more apt to go into thermal runaway

10   than it would otherwise.

11           So the propagation occurs once one cell has

12   been crushed or has been penetrated by a nail, for

13   example.  The common test would be to penetrate one

14   cell by a nail and see if it causes thermal runaway

15   propagation in the other cells in the pack.

16           So the probability of thermal runaway

17   cell-to-cell propagation is higher if the can walls

18   are thinner, regardless of how the initial cell

19   goes into thermal runaway.

20        Q.     Well, you're assuming that there's

21   just one cell that the can splits?  If you have an

22   impact, the damage to the battery pack and the

23   battery housing is so much that it damages all the

24   individual cells or a number of them, how do you

25   distinguish the mechanical nature of that damage to

1                  R. White

2   the battery cell, and how would you determine

3   whether a thicker one would have made a difference?

4        A.     Well, again, the initiation was

5   clear that there was a crushed cell, maybe many

6   crushed cells, more than one, that became in what

7   we call thermal runaway because of the impact, the

8   crushing, and the cells nearby then also went into

9   thermal runaway because of the cell that -- or

10   cells that just went into thermal runaway.  So

11   that's thermal runaway cell-to-cell propagation.

12        If the design of the pack had been such

13   that the propagation would have subsided, would not

14   have been propagated, then it would have been a

15   proper cell design.  Now, a proper battery cell

16   design would mean that the cells had thick can

17   walls, and also the cells were not placed close to

18   one another, et cetera.

19        If we had had fire-retardant material in

20   the pack, that may have also caused less

21   cell-to-cell thermal runaway propagation.  So the

22   characteristics of the pack and the individual

23   cells dictate the degree of propagation.

24        Q.     You used the word "may have" as to

25   whether there would be propagation and fire; right?

R. White

1

2      A.      Well, what I'm saying is we do not

3   have any evidence that the pack that was in the

4   subject vehicle or similar packs would not have

5   thermal runaway cell-to-cell even if only one cell

6   was thrown into thermal runaway.  That's my point

7   is that in the subject vehicle we know that some

8   cells were forced into thermal runaway because of

9   being crushed.

10      Other cells that would not have gone into

11   thermal runaway had the pack been designed to

12   prevent that would have not gone into thermal

13   runaway and the fire would not have been nearly as

14   bad.

15      Q.      Well, when you inspected the

16   battery, did you look at all the cells in the packs

17   that were mechanically damaged in the crash?

18      A.      I looked at some of the cells that

19   were mechanically damaged and the surrounding cells

20   that were damaged by the thermal runaway

21   propagation.  Yes, I looked at those.

22      Q.      And did you take photographs of

23   them?

24      A.      Yes, I took photographs of those,

25   and Mr. Miner sent those to you.

1          R. White

2      Q.    Yes, okay.

3          In terms of -- in terms of -- you continue

4   to say you haven't seen evidence.  Have you spoken

5   to counsel to find out how it is that at

6   Mr. Cohen's deposition, he talked about propagation

7   testing they did, Mr. Aurora talked about it and I

8   believe Aurora even referred to testing documents.

9          Have you asked Mr. Miner for those

10   documents that both Cohen and Aurora were referring

11   to?

12          MR. MINER:  Objection to the form,

13          and I'd instruct you conversations between

14          the expert and myself, Dr. White, are

15          privileged.  I'll instruct you not to

16          answer that question as framed.

17          MR. GALVIN:  Let me rephrase the

18          question.

19   BY MR. GALVIN:

20      Q.    As an electric vehicle battery

21   expert in this case to provide opinions and

22   conclusions, did you ask for all the testing or

23   the -- did you ask for the propagation testing that

24   the Tesla expert and the Tesla witness referred to

25   in their report and deposition so that you could

1                    R. White

2   look at that material?  Wouldn't that be something

3   that you would want to look at?

4        A.    Well, yes.

5              MR. MINER:  Objection.  You can

6        answer.

7              THE WITNESS:  So can I answer?

8              MR. MINER:  Yes, you may.

9              THE WITNESS:  I absolutely would

10        like to look at that material.  Again, I

11        think that the problem is is that the

12        material that I have seen show very

13        clearly that the testing that was done

14        showed thermal runaway propagation module

15        to module.  That was something that was of

16        grave concern and was addressed by the

17        battery team, and Mr. Cohen mentioned

18        that.

19              What we find in Mr. Aurora's

20         report is really a statement to the

21         effect that the module-to-module thermal

22         runaway propagation was limited, and I

23         think that is probably a reasonable

24         statement that the module-to-module

25         thermal runaway propagation in the Tesla

1                         R. White

2          battery pack was something that was of

3          primary importance and was being dealt

4          with.

5                  However, the information that I am

6          seeking that I have not received yet that

7          hasn't been offered is the claim that the

8          cell-to-cell thermal runaway propagation

9          was tested and was confirmed not to occur

10          in an individual module.  That's the

11          difference.

12                  I hope I'm clear about that.

13  BY MR. GALVIN:

14          Q.    You're clear, thank you.

15          The next opinion I have questions about is

16  at page 1, Paragraph 9 you refer to the intumescent

17  materials.  What's your opinion concerning

18  intumescent materials?

19          A.    Well, in some of the materials that

20  were provided, we found evidence that these

21  intumescent materials, fire-retardant materials

22  were being tested by the folks there at Tesla and

23  could have been included in the pack that is the

24  subject of the investigation, but they were not for

25  reasons that really aren't clear to me.  The

1                    R. White

2   current pack -- I just call it the Model 3 pack --

3   as I understand it does include that material, the

4   fire-retardant material, and I think there was

5   several generations, several different types of

6   material that were investigated during the battery

7   pack development before the commercially available

8   2014 Model S P85.

9          Q.    Do you know if an intumescent

10  fire-retardant material was available when the

11  subject lithium-ion battery was designed and

12  developed?

13         A.    Well, that's what I was just

14  commenting on.  I believe the material was

15  available and was being tested and was being

16  investigated and could have been and in my opinion

17  should have been part of the commercially available

18  2014 Model S battery packs.  But the material was

19  not included for reasons that I don't understand.

20  I don't know.

21         Q.    Which material are you saying was

22  available?

23         A.    Well, if we look at the reports that

24  were issued, we saw several different ones.  And

25  Mr. Cohen mentioned several different ones.

1              R. White

2   Seminac I think is one that comes to mind, and

3   another one started with a P.  There was another

4   one started with an S.

5          There were several different types of

6   materials, intumescent materials or fire-retardant

7   materials that were investigated.  I'm not sure

8   exactly what's being used in the Model 3, but it

9   may be one of those or something similar to it.

10         Q.     Well, my question was -- I'm sorry,

11  go ahead.

12         A.     I think Mr. Cohen started referring

13  to some of this material as potting material.  I

14  may be getting mixed up but, again, the material

15  was being investigated, intumescent material,

16  fire-retardant material was being investigated in

17  the documents that I've seen, testing the Model 214

18  battery pack before it was made commercially

19  available.

20         Q.     When was the battery for the 2014

21  Tesla P385D designed and developed, do you know?

22             MR. MINER:  Objection.  What time

23        period?

24         Q.     Give me the time period, because if

25  you're saying there was intumescent material

Page 119

1                    R. White

2   available during that time period, I want to know

3   what you're talking about.

4          A.    Well, I think it was -- I'm going to

5   try to find what I'm talking about in one of the

6   reports.  It seemed like 2011 or maybe 2012 that

7   these materials were being investigated.  I see now

8   that PaulSol, P-A-U-L-S-O-L, was one of the

9   materials.  I'm looking at Tesla 3634.  That was

10  November the 21st of 2011 as an example.

11         Q.    What would the intumescent

12  fire-retardant material actually do?

13         A.    Well, it would tend to prevent the

14  thermal runaway propagation from cell-to-cell.  It

15  would act as a fire retardant.  What happens when

16  we have thermal runaway of an individual cell is

17  oftentimes the cell will emit or eject the material

18  that's inside the cell, including the electrolyte.

19  And the electrolyte oftentimes because of the

20  temperature and the possibility of a spark nearby

21  will flame up.

22         And so the flaming electrolyte then causes

23  the cells nearby to heat up rapidly and so forth,

24  and we have this propagation problem.

25         If there was fire-retardant material, then

Page 120

R. White

1

2   that would probably not happen, and I think that's

3   part of what they discovered back in 2011 when they

4   were testing some of these materials.

5          Q.    You just said that if there were

6   fire-retardant material that probably wouldn't have

7   happened; right?  That's what you just testified.

8          A.    Yeah.

9          Q.    Okay.  Was there fire-retardant

10  material in the subject battery?

11         A.    No.  Not that I'm aware of.

12         Q.    What have you done to determine

13  whether there was or was not?

14         A.    I looked --

15             MR. MINER:  Objection to form.

16         Was or was not what?

17             MR. GALVIN:  Fire-retardant

18         material in the battery, in the subject

19         battery.

20             THE WITNESS:  I looked at the

21         subject battery and did not see any

22         material that was similar to the material

23         that I had seen in the testing of the 2011

24         and also on YouTube videos for the Model

25         3.

1              R. White

2              So the material, and as Mr. Cohen

3         mentioned, oftentimes was dyed a

4         particular color, blue I believe is being

5         used in Model 3.  So it wasn't visibly

6         available in the subject battery at all.

7    BY MR. GALVIN:

8         Q.    Well, my question was, was there any

9    fire-retardant material in the subject battery.  I

10   wasn't asking about any subject kind of material.

11   I was just asking about material that had

12   fire-retardant properties.

13        A.    I didn't see any such material in

14   the individual models in the subject battery.

15        Q.    What about in the design drawings?

16        A.    No, I didn't see any material like

17   that.

18        Q.    Can you use some other materials

19   instead of an intumescent fire-retardant material

20   to serve the same purpose?

21        A.    No.  I don't think so.

22        Q.    Why not?

23        A.    Well, it's not clear what you mean

24   by "other material."  There are various

25   fire-retardant materials that could be used.  They

1                    R. White

2   vary in the general construction, but when you say

3   "other material," what comes to my mind is

4   something that would be more of a physical barrier

5   as opposed to a chemical barrier.  So that was the

6   basis of my statement.

7          Q.    I'm not sure I totally understand

8   what you're saying.  I asked you a very general

9   question, if you could use -- instead of using

10  intumescent fire-retardant material, is there other

11  fire-retardant material that would serve the same

12  purpose?

13         A.    Not that I know of, no.

14         Q.    Now, did Mr. Cohen talk about what

15  types of fire-retardant material were in the

16  subject battery during his deposition that you

17  recall one way or the other?

18         A.    I don't recall him mentioning any

19  fire-retardant material in the subject battery in

20  his deposition.

21         Q.    Did they talk about a ceramic

22  blanket, for example?

23         A.    I wouldn't think of that as a

24  fire-retardant chemical or material like we've been

25  discussing.

Page 123

1              R. White

2      Q.    That would be a barrier between the

3   battery and the cabin; right?

4      A.    Correct.

5      Q.    And what about within the battery

6   itself?  Do you have any understanding of what type

7   of fire-retardant material was there, if any?  And

8   I guess it's a stupid question because you've told

9   me you're not aware of any.

10      A.    Right.  I don't think there was any

11   used in the subject battery.

12      Q.    All right.  So the next area I want

13   to talk to you about is on Paragraph 2 on page 9,

14   you stated that the cylindrical 18650 cells used in

15   the subject vehicle's battery do not use PTC or

16   CID; right?

17      A.    Correct.

18      Q.    What work did you do to reach that

19   conclusion?

