# E$^{x}$ponent®

Exponent
23445 N 19th Ave,
Phoenix, AZ  85027

telephone 623-582-6949
facsimile 623-581-8814
www.exponent.com

Mr. Bob Rudock
Bowman and Brooke LLP
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134

Re:  Monserratt/Riley v. Tesla

Dear Mr. Rudock,

1.      At the request of Bowman and Brooke, ("Client"), Exponent Inc. ("Exponent") provided technical services and opinions relating to the matter of James B. Riley v. Tesla Motors Inc., United States District Court Southern District of Florida, Case No. 20-cv-60517-Smith/Valle and the matter of Edgar Monserratt v. Tesla, Inc., In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No. CACE-19-000422.  Exponent investigated specific issues relevant to this matter as requested by the Client.  The opinions and comments formulated during this assessment are based on observations and information available at the time of the investigation.

2.      The findings presented herein are made to a reasonable degree of scientific certainty.  I have made every effort to accurately and completely investigate all areas of concern identified during our investigation.  I reserve the right to supplement this report if and when new information becomes available after this report is signed, including, but not limited to, additional discovery or documents, opinions of the court, and the opinions and testimony of other experts in this case. I reserve the right to respond to any opinions offered by other experts and to any testimony offered at trial.  In addition, I reserve the right to create graphics or demonstratives to support my opinions at trial.

## A.      INTRODUCTION

3.      I am a salaried employee of Exponent, Inc. ("Exponent").  Exponent charges $535 per hour for my time plus expenses for work performed in connection with this project. I have received no additional compensation for work in this case, and my compensation does not depend upon the contents of this report, any testimony I may provide, or the ultimate outcome of the case.

4.      Exponent is an engineering and science consulting firm headquartered at 149 Commonwealth Drive, Menlo Park, California 94025.  I am a Principal Engineer in Exponent's Electrical Engineer and Computer Science Practice.  I am based in Exponent's Phoenix, Arizona office.

5.      I was asked by counsel to review the available documentation in this matter and also respond to the opinions put forward by Dr. Ralph E. White (Dr. White) and Dr. Peter B. Sunderland (Dr. Sunderland) and Dr. Stanislav I. Stoliarov (Dr. Stoliarov).  As part of my analysis, I have inspected the subject 2014 Tesla Model S vehicle (subject vehicle) and its Lithium-ion (Li-ion) battery[1] (subject battery), inspected an exemplar battery for a 2014 Tesla Model S vehicle (exemplar vehicle), analyzed and disassembled a Li-ion cell from the subject battery, reviewed the available technical information, test reports and other documentation for the 2014 Tesla Model S Li-ion battery, reviewed the report prepared by Dr. White and the expert witness disclosures of Dr. Sunderland and Dr. Stoliarov, reviewed the disclosure statements of the various parties in this matters etc.  Appendix B provides a list of documents that I have reviewed in this matter.

## B.    QUALIFICATIONS AND EXPERIENCE

6.      An overview of my relevant experience is included herein, along with a more detailed curriculum vitae attached hereto in Appendix A.

7.      I received my Bachelor's degree in Electronics and Communications Engineering from the University of Canberra, Australia in 2001 and my Master's degree in Electrical and Computer Engineering from Purdue University in 2003.

8.      Since 2004, I have been employed at Exponent, Inc. ("Exponent"), an engineering consulting firm that specializes in the analysis and prevention of failures and accidents.  I am a Principal Engineer in Exponent's Electrical Engineering and Computer Science Practice.  I am based in Exponent's Phoenix, Arizona office.

9.      I am a Registered Professional Electrical Engineer in the State of Arizona, License 47547.

10.     I specialize in battery systems and have worked extensively on a wide array of Lithium-ion (Li-ion) battery systems for a variety of applications and industries.  My work on these battery systems includes review and analysis of battery specifications, testing and verification of prototype battery systems, design reviews and risk analysis of new battery systems to evaluate the potential

---

[1]      The term battery and battery pack are interchangeably used in the report.

for field failure and safety issues, reliability test planning and evaluation, and field failure analysis of commercial battery systems. I have also conducted in-depth evaluations of Li-ion battery vendors to determine their ability to produce battery systems with the required quality, reliability and safety on an ongoing basis.

11.    I have authored several publications on Li-ion battery systems, including:

- A. Arora et al., Lithium-ion Battery Failures in Consumer Electronics, Artech House, Publishing, Norwood, MA, May 2019

- A. Arora et al., Safety of lithium-ion batteries for hybrid electric vehicles. In: Electric and Hybrid Vehicles, Power Sources, Models, Sustainability, Infrastructure and the Market, Elsevier B.V., UK, 2010, pp. 463-491.

- A. Arora et al., Predicting the life of Li-ion batteries using the Arrhenius Model. Battcon Nashville, TN, 2018.

- Arora A, Lele S, Functional Safety & Li-ion Batteries. Battcon Orlando, FL, 2019

12.    I have also conducted tutorials and given presentations on battery systems at some of the most respected symposiums in the industry. For example, I conducted a half-day tutorial titled *Energy storage for BEVs: An engineering perspective"* at the IEEE Transportation Electrification Conference and Expo (ITEC) in Dearborn, MI in 2013. I also conducted a seminar titled "*Design Considerations for Large Format Lithium-ion Battery Systems*" at the IEEE Conversion Congress & Exposition in in 2020.

13.    My *curriculum vitae*, which lists my other publications and presentations and provides additional information regarding my qualifications, is attached as Exhibit A.

## C.    SUMMARY OF OPINIONS

14.    Although a summary of my opinions is provided below, these should be considered in conjunction with the entirety of this report.

15.    The 2014 Model S vehicle battery is designed with a number of features to prevent cell thermal runway propagation. These include:

    i.    An air gap between the vertically stacked cells.

    ii.    A thermal barrier comprised of woven fiberglass, Type E, PTFE coated that isolates the cells from each other.

      iii.     A fiberfrax (a non-woven ceramic) material between cells on opposite sides of the cooling tubes.

      iv.     Sheets of mica that sandwich each of the battery's 16 modules.

      v.     A ceramic heat blanket that is installed over the battery enclosure and is sandwiched between the battery and the vehicle.

16.     The Panasonic cells used in the 2014 Model S battery are equipped with a current interrupt device (CID) and also protected by wirebond fuses attached to both the positive and negative terminals of the cell.  The cells comply with UN 38.3 requirements and are certified to UL 1642.

17.     The 2014 Tesla Model S is designed and manufactured to meet all FMVSS crash test requirements.  FMVSS and NCAP tests performed on the Model S vehicle did not result in thermal runaway of the vehicle's battery pack.  The subject vehicle's battery pack also complies with UN Regulation UNR-100.

18.     The observed damage to the subject battery pack enclosure was a result of the vehicle experiencing a series of impacts to the same region of the vehicle with several of these impacts at a speed over approximately 80 mph.  The series of severe impacts at the excessive speed resulted in a crushing of some cells in selected modules of the subject battery pack.  However, thermal runaway propagation was not observed in the subject battery pack after the incident.

19.     The opinions reached by Dr. White in his report are incorrect.  Dr. White has provided no analysis or other backup data for several of his opinions which appear to be based on a review of some YouTube videos.

20.     Dr. White provides three reasons for his opinion that the battery pack in the subject vehicle is "*not safe*".[2]  None of the three reasons are relevant to the subject battery pack.  Contrary to Dr. White's statements, the Panasonic Li-ion cells used in the subject battery:

      i.     do incorporate both a CID and have over-current protection provided by wirebond fuses attached to both the positive and negative terminal of the cells;

      ii.     do not have cell enclosures that are thinner that cell enclosures in cylindrical cells from other manufacturers;

      iii.     are protected against cell thermal runaway propagation by a heat barrier in each module.

