# EXHIBIT D



# NOTICE OF COMPLETION
# AND
# AUTHORIZATION TO APPLY THE UL MARK

10/30/2012

Panasonic Corporation Of North America Product Safety & Compliance Div
Mr. Edward Gotia
1 Panasonic Way
4b-8
Secaucus Nj 07094, Us

| | | | |
|---|---|---|---|
| Our Reference: | File MH12210, Vol. 1 | Project Number | 12NK13322 |
| Your Reference: | PRB2-12-U014 | | |
| Project Scope: | PRB2-12-U014, MH12210, LITHIUM-ION CELL BATTERY MODEL NO. NCR18650BB; CCN: BBCV2 | | |

Dear Mr. Edward Gotia:

Congratulations!  UL's investigation of your product(s) has been completed under the above Reference Number and the product was determined to comply with the applicable requirements.  This letter temporarily supplements the UL Follow-Up Services Procedure and serves as authorization to apply the UL Mark at authorized factories under UL's Follow-Up Service Program.  To provide your manufacturer(s) with the intended authorization to use the UL Mark, you must send a copy of this notice to each manufacturing location currently authorized under File MH12210, Vol. 1.

Records in the Follow-Up Services Procedure covering the product are now being prepared and will be sent in the near future.  Until then, this letter authorizes application of the UL Mark for 90 days from the date indicated above.

Additional requirements related to your responsibilities as the Applicant can be found in the document "Applicant responsibilities related to Early Authorizations" that can be found at the following web-site:
http://www.ul.com/EAResponsibilities

Any information and documentation provided to you involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

We are excited you are now able to apply the UL Mark to your products and appreciate your business.  Feel free to contact me or any of our Customer Service representatives if you have any questions.

Very truly yours,

Thomas A. Skowera
847-664-2086
Staff Engineer
Thomas.A.Skowera@ul.com

Reviewed by:

William R. Carney
847/664-1088
Chief Engineer Director I
William.R.Carney@ul.com

MELDBB2-1D9DBD

This is an electronically generated letter. Signatures are not required for this document to be valid.

Page 1 of 1

HIGHLY CONFIDENTIAL

TESLA-00006336