# EXHIBIT E

File No. NCR18650-159-a
Issue Date: 2012/10/23

# SANYO LITHIUM ION BATTERY SPECIFICATIONS

| | |
|---|---|
| BATTERY CLASSIFICATION | LITHIUM ION BATTERY |
| BATTERY TYPE | NCR18650BB |
| SANYO CODE | BJ☐ A300038AZ |
| CLIENT | TESLA MOTORS, INC |

☐ The client's agreement ☐

Signature:_____

Name in block letters:_____

Date:_____

*"If there is no reply within 30 days after the delivery, This document shall be presumed valid.

**Energy Company of Panasonic Group**
**Energy Company, SANYO Electric Co., Ltd.**
Smart Energy Systems Business Unit
Market Development Group
EV Battery Market Development Team

| | |
|---|---|
| Dft. | |
| Chk. | |
| Chk. | |
| App. | |

| Title | | | Specifications of Lithium Ion battery (Cylindrical Type) | | |
|---|---|---|---|---|---|
| **Publication Record** | | | | | |
| No. | Date | Class | Items | | |
| (0) | 2012/10/23 | – | Final Draft | Dft. | T.Aoyama |
| | | | | Chk. | H.Kasuga |
| | | | | Chk. | T.Muto |
| | | | | App. | A.Watanabe |
| | | | | Dft. | |
| | | | | Chk. | |
| | | | | Chk. | |
| | | | | App. | |
| | | | | Dft. | |
| | | | | Chk. | |
| | | | | Chk. | |
| | | | | App. | |
| | | | | Dft. | |
| | | | | Chk. | |
| | | | | Chk. | |
| | | | | App. | |
| | | | | Dft. | |
| | | | | Chk. | |
| | | | | Chk. | |
| | | | | App. | |

∗Key to Class abbreviations : A for Added, D for Deleted, R for Revised

| File No. | NCR18650-159-a | Energy Company, SANYO Electric Co., Ltd. Smart Energy Systems Business Unit |
|---|---|---|

HIGHLY CONFIDENTIAL
TESLA-00006315

Lithium Ion Cell
BJ-A300038AZ (NCR18650BB)
Specification

1. Application Range
   This specification is applied to Lithium ion cell NCR-B/T24SEC which will be used for lithium ion battery packs
   to be manufactured by TESLA MOTORS, INC.
   Applied standard(regulation): UN38.3
   Confirmation should be done, except for mentioned above standard(regulation).

2. Rated specification
   2.1 Rated voltage:                                              3.6 V
   2.2 Nominal capacity:                                           Min.3030mAh, Typ.3180mAh (in standard charging, discharging at 25□)
   2.3 Standard charging:                                          4.2V, 909mA, 61mA end (Constant voltage, Constant current)
   2.4.1 Maximum allowable charging voltage with tolerance:        4.25V
   2.4.2 Maximum allowable continuous charge current:              909mA
   2.5 Standard discharging :                                      606mA (Constant current, 2.5V end at 25□)
   2.6.1 Maximum allowable continuous discharge current:           3636mA at -30□ to 60□
                                                                   (with condition that cell temperature is less than 80□ and cell voltage is kept above 2.5V)
   2.6.2 Lowest temperature discharge capacity:                    5mAh by 30mA discharge at -30□ (2.5V End)
   2.7 Operating temperature and humidity range:                   0 to 10□, 0 to 85%RH (Maximum allowable charge current : 455mA)
                                                                   10 to 45□, 0 to 85%RH (in standard charging)
                                                                   -20 to 60□, 0 to 85%RH (in standard discharging)
   2.8 Storage temperature and humidity range:                     -20 to 35□, 0 to 85%RH (within 1 year)
                                                                   -20 to 40□, 0 to 85%RH (within 6 months)
                                                                   -30 to 45□, 0 to 85%RH (within 1 month)
                                                                   -30 to 60□, 0 to 85%RH (within 1 week)
   (Notes) The capacity recovery rate in the delivery state (35% capacity of fully charged) after storage is assumed to be 90% or more.
           Capacity is checked by standard charging and standard discharging at 25□ before and after storage period.
   2.9 Volume Energy density :                                     640.6 Wh/l
   (Notes) This value are calculated by nominal capacity(minimum), rated voltage and cell volume without shrink tube.

