# EXHIBIT D

| | |
|---|---|
| **From**: | Joseph Constantino [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02881995F4D346BEAC04E2B635ABF213-JOSEPH ALEX] |
| **Sent**: | 5/11/2018 1:02:26 PM |
| **To**: | Ryan McCarthy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=71405f90e68d4364960173e67eae442f-Ryan McCart] |
| **Subject**: | FW: Regards To Speed Limiter! - P62693 |

Please find below the entire thread beginning March 5th.

**From:** Joseph Constantino
**Sent:** Tuesday, March 06, 2018 10:02 AM
**To:** Jonathan Ordonez <JOrdonez@tesla.com>; Aaron Smith <aarsmith@tesla.com>
**Subject:** RE: Regards To Speed Limiter! - P62693

Much appreciated!!

**From:** Jonathan Ordonez
**Sent:** Tuesday, March 06, 2018 10:02 AM
**To:** Aaron Smith <aarsmith@tesla.com>; Joseph Constantino <jconstantino@tesla.com>
**Subject:** RE: Regards To Speed Limiter! - P62693

Awesome,

Speed limiter set via Teleforce with my level access.

Thank you guys!!!!

**From:** Aaron Smith
**Sent:** Tuesday, March 06, 2018 9:24 AM
**To:** Joseph Constantino <jconstantino@tesla.com>; Jonathan Ordonez <JOrdonez@tesla.com>
**Subject:** Re: Regards To Speed Limiter! - P62693

I am currently driving down to Dania so it will be a while before I can get it done.  Anyone with teleforce level 2 can do it if it needs to be done asap.
Thanks,
Aaron

Get Outlook for iOS

TESLA-00000332

**From:** Joseph Constantino
**Sent:** Tuesday, March 6, 2018 9:20:40 AM
**To:** Jonathan Ordonez; Aaron Smith
**Subject:** RE: Regards To Speed Limiter! - P62693

Yes sir I got firm authorization from this customer. They want it as a safety pre-caution for their children in High school who will be the primary drivers of these vehicles now. This will be the second Tesla of theirs we will limit (great life for these 11th and 12th graders lol).

Thank you!

---

**From:** Jonathan Ordonez
**Sent:** Tuesday, March 06, 2018 9:19 AM
**To:** Aaron Smith <aarsmith@tesla.com>; Joseph Constantino <jconstantino@tesla.com>
**Subject:** RE: Regards To Speed Limiter! - P62693

Hi team,

https://toolbox.teslamotors.com/sessions/355553 this is the session for Jenny Model S.

Now, on this article it says that we shouldn't have customers vehicles with speed limiter on. Just a heads up. Clink the link for more information on this.

Joey if you approve and got authorization, then Aaron can do it OTA via Teleforce.

Regards,

Jonathan

---

**From:** Aaron Smith
**Sent:** Monday, March 05, 2018 6:40 PM
**To:** Joseph Constantino <jconstantino@tesla.com>; Jonathan Ordonez <JOrdonez@tesla.com>
**Subject:** Re: Regards To Speed Limiter! - P62693

Sure. Just let me know when the case is open and i can take care of it.
Thanks,
Aaron

Get Outlook for iOS

TESLA-00000333

**From:** Joseph Constantino
**Sent:** Monday, March 5, 2018 6:29:54 PM
**To:** Jonathan Ordonez; Aaron Smith
**Subject:** Regards To Speed Limiter! - P62693

Hi Team,

Jenny Riley, one of our VIP customers just reached out, and would like to speed limit another one of their Tesla's. They have their 6th Tesla on order, and handed down another Model S to one of their children in 11th grade.

We have done this already for their other Model S (VIN S00806) , and **they would like to speed limit another VIN P62693.**

Jonny – can we please create a case for P62693 to have the speed limiter added to this VIN?

Aaron – can we confirm this once it is completed?

It is a huge safety precaution for this family and are huge Tesla advocates. Please let me know if there is anything I can do on my end!

Thanks a ton!

**Best,**

**Joseph Constantino | Delivery Advisor | Southeast**
1949 Tigertail Boulevard Dania Beach, FL 33004 | Tesla
Main – 754-816-3069 | Fax - 754-816-3076
Email – jconstantino@tesla.com

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

TESLA-00000334