20      A.    Well, I think I again did not know

21   exactly which cells were being used in the pack.

22   We didn't have that information at the time I wrote

23   my report.  So I was just going by patents that had

24   been issued to Tesla based on removing the CID and

25   the PTC from the cells in order to improve the

Page 124

1                       R. White

2    energy density, essentially removing the materials,

3    essentially removes weight from the cell.  So I was

4    basing those comments on the patent that was issued

5    to Tesla based on their work with Panasonic.

6         Q.    So how do you know that that related

7    to what was actually in or not in the subject

8    battery?

9         A.    Well, as I mentioned, I did not know

10   what cells were in the subject battery pack at the

11   time.  All I learned was that there were the BB

12   cells later from Mr. Cohen's deposition.

13        Q.    And you also learned that they did

14   have a CID; correct?

15        A.    I looked at that battery

16   specification that we talked about earlier.  The

17   one that you're asking about, the UL 38.3, I

18   believe it is, and what we find there is no CID.

19   There's a mechanical structure device that serves a

20   similar purpose, but it doesn't say CID.  It

21   doesn't use the commonly used acronym in the

22   specification of the BB cell.

23        Q.    So what are you saying, that it's

24   not a CID even though it does have the function of

25   a CID?

Page 125

R. White

1

2      A.      Yeah, that's what I'm saying.  They

3   didn't specifically refer to it in the cell

4   specification sheet as a CID, even though that's

5   what Mr. Aurora claims in his CET, and I don't

6   disagree with that.  I'm just saying that it was

7   not specified as a CID in the BB cell specification

8   sheet from Panasonic.

9      Q.      Okay.  So what you're saying is your

10   initial opinion that it didn't have a CID was

11   simply not correct and now you see that it does

12   have CID?

13              MR. MINER:  Objection to the form.

14              THE WITNESS:  That is correct.

15        Again, I did not know what cells were in

16         the subject battery pack at the time I

17         wrote my report.

18   BY MR. GALVIN:

19      Q.      I'm not criticizing you.  I'm just

20   trying to clarify.

21        So let's focus on the PTC.  You learned

22   from Mr. Cohen's deposition that yes, Tesla did not

23   have the PTC, but it had another method for

24   addressing that by fusing the batteries; correct?

25      A.      Correct.

Page 126

R. White

2      Q.     And is that appropriate in your

3   mind, or do you still have an opinion that the lack

4   of a PTC caused or contributed to the fire in this

5   crash?

6      A.     My position is that had they

7   included a PTC as well as the fusible links, it may

8   have prevented thermal runaway cell-to-cell

9   propagation.  There's some question about that.

10   There's still no definitive answer that removing

11   the PTC is something that should be done.  It's

12   been advised in some cases because of the high

13   voltage that it may be wise to do so, it may be

14   useful, but there's no definitive evidence that it

15   should be, that it's necessary.

16      So by removing it, they, essentially Tesla

17   removed the possibility of an additional safety

18   mechanism.  The fusible links, I think, were a very

19   good addition.  However, I don't think that

20   removing the PTC and the fusible links would not

21   have also been a very useful addition.

22      So removing the PTC was something that was

23   not necessary from the safety point of view.  It

24   may have made the cells more safe with regards to

25   thermal runaway propagation cell to cell.

1              R. White

2        Q.     Can you say to a reasonable degree

3   of engineering certainty that the removal of the --

4   that had there been a PTC on the battery that it

5   would have prevented cell-to-cell propagation in

6   this crash involving the Riley vehicle?

7              MR. MINER:  Objection to the form.

8              THE WITNESS:  I cannot say that

9        definitively, no.  I'm just saying it may

10        have.  Again, it's a safety device that

11        was removed that should have been

12        included.

13   BY MR. GALVIN:

14        Q.     What is the nominal voltage of the

15   subject battery, do you recall?

16        A.     Around 400 volts.

17        Q.     Do you know why the subject cells do

18   not have the PTC?

19        A.     Well, the claim is that the high

20   voltage may cause the PTC to not function properly.

21   But, again, that's not something that has been

22   definitively proved, and I don't think we can find

23   any regulations anywhere that will confirm that if

24   you have a high voltage battery pack you should not

25   and do not include PTCs in individual 18650 cells.

Page 128

1                            R. White

2        Q.     Go ahead.

3        A.     It's still a matter of controversy.

4        Q.     A matter of controversy where?

5        A.     Well, I say it's really a

6    prerogative of the battery pack builder as to

7    whether or not to include cells with no PTC.  It's

8    not something that's in a requirement document that

9    the PTC be removed from cells used in high voltage

10   batteries.

11       Q.     Well, do you agree with this

12   statement technically:  A PTC cannot be used in a

13   cylindrical cell where the voltages are hundreds of

14   volts as the PTC will be damaged due to the high

15   voltage?

16       A.     I'm not sure from where you're

17   reading.

18       Q.     I'm not asking you to -- I'm just

19   asking you if you agree with that statement, and

20   I'll read it back if you want me to.

21       A.     Please read it again.

22       Q.     Yes.  I want to know do you agree

23   with this:  Technically a PTC cannot be used in a

24   cylindrical cell where the voltages are hundreds of

25   volts as the PTC will be damaged due to the high

1                      R. White

2   voltage.

3        A.    I don't agree with the "should not"

4   part.

5        Q.    You mean the cannot?

6        A.    I thought you said "should not."

7   Did you say "cannot"?

8        Q.    Yes.

9        A.    No, I don't agree with the cannot.

10       Q.    Why don't you agree with that

11   statement?

12       A.    Well, because I said it's a matter

13   of controversy.  I think that it's reasonable to

14   say that it is a possibility that that could occur

15   but is not a definitive certainty that it would

16   occur.

17       Q.    Well, have you done anything to

18   determine whether that's the case for purposes of

19   your opinion in this case?

20       A.    No.  I have not done any experiments

21   to justify the use of the PTC or not.

22       Q.    What's the purpose of the PTC in a

23   lithium-ion cell?

24       A.    Well, when it becomes warm, it

25   becomes hot, the polymer becomes resistive.  And it

Page 130

1                          R. White

2    is intended to stop the current from flowing out of

3    or into the cell, because the cell becomes highly

4    resistive because of the patency material.

5          Q.     Does that mean -- let me see if I

6    can clarify that a little bit.  Does that mean the

7    PTC has overcurrent protection?

8          A.     If the cell is being overheated

9    because of the overcurrent, then yes, it would stop

10   the current from flowing.

11         Q.     Isn't that the purpose of a PTC?

12         A.     That's the purpose of the PTC is to

13   stop the current from flowing when the temperature

14   rises to the point where the material, the

15   polymeric material, becomes resistive and then

16   becomes non-resistive when the cell cools.

17         So it's a safety device that is not

18   destroyed as the CID.  Once you overpressurize the

19   cell you cause the CID to open, it will not close

20   again.  Whereas with the PTC, the cell can stop

21   current flowing as the temperature rises; and as

22   the temperature cools, the cell can be used again.

23         Q.     You understand that Tesla put wire

24   bonds on the negative and positive terminals of the

25   cell.  Wouldn't those wire bonds provide

R. White

1

2   overcurrent protection to the cells and serve the

3   same purpose as a PTC?

4        A.    Well, again, they serve the purpose

5   of a fuse.  If the current is too high, then the

6   fuse, these devices that you just described, will

7   melt and part.  And, again, that would be a

8   destructive occurrence, so that cell would never be

9   useful again, which is counter to the PTC approach,

10  which becomes useful again by cooling.

11        Upon cooling, one of the cells that has a

12  fusible link destroyed because of all the

13  temperature or all the current, then we couldn't

14  use that cell anymore.  So the fusible link is a

15  one-direction only safety device, whereas the PTC

16  provides safety when the temperature goes up and it

17  turns to normal cell function when the temperature

18  goes down.

19        Q.    All right.  Did you -- strike that.

20        Now, in your report you had a photograph of

21  the Panasonic batteries and the specification

22  sheet.  Do you recall that?

23        A.    Yes.

24        Q.    If I understand your testimony so

25  far correctly, you now realize that those green

1               R. White

2    batteries that you showed are not the ones that

3    were in the subject vehicle; correct?

4        A.    Correct.

5        Q.    With respect to the specification

6    sheet, where did that come from?

7        A.    From the Internet.

8        Q.    Okay.  And that was not the -- it

9    doesn't apply to the actual cells used in the

10   subject battery; right?

11       A.    Correct.

12       Q.    Figure 4, the data sheet, that was

13   not a Panasonic-issued cell data sheet, was it?

14       A.    I am not certain about that.  It may

15   have been issued and then reposted by another

16   group.  I'm not certain of the origin of that.  I

17   know Mr. Aurora claims that it was not a Panasonic

18   specification sheet.  He may be right about that.

19       Q.    Now, in Paragraph 12 on page 15 of

20   your report, you stated that the "Protected:  No

21   means that B cells do not use PTC or CID."

22       Do you recall that?

23       A.    Yes.

24       Q.    What independent validation did you

25   determine if those cells used PTC or CID?

Page 133

1              R. White

2       A.    Well, as I already mentioned, I only

3  looked at the cell because it was a generic

4  Panasonic cell, and the statement that I made there

5  in Paragraph 12 evidently is an error.

6       Q.    Okay.  All right.  That's fine.  So

7  you were looking at the wrong battery cell?

8       A.    Correct.  I was not looking at the

9  battery cell in the subject battery pack.

10       Q.    Now, I touched on this a little bit

11  earlier and maybe there's nothing more on it, but

12  with the three cells you took at the inspection,

13  have you done anything with those cells?

14       A.    No.

15       Q.    Why didn't you do a CT scan or

16  disassembly of those cells?

17       A.    I didn't think it was necessary.

18       Q.    Why not?

19       A.    I didn't see any need for that.

20       Q.    In terms of the vehicles inspection,

21  what did you do for an actual inspection for

22  purposes of your own development of your own

23  opinions and conclusions?

24       A.    Well, I looked at the battery pack,

25  and I followed what Mr. Aurora was doing and took

1                    R. White

2   pictures, as you know.  You have all those

3   pictures, and you can see very clearly from looking

4   at the modules that were involved in the crash and

5   the thermal runaway propagation that occurred in

6   those modules.  And you can see what happened to

7   the cooling coils, the aluminum cooling coils, they

8   were obviously melted because of the fire.  And the

9   batteries, the cells that I took a picture of and

10   included in my report show very clearly that the

11   cells in some cases have this side wall rupture

12   that I mentioned which, in my opinion, could have

13   been done -- could have been due to the thin wall

14   of the can.

15          As I mentioned earlier, the thickness of

16   the can walls form the cells, the subject cells,

17   the BB cells could be as thin as 150 microns, which

18   is not a whole lot thicker than 127 microns that

19   Dr. Darcy reported on.

20          So I just used the inspection that occurred

21   and the pictures I took to confirm that it was

22   cell-to-cell thermal runaway propagation within

23   modules that perhaps could have been avoided had

24   the modules been designed to prevent cell-to-cell

25   thermal runaway propagation.

1               R. White

2      Q.     Now, I want to refer to your

3  exhibits that you provided at the deposition --

4  pardon me, that are in your file.  One of the

5  documents you provided was an article entitled --

6  of which you're one of the listed authors is a

7  Numerical Analysis of Heat Propagation and Battery

8  Pack Using a Novel Technology for Thermal Runaway.

9      Do you recall that article?

10     A.     Not exactly.

11            MR. MINER:  Vince.

12            MR. GALVIN:  Exhibit 3, and I'll

13      put it up right now.