---

[2]     Expert report of Dr. Ralph E. White, page 19

21.     The identical disclosures of Dr. Sunderland and Dr. Stoliarov demonstrates their complete lack of understanding of the design of the subject battery pack.  All the design features that the two experts opine should have been incorporated in the subject battery pack were part of the design and assembly of the subject battery pack.

## D.    BACKGROUND INFORMATION

22.     At approximately 6:46 pm on Tuesday, May 18, 2018, Mr. Barrett Riley (Mr. Riley) who was driving a 2014 Tesla Model S vehicle (subject vehicle) lost control of the vehicle resulting in the vehicle being exposed to a series of impacts to the same region of the vehicle with several of these impacts at a speed over approximately 80 mph.  According to available information, the crash occurred on Seabreeze Boulevard, Fort Lauderdale, Florida where the posted speed limit was 30 mph. The vehicle was traveling at 116 mph approximately three seconds before the crash and at 108 mph approximately two seconds before the crash.[3]

23.     The subject vehicle is a 2014 Tesla Model S with model code P85D.  The subject vehicle was equipped with an 85 kWh Li-ion battery.  The battery located beneath the floor of the car body is designed with 16 battery modules and a compartment for the battery management system (BMS).  Each battery module contains 444 cylindrical Li-ion cells configured in a 74 parallel 6 series configuration (74P6S).

24.     The term Li-ion refers to a family of battery chemistries.  At a high level, a Li-ion cell is a cell in which the negative electrode (anode) and the positive electrode (cathode) materials serve as a host for lithium ions.  The many advantages of Li-ion cells are well documented in the literature and billions of these cells are used in a wide variety of applications today ranging from portable consumer electronic devices to electric vehicles to large scale grid based energy storage systems.

25.     Figure 1 shows a schematic of a Li-ion cell.  In a Li-ion cell, alternating layers of anode and cathode materials are separated by a porous film (separator).  An electrolyte provides the media for the transport of lithium ions.  A common variant of Li-ion cells use a graphite based negative electrode and a lithium metal oxide based positive electrode.  The cells also consist of an electrolyte which in a Li-ion cell is an organic solvent with a dissolved lithium salt.  The Li-ion

---

[3]     NTSB Preliminary Report, HWY18FH013, page 2

cells used in the subject battery have a lithium transition metal oxidate based positive electrode and a carbon based negative electrode.[4]



*Figure 1: Li-ion Cell Components*

26.     The active materials in a Li-ion cell operate in an intercalation process where the lithium ions are reversibly inserted and removed from the electrodes during operation while no significant change occurs to the structure of the host (i.e. the electrodes during operation).  Lithium ions move from the positive to the negative electrode when a Li-ion cell is being charged.  The transfer is reversed as the cell is discharged.

27.     Li-ion cells come in a variety of different form factors.  Prismatic, cylindrical and pouch cells are the common configurations of Li-ion cells.  All three cell form factors are commonly used in automotive applications.   As an example, Figure 2[5] shows the traction battery of a 2017 Chevrolet Bolt that is equipped with 252 'pouch' type Li-ion cells while Figure 3 shows the traction battery of a 2018 BMW i8[6] vehicle equipped with prismatic type Li-ion cells.

---

[4]      Defendant, Tesla, Inc. d/b/a Tesla Florida, Inc.'s Notice of Service of Supplemental Responses to Plaintiff's Third Set of Interrogatories, page 2
[5]      https://www.youtube.com/watch?v=ssU2mjiNi_Q
[6]      http://autoworld.com.my/news/2018/09/19/bmw-i8-roadster-launched-at-cepsi-2018-in-malaysia/



*Figure 2: A 2017 Chevrolet Bolt Li-ion traction battery with polymer cells.*



*Figure 3: A 2018 BMW i8 traction battery with prismatic cells.*

28.     The subject vehicle's Li-ion battery was designed with 7104 cylindrical Li-ion cells.

29.     Cylindrical cells are typically referred to by their dimensions, for e.g., an 18650 cell refers to a cell that has a diameter of 18 mm and a length of 65 mm.  Usually the metal can is the negative terminal of the cell with the positive terminal and vent at one end.  Cylindrical cells use a single "jelly-roll" of electrodes and separator.

 

*Figure 4 Profile view and cap of a commercially available cylindrical cell*

30.     Figure 4 shows a commercially available 18650 cell (left) and its top cap (right). Cylindrical Li-ion cells come in sizes up to 200 Ah.  Although 18650 cylindrical cells are the most commonly used type of cylindrical Li-ion cells, cylindrical cells are available in various sizes and are often packaged in the form of a battery pack for larger devices.

31.     The cylindrical Li-ion cells in the subject vehicle were designed and manufactured by Panasonic.  The model number NCR18650BB cells were rated for a nominal capacity of 3.18 Ah.[7] The cells comply with the UN38.3 standard and are also UL 1642 certified.[8]  According to the cell datasheet, the NCR18650BB cells "*consists of the positive electrode plate, negative electrode plate, separator, electrolyte, case and assembled sealing cap.  The assembled sealing cap houses the positive electrode terminal, current shut off mechanism and explosion-proof safety valve element*".[9]  Figure 5 shows a CT scan slice of one of the Li-ion cells from the subject battery.  The cells in the subject battery were designed with a safety vent and a current interrupt device (CID) which disables the cell and prevents it from being charged if the cell internal pressure increases beyond a certain threshold.

---

[7]     TESLA-00006316
[8]     TESLA-00003815, TESLA-00006316, UL File Number MH12210
(https://iq.ulprospector.com/en/profile?e=10161)
[9]     TESLA-00006316



*Figure 5:  CT scan slice of a Li-ion cell from the subject battery.*

32.     Cylindrical Li-ion cells used in consumer electronics applications are also often equipped with a positive temperature coefficient (PTC) device[10] that is incorporated in the cell's cap.  The PTC provides over-current protection to the cell and limits the current from the cell in the event of an external short-circuit.  However, cylindrical Li-ion cells used in automotive applications cannot employ a PTC for over-current protection due to the relatively higher operating voltages of the battery pack as compared to battery packs in consumer electronic devices.  The cylindrical Li-ion cells used in the subject battery pack are not equipped with a PTC for over-current protection because of the battery pack's operating voltage.  Over-current protection to the cells in the subject battery is provided by external wirebond fuses on both the negative and positive terminal of each cell in the battery (Figure 6 shows a portion of an exemplar 2014 Tesla Model S battery module showing the wirebond fuses attached to each cell terminal)

---

[10]     A polymeric PTC (positive temperature coefficient) overcurrent protector is an element placed in series with the circuit or assembly to be protected. The PTC element protects the circuit by changing from a low-resistance to a high resistance state in response to an overcurrent. This function is called "tripping" of the overcurrent protection device (https://m.littelfuse.com/~/media/electronics_technical/application_notes/resettable_ptcs/ec327-e_polyfuse_ptc.pdf)



*Figure 6:  Portion of an exemplar 2014 Tesla Model S battery module showing the wirebond fuses attached to each cell terminal.*

33.     Figure 7 shows a battery module from an exemplar 2014 Model S Li-ion Battery.  Each battery module consists of 444 18650 Li-ion cells.  The cells in each module are arranged in a 74 parallel 6 series configuration (74P6S) and have a nominal voltage rating of 21.6 Vdc.