3. Remarks
   3.1 Maximum voltage at standard charging :                      The cell voltage must not exceed 4.25V.
   Even if factoring charge voltage control accuracy, the maximum voltage must never exceed 4.25V with
   any charge method(including pulse charge).
   3.2 Protection circuit over discharge prohibition voltage:      The cell voltage must not drop below 2.0V.

4. Structure
   The cell consists of the positive electrode plate, negative electrode plate, separator, electrolyte, case and assembled sealing cap.
   The positive and negative electrode plates are housed in the case in the state being separated by the separator, and the assembled
   sealing cap is fit to the case. The assembled sealing cap houses the positive electrode terminal, current shut off mechanism
   and explosion-proof safety valve element, making the case the negative electrode terminal.

5. Test method and judgment criteria

   5.1 Test condition
     5.1.1 Cells to be used for testing are those delivered within 1 month and are not used.
     Charging / Discharging states are the states Charging / Discharging at 25±5□
     in standard charging / standard discharging, and being left not more than 24 hours.
     5.1.2 Test state is Class 5 (20±5□) standard temperature state and class 20 (65±20%RH)
     standard humidity state specified in JIS Z8703 (standard condition of the test state).
     5.1.3 Test conditions are 5.1.1. and 5.1.2., unless otherwise specified.

   5.2 Test instruments
   The following instruments are used for the test.
     5.2.1 Voltmeter:                       With precision 0.5mV or less.(Class 0.5 specified in JIS C1102)
     5.2.2 Ammeter:                         With precision 0.5mA or less. (Class 0.5 specified in JIS C1102)
     5.2.3 Height and thickness gauge:      With precision 0.05mm or less.
     5.2.4 Internal resistance meter:       Those with 1kHz sine wave AC 4 terminal method.
     5.2.5 Balance:                         Those with reciprocal sensibility 10mg or less.

HIGHLY CONFIDENTIAL                                                                                                      TESLA-00006316