14                 (Exhibit 3, Article entitled

15                 Numerical Analysis of Heat

16                 Propagation and Battery Pack

17                 Using a Novel Technology for

18                 Thermal Runaway, was marked

19                 for identification.)

20  BY MR. GALVIN:

21     Q.     Do you see that, Doctor?

22     A.     Yes, I see that, uh-huh.

23     Q.     That's Coman, Darcy, Veje and you;

24  correct?

25     A.     Correct.

1                        R. White

2        Q.    That's an article that was provided

3    in your file materials; right?

4        A.    Yes.

5        Q.    And you included that, this article;

6    correct?

7        A.    Correct.

8        Q.    And what was your purpose in

9    including this article?

10       A.    I just wanted to show that we have

11   been working on or are familiar with the thermal

12   runaway propagation cell-to-cell.

13       Q.    And you're talking about a novel

14   technology for helping prevent that; right?

15       A.    Right.

16       Q.    And that novel technology you're

17   talking about is -- perhaps I'm getting this

18   totally incorrect, so you can fix it -- but small

19   air gaps in mica paper in combination with a

20   thoroughly conducted matrix increases safety of

21   battery packs?

22       A.    Correct.

23       Q.    Is that correct?

24       A.    Correct.

25       Q.    And then if we go down, I draw your

Page 137

1                    R. White

2   attention to page 2, I've highlighted there on the

3   left-hand side, can you read what I highlighted?

4        A.    Yeah, I see that.

5        Q.    Go ahead and read it into the

6   record.

7        A.    It says that Lopez and others

8   (Reference 6) found that by having an insulating

9   air gap between 18650 cylindrical cells would

10   decrease the damage caused by thermal runaway.

11        Q.    And then if you go over, I've

12   highlighted on the right-hand column there a

13   section as well.  Could you read that into the

14   record.

15        A.    I will again.  It refers to

16   Reference 8, and then there are some sentences and

17   then the highlighted sentence is "The air gap

18   between the cells and the thermal resistance

19   protects the cells."

20        Q.    And do you still agree with what's

21   stated in those sections you've just read?

22        A.    Yes.

23        Q.    Let's go to page 11.  Now, there was

24   a discussion, can you read that into the record and

25   I'll move it when you get down to the bottom of the

1               R. White

2   page.

3        A.    "The mica paper is used for

4   electrical insulation, and it was found that it

5   also has a relatively strong influence in

6   protecting the adjacent cell thermally.  So mica

7   paper or any other electrical insulation" --

8        Q.    Hold on.  I've got to get down

9   there.  Sorry.  Go ahead.

10       A.    -- "can be used for designing a safe

11  battery pack.  To improve the thermal insulation of

12  adjacent cells, a small controlled air gap or

13  vacuum gap was found analytically and experimental

14  to be an effective design feature."

15       Q.    Do you still agree with that

16  statement that's in your article?

17       A.    Yes.

18       Q.    Doesn't the subject Tesla battery

19  pack have both an air gap and also use mica for

20  insulation?

21       A.    I'm sorry.  Would you repeat that.

22       Q.    Yes.  The subject battery pack in

23  the Riley Tesla have both an air gap and also uses

24  mica insulation.  Isn't that correct?

25       A.    I think we have to be careful about

1                        R. White

2  general statements like that.  Again, I have not

3  seen the details associated with the design of the

4  modules to the point where I can say okay, there

5  was an air gap between the cells, and mica was used

6  between the cells.

7         So I understand that mica was used

8  elsewhere in the modules, but I don't know that it

9  was used between the cells.  The way we use mica

10  was to form a barber pole.  If you remember the old

11  barber poles where those wrapped around the cell

12  you see it ran around a white cylinder in a barber

13  pole.  I did that with a mica and a cell can.

14         So essentially we had an air gap and a mica

15  separator really around the cell that was placed in

16  what's called an aluminum eggshell.  You saw

17  pictures of that earlier.  So I don't know what the

18  details are relative to the Tesla battery pack

19  concerning the air gap and the mica.

20         Q.    As per your paper, do you agree that

21  both of these are like the design features?

22         A.    Well, yes.  I agree that they're

23  effective design features, but it depends on how

24  they're applied.  And, again, I don't have those

25  detailed informations about the subject battery

Page 140

1                    R. White

2    pack.

3           Q.     All right.  Thank you.

4           In your opinion, what should have been the

5    spacing between the cells and the subject battery?

6    Do you have a number?

7           A.     It's a very good question.  I would

8    say if the cells had been as much as 2 millimeters

9    apart, then that might have been sufficient to

10   prevent the cell-to-cell thermal runaway

11   propagation.  Again, that's a number that has to be

12   determined based on experiments that were probably

13   done at Tesla.

14          They may have been able to make that gap

15   smaller, but I can recall publications by NASA and

16   by Underwriters Laboratories that show that cells

17   that are close or as far apart as 4 millimeters can

18   sometimes cause cell-to-cell thermal runaway

19   propagation.

20          So it depends on the individual design as

21   to what that gap needs to be, how are the cells

22   configured in addition to what is the gap.  As I

23   mentioned before, what we did was we wrapped mica

24   around the cells, and that gave us essentially an

25   air gap, not a complete air gap, but a barber pole

1                       R. White

2    air gap.  So we were able to put the cells closer

3    together because of that.

4                       MR. MINER:  Vince, we have been

5             going a little over an hour since the last

6             break.  When you get a convenient breaking

7             point, can we just take a short break?

8                       MR. GALVIN:  Now is fine.  Do you

9             want to take like 10 or 15 minutes or so?

10                      MR. MINER:  That would be great.

11                      MR. GALVIN:  I'm getting close.

12                      MR. MINER:  Okay.  3:00, noon

13            Pacific time, 3:00 Eastern time just to

14            make it a round number.

15                      THE VIDEOGRAPHER:  We are going

16            off the record at 2:46 p.m.

17                      (Recess)

18                      THE VIDEOGRAPHER:  We are back on

19            the record at 3:03 p.m.

20   BY MR. GALVIN:

21       Q.     So on -- I want to go -- I'm going

22   to go back to Exhibit 2, which is your report.  I'm

23   going to share my screen.  I've got a couple

24   questions.

25            Do you see my screen, Doctor?

R. White

1

2      A.     That's a picture I took, yeah.

3      Q.     Yeah, that's a picture you took at

4    the inspection.  And in Paragraph 4, page 16 of

5    your report you show this image as one of the

6    subject battery modules and state that the picture

7    shows how close the cells are to one another.  You

8    presented this figure 9 in your report, as you

9    said, and I guess what I want to know is, is this

10   really an accurate photograph depicting the actual

11   cell spacing that Tesla -- in a Tesla battery

12   module.

13      A.     I'd just say it's indicative of the

14   spacing of the cells in the condition of the module

15   we're looking at.  It should be very similar to an

16   undamaged module.

17      Q.     Well, actually, the way you

18   represented it, you suggested that's what the

19   spacing is for the battery and the modules in the

20   subject vehicle.  And I guess what I'm focused on

21   is this is one of the damaged modules.  Are you

22   trying to intend by this statement in your report

23   and tell the jury that this is what is indicative

24   of the spacing in the non-damaged modules of the

25   battery?

1                    R. White

2        A.    Well, I think so.  Again, I don't

3    have access to take a picture of an undamaged

4    module in this configuration.  I really think the

5    cells in an undamaged module would be as near to

6    one another as shown here in the damaged module.

7        Q.    Yes, but you don't know for a fact

8    that that's the case.  This module, by the time you

9    took this photograph of it, it had been handled

10   over a number of years and moved around and so

11   forth.

12        Are you really saying that that's the way

13   it is in the design position in the

14   undamaged -- strike that. That's argumentative.

15        As an expert on the battery, are you

16   really -- are you suggesting that this represents

17   the spacing of the undamaged cells in the undamaged

18   module?

19              MR. MINER:  Objection to form.

20              THE WITNESS:  Yes.  That's what

21         I'm saying.  I think it represents the

22         spacing in an undamaged module.

23   BY MR. GALVIN:

24        Q.    But you didn't have an opinion about

25   the spacing between the cells.  Why didn't you do

1                    R. White

2   your own investigation to understand exactly what

3   the spacing was and whether there is spacing or

4   not?

5          A.     I didn't think that was necessary.

6   As I had mentioned before, what would be necessary

7   would be evidence that there was no cell-to-cell

8   thermal runaway propagation that supposedly is

9   available from Tesla.

10          So the spacing is important.  But, again,

11   the actual testing of whether or not there was

12   cell-to-cell thermal runaway propagation is what's

13   important.

14          Q.     Are you aware of any other

15   batteries, electric vehicle batteries that have the

16   cells touching each other?

17          A.     Well, I don't know of any other

18   electric vehicle battery packs that use these 18650

19   cells, so the answer is no.

20                    (Technical difficulties)

21          Q.     Have you done any work to determine

22   whether any other electric vehicle battery cells

23   are actually touching in the modules?

24                    (Technical difficulties)

25          A.     Can you hear me, Vince?

Page 145

1                    R. White

2              COURT REPORTER:  You're breaking

3        up.

4        Q.    I can you hear you now, yes.

5        A.    I could hear you, but maybe we can

6   still go ahead with the garbled --

7              COURT REPORTER:  No.

8              MR. MINER:  Off the record for a

9        second.

10               THE VIDEOGRAPHER:  We're going off

11        the record at 3:08 p.m.

12                     (Discussion held off the

13                     record.)

14               THE VIDEOGRAPHER:  We are back on

15        the record at 3:14 p.m.

16   BY MR. GALVIN:

17        Q.    Doctor, we were talking about this,

18   the closeness of the cans, of the cells and your

19   report.  And so let me go back to that.

20        I guess my bottom-line question is, if you

21   haven't looked at the non-undamaged modules, how do

22   you know that this picture of the damaged module

23   that's been handled, you know, for a couple years

24   represents what the rest of the battery cell

25   configurations look like?

1              R. White

2         MR. MINER:  Objection to the form.

3         THE WITNESS:  That's really only

4    an assumption on my part.  I think it's a

5    reasonable assumption, particularly if you

6    look to the right of the photo, you can

7    see the cells are less discolored.  Again,

8    the actual spacing --

9              (Technical difficulties)

10        MR. MINER:  Your audio is breaking

11   up.  Do you have a hard line there that's

12   available there and you can dial in to the

13   phone access number so that we're getting

14   your audio directly by phone.

15             (Tech-related discussion

16             held off the record)

17             (Discussion held off the

18             record.)

19   Q.    So we were looking at this figure in

20   your report and you were explaining what you were

21   explaining.  Do you want to finish your

22   explanation, Doctor?

23   A.    Well, again, I was just saying it's

24   my assumption, and that's based on looking at the

25   cells on the right of the photo, they are less

1                    R. White

2   discolored than the ones on the left, and they are

3   about the same distance apart.  So I'm not sure the

4   damage has affected the cell-to-cell distance

5   significantly.

6          But, again, I'll admit that's just an

7   assumption on my part, and it would have to be

8   confirmed by looking at an undamaged module that I

9   have not done personally myself.

10         Q.    I thought you had in your report an

11   exemplar module right here.  Can you see that,

12   Doctor?

13         A.    Yes, I can see that picture.

14         Q.    Did you inspect this module -- did

15   you inspect this battery pack?

16         A.    No.

17         Q.    Where did you get this photograph

18   from?

19         A.    Off the Internet.

20         Q.    Okay.  What was the plan of this

21   photograph?  Just to show the damage to the module?

22         A.    I'm sorry, can you repeat that,

23   please.