*Figure 7:  Battery module from an exemplar 2014 Model S Li-ion Battery*

34.     The cells in the module are stacked vertically and are not in physical contact with each other.  An adhesive material is used to bind or hold cells to the clamshell and bus bars.  A thermal

barrier comprised of woven fiberglass (Type E, PTFE[11] coated) isolates the cells from each other. In addition, fiberfrax (a non-woven ceramic) is used between cells on opposite sides of the cooling tubes. [12] Figure 8 shows a portion of the module design drawing[13] and a photograph of an exemplar module and Figure 9[14] shows the cell connection to the current carrying plates in the module through wirebond fuses.



*Figure 8:  The cells in  the module are separated from each other through a thermal barrier.*



*Figure 9:  Cell separation and connection to current carrying plates through wirebond fuses.*

---

11      Polytetrafluoroethylene
12      Defendant, Tesla, Inc. d/b/a Tesla Florida, Inc.'s Notice of Service of Supplemental Responses to Plaintiff's Third Set of Interrogatories, page 4
13      TESLA-00003770
14      TESLA-00003772

35.     The subject battery was designed with 16 battery modules.  Figure 10[15] shows an exemplar battery.  The 16 battery modules are numbered from the aft right toward the front in the figure.



*Figure 10:  Exemplar 2014 Model S Battery*

36.     The 16 battery modules sit on top of mica sheets in the battery pack enclosure that weighs approximately 95 kg[16] (Figure 11[17]).  The battery enclosure, called the battery baseplate is constructed of 6061 Aluminum alloy with a thickness of ¼".  Additional reinforcements are attached to the bottom of the baseplate in the form of skis.  At the far left and right side of the battery, a similar reinforcement is integrated into the side extrusion to which a steel reinforcement is bolted for additional mechanical protection.[18]

37.     Mica sheets are also positioned on top of the modules once the modules are installed in the battery enclosure.[19]  Once the battery is assembled and the battery enclosure cover is installed,

---

[15]     NTSB Doc 27 – Battery and Vehicle Factual Report of Investigation, page 21
[16]     TESLA-00006831
[17]     See also TESLA-00003779
[18]     TESLA-00007001
[19]     See also TESLA-00003858

a1/4 inch thick ceramic blanket[20] is attached to the top of the battery enclosure (Figure 13)[21].  This blanket sits between the top of the battery pack enclosure and the bottom of the passenger compartment.  The ceramic blanket has a classification temperature rating of 1200°C and has a zero flame rating per ASTM E 84.[22]



*Figure 11:  The battery modules sit on mica sheets in the battery enclosure.*



*Figure 12:  Mica sheets attached to the top of the modules.[23]*

---

[20]    TESLA-00006908
[21]    See also TESLA-00003792
[22]    TESLA-00006911
[23]    Note that the mica sheets from four of the modules were removed when this photograph was taken.



*Figure 13:  A ceramic blanket covers the top of the battery enclosure*

## E.    SUBJECT BATTERY

38.      The subject vehicle was traveling at 116 mph approximately three seconds before the crash and at 108 mph approximately two seconds before the crash in a 30 mph speed limit zone. As discussed previously, the vehicle was exposed to a series of impacts to the same region of the vehicle with several of these impacts at a speed over approximately 80 mph.  The series of high speed impact to the same region of the vehicle resulted in damage to the front of the subject battery enclosure in the area around and between module 13 and modules 15 and 16.  Figure 14[24] shows the subject vehicle's Li-ion battery pack after the incident as documented by the National Transportation Safety Bureau (NTSB).  As can be seen in the figure, the battery baseplate in this area was deformed and bent upwards by the multiple high speed impacts to this area of the subject vehicle.

---

[24]      NTSB Doc 27 – Battery and Vehicle Factual Report of Investigation, page 21



*Figure 14: The subject vehicle's Li-ion battery after the incident.*

39.     Figure 15 shows the open-circuit voltages of the subject battery pack's modules measured by the NTSB during their inspection after the incident.[25]

---

[25]     The modules have a nominal voltage of 21.6 V (3.6 V x 7).

| Module | Module Voltage (V) | Aft to Ground (V) | Forward to Ground (V) |
|--------|--------------------|-------------------|------------------------|
| 1 | 23.02 | 138.7 | 167.3 |
| 2 | 23.77 | 139.6 | 115.9 |
| 3 | 23.37 | 92.4 | 115.9 |
| 4 | 22.66 | 92.5 | 69.5 |
| 5 | 22.61 | 46.8 | 69.9 |
| 6 | 23.31 | 46.9 | 23.88 |
| 7 | 21.34 | 2.7 | 24 |
| 8 | 22.07 | 2.76 | 19.29 |
| 9 | 0.026 | 18.8 | 18.7 |
| 10 | 18.56 | 19.1 | 37.7 |
| 11 | N/A | 21.5 | N/A |
| 12 | 21.69 | 21.6 | 0.03 |
| 13 | 19.41 | 2.64 | 16.96 |
| 14 | 0 | 0 | 0.02 |
| 15 | Two large fragments of modules were found separate from the battery case. The larger more in-tact fragment had 12.06 V corner to corner, and the greatest voltage between any two cells was 23.78 VDC. | | |
| 16 | For the smaller fragment, the highest voltage between any two cells was 3.27 VDC. Probing between most cells (2/3 of surface) found no voltage. | | |

*Figure 15:  Module voltages measured by the NTSB during their inspection of the subject vehicle's Li-ion battery.*

40.     I inspected the subject battery pack on September 11, 2020 and January 21, 2021.  The subject battery pack had been exposed to the elements for several months leading up to my inspection.  All module open-circuit voltages were measured at approximately 0 V during both my inspections.



*Figure 16: Subject battery during the January 21, 2021 inspection.*

41.    Figure 16 shows the subject battery pack during the January 21, 2021 inspection.  I made the following observations during my inspection of the subject battery pack:

    i.    No visible signs of cell thermal runaway were observed to modules 1 through 10.  Corrosion likely due to exposure to water was observed at a number of locations in the modules.

    ii.    The multiple high speed impacts to the same region of the vehicle with several of these impacts at a speed over approximately 80 mph resulted in the crushing of a number of cells in module 11.  In addition, one of the terminals of module 11 was no longer part of the module which prevented the NTSB from measuring the module's open-circuit voltage during their inspection.  However, my inspection of the module indicated that no propagation of thermal runaway to all the cells in this module had occurred during the incident.  Visible signs of corrosion likely due to exposure to water were observed at a number of locations in the module.



*Figure 17:  Module 11 from the subject battery.*

iii.  No visible signs of cell thermal runaway were observed in module 12 (Figure 18).



*Figure 18:  Module 12 from the subject battery.*

iv.  The severity of the multiple high speed impacts resulted in mechanical damage to the battery pack baseplate in the vicinity of module 13.  The ¼" thick baseplate in the vicinity of module 13 was bent upwards due to the severity of the multiple high-speed impacts (Figure 19 and 20).



*Figure 19:  Subject (left) and exemplar (right) battery enclosure.*



*Figure 20:  The subject battery in the vicinity of module 13.*

v.   The severity of the multiple impacts also resulted in a crushing of a number of cells in module 13 (Figure 21).  Significant physical deformation of a number of cells was observed in this module (Figure 22).   The damage to the battery enclosure surrounding the module extended 12 inches inboard and 13 inches aft to the partition with module 11.  The NTSB measured the module voltage at 19.41 V during their inspection of the battery pack after the crash (Figure 15).  This shows that despite the multiple severe impacts in this region of the vehicle, a large majority of the cells in the module remained intact and did not go into thermal runaway during the incident. This was consistent with my observations during the inspection.