5.3 Test method and judgment criteria:

| Item | Test method | Judgment criteria |
|---|---|---|
| 1. Indication Appearance | Visual check. | Refer to external inspection standard document. |
| 2. Dimensions | Measured by calipers. | The data is in allowance of dimensions in appended drawing. |
| 3. Weight | Measured by balance without shrink tube. | 48.5g or less. (typ. 47.0g) |
| 4. Open Circuit Voltage | Measure open circuit voltage within 1 hour after standard charging. | 4.1V or more. |
| 5.1. Internal Resistance (AC method) | Measure internal resistance within 1 hour after standard charging. | 40mΩ or less. |
| 5.2. Internal Resistance (DC method) | Charging : 909mA 4.1V 61mA cut off<br>Rest time : 20min.<br>Discharging : 1515mA 10sec.<br>Temperature : 25℃ | 85 mΩ or less<br>(typ.　mΩ) |
| 6. Nominal Capacity(Minimum) | Measure capacity by discharging in the standard discharging within 1 hour after standard charging at 25℃. | 3030mAh or more. |
| 7. High Rate Discharging | Measure capacity by discharging (in the below condition) within 1 hour after standard charging at 25℃.<br>・Discharging : 3030mA to 2.5V | 2576mAh or more. |
| 8. High Temperature Discharging | Measure capacity by holding at 45±2℃ for 4 hours after standard charging and discharging in the below condition.<br>・Discharging : 3030mA to 2.5V | 2576mAh or more. |
| 9. Low Temperature Discharging | Measure capacity by holding at 0±2℃ for 4 hours after standard charging and discharging in the below condition.<br>・Discharging : 3030mA to 2.5V | 1818mAh or more. |
| 10.1. Cycle Life (1) | 500cycle charging/discharging is repeated in the below condition.<br>・Charging : 4.2V,909mA,61mA end Constant voltage constant current<br>・Rest time : 20 min. between charging and discharging<br>・Discharging : 3030mA to 2.5V<br>・Temperature : 25℃<br>・After 500cycles, DC method internal resistance is checked by below condition.<br>　Discharging : 3030mA to 2.5V<br>　Rest time : 20min<br>　Charging : 909mA,3.675V,10mA cut off ( SOC 50% )<br>　Rest time : 20min.<br>　Discharging : 1515mA 10sec.<br>　Temperature : 25℃<br>・After DCIR measurement the cell is checked for internal shorts by below condition.<br>　Discharging : 3030mA to 2.5V<br>　Rest time : 10h<br>　Charging : 909mA,4.2V,61mA cut off<br>・・Ambient temperture : 25℃ (still air with cell held in plastic fixture)<br>　Measure cell temperature with a thermocouple attached to the cell and chamber temperature with a second thermocouple near to cell. | TBDmAh or more<br>TBD mΩ or less<br>TBD ℃ over chamber temperature (25℃ ) |
| 10.2. Cycle Life (2) | 500cycle charging/discharging is repeated in the below condition.<br>・Charging : 4.1V,909mA,61mA end Constant voltage constant current<br>・Rest time : 20 min. between charging and discharging<br>・Discharging : 3030mA to 2.5V<br>・Temperature : 25℃<br>・After 500cycles, DC method internal resistance is checked by below condition.<br>　Discharging : 3030mA to 2.5V<br>　Rest time : 20min<br>　Charging : 909mA,3.675V,10mA cut off ( SOC 50% )<br>　Rest time : 20min.<br>　Discharging : 1515mA 10sec.<br>　Temperature : 25℃<br>・After DCIR measurement the cell is checked for internal shorts by below condition.<br>　Discharging : 3030mA to 2.5V<br>　Rest time : 10h<br>　Charging : 909mA,4.2V,61mA cut off<br>・・Ambient temperture : 25℃ (still air with cell held in plastic fixture)<br>　Measure cell temperature with a thermocouple attached to the cell and chamber temperature with a second thermocouple near to cell. | TBD mAh or more<br>TBD mΩ or less<br>TBD ℃ over chamber temperature (25℃ ) |