24         Q.    What was the purpose of showing this

25   undamaged battery pack?

1                    R. White

2        A.    I think it was just to show the

3    right front in particular and also how the modules

4    15 and 16 are stacked one on top of another.

5        Q.    Okay.  All right.  Let me -- have

6    you ever inspected any other EV batteries to see

7    what cell separation looks like in non-Tesla

8    vehicles?

9        A.    As I mentioned before, I looked at

10   the battery packs in the Volt and the Bolt and the

11   Nissan Leaf.  That's it.

12       Q.    Can you let me know when you did

13   that?  How long ago?  I know you've talked about

14   it, but I don't have a sense of what time frame you

15   did all that.

16       A.    Again, that was -- I think we

17   started at least eight years ago, maybe longer.  I

18   would have to look up the exact dates.  But the

19   last time I was at General Motors was probably at

20   least five and maybe four or five -- probably five

21   or six years ago.

22       Q.    Okay.  I want to show you Exhibit

23   10, and I'll share my screen.  Let me know when you

24   see it.

25                    (Exhibit 10, Photograph, was

1                    R. White

2                    marked for identification.)

3        A.    Not yet.

4        Q.    Can you see it?

5        A.    Yes, I see it now.

6        Q.    Do you recognize what this battery

7   pack is?

8        A.    It looks like a pack that may have

9   been in Mr. Aurora's report.

10        Q.    Yes.  Do you know what it is?  This

11   isn't a quiz, so I'll tell you.  It's a 2017 Chevy

12   Bolt, B-O-L-T, battery.  Is this the way it looked

13   when you looked on the Bolt battery some years ago?

14        A.    This changed somewhat.  No, it

15   doesn't look familiar.  They've changed it since I

16   looked at it let's say five years ago.

17        Q.    Do you notice that the cells are

18   actually in physical contact with each other in

19   this battery?

20        A.    Well, I'm not sure what we mean by a

21   cell.  We have to be careful.  We see silver tops,

22   but we don't know that that's representative of the

23   cell, and we don't know what's separating the two

24   silver tops between one another.  So we'd have to

25   do a little bit more digging before we can

Page 150

1                       R. White

2   determine exactly the cell configuration and the

3   distance between the two and so forth.

4        Q.     What do you mean, "digging"?

5        A.     We'd have to take it apart.

6        Q.     Okay.  So why didn't you take a

7   Tesla battery apart to make the same assessment?

8        A.     Well, I didn't have access to a

9   battery module that I could take apart.  As I

10   mentioned before, I wasn't given that opportunity

11   with the subject battery pack, and I haven't been

12   to the Tesla facility to do that.

13        Q.     When you worked on the Volt battery,

14   were the cells in contact with each other?

15        A.     No.  They're separated by the

16   cooling fan.  I think I may have mentioned that

17   before, onto foam to absorb the expansion and

18   contraction.  They're not touching.

19        Q.     Do you know whether there are any EV

20   batteries as of today with any type of cells in

21   contact with each other?

22        A.     There are no 18650 cell battery

23   packs with cells in contact with each other that I

24   know of.  I doubt if there's any battery packs with

25   cell cans touching one another.

Page 151

1                        R. White

2          Q.     And why do you doubt that?

3          A.     Well, because of the problem

4   associated with thermal runaway propagation

5   cell-to-cell.

6          Q.     Does thermal runaway propagation

7   suggest cell batteries like the Panasonic battery

8   in the Tesla or is it with any lithium-ion battery?

9          A.     Thermal runaway cell-to-cell can

10  occur with any lithium-ion battery.  In the

11  787 Dreamliner fire I mentioned earlier, there was

12  the GSWSA larger cells that had limited thermal

13  runaway and then thermal runaway propagation

14  occurred.  I think those were cells that may have

15  been as much as 100-amp hours or maybe a little

16  more.  Maybe even 120-amp hour cells whereas these

17  small 18650 cells are much smaller.

18          These cells that were in the Volt and the

19  Bolt were two-and-a-half amp hour cells.  So they

20  are pouch cells as I mentioned before, soft pack

21  cells, not the hard can cells of the 18650 type.

22          Q.     So regardless, they're all subject

23  to thermal runaway.  Is that correct?

24          A.     Yes.

25          Q.     So it's not a unique issue for

Page 152

1                         R. White

2    Tesla, it's any electric vehicle with a lithium-ion

3    battery in an electric vehicle?

4         A.    Correct.

5         Q.    All right.  Let me stop sharing

6    that.

7              Now, with respect to thermal runaway, on

8    page -- in Paragraph 3 on page 15 of the report,

9    you state, "A crushing of a lithium-ion battery

10   cell will cause it to go into thermal runaway, and

11   because the battery pack was designed with

12   individual battery cells positioned next to one

13   another, thermal runaway propagation occurred."

14            That's one of your opinions, correct?

15        A.    Yes, that's my opinion.

16        Q.    What you describe there is a

17   scenario that can occur with any EV lithium-ion

18   battery pack; correct?

19            MR. MINER:  Objection to form.

20            THE WITNESS:  Correct.

21   BY MR. GALVIN:

22        Q.    And are you saying that only a

23   single cell was crushed during this accident?

24        A.    No.

25        Q.    Do you have any -- do you have any

1                        R. White

2    idea how many cells were crushed from the crash in

3    this accident?

4         A.    No.  More than one, probably I would

5    say at least a half a dozen, if not more.  But more

6    than one.

7         Q.    So if there were multiple cells that

8    were crushed, is your sentence in your report

9    written correctly?

10        A.    I'm not sure.

11        Q.    Look at this, let me read you the

12   sentence again.  It's "The crushing of a

13   lithium-ion battery cell will cause it to go into

14   thermal runaway, and because the battery pack was

15   designed with individual battery cells positioned

16   next to one another, thermal runaway propagation

17   occurred."

18        A.    Yes, that's my statement.

19        Q.    Right.  But you say -- but your

20   sentence says "Crushing of a," basically a single

21   battery.  It doesn't say single, it says a

22   lithium-ion battery.  But you've agreed that there

23   were multiple cells that were crushed; right?

24        A.    Well, yes.  Each one of the cells

25   that were crushed could have caused thermal runaway

Page 154

1                         R. White

2   propagation and probably did.  So it was a thermal

3   runaway propagation avalanche is one way to think

4   of it.  You can think of a cell on one side of a

5   module going into thermal runaway because it was

6   being crushed and the one maybe six or 8 inches to

7   the right being crushed.  And so we have an

8   avalanche of thermal runaway propagation through

9   multiple sources of crushed cells.

10         Q.    But you don't know whether the

11   thermal runaway started instantaneously with the

12   impact and the crushing of the battery pack between

13   the vehicle and the wall; right?

14         A.    I'm not sure I understand your

15   question.

16         Q.    Let me take it back and rephrase it.

17         In terms of what happened in the crash,

18   whether one cell started this or whether all the

19   cells in module 13 started it at one time, you

20   don't know, do you?

21         A.    No.  There's no way that anyone

22   could know that for sure.

23         Q.    But you do know that the damage to

24   the battery pack from this crash was sufficient to

25   do damage to battery cells which could result in a

Page 155

1                       R. White

2    thermal propagation; correct?

3         A.    Correct.

4         Q.    And in that -- and is that -- and

5    that's what you believe happened in this crash;

6    correct?

7         A.    Yes, I believe thermal runaway

8    propagation cell-to-cell occurred after the crash.

9         Q.    And in terms of your inspection of

10   the vehicle, you did look at the battery and did

11   you notice -- let me -- I don't want to -- let me

12   withdraw that question.

13         I want to share my -- I want to go to

14   Exhibit -- hold on a second.  Bear with me a

15   minute.

16         Doctor, do you see I've put on the screen

17   Exhibit 9.  Do you see that photograph?

18                    (Exhibit 9, Photograph, was

19                     marked for identification.)

20        A.    Yes, I see it.

21        Q.    Okay.  In your report you mentioned

22   that one of the things you looked at was the NTSB

23   report concerning the battery; correct?

24        A.    Correct.

25        Q.    Do you recognize these photographs

1                    R. White

2    as being photographs that were included in that

3    NTSB report that you reviewed?

4         A.    Correct.

5         Q.    And in terms of the damage to this

6    battery, would you agree that that's massive damage

7    to the right front of the battery?

8              MR. MINER:  Objection to the form.

9              THE WITNESS:  Yes, I would agree

10        that's massive damage.

11   BY MR. GALVIN:

12        Q.    Based on your inspection of the

13   battery pack, do you agree that the damage in this

14   crash overwhelmed the battery?

15        A.    I guess I don't understand what you

16   mean by "overwhelmed the battery."

17        Q.    Okay.  Fair enough.

18             How would you describe what happened to

19   this battery in this crash?

20        A.    It was crushed.  The right front,

21   module 13 experienced a severe impact and was

22   damaged significantly.

23        Q.    And this next photo is going down

24   further, it's another shot, and you can see the

25   damage.  It's basically showing what we saw on the

1                    R. White

2   photo above; right?  Correct?

3       A.    Correct.

4       Q.    You saw some of what we saw.  And

5   how about, this is from below where you can see the

6   extent of the damage to the pack; correct?

7       A.    Right.  This, I think, is a shot

8   that shows the hole that was in the bottom of the

9   pack.

10      Q.    You then -- as part of your analysis

11  in this case, did you do any analysis to see what

12  other functions of the battery pack were damaged or

13  destroyed by the crash?

14      A.    No.  Not significantly, no.

15      Q.    Now, this photograph that's on this

16  screen here, another photograph that the NTSB took,

17  does this give you a better vantage of what's going

18  on in terms of what the crush did to the

19  lithium-ion battery in this crash?

20      A.    I'm not sure of the wording that you

21  just used.  It shows -- it shows that some of the

22  cells were damaged, yes.  Which ones were crushed

23  and which ones were affected by the thermal runaway

24  propagation is hard to discern from this

25  photograph.

1                    R. White

2        Q.    Okay.  Let's look at this

3    photograph.  Do you see this one?

4        A.    Yes.

5        Q.    This is from a different vantage

6    point.  Is this a -- you saw the battery as well,

7    so you know that there are some parts that are

8    undamaged from the crash and some that are badly

9    damaged; right?

10       A.    Correct.

11       Q.     So what is significant in your mind

12   with respect to this photograph?

13       A.     Well, the significance that I see is

14   that once the cells were crushed in the right

15   front, module 13, there was this propagation

16   problem.  And we see propagation behind that module

17   13, and then it stops propagating let's say,

18   looking at this picture, maybe the fourth or fifth

19   module in the top part of the --

20                    (Technical difficulties)

21       A.     And a similar way the propagation

22   from module to module stopped after maybe the

23   fourth module on the bottom part of the picture.

24           So it was, I think, fortunate and I guess

25   part of the design that the module-to-module

R. White

1

2    thermal runaway propagation did not occur in all of

3    the modules in the battery pack.

4         Q.    Well, in terms of the modules you're

5    talking about, is there some way -- I don't know

6    whether you can mark on the exhibit or if you want

7    to tell me where to mark on it.

8         A.    Well, I'm just saying that if we

9    number from the, say all the way in the back right,

10   would that be 1, and then 2 and 3 and 4 and 5 and 6

11   and 7 and 8, maybe we can say were reasonably

12   undamaged.  But the other ones may have experienced

13   damage.

14         But the main thing, I think, is to

15   recognize damage to module 13 and the one behind

16   it -- is that 11 -- and then there's also a problem

17   with the 16, I guess that was on top, and then 15

18   underneath it.  And is that 12 at the bottom of the

19   picture?  They all appear to have significant

20   damage.