*Figure 21:  A number of cells in module 13 were crushed due to the severe crash.*



*Figure 22:  A number of cells in module 13 were observed to be severely crushed.*

vi.   No visible signs of cell thermal runaway were observed in module 14 (Figure 23). Corrosion likely due to exposure to water was observed at a number of locations in the modules.



*Figure 23: Module 14 from the subject battery.*

vii.    A number of cells in  module 15 were missing.  An inspection of the module indicated that most of the cells remaining in the module did not go into thermal runaway (Figure 24).  The NTSB measured the greatest voltage between any two cells at 23.78 V during their inspection of the battery after the crash (Figure 15).  This indicates that a large majority of the cells in the module remained intact and did not go into thermal runaway during the incident. This was consistent with my observations during the inspection.  Visible signs of corrosion that likely occurred due to exposure to water was observed at a number of locations in the modules.



*Figure 24: Module 15 from the subject battery.*

viii.   Module 16 was not found in its as installed position during both inspections.  This module was stored separately.  An inspection of this module showed relatively little

mechanical/thermal damage to the module cells with no visible signs of cell thermal runaway propagation.  Corrosion likely due to exposure to water was observed at a number of locations in the modules (Figure 25).



*Figure 25:  Module 16 from the subject battery.*

## F.    ANALYSIS OF DR. RALPH E. WHITE REPORT

42.    Dr. White retained in this matter by Colson Hicks Edison on behalf of James B. Riley reaches several conclusions/opinions in his April 15, 2021 disclosure that are incorrect. Furthermore, Dr. White makes a number of statements in his report for which he provides no basis. A number of his opinions appear to be based on his review of videos on YouTube and information he found online rather than a review of documents produced in this case or an analysis of any cells from the subject or an exemplar battery pack.  During the inspection of the subject battery pack on January 21, 2021, Dr. White extracted and took with him three Li-ion cells from the subject battery pack for further analysis.  I have seen no discussion of the work that he performed on these cells in his report.  This section of the report addresses some of the incorrect conclusions reached by Dr. White in his report.

43.    Dr. White includes a screenshot of what he claims is a datasheet for a Panasonic model NCR18650B Li-ion cell in his report and states that "*the battery cell used in the 2014 Tesla Model S, P85D has the designation NCR18650BB, which is essentially the same as the NCR18650B battery cell.*"[26]

      i.    This is factually incorrect.

---

[26]    Expert report of Dr. Ralph E. White, page 11

ii.   The datasheet for the cells used in the subject battery pack[27] has been produced in this matter.  It is not readily apparent why Dr. White did not review this datasheet when reaching his opinions in this matter.

iii.   While Dr. White has not provided a source of the datasheet screenshot for the NCR18650B cell that he uses in his report, the screenshot indicates that the cell has a capacity rating of 3400 mAh.  The Panasonic model NCR18650BB cells used in the subject vehicle are rated for a nominal capacity of 3180 mAh.

44.    Dr. White further states that the "*commonly used safety features (PTC and CID) are not included in the Panasonic NCR18650B lithium-ion battery cell*".[28]  The basis of Dr. White's opinion appears to be a screenshot of what Dr. White claims is a Panasonic Li-ion battery cell specification sheet (Figure 26).    While Dr. White does not provide a reference for this "*specification sheet*", he uses this screenshot to state the following:  "*Note the specification sheet for the lithium-ion battery cell used by Tesla includes the statement that the battery cell is not protected: "Protected: No"*".

PANASONIC NCR18650B 3400MAH 4 .9A BATTERY - FLAT TOP
Panasonic NCR18650B Data Spec Sheet

Specifications:
Model: NCR18650B
Size: 18650
Style: Flat Top
Chemistry: NCR
Nominal Capacity: 3400mAh
Continuous Discharge Rating: 4.9A
Nominal Voltage: 3.6v
Protected: No
Rechargeable: Yes
Approximate Dimensions: 18.63mm x 65.08mm
Approximate Weight: 47.5g

*Figure 4. Panasonic lithium-ion battery cell specification sheet.*

Figure 26:       *Panasonic NCR18650B cell specification sheet included by Dr. White in his report.*

The statements made by Dr. White are both factually incorrect and not backed by the available evidence.

---

27     TESLA-00006316
28     Ibid.

     i.     The cells used in the subject vehicle are the Panasonic NCR18650BB which are not the same as the Panasonic NCR18650B cells.

    ii.    The screenshot of the "*Panasonic lithium-ion battery cells specification sheet*" that Dr. White includes in his report without providing a reference for is not from the Panasonic NCR18650B cell datasheet but from a website such as https://batterybro.com/products/panasonic-b-ncr18650b-3400mah-4-8a where individual Li-ion cells are sold.[29]  Figure 27 shows the information listed by the retailer for the Panasonic cells which is very similar to the information that Dr. White claims is from the "*Panasonic lithium-ion battery cells specification sheet*". As can be seen in Figure 27, the battery specifications provided by the website also lists "Protected PCB: No" that Dr. White claims is proof that the Panasonic NCR18650B cells do not have any internal protection.  However, this is incorrect. This "Protected: No" information refers to the fact that the retailer does not sell the cells with an external protection circuit attached to the cell which would provide over-charge, over-discharge and over-current protection to the cell.   This information has nothing to do with the protection built inside the cell itself.

---

[29]    Note:  I could not find the source of the screenshot that Dr. White included in his report without providing a reference.

Battery specifications:

- Model: NCR18650B
- **Positive terminal style: Flat-top**
- **Protected (PCB): No**
- Manufacturer: Panasonic
- Chemistry: NCR
- Max. continuous discharge current: 4.875A
- Rated capacity (minimum): 3200 mAh
- Nominal capacity: 3350 mAh
- Nominal voltage: 3.6 V
- Discharge end voltage: 2.5 V
- Charging voltage: 4.20 +/- 0.03 V
- Standard charging current: 1.625 A

*Figure 27:  Panasonic NCR18650B information listed on a retailer of Li-ion cells.*

iii.    While the Panasonic model NCR18650B are not used in the subject battery pack, a computed tomography (CT) scan (Figure 28) of the Panasonic NCR18650B cell shows that these cells are equipped with both a PTC and a CID.[30]



*Figure 28:  CT scan of a Panasonic NCR18650B Li-ion cell.*

---

[30]      https://ec.europa.eu/jrc/sites/jrcsh/files/eric-darcy-nasa-lessons-learned-passive-thermal-runaway-propagation-resistant-designs-spacecraft-batteries.pdf

iv.  As was discussed previously, the Panasonic NCR18650BB cells that are used in the subject battery are designed with a safety vent and a current interrupt device which disables the cell and prevents it from being charged if the cell internal pressure increases beyond a certain threshold.  Figure 29[31] shows a cross-section of an exemplar Panasonic NCR18650BB cell that shows the CID incorporated in the cell.



*Figure 29:  Cross-section of a Panasonic NCR18650BB cell.*

v.  In addition, because the cells cannot be equipped with a PTC due to the relatively higher operating voltage of the battery pack, over-current protection to the cell is provided through external wirebond fuses that are used on both the negative and positive terminal of each cell in the subject battery.  These wirebond fuses serve the same role that a PTC would in a cylindrical Li-ion cell such as the Panasonic NCR18650B cells that are typically used in a consumer electronics application with comparatively lower operating voltages.  This also shows that Dr. White's opinion that the Panasonic NCR18650B and NCR18650BB cells are "essentially" the same is factually incorrect.  Furthermore, his opinion that the cells used in the subject

---

[31]    TESLA-00007027

battery pack should have been equipped with a PTC shows his lack of understanding of the design of automotive Li-ion battery systems.