HIGHLY CONFIDENTIAL
TESLA-00006317

| | | |
|---|---|---|
| 10.3. Cycle Life (3) | 500cycle charging/discharging is repeated in the below condition.<br>・Charging : 4.2V,909mA,61mA end Constant voltage constant current<br>・Rest time : 20 min. between charging and discharging<br>・Discharging : 3030mA to 2.5V<br>・Temperature : 10℃<br>・After 500cycles, DC method internal resistance is checked<br>  by below condition.<br>   Discharging : 3030mA to 2.5V<br>   Rest time : 20min<br>   Charging : 909mA,3.675V,10mA cut off ( SOC 50% )<br>   Rest time : 20min.<br>   Discharging : 1515mA 10sec.<br>   Temperature : 25℃<br>・After DCIR measurement the cell is checked for internal shorts<br>  by below condition.<br>   Discharging : 3030mA to 2.5V<br>   Rest time : 10h<br>   Charging : 909mA,4.2V,61mA cut off<br>・・Ambient temperture : 25℃ {still air with cell held in plastic fixture}<br>   Measure cell temperature with a thermocouple attached to the cell<br>   and chamber temperature with a second thermocouple near to cell. | TBD mAh or more<br>TBD mΩ or less<br>TBD ℃ over chamber temperature |
| 11.1. Maximum allowable pulse charge current<br><br>〔Only for reference〕<br>Panasonic is not specified with this item. | TBD | TBD |
| 11.2. Maximum allowable pulse discharge current<br><br>〔Only for reference〕<br>Panasonic is not specified with this item.<br>Checking cycle life on every design change or on every 6 months. | 500cycle charging/discharging is repeated in the below condition.<br>・Charging : 4.2V,909mA,61mA end Constant voltage constant current<br>・Rest time : 20 min. between charging and discharging<br>・Discharging :<br>   step 1.  Discharge at 1555mA to 75% SOC<br>   step 2.  14.86A for 10 sec.   12.84A for 7.5 sec.<br>            10.81A for 7.5 sec.<br>   step 3.  5.41A for 305 sec.<br>   step 4.  3.38A until 2.5V<br>   step 5.  1555mA to 2.5V<br>・Temperature : 25℃ | Technical target :<br>TBD mAh or more |
| 11.3. Fast charge cycle life<br><br>〔Only for reference〕<br>Panasonic is not specified with this item.<br>Checking cycle life on every design change or on every 6 months. | 500cycle charging/discharging is repeated in the below condition.<br>・Charging : 4.2V,909mA,61mA end Constant voltage constant current<br>・Rest time : 20 min. between charging and discharging<br>・Discharging : 3030mA to 2.5V<br>・Fast Charging : 1-5, 51-55, 101-105, 151-155, 201-205, 251-255,<br>                  301-305, 351-355, 401-405, 451-455 cycles<br>   step 1.  3120mA,4.062V end constant current<br>   step 2.  4.2V,909mA,61mA end Constant voltage constant cur<br>・Temperature : 25℃ | Technical target :<br>TBDmAh or more |
| 12. Storage | The capacity is measured by standard discharging<br>at 25℃ after the below condition.<br>Charged battery should be stored for 14 days at 60℃ then perform<br>standard discharging and standard charging cycles for 2 cycles. | 2727mAh or more. |
| | The capacity is measured by standard discharging<br>at 25℃ after the below condition.<br>Charged battery should be stored for 1year at 25℃ then<br>perform standard discharging and standard charging cycles for 2 cycles. | 2727mAh or more. |
| | The capacity is measured by standard discharging<br>at 25℃ after the below condition.<br>Discharged battery should be stored for 14 days at 60℃ then<br>perform standard charging cycles for 1 cycles. | 2727mAh or more. |
| 13. Leakage | After quick charging at 25℃ , the cell shall be left in a<br>thermostatic oven.The inner temperature of the<br>thermostatic oven,the time it is to be left as is, and<br>the test procedure shall be as follows.<br>Step 1 : Leave the cell at 75±2℃ for four hours.<br>Step 2 : Change the temperature to 20±5℃ within 30<br>          minutes and left the equipment for two hours.<br>Step 3 : Change the temperature to -20±2℃ within 30<br>          minutes and the equipment shall be left for<br>          four hours.<br>Step 4 : Change the temperature to 20±5℃ within 30<br>          minutes and left the equipment for at least<br>          two hours.<br>Step 5 : Steps 1 to 4 repeat another four times.<br>Store the charged cells at 20±5℃ for seven days,<br>  and then conduct a visual inspection. | No leakage. |

HIGHLY CONFIDENTIAL
TESLA-00006318

| 14. Vibration | Vibrate the cell in triaxial direction for 90 min. per axis in condition of frequency 10-55Hz (1Hz per 1 min.) and amplitude 1.52mm p-p. | No fire. No explosion. |
|---|---|---|
| 15. Shock Drop | Drop the cell onto concrete board from 1m height 3 times. | No fire. No explosion. |
| 16. Short Circuit | ・ Short circuit the lead wire (resistance 80±20mΩ or under) across + and - terminals of the cell after standard charging. ・ Temperature : 25℃ | No fire. No explosion. Test : every lot Report : once a Quarter |
| 17. Over charge | ・ Continuously charged at 909mA, 12V (maximum voltage) after standard charging. ・ Temperature : 25℃ | No fire. No explosion. Test : every lot Report : once a Quarter |
| 18. Hot Box 〈Only for reference〉 Panasonic is not specified with this item, but Panasonic submits tested data to Tesla once a quarter. | ・ Charging : 4.2V, 909mA, 61mA end Constant voltage constant current ・ Temperature : 130℃ | No fire. No explosion. Test : once a month Report : once a Quarter |
| 19. Impact 〈Only for reference〉 Panasonic is not specified with this item, but Panasonic submits tested data to Tesla once a quarter. | ・ Charging : 4.2V, 909mA, 61mA end Constant voltage constant current ・ Weight : 9.1kg Height 61cm ・ Temperature : 25℃ | No fire. No explosion. Test : once a month Report : once a Quarter |
| 20. Radiant heater 〈Only for reference〉 Panasonic is not specified with this item, but Panasonic submits tested data to Tesla once a quarter. | ・ Charging : 4.2V, 909mA, 61mA end Constant voltage constant current ・ Temperature : 600℃ | Rapture Area 4mm2 (=2mmx2mm) Report : once a Quarter |