21         Q.    And then can you distinguish from

22   the photographs and from your inspection what was

23   damaged due to propagation from cell to cell as

24   opposed to impact damage where there was

25   instantaneous damage and crushing of the cells?

Page 160

1                       R. White

2       A.     Well, it's not very clear from this

3  picture, but I think you could surmise even from

4  this picture that the crush cells were limited to

5  in a general way module 13.  Then we see module 11

6  having been affected, modules 14 and 15 and 15 --

7  excuse me, 16 were damaged.

8           So the thermal runaway propagation

9  particularly in module 12, I think that is, would

10 be due to the poor design of cell-to-cell thermal

11 runaway propagation.

12      Q.     Did you agree with what Mr. Aurora

13 has said with respect to the propagation of the

14 fire in the battery pack and his opinions in that

15 respect?

16      A.     I'm sorry, would you repeat that

17 last part.

18      Q.     Yes.  Do you agree with Mr. Aurora's

19 assessment of where there was thermal -- concerning

20 thermal propagation in the Tesla battery pack in

21 this crash?

22      A.     No, I don't agree with him.  He said

23 that there was no module-to-module propagation,

24 which I disagree with.

25      Q.     And why do you disagree with that?

1               R. White

2       A.     Well, you can see very clearly in

3   module 12 the bottom of the picture in the center

4   has some runaway propagation.  And other pictures

5   show that even more clearly.

6       Q.     Do you know --

7       A.     You can look at the figure that we

8   looked at earlier on page 16 of my report, and you

9   can see that thermal runaway propagation occurred.

10   The cells that are on the left of that picture on

11   page 16 of my report were affected by thermal

12   runaway propagation.  They were not crushed.

13       Q.     Do you know what the basis of

14   Mr. Aurora's opinion is based on reading this

15   report?

16       A.     I'm sorry.  Would you repeat that,

17   please.

18       Q.     Sure.  Do you know the basis of

19   Mr. Aurora's opinion from reading his report, why

20   he gave the opinion he gave?

21       A.     Yeah, he made, I think, a false

22   statement that okay, just because there's some

23   charge in the cells that meant, indicates that

24   there was no thermal runaway propagation in that

25   particular module, and I think that is probably not

1                     R. White

2   true, particularly in the modules that we see

3   darkened in this picture.

4         Q.     So is it correct that if there is

5   still a charge in a module that that is consistent

6   with not having thermal runaway propagation?

7         A.     No.  That's not correct.  I do not

8   agree with that statement.

9         Q.     Why not?

10        A.     Well, because there's evidence to

11  the contrary.

12        Q.     Well, if the module underwent

13  thermal propagation and was burned, how could it

14  continue to have electricity in it after the fact?

15        A.     Well, some cells that were affected

16  as that picture I mentioned earlier in 16 would

17  potentially still have voltage, have charge, even

18  though their neighbors had gone into thermal

19  runaway and were destroyed, as you can see in the

20  photo.

21        Just because a cell that's near a cell that

22  was in thermal runaway has charged does not mean

23  that thermal runaway propagation did not occur in

24  that module.

25        Q.     So you don't think that there being

1                          R. White

2    a charge in a module is an indicator or a lack of

3    an indicator of thermal --

4          A.      Right.  The only way that Mr. Aurora

5    could convince me and others that what his

6    statement means is true is by providing evidence

7    from testing of a module outside of the subject

8    battery pack, one that would be similar, of course,

9    but carrying out testing to show that his claim is

10   correct, which I don't agree with his claim.

11         Q.      So what should you show, use to

12   support your claim in terms of evidence?

13         A.      Well, as I mentioned, if you look at

14   that photo on page 16 of my report, you can see the

15   damaged cells were essentially removed, gone, ones

16   that had gone into thermal runaway on the left part

17   of the picture.

18             And if you go further to the end of my

19   report, you can see cells that show clearly thermal

20   runaway conditions.  This is on page 18.  And, in

21   fact, one of the cells shown in that picture shows

22   the side wall rupture with a jelly roll ejection.

23         Q.      So you talked about battery cells

24   being present and absent.  Are you accounting for

25   the fact that this battery was carried and moved

1                    R. White

2    around and jostled before you even got there?

3         A.    I understand it was moved several

4    times.  Yes, I understand that.

5         Q.    And so how do you know whether the

6    missing cells that you referred to, that that's

7    because of something other than the handling of the

8    battery?

9         A.    Well, this is just an illustrious

10   picture of the battery pack and the individual

11   modules.  There are other pictures that I've sent

12   to you that essentially confirm the same

13   information.

14          And this particular four-cell picture shows

15   what I was just talking about.  The third cell from

16   the left is the one that shows the side wall breach

17   and the jelly roll ejector coming out the top.  So

18   that's a cell that was damaged by thermal runaway

19   propagation, not by crushing.

20        Q.    Okay.  And let me ask you from a

21   layman's point of view, how can you distinguish it

22   being what you say versus being crushed?  I mean,

23   it looks like to me like the can has been crushed

24   and broken.

25        A.    That's my opinion.

1              R. White

2          MR. MINER:  Objection.

3          THE WITNESS:  Again, that's my

4     opinion.  I'm sure that others may have a

5     different opinion.  But I've seen cells

6     like that in the past that were cells that

7     had gone into thermal runaway and had the

8     injecta, the jelly roll moved out as shown

9     in that particular cell.  Again, that's my

10     opinion.

11  BY MR. GALVIN:

12      Q.    Okay.  These four cells, were

13  they -- did you line them up here?  Did you collect

14  them at the inspection and set them up to take a

15  picture so that you could show the picture, or were

16  these the way they were found when you got there?

17      A.    I think these four were positioned

18  like this by Mr. Aurora.

19      Q.    Okay.  All right.  Now, I want to --

20  we've talked about your opinion that the Tesla

21  battery housing box was not strong enough to

22  prevent collapsing upon impact; correct?  Is there

23  anything, any other opinions in that respect that

24  you haven't talked about that you have an opinion

25  about?

1                      R. White

2         A.    No.

3         Q.    Okay.  The next opinion area that I

4    think we've talked about but not in this order was

5    your opinion that the individual lithium-ion

6    battery cells were not protected with the usual

7    safety features found in the 18650 lithium-ion

8    battery cells because they did not include a PTC

9    component or a CID device; correct?

10        A.    Correct.

11        Q.    What we've learned from discussing

12   that opinion was that the material you were looking

13   at was not the material that applied to the battery

14   cells, and there was no PTC device but there was,

15   in fact, a current interruptor device but not so

16   named?

17        A.    Yes.  There's a current interruptor

18   device but not so named.  It was not named as CID,

19   but it is in the BB cell.

20        Q.    And although there's not a PTC, per

21   se, component, you acknowledge that Tesla fused the

22   cells to provide protection, but as I understand it

23   you just disagree that it should have been a PTC

24   component as well?

25        A.    That's my position.  I think the

1                    R. White

2   fused links were an excellent addition, but I think

3   they could have been included the PTC without any

4   harm.  And it would have provided safety in

5   addition to the fuses.

6          Q.     And the next opinion I have here is

7   the battery had thin can walls, and we've talked

8   about your opinion in that respect; correct?

9          A.     Correct.

10         Q.     And is there anything else that you

11  haven't talked about on that opinion at all that

12  you can think of?

13         A.     Nothing else.

14         Q.     Okay.  The fourth opinion area I

15  have is battery cells are too close together.  The

16  crushing of a lithium-ion battery cell would cause

17  it to go into thermal runaway, and because the

18  battery pack was designed with individual battery

19  cells positioned next to one another, thermal

20  runaway propagation occurred.  That we've talked

21  about.

22         First of all, does that accurately describe

23  your opinion in that respect?

24         A.     Yes, it does.

25         Q.     And is there any other opinions you

Page 168

1                          R. White

2    have related to that that we haven't discussed?

3         A.    No.

4         Q.    And then finally, the fifth opinion

5    that I saw in your report was safety of the battery

6    pack could have been included by the use of

7    intumescent fire-retardant material.

8         A.    Correct.

9         Q.    Anything else about that area that

10   we haven't discussed that you have opinions or

11   conclusions about?

12        A.    No.

13        Q.    Okay.  So what I'd like to do now is

14   I've got a couple questions about some of the

15   articles that you included in your file.  I'm going

16   to go Exhibit Number 8.

17                         (Exhibit 8, Document

18                         entitled Designing Safe

19                         Lithium-Ion Battery Packs

20                         using Thermal Abuse Models,

21                         marked for identification.)

22        Q.    Do you see it -- you don't see it

23   yet.

24        A.    Not yet.

25        Q.    Not yet, hold on.  Do you see it

1                         R. White

2    yet?

3          A.    I see it.

4          Q.    This is one of the articles.  This

5    presentation was included in your file; correct?

6          A.    Correct.

7          Q.    And what did you use this

8    presentation for?

9          A.    If you scroll down, I think you

10   could see where it's recommended that the PTC be

11   possibly not included in high voltage cells, high

12   voltage battery packs.  I think that was the

13   purpose of sending this.

14          In other words, the statement is that the

15   PTC may not be needed in a high voltage pack.  But

16   it doesn't say that PTC should not be included in a

17   high voltage pack.  I think that's the reason why I

18   included it.

19          Q.    What page was that?  I remember you

20   talking about it, but I don't remember the page.

21          A.    Well, right there it says -- well,

22   okay.  It says, "However PTC devices are not as

23   effective in high voltage battery designs."

24          So that says to me that well, you can

25   include a PTC and perhaps you should, but they're

Page 170

R. White

1

2  not as effective in a high voltage battery design.

3        So I would read that as a should be

4  included, they're just not going to be as effective

5  as they would be otherwise in a low-voltage pack

6  like in a laptop or something like that.

7        Q.    Yes, but article discusses some

8  modeling and testing done by NASA.  But the battery

9  configurations that they were testing were not

10  similar to the subject battery; correct?

11        A.    Correct.  They did not have as many

12  cells iin series.  Nor as many cells in parallels.

13        Q.    It's a totally different battery.

14  It's a 16T-5S battery; correct?

15        A.    Correct, it's a different battery

16  pack.

17        Q.    Which has a nominal voltage of

18  18 volts; right?

19        A.    Correct.

20        Q.    Versus the 400 of the subject

21  battery?

22        A.    Well, the individual modules were on

23  the order of 20 volts, 21.6 volts I believe in the

24  individual modules, in the subject battery.

25        Q.    Well, given the difference of

1                      R. White

2   battery configuration between the battery in this

3   presentation and the vehicle -- this Tesla battery,

4   what's relevant about this presentation?

5          A.    They're different.  They're

6   different batteries for sure.  The only reason I

7   included it was just to show that the PTC devices

8   can be included as not necessary to remove them.

9          I think the reason that they were removed

10  from the Tesla Panasonic cells was for a different

11  reason, to save mass.  They thought that if they

12  used these fusible links, then the PTC would not be

13  needed.  And, again, my position is that the PTC

14  could have been included and may have provided an

15  additional safety feature.

16         In this particular case, they're saying

17  that the PTC devices are not as effective in

18  high-voltage battery designs.  So, again, it's not

19  something that supports they should be removed as

20  they were removed from the Panasonic cells.  Again,

21  in my opinion, to save mass.

22         Q.    Well, it's not your opinion.  You're

23  copying that out of the patent that said that;

24  right?

25                 MR. MINER:  Objection to the form.

1                         R. White

2    BY MR. GALVIN:

3         Q.    Let me rephrase my question.

4         It's not your opinion, you read a patent

5    that said that and you're making the assumption

6    that that's why Tesla removed the PTC device?