45.     Dr. White reaches the conclusion that "*the battery cells used by Tesla did not have the PTC and CID safety features because Tesla wanted to reduce the weight of the battery pack thereby extending the range of the 2014 Model S, P85D*"[32].  Dr. White appears to base this opinion on his review of a patent filed by Tesla (Pub. No.: US 2010/0136421 W1, Pub. Date:  Jun 3, 2010).  However, like several other statements made by Dr. White, this conclusion is not based on any additional analysis that Dr. White presents in his report and is inconsistent with the design of the cells and battery modules used in the subject battery pack.

    i.    As discussed previously, Dr. White's opinion that the cells in the subject battery should have been equipped with a PTC shows his incomplete understanding of the design of automotive Li-ion battery systems.

    ii.   Dr. White had inspected the subject battery pack on January 20, 2021.  It is not known what observations Dr. White made during his inspection of the subject battery pack.  The wirebond fuses that are attached to each cell's positive and negative terminal for over-current protection are easily visible on the subject battery pack.  As an example, Figure 30 shows a photo of a portion of module 2 in the subject battery pack.  The red arrows show three examples of wirebond fuses attached to the cell terminals.  Similar wirebond fuses are attached to the positive and negative terminal of each cell in the subject battery pack.

---

[32]     Expert report of Dr. Ralph E. White, page 11

2007394.000 - 8577

27

Wirebond Fuses



*Figure 30: Module 2 in the subject battery. The red arrows show three examples of wirebond fuses attached to the cell terminals.*

iii. Dr. White had also removed some cells from the subject battery pack during the inspection of the battery pack in January that he took with him after the inspection for further analysis. It is not known what analysis Dr. White performed on these cells. Had Dr. White disassembled the cells that he took with him after the inspection of the subject battery he would have readily seen that the Panasonic cells used in the subject battery were equipped with a CID. This information is also detailed in the datasheet of the NCR18650BB cells which states that the cell "*consists of the positive electrode plate, negative electrode plate, separator, electrolyte, case and assembled sealing cap. The assembled sealing cap houses the positive electrode terminal, current shut off mechanism and explosion-proof safety valve element*".[33]

iv. I had extracted three cells from the subject battery during my January 21, 2021 inspection of the battery for further analysis. Figure 31 shows a CT image of a cell from the subject battery. The CT image shows the presence of the CID in the cell.

---

[33] TESLA-00006316



*Figure 31:  CT image of a cell from the subject battery.*

v.    Following the CT imaging of one of the cells from the subject battery pack, I
disassembled the cell to review its construction.  As can be seen in Figure 32, the
cell is designed with a CID.



*Figure 32:  Disassembly of one of the cells from the subject battery clearly shows the presence of the CID in*
*the cell.*

2007394.000 - 8577

46.     Dr. White provides no references, comparative analysis or other basis for his opinion that the cells used in the subject battery pack "*had thin walls, which also made them less safe*".[34]  This opinion is incorrect for several reasons:

     i.    Dr. White does not specify what he would characterize as a "*thin wall*" in a cylindrical Li-ion cell.  I have seen no measurement or other analysis performed by Dr. White to determine the can thickness of the cells used in the subject battery pack so it is not readily apparent how Dr. White reaches the conclusions that the cells had *"thin walls"*.  Furthermore, I am not aware of any standard or other guideline that defines the required thickness for cylindrical Li-ion cell enclosures.  The thickness of a manufacturer's designed cylindrical cell will depend upon the manufacturing process, can material etc.

     ii.    The datasheet for the Panasonic cells used in the subject battery pack indicates that the cell can thickness has a specification of $0.19 \pm 0.04$ mm.[35]  The thickness of the cell can that I extracted from the subject battery and analyzed using CT imaging had a cell can thickness of 0.21 mm (Figure 33).

---

[34]     Expert report of Dr. Ralph E. White, page 19
[35]     TESLA-00003822



*Figure 33:  Cell can thickness of a cell extracted from the subject battery.*

iii.   Information available online indicates that cylindrical cells from several tier 1 cell manufacturers have a cell can thickness that is comparable to the thickness of the Panasonic cell cans used in the subject battery.[36]

iv.   The Panasonic cells used in the subject battery comply with the UN 38.3 test requirements[37] and are certified to UL 1642 which is the most widely used standard in the US to evaluate the safety of Li-ion cells.  Certification to this standard requires the cells to pass several electrical, mechanical and environmental abuse

---

[36]     https://www.nrel.gov/transportation/battery-failure.html
[37]     TESLA00006337

tests without going into thermal runaway.  Mechanical abuse tests include an impact test, a 3000 lb. crush test and shock and vibration tests.

47.     Dr. White uses a photograph of the subject battery from his January 21, 2021 inspection as a basis for his opinion that the photograph shows "*clearly that the battery pack modules in the front of the pack and at the right front of the pack have been destroyed by fire*".  This statement is factually incorrect.

      i.    As was discussed previously, the area of most damage to the battery pack was in the vicinity of modules 13, 15 and 16.  The voltage measurements performed by the NTSB after the incident and my own inspection of the subject battery pack indicate that most cells in these modules did not go into thermal runaway during the crash.

48.     Dr. White further states that "*it is clear that the battery pack housing box was destroyed in the front and right front of the battery pack*" and that this is "*a design flaw*".  It is Dr. White's opinion that the "*battery pack housing box should have been designed to withstand the impact, which it did not.*"  However, Dr. White provides no specifications or other criteria for how the battery enclosure should have been designed.

      i.    Dr. White does not provide a reference, industry standard or other guideline that would provide a basis for his opinion of a "*design flaw*" with the subject battery pack enclosure.  The subject vehicle is designed and manufactured to meet all FMVSS crash test requirements.  FMVSS tests performed on the 2014 Model S vehicle showed no thermal runaway post tests during all tests performed (Table 1).[38]

      ii.    The subject vehicle is also designed and manufactured to meet the requirements of NCAP tests.  NCAP tests[39] performed showed no thermal runaway post tests during all tests performed (Table 2).

---

[38]     TESLA00001010 – TESLA00002528
[39]     A number of these tests were performed on a 2013 model year vehicle which has the same construction as the 2014 model year vehicle.  Some of the vehicles were equipped with a 14 module battery for the tests.