※ Panasonic will report immediately if there is an issue.

6. Product drawing
   Refer to appended drawing.

7. Packing drawing
   Refer to appended drawing.

8. Packing state
   Charging capacity of delivered cells is about 1113mAh.

9. Warranty of cell
   Refer to the supply agreement.

10. Two Dimensional Code of cell
    Refer to the appended drawing.
    10.1 Data: Included data in csv file:

|  | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|---|
|  | Cell ID | Date/Time | Temperature/℃ | Cell OCV/V | AC-IR/mΩ | Capacity/mAh | Cell Code | Assembly Lot |
| e.g. | ××××× ×××××××× | ×××××××× ×××× | ×××× | ×××××× | ××××× | ×××× | ××× ×××××××× | ×××××××× |

   i. Column 1 shall contain the unique cell serial number from the 2D barcode
   ii. Column 2 shall contain the date and time of the Panasonic cell voltage measurement. The time shall be accurate to +/-1 hour.
   iii. Column 3 shall contain the atmospheric temperature which is measured at Panasonic OCV measurement process.
   iv. Column 4 shall contain the open-circuit voltage measurement of the cell. See sections 10.3-10.5
       for details on the accuracy and repeatability of this measurement.
   v. Column 5 shall contain the cell AC-IR which is measured by Panasonic production line.
   vi. Column 6 shall contain the cell capacity which is measured by Panasonic production line.
   vii. Column 7 shall contain the cell code type.
   viii. Column 8 shall contain the Assembly Lot code. The format of this code shall be as follows:
       [YYMMDD-LS]
         Where YY is the 2 digit year (e.g. '11' for 2011), MM is the 2 digit month (1-12), DD is the 2 digit day (1-31),
         L is the alpha-numeric code for the production line and S is the code for the production shift (e.g. C2 is line C, shift 2).
   ix. Any duplicate entries for a cell serial number will be identical to each other.
   x. Each Assembly Lot code will have a unique cell type (e.g. NCR18650BB) associated with it.
   xi. Data files shall be sent to Tesla within 2 days before reaching TESLA.

   10.2 Readability: Two Dimensional Code of shipped cell can be read by the following equipment:
       i. FZ3-H700
       ii. THIR-6200DDM-U
   10.3 Accuracy: Cell open-circuit voltage shall be measured to an accuracy of +/-0.0002V or better,
       1 year after calibration at +/-5 deg.C from room temperature.
   10.4 Calibration: Voltage meters shall be calibrated every 12 months, with calibration certificates available upon request.
   10.5 Repeatability: Repeatability testing shall be performed on voltage meter after calibration and by special request.
       Testing will include 3 repeated voltage measurements on each of 10 cells.
       The maximum measurement range for each cell tested must be less than 0.0001V.
   10.6 Meter Change: Panasonic shall alert Tesla prior to changing the make or model of voltage meter.
   10.7 Uniqueness: Two Dimensional Code of shipped cell does not duplicate.
   10.8 Resolution: Cell open-circuit voltage shall be measured with a resolution of 10μV at the applicable voltage Range.