7                   MR. MINER:  Objection to form.

8                   THE WITNESS:  No.  It is not

9         stated here explicitly or implicitly in

10        the patent.

11   BY MR. GALVIN:

12        Q.    Right.

13        A.    At the time I wrote my report, as I

14   mentioned before, I did not know that the BB cells

15   were being used, but the implication was that the

16   PTC had been removed.

17        Q.    But the patent, the patent that

18   you're referring to that has that language in it

19   doesn't even reflect the battery that was in the

20   subject vehicle, does it?

21        A.    Well, the battery that's in the

22   subject vehicle did not have a PTC, regardless of

23   what the patent says.

24        Q.    Right.  But Tesla didn't say in

25   their design documents that they weren't including

1                         R. White

2   the PTC because of weight and money; right?  They

3   didn't say that in the design documents for the

4   subject vehicle.

5          A.     No, I did not see anything else in

6   the design documents that said that they removed

7   the PTC to save mass.  I did not see that in the

8   design documents.

9          Q.     Well, then, why are you saying

10  that's why they did it?

11         A.     Well, as you mentioned, it's in the

12  patent.  And the assumption is that they did that

13  to save mass and we can just also credit them by

14  saving mass by using a one-quarter inch aluminum

15  housing for the battery itself.

16         So certainly we can understand the desire

17  to have a more energy per unit has so that the

18  vehicle could go 155 miles per hour.  I mean, it's

19  kind of obvious.  Save mass as you can wherever you

20  can.

21         Q.     Other than the computer work you did

22  that you described for GM earlier in your testimony

23  today, is that the only work experience you've had

24  with EV batteries?

25         A.     Yes.

1                    R. White

2        Q.    And as I recall in your discussion

3    about that work, that was working on software to

4    simulate failures or fires in lithium-ion EV

5    batteries.  And that's my digest of it, so anything

6    I got wrong there, just correct me.

7        A.    The work on those battery packs were

8    for thermal purposes.  As you point out, the idea

9    would be to remove the heat as the heat was being

10   generated so as to preclude the possibility of

11   thermal runaway and thermal runaway propagation.

12       Q.    So you were doing computer modeling

13   on what would happen in a lithium-ion EV battery in

14   the context of thermal propagation.  Is that what

15   you're saying?

16       A.    Yes.  As the battery is used, as you

17   know, it heats up just like our phones do.  So I

18   was involved in the design of the thermal heat

19   removal process that's used in the Volt.  As I

20   mentioned, there are thin fins that separate the

21   battery cells to remove the heat from the battery

22   cells so they don't overheat and go into thermal

23   runaway.

24       Q.    And so you're using computer

25   modeling to do that work; correct?

Page 175

1                    R. White

2       A.     Correct.

3       Q.     So what, if any, computer modeling

4   have you done for the subject Tesla battery pack to

5   evaluate its performance in the crash involved in

6   this case?

7       A.     None.

8       Q.     Is there any particular reason why

9   you have not done that based on your background and

10  experience?

11      A.     There's been no request for me to do

12  that.

13      Q.     All right.  Let me go to the next

14  document, which is Exhibit 6.  Do you see this,

15  Doctor, exhibit 6?

16      A.     Yes, I see it.

17                    (Exhibit 6, document

18                    entitled A lumped model of

19                    venting during thermal

20                    runaway in a cylindrical

21                    Lithium Cobalt Oxide

22                    lithium-ion cell, was marked

23                    for identification.)

24      Q.     Did you use this article as a basis

25  for any of your opinions?

1                   R. White

2       A.      Well, again this is, this is an

3   indication of the type of work that we've done to

4   be able to make predictions about, in this

5   particular case, the venting that occurs during

6   thermal runaway.  I mentioned that before that

7   that's what happens as you heat up these 18650

8   cells, the electrolyte becomes a gas and it's

9   vented out, and it's necessary to be able to

10   predict the extent of that and how it affects the

11   environment around the cell.

12       So this is just a preliminary design using

13   what we call the lumped model.  And, again, a

14   lumped model is much like I was talking about

15   earlier, a reduced order model.  When you do

16   simulation -- when you do simulation of battery

17   cells, it requires a lot of computation of power if

18   you use the full, let's say, finite element model.

19       So what we were doing here was showing that

20   it's possible to use a reduced order lumped model

21   to be able to make predictions that could be

22   useful.

23       Q.      So the model related to a lithium

24   cobalt oxide cell; correct?

25       A.      Correct.

1                    R. White

2          Q.     But the cells of the subject battery

3    are not lithium cobalt ox type; correct?

4          A.     Correct.

5          Q.     So this model is irrelevant to the

6    subject battery cells in this case, isn't it?

7          A.     Well, I wouldn't say it's

8    irrelevant.  I would say it would be -- it forms a

9    basis.  What one would need to do is determine the

10   characteristics of the material that's used in the

11   subject battery pack in the Panasonic BB cells, and

12   the basic formulas that we presented could be

13   applied to the subject battery and the sales in the

14   subject battery pack.

15         Q.     Have you done any of that?

16         A.     No.

17         Q.     What specific opinion do you have

18   that relies on this article related that -- that

19   deals with batteries that are not similar to the

20   subject battery?

21         A.     Well, they are similar.  The cells

22   that we investigated in this report are similar.

23   They are cells that -- 18650 cells that are

24   high-energy cells so they're similar in that sense.

25         And, again, the purpose of presenting this

R. White

1

2  was to aid developers who work at Tesla, for

3  example, in their quest to understand the

4  significance of the venting, what would be coming

5  out of the cells and so forth.  They may actually

6  be using this at Tesla, I'm not sure.

7       Q.    Do you know if the procedure in this

8  paper has been used by any cell manufacturer of

9  cell designs?

10      A.    I don't know of anybody using this.

11  I'm only guessing that it's being used by people at

12  Tesla and other places where 18650 cells are

13  important.  I think it's used for sure by NASA, not

14  by EV manufacturers, to my knowledge.

15      Q.    I want to go now to Exhibit 5.

16  There's another document.  Hold on.

17                        (Exhibit 5, Article titled

18                        Modelling Li-Ion Cell

19                        Thermal Runaway Triggered by

20                        an Internal Short Circuit

21                        Device Using an Efficiency

22                        Factor and Arrhenius

23                        Formulations, was marked for

24                        identification.)

25      Q.    Doctor, Exhibit 5 is another article

1              R. White

2   that you included in your file, and I'm asking you

3   did you use this as a basis for any of your

4   opinions?

5         A.    Well, again, it's the concept of

6   thermal runaway.  How does one initiate thermal

7   runaway.  There are a number of different methods,

8   and I mentioned a few before.  For example, you can

9   crush a cell, and that will cause it to go into

10  thermal runaway.  You can penetrate it with a nail.

11  That will cause it to go into thermal runaway.  You

12  can wrap a thin wire around the cell and heat the

13  wire, thereby heating the cell and it would go into

14  thermal runaway.

15        The question is well, how do you cause an

16  18650 cell to go into thermal runaway if that

17  particular 18650 cell is something that is not

18  reachable, that is in the center of the pack.

19        So what Dr. Darcy did was he developed this

20  internal short circuit device that can be heated in

21  the jelly roll in an 18650 cell.  And as the cell

22  is heated in an indirect way -- in other words, you

23  can heat the bottom of a platform, it would

24  transfer heat to the cell, and the cell going up to

25  60 degrees c causes the melting of a wax separator

Page 180

1                      R. White

2   in this device that allows electrodes to contact

3   one another, thereby causing a short and heat and

4   then thermal runaway of that particular cell.

5          So this device that Dr. Darcy developed can

6   be used to test thermal runaway propagation.  By

7   using it impacts with the traitor cells we call

8   them, the one that goes into thermal runaway, deep

9   inside the pack as opposed to being on the

10   periphery of the pack.

11          Q.    So if I understand what you're

12   saying correctly, what you're saying is this was an

13   example that you believe that -- first of all, you

14   don't believe that Tesla did any single cell

15   thermal runaway propagation testing, and so is it

16   your point that Number 1, they didn't, as far as

17   you know, and they should have, and not only should

18   they have, but they could have done it and they

19   could have used this protocol to do worst-case

20   testing.

21          Is that an accurate distillation what

22   you're using this article for?

23               MR. MINER:  Objection to the form.

24               THE WITNESS:  Yes, that's correct.

25

Page 181

1                           R. White

2    BY MR. GALVIN:

3          Q.    Okay.  Let me just put this next one

4    up.  Exhibit 7 is the next one I put up.

5                           (Exhibit 7, Document titled

6                           Modeling Vaporization, Gas

7                           Generation and Venting in

8                           Li-Ion Battery Cells with a

9                           Dimethyl Carbonate

10                           Electrolyte, was marked for

11                           identification.)

12          Q.    It's this one here.  Did you use

13   this as a basis for your opinions, and if so, what

14   opinions?

15          A.    Well, again, this is an attempt to

16   show that particular electrolyte to be vaporized

17   and gas generated and the gas that's generated in

18   and out of the cell.

19          What I mentioned before was that oftentimes

20   what happens is the electrolyte can leak out, and

21   then as the heating of the cell continues the vapor

22   that's generated consists of the dimethyl carbonate

23   electrolyte.  That's an organic electrolyte

24   together with oxygen that comes from the cathode in

25   the 18650 cells.  And the oxygen and the gas

1                          R. White

2    generated by the dimethyl carbonate vaporization

3    could oftentimes include hydrogen.

4           So we have a mixture of hydrogen and oxygen

5    that then can cause flame and actually explosions.

6    So the whole purpose of this one was to give the

7    community an opportunity to, again, predict the

8    conditions under which there would be vaporization,

9    gas generation and venting of 18650 cells using,

10   just an example of the type electrolyte, dimethyl

11   carbonate.

12          Q.    So what's the point relative to this

13   case?  And I'm not trying to argue.  It sounds

14   argumentative, but I don't mean it that way.  I'm

15   just trying to understand what it meant, what it

16   matters here.

17          A.    Well, again, this type of

18   simulation, this type of model could have been used

19   to improve the design of the cells that were used

20   in the subject battery pack.

21          Q.    How many -- how many vents were in

22   the subject cells, do you recall?

23          A.    How many what?

24          Q.    Vents.

25          A.    Vents?

1              R. White

2       Q.    Yes.

3       A.    I don't recall how many.  There may

4   have been as many as three.  I think at one time

5   they were looking at the possibility of having a

6   bottom vent.  But I don't know that that bottom

7   vent Panasonic cell was used in the subject battery

8   pack.  I don't think it was.

9       Q.    So what -- if for the sake of my

10   question there were two vents, and I think that's

11   what Mr. Cohen testified to, how would this model

12   be applicable for two vents?  Are you saying it

13   could be used with two vents?

14       A.    Yes, I mean, you can modify the

15   model slightly to account for the physical

16   configuration of the Panasonic cells that were used

17   in the subject battery.

18       Q.    Let me stop sharing that.

19       So what I want to do next is there are 20

20   Tesla documents that were included in your file,

21   and I want to just quickly buzz through them and

22   understand your use of them or what you're going to

23   say about them.

24       So let me share my screen.

25              MR. MINER:  Maybe are these the

Page 184

R. White

1

2      exhibits that you circulated?

3           MR. GALVIN:  No.  They're in this

4      file.  They've got Bates numbers.  So

5      they'll just be part of this file.  I'll

6      just send them to the court reporter.

7      Frankly, if we identify them by Bates

8      number I think that's sufficient unless

9      you disagree, Curt.