*Table 1:  FMVSS crash tests performed on 2014 Model S Tesla vehicles.*

| Requirement | Test Notes | Results |
|---|---|---|
| FMVSS 216a | Roof Crush Resistance (test conducted at +23.1% load over standard on the first tested side and +18.5% on the second) | Vehicle body withstood the load with minimal deformation and no contact with the 50th percentile HRMD headforms in the driver and passenger locations |
| FMVSS 208, 212, 219 (partial) and 305 | 40 km/h frontal barrier impact | No electrolyte leakage or electrical isolation failure after the event |
| FMVSS 208, 212, 219 (partial) and 305 | 40 km/h 40% overlap frontal barrier impact test | No electrolyte leakage or electrical isolation failure after the event |
| FMVSS 208, 212, 219 (partial) and 305 | 56 km/h frontal barrier impact | No electrolyte leakage or electrical isolation failure after the event |
| FMVSS 208, 212, 219 (partial) and 305 | 40 km/h 30° left side oblique frontal barrier impact | No electrolyte leakage or electrical isolation failure after the event |
| FMVSS 208, 212, 219 (partial) and 305 | 40 km/h 30° right side oblique frontal barrier impact | No electrolyte leakage or electrical isolation failure after the event |
| FMVSS 305/301R | 79.3 km/h 70% overlap rear impact | No electrolyte leakage, electrical isolation, battery movement or retention failure after the impact or during any phase of the static rollover |
| FMVSS 214P | 32.2 km/h 75° oblique rigid pole side impact test | No electrolyte leakage or electrical isolation failure after the impact event or during any phase of the static rollover |
| FMVSS 214P | 32.2 km/h 75° oblique impact test | No electrolyte leakage or electrical isolation failure after the impact event or during any phase of the static rollover |
| FMVSS 214D | 55/28 km/h 90° moving deformable barrier side impact test | No electrolyte leakage or electrical isolation failure after the impact event or during any phase of the static rollover |

*Table 2:  NCAP crash tests performed on Model S Tesla vehicles.*

| Test | Test Notes | Results |
|------|-----------|---------|
| NCAP side moving deformable barrier impact test | - | No movement of the propulsion battery during the test.  No electrolyte spillage from the propulsion battery in the passenger compartment.  No electrical isolation failure after the test. |
| NCAP oblique side impact test | 32.2 km/h 75° oblique side impact | No ATD values exceeded limits during the test. |
| NCAP side impact test | 55/28 km/h 90° moving deformable barrier side impact test | No ATD values exceeded limits during the test. |
| FMVSS 305 indicant test with NCAP side pole barrier impact test | - | Vehicle meet the requirements for electrolyte spillage, electrical isolation and battery retention |
| FMVSS 305 indicant test with NCAP frontal barrier impact test | - | Vehicle meet the requirements for electrolyte spillage, electrical isolation and battery retention |
| NCAP frontal impact test | 56.3 km/h frontal impact test | 100% windshield retention and no intrusion into protected zone |

iii.   The subject vehicle's battery pack also complies with UN Regulation UNR-100 which requires the battery pack to pass several mechanical abuse tests. Included in the mechanical abuse tests is a 100 kN crush test applied to the battery pack for a duration of 5 seconds both horizontally and perpendicularly to the direction of vehicle travel.[40]

iv.   The damage sustained by the subject battery pack enclosure during the accident was due to the multiple over approximately 80 mph impacts to the same region of the vehicle.

49. Dr. White uses a photograph of an exemplar 2014 Tesla Model S battery pack to state that it shows *"how close the individual lithium-ion battery cells are to one another"*. He further states that "*consequently when one of the battery cells goes into thermal runaway, the heat from the cell in thermal runaway will cause the cells next to that cell to go into thermal runaway"*.[41]

i.   Like most other opinions put forward by Dr. White in his report, he provides no basis for this opinion. I have seen no reference, industry standard or other guideline referred to by Dr. White in his report which defines the required spacing between cells in an automotive battery pack.

ii.   As discussed previously, the cells in the module are stacked vertically and not in physical contact with each other. A thermal barrier comprised of woven fiberglass (Type E, PTFE coated) isolates the cells from each other. In addition, fiberfrax (a non-woven ceramic) is used between cells on opposite sides of the cooling tubes. Figure 8 shows a portion of the module design drawing[42] and a photograph of an exemplar module and Figure 9[43] shows the cell connection to the current carrying plates in the module.

iii.   As also discussed previously, the area of most damage to the battery was in the vicinity of modules 13, 15 and 16. The voltage measurements performed by the NTSB after the incident and my own inspection of the subject battery pack indicate that there was no thermal runaway propagation in the subject battery pack.

---

[40]   TESLA-00006267
[41]   Expert report of Dr. Ralph E. White, page 13
[42]   TESLA-00003770
[43]   TESLA-00003772

50.     Dr. White further opines that "*when one of the battery cells goes into thermal runaway, the heat from the cell in thermal runaway will cause the next to that cell to go into thermal runaway*". [44]

     i.     Dr. White provides no basis for this opinion other than his observation that the cells in the 2014 Model S battery are *"close to one another"*.  Testing performed by Tesla to initiate a thermal runaway by heating multiple cells simultaneously in a module has shown no module to module thermal runaway propagation. [45]

     ii.     An inspection of the subject battery pack indicates that no module to module thermal runaway propagation occurred in the subject battery pack.  As discussed previously, the cells in the module are stacked vertically and not in physical contact with each other.  A thermal barrier comprised of woven fiberglass (Type E, PTFE coated) isolates the cells from each other.  In addition, fiberfrax (a non-woven ceramic) is used between cells on opposite sides of the cooling tubes.

51.     Dr. White provides three reasons for his opinion that the battery pack in the Tesla Model S, P85D is "*not safe*". [46]

     i.     *The individual lithium-ion battery cells used to produce the battery pack do not include normal safety features:  PTC and CID*

            • As discussed previously, this is factually incorrect.  The cells used in the subject battery are equipped with a CID and wirebond fuses attached to both the positive and negative terminal of each cell for over-current protection.

     ii.     *The battery cells were constructed with thinner can walls to provide a higher energy density per cell.*

            • This again is factually incorrect and has no basis.  The thickness of the Panasonic cell cans used in the subject battery pack is comparable to the thickness of cell cans from several other top tier cell manufacturers.

     iii.     *Tesla did not use a fire-retardant material that may have prevented thermal runaway propagation.*

            • As already discussed, there was no thermal runaway propagation during the incident even in the modules where some cells went into thermal runaway

---

[44]        Expert report of Dr. Ralph E. White, page 13
[45]        TESLA-00003488
[46]        Expert report of Dr. Ralph E. White, page 19

due to multiple impacts to the same region of the vehicle during the accident.

- The cells in the battery modules are stacked vertically and not in physical contact with each other. A thermal barrier comprised of woven fiberglass isolates the cells from each other. In addition, fiberfrax (a non-woven ceramic) is used between cells on opposite sides of the cooling tubes.

- In addition, a 1/4 inch thick ceramic blanket[47] was attached to the top of the subject battery pack enclosure[48]. This blanket sat between the top of the battery pack enclosure and the bottom of the vehicle passenger compartment. The ceramic blanket has a classification temperature rating of 1200°C and has a zero flame rating per ASTM E 84.

## G.   ANALYSIS OF DR. SUNDERLAND & DR. STOLIAROV DISCLOSURES

52.   Both Dr. Sunderland and Dr. Stoliarov have provided identical disclosures in the Edgar Monserratt v. Tesla, Inc. matter. My review of their disclosures indicates that they have no understanding of the design of the subject battery pack and this leads them to reach incorrect opinions about the battery pack.

53.   Dr. Sunderland and Dr. Stoliarov state the following in their disclosures:[49]

> *The design and manufacture of the 2014 Tesla S, P85D failed to provide proper protection in each of the 7,104 cells from breaking down and causing "thermal runaway" which was the cause of the fire that consumed the interior compartment of the auto soon after the car collided with the wall on the west side of the southbound AIA on May 8, 2018*

   i.   This statement is factually incorrect.

   ii.   Dr. Sunderland had inspected the subject battery pack on January 21, 2021 and should know that most of the cells in the subject battery pack had not gone into thermal runaway and there was no thermal runaway propagation in the subject battery pack.