10          MR. MINER:  No, you can identify

11      them by Bates number.  Just for ease of

12      his reviewing them.

13   BY MR. GALVIN:

14      Q.    This is Bates number, I'm not going

15   to say all the zeros, -695, and this is a -- so

16   this is a document that was included in your file,

17   and I'd like you to explain to me what you're using

18   this for, if anything, and any opinions or

19   conclusions that relate to it.

20      A.    You're not going to put it on the

21   screen?

22      Q.    I thought I did.  Sorry.  There you

23   go.  Sorry.

24      A.    This was a report that was written

25   by an exponent sometime ago and I just reviewed it.

1               R. White

2    And again, somewhere in there it says that the PTC

3    is a safety device and could be used in

4    high-voltage batteries, but in their opinion it was

5    not necessary.  It's a long review of the state of

6    the art with regards to fire generation at the time

7    it was published.

8        Q.    Okay.  Anything else?

9        A.    No.

10       Q.    Okay.  All right.  The next one is

11   document -- Tesla document -3105.  This, what about

12   this one?

13       A.    I guess we need to scroll down a

14   little bit to see what's in it.

15       Q.    Sure.

16       A.    This --

17       Q.    That's the title.  So that's

18   helpful.  You just directed me.

19       A.    Go all the way to the end.

20       Q.    The very end?

21       A.    I think you can see this is a report

22   that just shows what happens at the bus bar.  It's

23   not really something that I pay a whole lot of

24   attention to.

25       Q.    Okay.  I'll close it.

Page 186

1                    R. White

2      A.     Again, go to the bottom.

3      Q.     Yes.  This is Bates No. -3165.

4      A.     It's just a map that I glanced at

5  and really didn't study much.  I don't think

6  there's much here for us.

7      Q.     So get rid of it.  This here is

8  Model S thermal event, it's attached.  It's Bates

9  No. -3152.  What about this, Doctor?

10     A.     Can we go to the end?

11     Q.     Yes.

12     A.     So, again, it's just data that they

13  accumulated based on the tests that they were

14  doing.  It's not particularly informative.  Guest

15  loan services, I didn't use it.

16     Q.     Okay.  I'm going to go ahead to

17  -3159.  That's a summary.

18     A.     The same thing.  Again, just go to

19  the end.  Just looking at mapping where I didn't

20  use this one much.

21     Q.     Do you know what this is?

22     A.     Well, they're showing us what

23  happens when they carry out this test for -- you

24  sure went fast.

25     Q.     I'm sorry.

1                      R. White

2          A.     So they're showing us the locations

3    of the TCs and so forth, and they're showing us,

4    okay, where the action is added to the system and

5    then what would be the distribution based on the

6    temperature measurements that they were making, and

7    they give us a timeline of the events.

8          And, again, the information that's provided

9    here was not something that I used in particular.

10         Q.     Okay.  Going to -3202 document.

11   Model SC5 thermal event front gap.  Tell me where

12   to go.

13         A.     Go down.  This one was a little bit

14   more informative.  If you go back a little bit, you

15   can see a little bit further you can see that okay,

16   they were looking at the front end of the pack, and

17   what we'll do is that it was sent into a thermal

18   runaway, and we can see that the tire was consumed

19   and there's a breach there on the cell, the body of

20   the housing on the left.

21         And if we keep going down, we can see more

22   examples of where there was a problem associated

23   with propagation.  And there was some surviving

24   modules, but not all of the modules survived the

25   test.

1                        R. White

2          Q.     I'm at the end.  How do you use

3    that?  Just basically how you just described it?

4          A.     Well, to me they were just trying to

5    investigate what would happen with and without the

6    blanket, for example.  Trying to ascertain whether

7    or not the temperature above the pack, let's say in

8    a compartment, the passenger compartment, what that

9    would be.

10          Again, they're just testing to determine

11   the utility of some of the components of the

12   battery pack relative to protecting people in the

13   compartment.  That's my layman's understanding of

14   it.

15          It also had some material in it, fire

16   retardant.  If you go back, we can see this on the

17   last part of it.  -3202, if you go to the bottom of

18   that one again.  All the way to the bottom.

19          Q.     I was at the bottom.

20          A.     880, you can see 880 is something

21   that has some fire-retardant material.  I'm just

22   indicating that that was under investigation at

23   this time.  We talked about that earlier.

24          Q.     Okay.

25          Anything else about this document, Doctor?

R. White

1

2      A.      No, no, there isn't.

3      Q.      This is document -3235.

4      A.      No, this is -- go through this one,

5  slip through this one, if you would.  Okay.  Keep

6  going, sorry.

7      Q.      Okay.

8      A.      So we're going through pictures now

9  that show the severity of the problem.  Keep going.

10  Let's go back to that previous slide.

11      Q.      This one?

12      A.      Yes.  It says, "Revised pack to slow

13  module-to-module propagation."

14          So at this time what this document tells me

15  is that they were still trying to improve the pack

16  design to prevent module-to-module propagation.

17  And they use the word "to slow module-to-module

18  propagation."

19      Q.      Are you critical of that?

20      A.      Go further.

21      Q.      Up or down?

22      A.      Down.

23      Q.      That's the end.

24      A.      Yeah, I think, again, we saw the

25  catastrophic event and they decided that they

Page 190

1                    R. White

2  needed to do some improvement in the design of the

3  modules to prevent this module-to-module thermal

4  runaway propagation.

5        The next one?

6        Q.    Okay.  I think we already saw this.

7  Yeah, we saw that already.

8        A.    Okay.

9        Q.    The next one is -3254.  Model SV2

10  turbo.  Go ahead and go through it if you don't

11  mind.

12        A.    Go back.  Go back.  Do you see this

13  P-A-L-U-S-O-L?  That's a, tested, it says TPR

14  squared.  That was in the floor.  So they were

15  using the fire-retardant material, and it says it

16  performed well in recent module runaway testing and

17  we want to maintain closure, integrity, the desired

18  locations.  Slow bay-to-bay reaction.  I'm not sure

19  what "bay-to-bay" means.  It could mean module to

20  module.  I'm not sure.  Go ahead.

21        Q.    I'm at the end.

22        A.    So this was another one that's

23  similar to the ones we looked at before where they

24  were using fire-retardant material and discovered

25  that they had module-to-module propagation beyond

1                    R. White

2  what they desired.  So they just continued to try

3  to improve that design.  And though using

4  fire-retardant material in the pack.

5          Q.    All right.  Next -- are we done with

6  that?

7          A.    Next one.

8          Q.    Okay.  We're going to -3278.

9          A.    Keep going.  That's the end.

10          If we can go back a few slides, about three

11  slides back.  Four, maybe.  Five.  Six.  Yeah.  So

12  here they're looking at the possibility of trying

13  to control what's going on.  And go back one more.

14  I'm sorry.

15          We can see pictures here of the DAQ.  So

16  they were trying to, I think, put instruments on to

17  give them measurements of not only temperature but

18  also the voltage in the current and local spots.

19  Go to the next one.  I mean, the next document.

20          Q.    Okay.  All right.  We're done with

21  that one?

22          A.    Yes.

23          Q.    Next one is -3614.  Model S6-Bay

24  1.86-millimeter steel floor.

25          A.    Again, they kind of suppressed the

Page 192

1                    R. White

2   arcing that occurred, and we can see that's a

3   problem.  It's a single module test, but if you go

4   back you can see the fire shooting out of it.

5   Anyway, keep going.

6        Q.    Okay.

7        A.    You just went past something that

8   shows that this one didn't go well.  Yeah.  Melted

9   side rails and sills.  Next, keep going.

10        Again, they were trying to measure the

11   propagation rate and measuring the temperature and

12   trying to determine how to control the

13   module-to-module propagation, thermal runaway

14   propagation.  Next document.

15        Q.    Okay.  Next one is Model (technical

16   interruption) .3-millimeter aluminum floor.

17        A.    We went past a slide that showed

18   fast propagation even in this particular one.  In

19   the video Fast Propagation, Early Ignition, if you

20   go down one, this one shows that there's a cover

21   penetration and the floor had small penetration.

22        So, again, this test is something that

23   shows us that it was still under -- under

24   development.

25        Q.    Do you want me to keep going through

1                    R. White

2   it, or are you done with it?

3        A.    Go ahead.  Run to the bottom and

4   let's see if there's anything else that we might

5   want to comment on.

6        Q.    Now, have you reviewed this prior to

7   me going through it with you?

8        A.    Yeah, I looked at all these several

9   times.

10       Q.    Next document.

11       A.    Yes, please.

12       Q.    Next one is -3711.  Model SV3

13  thermal event study.

14       A.    I guess one thing that we should

15  comment on was that Mr. Cohen mentioned was that in

16  his development they went through A, B and C.

17       Q.    Right.

18       A.    I'm sorry?

19       Q.    I said right, correct.

20       A.    So what we've seen so far is we've

21  seen some Bs and some Cs.  I don't know if there

22  are any Ds or not, but even the Cs didn't look

23  particularly good as I recall as we went through

24  the early ones.

25           But I did not know that at the time and was

1              R. White

2  wondering what those letters meant.  Assumed it

3  meant progression of improvement, but go ahead.

4  It's showing us pictures of how they set up the

5  tests.  And, again, what concerns me is I would

6  have thought that I was -- you can see in this

7  particular slide that things didn't go well.

8       And go back.  You can see that there's

9  thermal runaway propagation cell to cell.  And

10  there's thermal runaway propagation bay to bay or

11  module to module.  They may have been calling those

12  extended areas bays.  I'm not really sure, but it's

13  clearly indicated here that they were all destroyed

14  under this particular design.

15              MR. MINER:  Do you know, you're

16          not going to be able to tell what page is

17          being referred to unless someone states

18          what the Bates number is on the lower

19          right .

20              MR. GALVIN:  He was referring to

21          -3726.  Correct, Doctor?

22              THE WITNESS:  Yes.  -3726.

23  BY MR. GALVIN:

24       Q.    Do you want me to keep going?

25       A.    No, here is an indication.  There's

R. White

1
2    three bays and there's four bays.  I guess they may
3    have changed from bay to module later on.  Go
4    ahead.
5        Q.    You're referring to -3727?
6        A.    Right bay.  Here a side extrusion
7    rupture.  And that's, of course, unwanted.  Keep
8    going.  Keep going.  Keep going.
9        Q.    That's the end.
10        A.    Again, I think they are just
11    commenting that Fremont online, I think that meant
12    that the fire department was ready to help them as
13    necessary.  They're even showing a helicopter
14    support, I suppose, is best for putting out the
15    fire.
16        Next document.
17        Q.    Next document is -3745, which is top
18    bus bar three-bay data summary.
19        A.    Go ahead.  So, again, they are
20    collecting current voltage, and this is not
21    particularly helpful or useful to me.
22        Yes.
23        Q.    This is, the next document is --
24    3766.  It's a drawing.
25        A.    You can go through this one and it

1                    R. White

2    shows the components that go into the battery pack,

3    the battery housing.  I think the housing is shown

4    at the bottom there on the left.

5         Go ahead.

6         Q.    Yeah.  Can you -- let me -- did you

7    study this for purposes of understanding what's in

8    the battery pack?

9         A.    Well, I looked at it.  I didn't

10   study it.  I didn't look at each individual comment

11   about each and every component, no.  But I looked

12   at it.  And it looks representative of what we find

13   in the pack.

14        Q.    Do you know what these things are

15   that wrap around here, do you know whether they --

16   how they relate to the cells?