---

[47]   TESLA-00006908
[48]   See also TESLA-00003792
[49]   Plaintiff's Expert Witness Disclosure, Edgar Monserratt v. Tesla, Inc., page 2

iii.  As was discussed previously, the area of most damage to the subject battery pack was in the vicinity of modules 13, 15 and 16.  The voltage measurements performed by the NTSB after the incident and my own inspection of the subject battery pack indicate that no thermal runaway propagation occurred even in these modules during the multiple over approximately 80 mph impacts on the same side of the vehicle during the accident.

54.  Both Dr. Sunderland and Dr. Stoliarov opine as follows regarding the design of the subject battery pack:[50]

> *The individual cells/batteries, which were tightly packed into each other and then tightly packed into each of the 16 modules, should have been designed and manufactured with a number of possible alternatives, such as a current interrupter, which includes a shutdown separator, or a positive temperature co-efficient device. Had the Tesla battery cells incorporated either one of these two alternative designs into their final design and manufacture of the cells, thermal runaway following the collision on May 8, 2018 would have at a minimum, reduced the severity and speed of the fire's propagation.*

i.  Niether Dr. Sunderland or Dr. Stoliarov provide a definition for "*tightly packed*" and do not list any reference, industry standard or other guideline that dictates the required separation between cells in an automotive Li-ion battery pack.  As discussed previously, the cells in the module are stacked vertically and not in physical contact with each other.  A thermal barrier comprised of woven fiberglass (Type E, PTFE coated) isolates the cells from each other.  In addition, fiberfrax (a non-woven ceramic) is used between cells on opposite sides of the cooling tubes.

ii.  Furthermore, Dr. Sunderland and Dr. Stoliarov's opinion that the cells should have been designed and manufactured with alternatives such "*as a current interrupter, which includes a shutdown separator, or a positive temperature co-efficient device*" shows both their lack of understanding of automotive batteries and the subject battery pack.  As discussed previously, cylindrical Li-ion cells used in automotive applications cannot employ a PTC for over-current protection due to the relatively higher operating voltages of the battery pack as compared to battery packs in consumer electronic devices.  The Panasonic cells used in the subject battery pack are equipped with safety vents, a current interruptor and a shutdown separator.

---

[50]   Ibid.

Furthermore, external wirebond fuses on both the positive and the negative terminals of each cell provides over-current protection to each cell in the battery.

55.   Dr. Sunderland and Dr. Stoliarov further state that the subject battery pack should have contained protections including "*resistant separators between and among individual modules as well as individual rows of cells*".[51]

     i.    This opinion once again demonstrates Dr. Sunderland and Dr. Stoliarov's lack of understanding of the subject battery pack's design.

    ii.    As discussed previously, the cells in each module of the battery pack are stacked vertically and are not in physical contact with each other.  A thermal barrier comprised of woven fiberglass (Type E, PTFE coated) isolates the cells from each other.  In addition, fiberfrax (a non-woven ceramic) is used between cells on opposite sides of the cooling tubes.  Furthermore, sheets of mica sandwich each of the battery's 16 modules.

56.   Dr. Sunderland and Dr. Stoliarov also opine that the subject battery pack should have been designed with "*a fire-resistant blanket, similar to a welding blanket*" that should have been "*incorporated into the design and manufacture of this 2014 Tesla S underneath the carpeting of the automobile*"

     i.    The 2014 Tesla Model S vehicle was designed with a 1/4 inch thick ceramic blanket[52] that was attached to the top of the battery enclosure[53].  This blanket sits between the top of the battery enclosure and the bottom of the passenger compartment.  The ceramic blanket has a classification temperature rating of 1200°C and has a zero flame rating per ASTM E 84.

Sincerely

Ashish Arora, P.E.

---

[51]    Ibid.
[52]    TESLA-00006908
[53]    See also TESLA-00003792

# APPENDIX A

## Professional Profile

Mr. Arora's expertise is in electrical, electronic and computer systems. His professional activities focus on solving complex technical problems involving electronics and software controls in the consumer products, automotive, aviation and medical device industries. Mr. Arora's work focuses on design reviews, targeted electrical testing of new systems, field failure analysis, recall-related investigations and product liability issues.

Mr. Arora works extensively on projects involving automotive electronic systems.  He has worked on projects involving embedded control systems for automotive applications and has performed both hardware and software design reviews and failure analysis of automotive embedded systems such as electronic throttle control systems, adaptive cruise control systems, airbag control systems, electronic parking brake systems etc. He has also performed extensive testing on electric vehicle control systems.

Mr. Arora also has extensive experience with energy storage systems in the consumer products, aviation, automobile and utility industries. In addition to performing root cause analysis of battery system failures, he assists clients by performing design reviews and risk analyses of battery systems to evaluate the potential for field failure and safety issues. He has also assisted his clients in evaluating and choosing battery vendors that can produce battery systems with the required quality and safety on an ongoing basis.

As a research engineer with CATQER at the University of Canberra, Mr. Arora designed and implemented an experimental 4.2 km University of Canberra-Telstra Tower Free-Space Quantum Cryptographic Key Distribution Test-Bed (optical and RF communications link).

## Academic Credentials & Professional Honors

M.B.A., Indiana University, 2015

M.S., Electrical and Computer Engineering, Purdue University, 2003

B.S., Engineering, University of Canberra, Australia, *First Class Honors*, 2001

University Medal for outstanding academic excellence in the bachelor's degree from the University of Canberra, Australia, 2001

The 2001 W E Samsun Medal Prize for the most outstanding graduate in the fourth year of the undergraduate degree course in Electronics and Communication Engineering from the Division of Management and Technology, University of Canberra, 2001

The Institute of Electrical Engineers Prize in the area of signal processing and Telecommunications awarded by the Institute of Electrical Engineers, UK, 2000

The Australian Institute of Physics Prize in the area of radio and optical communications awarded by the Institute of Physics, Australia, 2000

## Licenses and Certifications

Professional Electrical Engineer, Arizona, #47547

## Professional Affiliations

Institute of Electrical and Electronic Engineers (member)

Society of Automotive Engineers (member)

## Patents

Patent US 2010/0065637: Testing Protocols for Extended Functionality Cards, March 18, 2010 (with M. Top, E. Kurtek, S. Phillips and J. Swart)

## Publications

### Books and Book Chapters

Arora A, Lele S, Medora N, Souri S, "Lithium-Ion Battery Failures in Consumer Electronics," Artech House Publishing, Norwood, MA, 238 pp., May 2019.

Medora NK, Kusko A, Arora A. Uninterruptible Power Supply (UPS) Systems. In: On-Site Power Generation: A Comprehensive Guide to On-Site Power. Fifth Edition, Chapter 20, pp. 205-219, Electrical Generating Systems Association (EGSA), 2015.

Arora A, Medora NK, et al. Safety of lithium-ion batteries for hybrid electric vehicles. In: Electric and Hybrid Vehicles, Power Sources, Models, Sustainability, Infrastructure and the Market, Elsevier B.V., UK, 2010, pp. 463-491.

### Publications

Medora NK, Arora A, 69-kV Sub-Transmission Line, a Careless Painter and a Scissor Lift – A Potential Electrical Hazard, Presentation, 2019 International Symposium on Product Compliance Engineering (ISPCE), IEEE Product Safety Engineering Society (PSES), San Jose, CA, May 6-8, 2019.

Arora A, Lele S, Functional Safety & Li-ion Batteries. Battcon Orlando, FL, 2019

Lele S, Arora A, A Methodology for Evaluating the Root Cause of a Li-ion Battery's Failure. Battcon Orlando, FL, 2019

Lele S, Arora A, A Methodology for Evaluating the Root Cause of a Li-ion Battery's Failure. Battcon Orlando, FL, 2019

Lele S, Arora A, Benson K. Predicting the life of Li-ion batteries using the Arrhenius Model. Battcon Nashville, TN, 2018.