17        A.    Not really, to tell you the truth.

18   I think they are devices to improve the integrity

19   of the pack, but I don't really know exactly what

20   the function is.

21        Q.    Okay.  All right.  Let me go through

22   it.

23        A.    Just keep going.  It's more of

24   showing individual parts.  Go ahead.

25        Q.    Does this show the spacing?

1                     R. White

2        A.     Yeah, but it doesn't show the

3    dimensions that I could ascertain.

4        Q.     That's it?

5        A.     Yeah, next one.

6        Q.     Next one is -3773.

7        A.     Go ahead.

8        Q.     This is one you reviewed too,

9    Doctor?

10       A.     Yeah.  Again, there's another layout

11   of the components that go into the battery housing,

12   the modules.  Various connections.

13       Q.     Okay.  We're at the end?

14       A.     Go ahead.  Next one.

15       Q.     Next one is -3802.  And this is just

16   one --

17       A.     Next one.

18       Q.     -3803.

19       A.     That's similar to what we saw

20   earlier.

21       Q.     Yes.

22       A.     Go to the next one.

23       Q.     Okay.  -3814.

24       A.     This is the battery specification

25   sheet that we talked about earlier, the BB cell.

1                    R. White

2        Q.    Yes.

3        A.    It looks like it's a draft that may

4   have been revised, but we don't know.  We don't

5   have anything beyond this with the BB cells that I

6   have or that I've seen.

7        Q.    Yes.

8        A.    You're all the way to the bottom of

9   this one.

10       Q.    Is that too fast?

11       A.    No, that's all right.

12       Q.    Okay.

13       A.    Next one.

14       Q.    Next one is -3840.

15       A.    Now, again I think this was similar

16   to what we've already seen.  If you want to go

17   through it -- yeah, we've already seen one similar

18   to this.

19       Q.    That's similar.  Was that all right?

20       A.    That's fine.  That's fine.  Go to

21   the next one.

22       Q.    The last one is -3872.  This is a

23   five-page document.  Is this something you're

24   using, or is it just information to you?

25       A.    Just information.  Didn't use it.

1              R. White

2   Thank you.

3        Q.    That's it.  Let me stop sharing.

4              MR. GALVIN:  I think I have one or

5         two more things to ask about.  Let's take

6         a break for about seven minutes or so.

7         Let me get organized because I think I'm

8         pretty much almost done.  Is that all

9         right?

10             MR. MINER:  So 4:45?

11             MR. GALVIN:  Yes.

12             THE VIDEOGRAPHER:  We are going

13        off the record at 4:37 p.m.

14             (Recess)

15             THE VIDEOGRAPHER:  We are back on

16        the record at 4:45 p.m.

17  BY MR. GALVIN:

18       Q.    So I've got two more documents I

19  want to show you.  I marked them.  For this first

20  one that I will show you as Exhibit 11.

21                  (Exhibit 11, Document

22                   Bates-stamped 3488, was

23                   marked for identification.)

24       Q.    It's Bates No. -3488.  So let me

25  share my screen.  So can you see that, Doctor?

1                         R. White

2    It's Model S Thermal Event Enclosure, Rear Half?

3         A.    I see this, yes.

4         Q.    Okay.  This is document -3488.  I

5    think it's been referred to in Mr. Aurora's report.

6         Have you seen this document, and I'll go

7    through it, but does the cover page mean anything

8    to you?

9         A.    It doesn't look familiar, no.

10        Q.    Okay.  This is a single cell

11   propagation testing, I believe.

12             MR. MINER:  Objection.

13        Q.    So far does any of this look

14   familiar to you, Doctor?

15        A.    No.

16        Q.    Can you surmise from the slides

17   what's going on?

18        A.    Well, we're looking at modules

19   charges shown.  Charge only portions of neighboring

20   modules in order to test in Fremont.  I see some

21   green cells that I'm guessing maybe will be the

22   thermal runaway cells, but I'm only guessing, I

23   don't know.

24        It says no propagation -- to propagation in

25   any cells in neighboring modules.  Minimal leakage

1                    R. White

2    observed.  Typical reaction rate.  So we're talking

3    about propagation to other modules.

4         You go back one, one more, one more, yeah,

5    that one.  That one.  It looks to me like what

6    happened was that --

7         Q.    Sorry.  Continue.

8         A.    So we're looking at -3509, that the

9    entire module is burnt, burnt away.  That would

10   imply to me that that entire module had thermal

11   runaway propagation cell to cell.

12        Q.    Keep going.

13        A.    So what this says in conclusions, no

14   propagation to any module.  So what they did was

15   they set the cells in one module into thermal

16   runaway and propagated cell to cell in that module,

17   but there was no propagation to any other module,

18   according to their conclusions.

19        Q.    And this is the first time you've

20   seen this test?

21        A.    Yes.

22        Q.    Okay.  All right.  I want to go to

23   Exhibit 12, which is Bates -3348.

24                    (Exhibit 12, Document

25                    Bates-stamped -3348, was

1              R. White

2              marked for identification.)

3       Q.    Can you see that?

4       A.    Yeah, thermal event half packs,

5   2017.

6       Q.    Is this something you've seen?

7       A.    No.  Go ahead.

8       Q.    I am.

9       A.    Okay.

10      Q.    Okay.

11      A.    Yeah.

12      Q.    Can you tell what they're doing,

13  Doctor, based on what you're seeing?

14      A.    Well, I think it's similar to what

15  we looked at before.  They are trying to prevent

16  module-to-module propagation.  Again, here we see

17  sample A, no propagation to other modules.  And

18  then sample B, other modules propagated eventually.

19  And at Sample C, propagation to module 1 at 65

20  minutes, no further propagation, no arcing

21  observed.

22      So, again, this is a module-to-module test

23  sequence.

24      Go ahead.

25      Again, these tests indicate to me that they

1                    R. White

2   performed cell-to-cell from a runaway propagation

3   within a module to test to determine whether or not

4   that thermal runaway within a module would

5   penetrate and cause propagation in another module.

6   That was the purpose of these three tests.

7          Q.     Two tests are the tests here,

8   correct, you're referring to?

9          A.     These tests that you have just shown

10  us, these two documents, 11 and 12, Exhibits 11 and

11  12, are associated with the thermal runaway

12  propagation from module to module.  They are not

13  associated with the cell-to-cell thermal runaway

14  propagation that I mentioned earlier on that I'm

15  concerned about.

16         Q.     Yes.  Do you have any concerns for

17  module-to-module propagation?

18         A.     Well, I think what we see here and

19  what we saw in the subject battery is that it is

20  possible to have thermal runaway cell to cell and

21  thermal propagation and cell-to-cell thermal

22  runaway propagation module-to-module.  I think we

23  saw 13 and went back to 11 and somewhat to 12 in

24  the subject battery.

25         So it's possible to have module-to-module

1            R. White

2   propagation in the subject battery.  Not all of the

3   modules would end in thermal runaway, but some did.

4        Q.    How could you contain

5   module-to-module but not contain cell-to-cell?

6        A.    I'm sorry, would you repeat that.

7        Q.    That's all right.  I withdraw the

8   question.

9            Are there any other opinions or conclusions

10  that you have that we haven't discussed?

11       A.    No.

12       Q.    Is there any further work that you

13  feel you need to do?

14       A.    Well, I guess I don't know that I

15  want to do any more work, but I'd like to see more

16  tests.  I'd like to see proof that there's no

17  cell-to-cell thermal runaway propagation within a

18  module.  I think that's critical to the case

19  because I think it existed in the subject battery

20  pack, and I've yet to see any evidence of that

21  would convince me that it did not happen going to

22  module 11, as I just mentioned, and to 12 and even

23  other modules that -- 15 and 16.

24           So that's really my concern, and I don't

25  need to do any testing.  I need to see evidence of

1                    R. White

2   tests or maybe new tests could be initiated at

3   Tesla to confirm or deny that the subject battery

4   pack did not have cell-to-cell thermal runaway

5   propagation within a module.

6        Q.     But, Doctor, actually if it's your

7   position that in a crash there was cell-to-cell

8   propagation, thermal propagation, with respect,

9   sir, it's your burden to prove that.

10        So how are you going to prove that compared

11   to the fact that the battery was smashed in

12   multiple impacts doing mechanical damage to the

13   battery?  How are you going to prove that it was

14   singular cell-to-cell that did all of that damage?

15             MR. MINER:  Objection to the form

16        of the question.  Argumentative.

17             THE WITNESS:  Well, I think it's

18        obvious if you look at the battery pack,

19        if you look at the subject battery pack in

20        its condition, there is, I think, ample

21        evidence, visual evidence to show that the

22        cells that would end in thermal runaway at

23        a long distance away from the crash site

24        of the battery pack per se went in thermal

25        runaway.  So it's not a matter of being

R. White

1                        R. White

2         able to do any test to prove it.  The

3         subject battery pack exhibits it.

4    BY MR. GALVIN:

5         Q.    Well, you could inspect those -- why

6    don't you go inspect the cells and go cell by cell

7    and do it that way?

8         A.    Well, one could do that, but it's

9    not necessary in this case.

10        Q.    All right.  Any other work that you

11   could do to complete whatever you want to do?

12        A.    No, not that I can think of at the

13   moment, but I reserve the right to do additional

14   testing as needed.

15             MR. GALVIN:  Okay.  I have no

16             further questions at this point.  Thank

17             you.  And I will send the court reporter

18             the exhibits.

19             MR. MINER:  We will not be asking

20             questions, but just ask that the witness

21             be given an opportunity to read the

22             transcript.

23             THE VIDEOGRAPHER:  This marks the

24             end of the deposition.  We're going off

25             the record at 4:59 p.m.

Page 207

1          R. White

2          MR. GALVIN:  Off the record.

3          I want a rough and I want an

4   expedited transcript as soon as you get

5   it.

6          THE COURT REPORTER:  Counsel,

7   could you state your transcript orders on

8   the record.

9          MR. MINER:  I'll get back to you

10   on what timing we want it on.

11          (Proceedings adjourned at 5:00

12   p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 208

1                    R. White

2                  C E R T I F I C A T E

3

4  RILEY              )

5      v.             )

6  TESLA              )

7

8

9        I, BARBARA MOORE, a Notary Public within and

10  for the District of Columbia , do hereby certify:

11        That RALPH E. WHITE, the witness whose

12  deposition is hereinbefore set forth, was duly

13  sworn by me and that such deposition is a true

14  record of the testimony by such witness.

15        I further certify that I am not related to

16  any of the parties to this action by blood or

17  marriage; and that I am in no way interested in the

18  outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20  hand this 10th of June, 2021.

21

22

23        _____

24                  BARBARA MOORE

25

Page 209

1                    R. White

2  Case Name:

3  Deposition Date:

4  Deponent:

5  Pg.  No. Now Reads        Should Read  Reason

6  ___ ___ _____       _____   _____

7  ___ ___ _____       _____   _____

8  ___ ___ _____       _____   _____

9  ___ ___ _____       _____   _____

10 ___ ___ _____       _____   _____

11 ___ ___ _____       _____   _____

12 ___ ___ _____       _____   _____

13 ___ ___ _____       _____   _____

14 ___ ___ _____       _____   _____

15 ___ ___ _____       _____   _____

16 ___ ___ _____       _____   _____

17 ___ ___ _____       _____   _____

18 ___ ___ _____       _____   _____

19 ___ ___ _____       _____   _____

20

                   _____

21                 Signature of Deponent

22 SUBSCRIBED AND SWORN BEFORE ME

23 THIS ____ DAY OF _____, 2021.

24 _____

25 (Notary Public)  MY COMMISSION EXPIRES:_____