Arora A, Pinnangudi B, Harris J. Lithium ion batteries for stationary applications: A safety perspective. Battcon 2011, Orlando, FL, 2011.

Medora NK, Yamaguchi G, Arora A. Conducting high frequency electrical measurements — Case study using a TASER M18 device. 2010 IEEE Symposium on Product Compliance Engineering, Boston, MA,

2010.

Pinnangudi B, Arora A, et al. Thermal shutdown characteristics of separator materials used in lithium-ion batteries. 2010 IEEE Symposium on Product Compliance Engineering, Boston, MA, 2010.

Medora NK, Arora A, Livernois T. Series arcing faults in electrical transportation systems. SAE World Congress, Detroit, MI, 2010.

Medora NK, Yamaguchi G, Arora A. Conducting high frequency electrical measurements - case study using a TASER M18 device., 2010 IEEE Symposium on Product Compliance Engineering, IEEE Product Safety Engineering Society (PSES), Boston MA, October 18-20, 2010.

Arora A, Medora NK, et al. Evaluation of resistive faults in high current starter cables. IEEE Symposium on Product Compliance Engineering, Toronto, Canada, 2009.

Arora A, Medora N, Swart J. Failures of electrical/electronic components: Selected case studies. IEEE Symposium on Product Compliance Engineering, Longmont, CO, 2007.

Swart J, Edmonds J, et al. Case studies of electrical motor and generator failures. Failures 2007, South Africa, 2007.

Swart J, Arora A, et al. Methods for measuring the mechanical safety vent pressure of lithium ion cells. IEEE Symposium on Product Safety and Compliance Engineering, Irvine, CA, 2006.

Swart J, Arora A, et al. Case studies of electrical component failures. Failures 2006, South Africa, 2006.

Swart J, Arora A, Nilsson S. Characterizing the performance of battery chemistries used to power a single-person vehicle. 6th International Advanced Automotive Battery (and Ultracapacitor) Conference, Baltimore, MD, 2006.

Swart J, Arora A, et al. Going beyond industry standards in critically evaluating lithium-ion batteries. Advancements in Battery Charging, Monitoring and Testing, Vancouver, Canada, 2005.

Arora A, Swart J, et al. Characterizing the vent operation of lithium-ion cells and battery packs. 5th International Advanced Automotive Battery (and Ultracapacitor) Conference, Honolulu, Hawaii, 2005.

Arora A, Swart J, et al. Lithium-ion batteries for hybrid electric vehicles: A safety perspective. 5th International Advanced Automotive Battery (and Ultracapacitor) Conference, Honolulu, Hawaii, 2005.

Arora A, Edwards P. Software-based photon counting telemetry receiver for an infrared communications satellite. International Symposium on Optical Science and Technology, San Diego, CA, August 2003.

**Selected Presentations**

Arora A, Lele S, Design Considerations for Large Format Lithium-ion Battery Systems, IEEE Conversion Congress & Exposition, October 2020

Energy storage for BEV's: An engineering perspective. IEEE Transportation Electrification Conference and Expo (ITEC' 13), Dearborn, MI, June 16-19, 2013. (Half-day tutorial).

Martens, J., Kuykendal, M., Bracher, D., Arora, A. Functional Safety That Your Boss Will Understand. 2019 Association of Equipment Manufacturers Product Safety & Compliance Seminar, Des Moines, IA, May 1, 2019.

Arora A, Lele S. Emerging issues in automotive product liability cases: electronic/software defects. Presented at SEMI FOA (Fab Owners Alliance), Scottsdale, AZ, February 2018.

Arora A, Martens J. Energy storage for BEV's: An engineering perspective. IEEE Transportation Electrification Conference and Expo (ITEC' 13), Dearborn, MI, June 16-19, 2013. (Half-day tutorial).

Martens JD, Arora A. Understanding the role of software in product failures. IEEE Symposium on Product Compliance Engineering, Portland, OR, November 5-7, 2012.

Arora A, Martens J, Babic D. AC & DC adapters safety considerations. IEEE Symposium on Product Compliance Engineering, San Diego, CA, 2011.

Arora A, Harris J. Designing with lithium-ion batteries: An engineering perspective. IEEE Energy Conversion Congress & Exposition, Phoenix, AZ, 2011 (4-hour tutorial).

Arora A, Medora NK, Pinnangudi B. Accessible hot surfaces and burn hazards. IEEE Symposium on Product Compliance Engineering, Boston, MA, 2010.

Arora A, Medora NK, et al. Arc faults in hybrid and high voltage automotive electrical systems. 9th International Advanced Automotive Battery & EC Capacitor Conference (AABC) and Symposia, Long Beach, CA, 2009.

Arora A, Medora N, Livernois T. Circuit protection devices and arc fault detection schemes for electrical automotive systems. IEEE Symposium on Product Compliance Engineering, Austin, TX, 2008.

Arora A. Electrical/system component failures. ASM International Meetings, Phoenix, AZ, 2008.

BenKinney M., Arora A, Swart J. The influence of regulatory changes on unique product designs. IEEE Symposium on Product Compliance Engineering, Longmont, CO, 2007.

2007394.000 - 8577

# APPENDIX B

## Material Reviewed

- Carr Engineering accident site and vehicle photos (9.10.20, 9.11.20)
- CEI Site and Vehicle Inspection (9.10.20 - 9.11.20)
- Fort Lauderdale Police Department Documents
- FTL Fire Rescue Documents
- Rcvd from City of Fort Lauderdale
- Media Coverage
- NTSB Report
- TESLA_00000001-TESLA_00000195
- TESLA_00000196-TESLA-00004386
- TESLA00006133-TESLA00007263
- Monserratt
  - Deposition Notices
  - Deposition Transcripts
    - Aaron Smith
    - Adam Cohen
    - Alexander Berry
    - Cosmin Ilonta
    - Halston Lloyd
    - Jonathan Ordonez
    - Joseph Constantino
    - Joshua Turner
    - Kari Koulouris
    - Larry Groshart
    - Leopoldo Matheus
    - Marlon Osbourne
  - Discovery Responses
  - 2021-04-02; Monserratt's Expert Disclosure
  - 2021-04-02; Plaintiff Monserratt's Expert Disclosure – ATTACHMENTS
  - 20442668v1 - Monserratt_ 2019-01-18_ Amended Complaint
  - 21194023v1 - Monserratt_ TESLA EDR 5YJSA1H24EFP62693
  - 24329942v1 - Monserratt_ 2021-04-29_ Defendant Riley_s Expert Disclosure and Attachments
  - Monserratt; 2021-01-19; Amended Discovery Schedule and Pretrial Order
- Riley
  - Accident scene photos rcvd from Burton
  - Photos and Video rcvd from Riley's counsel 8.20.20
  - Discovery Responses
  - Riley; 2021-01-20; Doc 18 Amended Scheduling Order
  - Deposition Transcripts
    - Peddy Beckton
    - James Riley

# EXHIBIT C

- ▪ Jenny Riley
- ▪ Kyler Muruve
- ▪ Sari Stenglein
  - o Reports
    - ▪ Robert Caldwell
    - ▪ Kelly Kennet
    - ▪ Pl_s Expert Witness Disclosure
    - ▪ Plaintiff's Additional Expert Disclosure

2007394.000 - 8577