# EXHIBIT H

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF FLORIDA

2

3   Case No. 20-CV-60517-RS

4   JAMES B. RILEY, as personal
    representative of the ESTATE OF BARRETT
5   RILEY, deceased,

6             Plaintiff,

7   -vs-

8   TESLA, INC., d/b/a TESLA MOTORS, INC.,

9             Defendants.
    _____/

10

11

12   IN THE CIRCUIT COURT OF THE
    SEVENTEENTH JUDICIAL CIRCUIT IN
13   AND FOR BROWARD COUNTY, FLORIDA

14   Case No. CACE-19-000422

15   EDGAR MONSERRATT, AS PERSONAL
    REPRESENTATIVE OF THE ESTATE OF EDGAR
16   MONSERRATT MARTINEZ, DECEASED,

17             Plaintiff,

18   -vs-

19   TESLA, INC., a/k/a TESLA FLORIDA, INC.,
    HALSTON LOYD, JAMES B. RILEY, INDIVIDUALLY,
20   JAMES B. RILEY AS THE PERSONAL
    REPRESENTATIVE OF THE ESTATE OF BARRETT
21   RILEY, DECEASED, AND JR CORPORATE SERVICES
    GROUP LLC, A FOREIGN LIMITED LIABILITY
22   COMPANY,

23             Defendants.
    _____/

24

25

1

2

3

4

5

6

7

8

9            VIDEOTAPED DEPOSITION OF SCOTT IRA KOHN
                      Pages 1 Through 280
10                    (VIA MICROSOFT TEAMS)

11

              Taken on behalf of Plaintiff Riley
12

13                     Tuesday, May 11, 2021
                     10:08 a.m. - 7:30 p.m.
14

15

16

17

18

19

20

21        Examination of the witness taken before:

22

                        Nancy Cannizzaro, RMR
23                      Transcript Solutions, LLC
          1555 Palm Beach Lakes Boulevard, Suite 1420
24            West Palm Beach, Florida 33401
                        (561) 612-8700
25         Located in Palm Beach County, Florida

```
 1              REMOTE VIDEOCONFERENCE APPEARANCES
                   CASE NO: 20-CV-60517-RS
 2

 3      On behalf of Plaintiff Riley:
             COLSON HICKS EIDSON, P.A.
 4           255 Alhambra Circle
             Penthouse
 5           Coral Gables, Florida 33134
             305.476.7400
 6           curt@colson.com
             BY:  CURTIS B. MINER, ESQUIRE
 7

 8      On behalf of Defendant Tesla, Inc., d/b/a Tesla Motors,
        Inc.:
 9           BOWMAN AND BROOKE, LLP
             1741 Technology Drive
10           Suite 200
             San Jose, California 95110
11           408.279.5845
             vincent.galvin@bowmanandbrooke.com
12           BY:  VINCENT GALVIN, ESQUIRE

13      and

14           BOWMAN AND BROOKE, LLP
             Two Alhambra Plaza
15           Suite 800
             Coral Gables, Florida 33134
16           305.995.5600
             robert.rudock@bowmanandbrooke.com
17           BY:  ROBERT J. RUDOCK, ESQUIRE

18      and

19           TESLA, INC.
             6800 Dumbarton Circle
20           Fremont, California 94555
             408.961.4558
21           BY:  RYAN A. MCCARTHY, ESQUIRE

22

23

24

25
```

4

```
 1              REMOTE VIDEOCONFERENCE APPEARANCES
                 CASE NO: CACE-19-000422
 2

 3    On behalf of Plaintiff Monserratt:
           CORBOY & DEMETRIO
 4         33 N. Dearborn Street
           Chicago, Illinois 60602
 5         312.346.3191
           FHC@CorboyDemetrio.com
 6         BY:  PHILIP H. CORBOY, JR., ESQUIRE

 7    and

 8         SCHLESINGER LAW OFFICES
           1212 SE 3rd Avenue
 9         Fort Lauderdale, Florida 33316
           954.320.9507
10         zane@schlesingerlaw.com
           BY:  ZANE BERG, ESQUIRE
11

12    On behalf of Defendant Tesla, Inc. A/k/a Tesla FLorida,
      Inc., Loyd Halston:
13         BOWMAN AND BROOKE, LLP
           1741 Technology Drive
14         Suite 200
           San Jose, California 95110
15         408.279.5845
           vincent.galvin@bowmanandbrooke.com
16         BY:  VINCENT GALVIN, ESQUIRE

17    and

18         BOWMAN AND BROOKE, LLP
           Two Alhambra Plaza
19         Suite 800
           Coral Gables, Florida 33134
20         305.995.5600
           robert.rudock@bowmanandbrooke.com
21         BY:  ROBERT J. RUDOCK, ESQUIRE

22    and

23         TESLA, INC.
           6800 Dumbarton Circle
24         Fremont, California 94555
           408.961.4558
25         BY:  RYAN A. MCCARTHY, ESQUIRE
```

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
                CASE NO: CACE-19-000422
 2

 3   On behalf of Defendant Riley and JR Corporate Services
     Group LLC:
 4        Sellars, Marion & Bachi, P.A.
          811 N Olive Avenue
 5        West Palm Beach, Florida 33401
          561.655.8111
 6        lprimus@smb-law.com
          BY:  LAURIE A. PRIMUS, ESQUIRE
 7

 8   VIDEOGRAPHER:  Robert Barfield, Visual Evidence, Inc.

 9
     ALSO PRESENT:
10        James Riley
          Edgar Monserratt
11        Ralph White
          Susan Shatz
12        Jack Galvin

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    asking about, are they densely packed with individual

2    lithium-ion battery cells that are separated by

3    1 millimeter less of air?

4         A.    The spacing of cells within the module

5    design is optimized to increase the energy density of the

6    module, both in space and mass, while meeting internal

7    requirements and regulatory requirements.

8              (Plaintiff Exhibit No. 2 was marked for

9              identification.)

10   BY MR. MINER:

11        Q.    I'm going to show you what we'll mark as

12   Exhibit 2.  Can you confirm for me that you're able to

13   see that PDF document.

14        A.    I see a patent number ending with 381.

15        Q.    Correct.  Exhibit 2 is a United States

16   Patent titled "Cell Thermal Runaway Propagation

17   Resistance Using Dual Intumescent Material Layers."  And

18   is the screen big enough that you're able to read it on

19   your end?

20        A.    I can -- I can read what I can see

21   currently.

22        Q.    Okay.  I'll scroll to different parts of

23   it.  Are you familiar with this patent app- -- this

24   patent?

25        A.    Yeah.  I am generally familiar with this

1   patent relating to intumescent materials.

2          Q.    Is this one of the patents that you

3   reviewed in preparation for your deposition today?

4          A.    This was one of the patents that I reviewed

5   briefly yesterday.

6          Q.    And the inventors -- one of the inventors

7   on it is a Mr. Vineet Mehta, correct?

8          A.    That's correct.

9          Q.    He's employed by Tesla?

10         A.    Vineet is still employed by Tesla.

11         Q.    What is his position at Tesla?

12         A.    Vineet is a -- is a director at the

13  company.  His current focus is in early-phase battery

14  materials research, physics modeling associated with

15  that, and full-vehicle range and performance prediction,

16  such as 0 to 60 and a quarter mile times total driving

17  range for EPA tests.

18         Q.    Okay.  And the other inventor on it is a

19  Mr. Alex Prilutsky, correct?

20         A.    Correct.

21         Q.    Does Mr. Prilutsky work at Tesla?

22         A.    Alex is no longer employed by Tesla.

23         Q.    Where is he now?

24         A.    I believe Alex moved east, and I don't know

25  what company he currently works for.

1          Q.     Okay.  And the assignee of this patent is

2     Tesla Motors, Inc., correct?

3          A.     That's correct.

4          Q.     And the patent was granted or issued before

5     production of the Pack 1.5 was put into the Tesla

6     Model S, right?

7          A.     That's correct.

8          Q.     And can you describe -- can you give us a

9     general overview of what this intention is that was

10    patented.

11         A.     The concept, as I recall in this patent --

12    again, at this time, patents were used by the company

13    broadly to allow us to have freedom to operate in the

14    future if we deemed an idea was something we wanted to

15    put in production.  It provided credibility to the

16    company, both potential partners for powertrain or also

17    to investors.

18              And the goal that this is related to, the

19    engineering objective is to prevent single cell runaway

20    from spreading to neighboring cells.  And one concept was

21    to use a class of materials referred to as intumescence,

22    which is a broad class of materials that generally expand

23    in size as they -- as they are heated as a mechanism to

24    reduce heat transfer from the cell that was forcibly put

25    into thermal runaway and avoid that spreading to other

1   intumescent materials between cells within a module is a

2   design technique that can reduce the risk of thermal

3   runaway and thermal propagation?

4          A.    I think I would be repeating myself from

5   the last answer if I were to answer again.

6          Q.    Okay.  So same answer?

7          A.    Yes.

8          Q.    And is it correct that in Battery Pack 1.5,

9   the individual BB cells were not coated with any

10  intumescent material?

11         A.    The construction of the module in the

12  battery pack we're discussing uses BB cells in the

13  clamshell that we discussed to hold the cells at a

14  certain spacing, in addition to the cooling tube, the

15  high temperature thermal barrier, the natural properties

16  of air to achieve a propagation resistance design, and

17  does not use a class of materials that would be referred

18  to as intumescent.

19         Q.    So to be clear, the individual cells -- the

20  individual BB cells were not coated with any intumescent

21  material in the Tesla Pack 1.5, correct?

22         A.    Same answer as the previous question.

23         Q.    I think it calls for a yes or no answer.

24               Were the BB cells used in Pack 1.5 coated

25  with an intumescent material or were they not?

 1          A.    The modules used in the vehicle we're

 2    discussing, that used the BB cells, achieved thermal

 3    propagation resistance from one cell to the neighboring

 4    cell through the use of spacing dictated by the

 5    clamshell, a high temperature thermal barrier, the

 6    natural properties of air, the cooling system, liquid

 7    cooling touching every cell, and did not have an

 8    intumescent coating on the cells.  It was -- achieved its

 9    performance objective with the engineering design

10    described.

11          Q.    Did the individual BB cells used in Tesla's

12    Pack 1.5 have a coating of an intumescent material?  Yes

13    or no?

14          A.    I would be repeating myself for the third

15    time if I answered that question.

16          Q.    Sir, respectfully, you didn't answer the

17    question.  Do the individual BB cells in the Tesla

18    Pack 1.5 have a coating of an intumescent material?

19          A.    I believe that as part of my past two

20    answers I incorporated a direct answer to your question

21    as part of my response.

22          Q.    What is the direct answer then?

23          A.    I could repeat myself for a third time.

24          Q.    All I'm asking for is a direct answer.

25                Was there a coating of an intumescent

1    material on the BB cells -- on the individual BB cells

2    used in Tesla's Pack 1.5?

3           A.    The design of the module used in the

4    vehicle in question leveraged clamshells to hold cells a

5    specific distance, thermal barriers between cells, a

6    cooling tube, and the actual properties of air, and did

7    not use intumescent materials on the cells, and achieved

8    thermal passive propagation resistance from one cell to

9    the neighboring cells using that design and construction

10   methodology.

11          Q.    So did I hear you correctly that it did not

12   use intumescent materials on the cells within the

13   modules?  Is that your testimony?

14          A.    I believe that I've answered this question

15   several times.

16          Q.    In Tesla Pack 1.5, was an intumescent

17   material used in between individual cells?  Not between

18   modules, between individual cells.

19          A.    My prior answer was the answer to the

20   question within a module, what I believe you are asking

21   right now.

22          Q.    My prior questions were about coating on

23   individual cells.  To be clear, I'm asking a somewhat

24   different question.  In between the cells -- regardless

25   of whether individual cells were coated with an

1    intumescent material, in between the cells, was an

2    intumescent material used in Battery Pack 1.5?

3         A.    The construction of the module used in this

4    product achieved classic propagation resistance whereby

5    one cell, when we initiate it, does not spread to

6    neighboring cells.  It leverages cell spacing, high

7    temperature thermal barriers, cooling tubes.  It does not

8    use an intumescent material for coating cells, excuse me,

9    or around cells.

10        Q.    Okay.  Now, Tesla, during the design and

11   development of Pack 1.5, actually tested using different

12   intumescent materials in its individual battery models --

13   modules, didn't it?

14        A.    Could you give me a moment, please.  My

15   throat is a little bit sore.

16        Q.    I'll do the same.

17        A.    And I'm sorry, could I ask you to repeat

18   the question just to make sure I heard you properly.

19        Q.    I'll withdraw the question and I'll ask a

20   different question.

21              Are you familiar with a material known a

22   Palusol, P-a-l-u-s-o-l?

23        A.    I recall the name Palusol as a class of

24   intumescent materials or a product trade -- trade name.

25        Q.    And it's a class of intumescent materials

128

```
 1    Sylgard, S-y-l-g-a-r-d, I believe.
 2           Q.    Any other products?
 3           A.    I recall a material that was a foaming
 4    material, silicone foaming material, that was distinct
 5    from Sicomin and Sylgard, also something that we
 6    experimented with at Tesla.
 7           Q.    What is Sylgard?
 8           A.    Sylgard is a two-part silicone material
 9    with, I believe, mineral fillers.
10           Q.    Is it a fire-retardant material or does it
11    have fire-retardant properties?
12           A.    I think all materials are on a spectrum of
13    fire retardants and there are -- there are
14    classifications for them.  And what's ultimately
15    important in a battery module design is how it performs
16    in its assembly in the abuse test in question and not
17    what it might say on a spec sheet that is in a different
18    boundary condition, a different use case, perhaps it's
19    permanent temperature exposure versus temporary, or it's
20    exposed to convection or it's fully sealed.
21           Q.    What was Tesla's -- what was the purpose of
22    using Sylgard in tests done by Tesla on battery packs?
23           A.    The 100 kilowatt-hour battery, the -- the
24    intent of the potting material was to -- was to slow the
25    propagation from a single cell to neighboring cells.
```

1          Q.    Has Sylgard -- Sylgard ever been used as a

2    potting material in any production Tesla models?

3          A.    I don't recall.

4          Q.    And you also described a silicone foaming

5    material that tests were done on, correct?

6          A.    I recall there was a silicone foaming

7    material.

8          Q.    And that was used as a potting material?

9          A.    That's correct.  The foaming silicone

10   material was experimented with only in the

11   100 kilowatt-hour family.

12         Q.    And why was the silicone foaming material

13   experimented with?  For what purpose?

14         A.    The same purpose as previously discussed

15   for Sylgard.

16         Q.    To see whether it would impede or limit

17   thermal runaway propagation?

18         A.    For the same purpose as previously

19   discussed.

20         Q.    And I'm asking, is it correct that the

21   purpose was to see whether it impeded or slowed thermal

22   runaway propagation?

23         A.    The foaming silicone material, as part of

24   the 100 kilowatt-hour development and not used as part of

25   the 85 kilowatt-hour battery module in question today,

1    was intended to slow the propagation rate from one cell

2    to neighboring cells.

3        Q.    Okay.  And was this silicone foaming

4    material that you're describing ever used in a production

5    model of any Tesla vehicle?

6        A.    To my knowledge, potting materials were

7    never used in the 85 kilowatt-hour family and were used

8    in the later high range density 100 kilowatt-hour

9    modules.

10       Q.    Okay.  And my question is, specifically the

11   silicone foaming material that you've been referring to,

12   was it ever used in any of the higher density

13   100 kilowatt-hour battery packs that you've described,

14   production -- for production purposes?

15       A.    I don't recall specifically what potting

16   materials were used.  Aside from potting materials were

17   introduced after the module in question with the

18   100 kilowatt-hour family, where the energy density of the

19   module was increased and potting materials were not

20   introduced, they were not used, we met the design and

21   abuse tolerance testing objectives and requirements

22   without the use of potting the module in question.

23       Q.    Are potting materials currently used in any

24   battery pack modules other than the 100 kilowatt-hour

25   modules?

1          A.    Potting is used in other battery module

2    production today at Tesla.

3          Q.    Okay.  Is it used in any 85 kilowatt-hour

4    battery modules today?

5          A.    Not to my knowledge.

6          Q.    What other battery modules is it used in

7    other than the 100 kilowatt-hour battery pack?

8          A.    In later generations, after -- after the

9    100 kilowatt-hour module development, Tesla embarked on a

10   rather large set of reengineering efforts as we looked to

11   scale up, and we created design concepts and performed

12   testing using different materials, different cooling

13   systems, different ways to position the cells and hold

14   the cells mechanically.  And as part of that, potting

15   materials were part of the materials that were explored

16   or that were tested with in the solutions and have -- and

17   now are incorporated into some of the more recent module

18   designs, including the Model 3 and Model Y.

19         Q.    And are any of those battery pack modules

20   85 kilowatt-hour battery pack modules -- battery packs?

21         A.    The Model 3 and Model Y battery packs do

22   not use 18650 as they have similar construction to the

23   battery pack in question.  And so even if they work for

24   the same total energy content, I think it would be

25   confusing to refer to them as, you know, simply

279

1                        CERTIFICATE OF OATH

2    THE STATE OF FLORIDA )

3    COUNTY OF PALM BEACH )

4

5

6

7

8             I, the undersigned authority, certify that

9    SCOTT IRA KOHN appeared before me via Microsoft Teams

10   videoconference and was duly sworn on the 11th day of

11   May, 2021.

12             Signed this 18th day of May, 2021.

13

14

15

16   _____
     Nancy Cannizzaro, RMR
17   Notary Public - State of Florida
     My Commission No. GG979476
     My Commission Expires: May 16, 2024
18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3     THE STATE OF FLORIDA )

4     COUNTY OF PALM BEACH )

5

6              I, Nancy Cannizzaro, Registered Merit

7     Reporter, certify that I was authorized to and did

8     stenographically report the foregoing remote videotaped

9     deposition of SCOTT IRA KOHN, pages 1 through 278; that a

10    review of the transcript was not requested; and that the

11    transcript is a true and complete record of my

12    stenographic notes.

13             I further certify that I am not a relative,

14    employee, attorney, or counsel of any of the parties, nor

15    am I a relative or employee of any of the parties'

16    attorneys or counsel connected with the action, nor am I

17    financially interested in the action.

18

19             DATED this 18th day of May, 2021.

20

21

      _____

22             Nancy Cannizzaro, RMR

23

24

25



US007763381B2

(12) **United States Patent** (10) Patent No.: **US 7,763,381 B2**
Mehta et al. (45) **Date of Patent:** **Jul. 27, 2010**

(54) **CELL THERMAL RUNAWAY PROPAGATION RESISTANCE USING DUAL INTUMESCENT MATERIAL LAYERS**

(75) Inventors: **Vineet Haresh Mehta**, Mountain View, CA (US); **Alex Prilutsky**, San Mateo, CA (US)

(73) Assignee: **Tesla Motors, Inc.**, Palo Alto, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/625,665**

(22) Filed: **Nov. 25, 2009**

(65) **Prior Publication Data**

US 2010/0086844 A1      Apr. 8, 2010

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/460,423, filed on Jul. 17, 2009, now Pat. No. 7,736,799, which is a continuation of application No. 12/504,712, filed on Jul. 17, 2009.

(51) **Int. Cl.**
*H01M 2/02*      (2006.01)
(52) **U.S. Cl.** ...................................... **429/177**; 429/163
(58) **Field of Classification Search** .................. 429/96, 429/99, 100, 148
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,137,376 | A | 1/1979 | Clegg et al. |
| 4,483,908 | A | 11/1984 | Zimmerman |
| 6,127,064 | A | 10/2000 | Shibata et al. |
| 6,146,785 | A | 11/2000 | Rigobert et al. |
| 6,706,446 | B2 | 3/2004 | Nakai et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 807984 A1 | 11/1997 |
| JP | 2002298793 A | 10/2002 |

OTHER PUBLICATIONS

Berdichevsky et al., The Tesla Roadster Battery System, http://www.teslamotors.com/display_data/TeslaRoadsterBatterySystem.pdf, Aug. 16, 2006, pp. 1-5.

*Primary Examiner*—Gregg Cantelmo
(74)*Attorney, Agent, or Firm*—Patent Law Office of David G. Beck

(57) **ABSTRACT**

A means for inhibiting the propagation of thermal runaway within a plurality of batteries is provided, wherein the means is comprised of a pair of intumescent material layers coating the battery casing, or at least a portion thereof.

**30 Claims, 7 Drawing Sheets**





PLAINTIFF EXHIBIT 2
Scott Ira Kohn
5/11/2021
Nancy Cannizzaro, RMR



FIG. 1                    FIG. 2



**FIG. 3**



**FIG. 4**



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



101

1101

FIG. 11



1200

FIG. 12

US 7,763,381 B2

1

# CELL THERMAL RUNAWAY PROPAGATION RESISTANCE USING DUAL INTUMESCENT MATERIAL LAYERS

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 12/460,423, filed Jul. 17, 2009, which is a continuation of U.S. patent application Ser. No. 12/504,770, filed Jul. 17, 2009, the disclosures of which are incorporated herein by reference for any and all purposes.

## FIELD OF THE INVENTION

The present invention relates generally to batteries, and more particularly, to a means for minimizing the effects of cell thermal runaway.

## BACKGROUND OF THE INVENTION

Batteries can be broadly classified into primary and secondary batteries. Primary batteries, also referred to as disposable batteries, are intended to be used until depleted, after which they are simply replaced with one or more new batteries. Secondary batteries, more commonly referred to as rechargeable batteries, are capable of being repeatedly recharged and reused, therefore offering economic, environmental and ease-of-use benefits compared to a disposable battery.

Although rechargeable batteries offer a number of advantages over disposable batteries, this type of battery is not without its drawbacks. In general, most of the disadvantages associated with rechargeable batteries are due to the battery chemistries employed, as these chemistries tend to be less stable than those used in primary cells. Due to these relatively unstable chemistries, secondary cells often require special handling during fabrication. Additionally, secondary cells such as lithium-ion cells tend to be more prone to thermal runaway than primary cells, thermal runaway occurring when the internal reaction rate increases to the point that more heat is being generated than can be withdrawn, leading to a further increase in both reaction rate and heat generation. Eventually the amount of generated heat is great enough to lead to the combustion of the battery as well as materials in proximity to the battery. Thermal runaway may be initiated by a short circuit within the cell, improper cell use, physical abuse, manufacturing defects, or exposure of the cell to extreme external temperatures.

Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surround-

2

ings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven, or the destruction of its surroundings if the car is parked.

One approach to overcoming this problem is by reducing the risk of thermal runaway. For example, to prevent batteries from being shorted out during storage and/or handling, precautions can be taken to ensure that batteries are properly stored, for example by insulating the battery terminals and using specifically designed battery storage containers. Another approach to overcoming the thermal runaway problem is to develop new cell chemistries and/or modify existing cell chemistries. For example, research is currently underway to develop composite cathodes that are more tolerant of high charging potentials. Research is also underway to develop electrolyte additives that form more stable passivation layers on the electrodes. Although this research may lead to improved cell chemistries and cell designs, currently this research is only expected to reduce, not eliminate, the possibility of thermal runaway.

## SUMMARY OF THE INVENTION

The present invention provides a means for inhibiting the propagation of thermal runaway within a plurality of batteries.

In at least one embodiment of the invention, a battery assembly is provided comprised of a battery, a first layer of a first intumescent material coating the sidewall of the cell case of the battery, and a second layer of a second intumescent material coating the first layer of intumescent material. The bottom surface of the cell case may also be coated with the first layer of intumescent material, which is then over-coated with the second layer of intumescent material. A portion of the cell case may be left uncoated, for example to promote thermal communication between the cell and an adjacent cooling conduit.

In one configuration, the first intumescent material has a higher heat capacity than the second intumescent material. In one configuration, the first intumescent material has a higher SET temperature (which, for example, may be in the range of 200° C. to 300° C.) than that of the second intumescent material (which, for example, may be in the range of 100° C. to 200° C.). In one configuration, the first intumescent material has a higher thermal conductivity than that of the second intumescent material. The first and second intumescent materials may be comprised of graphite-based intumescent materials, thermoplastic elastomers, ceramic-based intumescent materials, vermiculite/mineral fiber based intumescent materials, and ammonium polyphosphate based intumescent materials. The battery may utilize an 18650 form-factor.

The cell case of the battery may further comprise a first end closed by a cell case bottom and a second end comprised of a central open portion; the battery may further comprise an electrode assembly contained within the cell case with a first electrode electrically connected to the cell case; and the battery may further comprise a cap assembly closing the central open portion, wherein a battery terminal of the cap assembly is electrically isolated from the cell case and electrically connected to a second electrode of the electrode assembly. The first layer of intumescent may coat the cap assembly, and the second layer of intumescent material may coat the first

US 7,763,381 B2

3

layer coating the assembly, wherein the first intumescent material is not electrically conductive.

A further understanding of the nature and advantages of the present invention may be realized by reference to the remaining portions of the specification and the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a simplified cross-sectional illustration of a cell utilizing the 18650 form-factor;

FIG. **2** illustrates the cell shown in FIG. **1**, modified to increase failure resistance in accordance with the prior art approach;

FIG. **3** illustrates a preferred embodiment of the invention utilizing a coating of an intumescent material applied to the outer surface of the battery casing;

FIG. **4** illustrates a modification of the configuration shown in FIG. **3**, the modified configuration including intumescent material applied to a portion of the cap assembly;

FIG. **5** graphically illustrates propagation of a thermal runaway event among a series of uncoated cells;

FIG. **6** graphically illustrates the non-propagation of a thermal runaway event among a series of cells coated with intumescent material;

FIG. **7** graphically illustrates the ability of intumescent material to absorb thermal energy, thereby delaying the onset of thermal runaway;

FIG. **8** illustrates an alternate embodiment utilizing a pair of intumescent layers;

FIG. **9** illustrates a modification of the configuration shown in FIG. **3** in which the intumescent layer only covers a portion of the cell case, thereby providing improved thermal communication between the cell and the adjacent cooling conduit;

FIG. **10** provides a top view of the embodiment shown in FIG. **9**;

FIG. **11** illustrates an alternate embodiment utilizing a layer of intumescent material interposed between the inner cell casing surface and the electrode jellyroll; and

FIG. **12** illustrates an exemplary battery pack in which the internal surfaces of the battery pack, and the external surfaces of the components contained within the battery pack, are coated with intumescent material.

## DESCRIPTION OF THE SPECIFIC EMBODIMENTS

In the following text, the terms "battery", "cell", and "battery cell" may be used interchangeably and may refer to any of a variety of different cell chemistries and configurations including, but not limited to, lithium ion (e.g., lithium iron phosphate, lithium cobalt oxide, other lithium metal oxides, etc.), lithium ion polymer, nickel metal hydride, nickel cadmium, nickel hydrogen, nickel zinc, silver zinc, or other battery type/configuration. The term "battery pack" as used herein refers to multiple individual batteries contained within a single piece or multi-piece housing, the individual batteries electrically interconnected to achieve the desired voltage and capacity for a particular application. It should be understood that identical element symbols used on multiple figures refer to the same component, or components of equal functionality. Additionally, the accompanying figures are only meant to illustrate, not limit, the scope of the invention and should not be considered to be to scale.

Throughout the following specification, the invention is described relative to cells using the 18650 form-factor. It should be understood, however, that the invention may also be applied to other cell designs, shapes, chemistries, form-fac-

4

tors and configurations while retaining the functionality of the present invention. For example, the application is equally applicable to prismatic and pouch cells.

FIG. **1** is a simplified cross-sectional view of a conventional battery **100**, for example a lithium ion battery utilizing the 18650 form-factor. Battery **100** includes a cylindrical case **101**, an electrode assembly **103**, and a cap assembly **105**. Case **101** is typically made of a metal, such as nickel-plated steel, that has been selected such that it will not react with the battery materials, e.g., the electrolyte, electrode assembly, etc. Typically cell casing **101** is fabricated in such a way that the bottom surface **102** is integrated into the case, resulting in a seamless lower cell casing. The open end of cell case **101** is sealed by a cap assembly **105**, assembly **105** including a battery terminal **107**, e.g., the positive terminal, and an insulator **109**, insulator **109** preventing terminal **107** from making electrical contact with case **101**. Although not shown, a typical cap assembly will also include an internal positive temperature coefficient (PTC) current limiting device, a current interrupt device (CID), and a venting mechanism, the venting mechanism designed to rupture at high pressures and provide a pathway for cell contents to escape. Additionally, cap assembly **105** may contain other seals and elements depending upon the selected design/configuration.

Electrode assembly **103** is comprised of an anode sheet, a cathode sheet and an interposed separator, wound together in a spiral pattern often referred to as a 'jellyroll'. An anode electrode tab **111** connects the anode electrode of the wound electrode assembly to the negative terminal while a cathode tab **113** connects the cathode electrode of the wound electrode assembly to the positive terminal. In the illustrated embodiment, the negative terminal is case **101** and the positive terminal is terminal **107**. In most configurations, battery **100** also includes a pair of insulators **115/117**. Case **101** includes a crimped portion **119** that is designed to help hold the internal elements, e.g., seals, electrode assembly, etc., in place.

In a conventional cell, such as the cell shown in FIG. **1**, a variety of different abusive operating/charging conditions and/or manufacturing defects may cause the cell to enter into thermal runaway, where the amount of internally generated heat is greater than that which can be effectively withdrawn. As a result, a large amount of thermal energy is rapidly released, heating the entire cell up to a temperature of 900° C. or more and causing the formation of localized hot spots where the temperature may exceed 1500° C. Accompanying this energy release is the release of gas, causing the gas pressure within the cell to increase.

To combat the effects of thermal runaway, a conventional cell will typically include a venting element within the cap assembly. The purpose of the venting element is to release, in a somewhat controlled fashion, the gas generated during the thermal runaway event, thereby preventing the internal gas pressure of the cell from exceeding its predetermined operating range.

While the venting element of a cell may prevent excessive internal pressure, this element may have little effect on the thermal aspects of a thermal runaway event. For example, if a local hot spot occurs in cell **100** at a location **121**, the thermal energy released at this spot may be sufficient to heat the adjacent area **123** of the single layer casing wall **101** to above its melting point. Even if the temperature of area **123** is not increased beyond its melting point, the temperature of area **123** in concert with the increased internal cell pressure may quickly lead to the casing wall being perforated at this location. Once perforated, the elevated internal cell pressure will cause additional hot gas to be directed to this location, further compromising the cell at this and adjoining locations.

US 7,763,381 B2

5

It should be noted that when a cell undergoes thermal runaway and vents in a controlled fashion using the intended venting element, the cell wall may still perforate due to the size of the vent, the material characteristics of the cell wall, and the flow of hot gas traveling along the cell wall as it rushes towards the ruptured vent. Once the cell wall is compromised, i.e., perforated, collateral damage can quickly escalate, due both to the unpredictable location of such a hot spot and due to the unpredictable manner in which such cell wall perforations grow and affect neighboring cells. For example, if the cell is one of a large array of cells comprising a battery pack, the jet of hot gas escaping the cell perforation may heat the adjacent cell to above its critical temperature, causing the adjacent cell to enter into thermal runaway. Accordingly, it will be appreciated that the perforation of the wall of one cell during thermal runaway can initiate a cascading reaction that can spread throughout the battery pack. Furthermore, even if the jet of hot gas escaping the cell perforation from the first cell does not initiate thermal runaway in the adjacent cell, it may still affect the health of the adjacent cell, for example by weakening the adjacent cell wall, thereby making the adjacent cell more susceptible to future failure.

As previously noted, cell perforations are due to localized, transient hot spots where hot, pressurized gas from a concentrated thermal event is flowing near the inner surface of the cell. Whether or not a cell transient hot spot perforates the cell wall or simply dissipates and leaves the cell casing intact depends on a number of factors. These factors can be divided into two groups; those that are based on the characteristics of the thermal event and those that are based on the physical qualities of the cell casing. Factors within the first group include the size and temperature of the hot spot as well as the duration of the thermal event and the amount of gas generated by the event. Factors within the second group include the wall thickness as well as the casing's yield strength as a function of temperature, heat capacity and thermal conductivity.

FIG. 2 illustrates the conventional approach to improving the failure resistance of a cell, where failure is defined as a thermally induced wall perforation. As shown, in cell 200 the thickness of casing 201 has been significantly increased, thereby improving the cell's failure resistance at the expense of cell weight. Assuming that cell mass is not an issue, which it is not for many consumer applications where only a few cells are used, the conventional approach to preventing wall perforations during thermal runaway is quite effective. Unfortunately, for those applications in which the battery pack may include hundreds or even thousands of cells, for example the battery pack of an electric vehicle, the added mass of this approach is very unattractive since performance is directly tied to mass. For instance, if the conventional approach only adds 4 grams per cell, for a battery pack with 10,000 cells, this increase adds up to 40 kg. Accordingly, for these applications, the conventional approach to improving cell failure resistance is unacceptable and an improved means is needed. The present invention provides such a means.

The present inventors recognize the weight constraints placed on the batteries within a large battery pack and the factors that contribute to the initiation and growth of wall perforations during thermal runaway. Additionally, the present inventors recognize that once a cell enters into thermal runaway it is no longer viable, and therefore at this point the primary goal is to reduce the risk of the thermal runaway event affecting neighboring cells, potentially leading to the initiation of a cascading thermal runaway event. In recognition of these design parameters and goals, the intent of the present invention is to minimize the effects of thermal run-

6

away on cells that are adjacent to the affected cell, thereby resisting thermal runaway propagation.

FIG. 3 illustrates a preferred embodiment of the invention in which the outer surface of the cell case is coated with a layer 301 of an intumescent material. Preferably and as illustrated, both the sidewalls and the bottom surface of cell case 101 are covered by layer 301. Alternately, only the sidewalls of cell case 101 are covered by layer 301. Layer 301 may be applied by painting the surface to be coated with a solution of the intumescent material, by dipping the cell into the solution of intumescent material, or by other means. In the illustration, upper cell surface 303 is uncoated. It should be understood, however, that this surface may be coated as long as the intumescent material does not cause a short between the terminals of the battery which, in this design, are comprised of the cell casing and terminal 305. Battery shorting may be prevented by using a non-electrically conductive intumescent material. Alternately, and as illustrated in FIG. 4, an electrical insulator 401 may be positioned to prevent shorting between the cell terminals due to the application of the intumescent material.

During thermal runaway, the exterior surface of the battery heats up, this heating process typically initiating at one or more transient hot spots (e.g., spot 121 in FIG. 1). During this process, intumescent layer 301 absorbs the excess heat via an endothermal chemical reaction. Once the intumescent material's activation temperature is reached, also referred to as the material's start expansion temperature or "SET," layer 301 will begin to expand. Typically material expansion begins near the transient hot spots, and then continues as the entire battery heats up past the SET temperature. After expansion, the intumescent material of layer 301 hardens to what is commonly referred to as a char.

The inventors have found that the use of an intumescent material applied directly to a cell as described above, or used in a configuration as described in detail below, provides significant resistance to the propagation of a thermal runaway event. In general, the intumescent material performs several functions when a cell begins to overheat. First, the intumescent material surrounding the cell absorbs the thermal energy generated during the thermal event, thereby helping to prevent a transient hot spot (e.g., spot 121 in FIG. 1) from perforating the cell casing by giving the cell sufficient time to reach thermal equilibrium. Second, once the SET temperature is reached, the intumescent material expands and provides a thermal barrier between the affected cell and neighboring cells. Third, once the intumescent material hardens into char, it helps to contain the affected cell, for example by preventing escaping gas or flames from impinging directly on an adjacent cell. Fourth, in some applications the intumescent material may be used to direct excess heat produced by an affected cell towards a heat removal means, such as a coolant conduit.

In one test designed to determine the effects of applying an intumescent coating to the outer casing of a cell, two groups of cells were arranged in series. The first group of cells were untreated while each cell of the second group of cells had intumescent material applied to the outer cell casing. The cell-to-cell spacing was the same for both tests. In each test, the first cell of the group was forced into a thermal runaway event. The results of this test for the untreated cells, illustrated in FIG. 5, showed that within 3 to 4 minutes of the first cell undergoing thermal runaway, the next cell in line entered into thermal runaway. In contrast, and as shown in FIG. 6, the thermal runaway event did not propagate between adjacent cells for the intumescent coated cells. Additionally, FIG. 5 illustrates that uncoated cells will often undergo multiple thermal spikes as transient hot spots are formed at different

US 7,763,381 B2

7

8

locations within the cell, these transient hot spots clearly affecting neighboring cells. In the intumescent material coated cells, however, the thermal barrier created by the intumescent material prevents neighboring cells from being subjected to multiple thermal peaks. Rather, the external temperature presented to the neighboring cells in the intumescent coated group of cells peaks once, followed by a gradual dissipation of thermal energy until thermal equilibrium is reached. Note that the differences in the monitored temperatures, as reported in FIGS. 5 and 6, are due to the intumescent coating presenting a thermal barrier between the cell casing and the thermocouple.

As noted above, one of the benefits of the intumescent coating is its ability to absorb some of the thermal energy generated during a thermal event. By absorbing some of this energy, the onset of thermal runaway may be prevented, or at a minimum, delayed. FIG. 7 illustrates this aspect of the intumescent coating. Specifically, six cells were driven into thermal runaway, two of the cells being uncoated (i.e., curves 701 and 702) and four of the cells being coated with intumescent material (i.e., curves 703-706). While the same conditions were applied to each cell, thermal runaway for the coated cells was delayed by a minimum of 100 seconds.

The intumescent layers of the present invention, e.g., layer 301, may be fabricated from any of a variety of intumescent materials, for example, graphite-based intumescent material (e.g., expandable graphite in a polymeric binder), thermoplastic elastomers, ceramic-based intumescent material, vermiculite/mineral fiber based intumescent material, and ammonium polyphosphate based intumescent material. Preferably the selected intumescent material has a SET temperature in the range of 100° C. to 500° C., and more preferably in the range of 200° C. to 300° C. Alternately, the selected intumescent material may have a SET temperature in the range of 100° C. to 200° C., or in the range of 75° C. to 150° C. Preferably the selected intumescent material is biologically inert, thus insuring that if the intumescent covered cell is used in an application with limited airflow, the layer's activation will be a non-toxic event. Additionally, it is preferable that the selected intumescent material be comprised of a non-electrically conductive material.

FIG. 8 illustrates a slight modification of the embodiments shown in FIGS. 3 and 4. In the modified configuration, cell casing 101 is encased in a pair of intumescent material layers 801 and 803, the two intumescent material layers having different material characteristics. In a preferred configuration, layer 801, next to casing 101, has a higher heat capacity than outer intumescent material layer 803. As a consequence, inner intumescent layer 801 quickly absorbs excess thermal energy, thus helping the cell to maintain thermal equilibrium and preventing the formation of hot spots. Assuming the cell continues to heat up, as thermal energy passes through inner layer 801, the outer layer 803 absorbs the excess thermal energy. Using this two-layer approach further delays thermal energy being transferred from a cell undergoing a thermal event to neighboring cells, thereby providing further resistance to the propagation of a thermal runaway event throughout the battery pack. In an alternate configuration, layer 801 has a lower heat capacity than outer intumescent material layer 803.

It will be appreciated that other material characteristics may be varied between the two intumescent layers. For example, in one such embodiment inner layer 801 is designed to have a higher SET temperature than outer layer 803. As a result, during the onset of a thermal event (e.g., thermal runaway), outer intumescent layer 803 quickly begins to expand and provide a thermal barrier between the affected cell and

neighboring cells. During this time, inner layer 801 absorbs thermal energy, but does not expand. Then, once the cell temperature reaches the higher SET temperature of inner layer 801, it too begins to expand. The expansion of layer 801, however, is somewhat constrained by the previously expanded layer 803, especially if the SET temperature of layer 803 is such that it has already turned to char. Typically the SET temperatures of layers 801 and 803 are optimized for the particular application, taking into account the cell chemistries, cell form-factor (e.g., 18650 cylindrical versus large format cells), cell spacing, etc. In an exemplary configuration, inner layer 801 has a SET temperature in the range of 200° C. to 300° C. while outer layer 803 has a SET temperature in the range of 100° C. to 200° C.

In another exemplary embodiment utilizing the two-layer configuration, the thermal conductivity between intumescent layers is varied, preferably such that outer intumescent layer 803 has a lower thermal conductivity than inner layer 801. One of the benefits of this configuration is that the inner intumescent layer 801 may be designed for optimal performance relative to withdrawing heat from the cell, while outer intumescent layer 803 may be designed to provide optimal thermal isolation between cells, thus further inhibiting the propagation of thermal energy between neighboring cells. In yet another embodiment, while outer layer 803 is designed to provide optimal thermal isolation between cells and thus is comprised of a low thermal conductivity intumescent material, inner layer 801 is selected to optimize its fire retardant properties. It will be appreciated that other combinations of intumescent material may be used.

It should be understood that although layers 801 and 803 are shown not covering upper cell surface 303, as previously noted relative to FIG. 4, intumescent material may cover the upper portion of the cell as long as either the intumescent material is not electrically conductive or precautions are taken to insure that the cell is not shorted due to the application of the intumescent material.

In some applications, e.g., electric vehicles, the batteries within the battery pack are cooled using an active cooling system. The active cooling system may be comprised, for example, of one or more conduits mounted in close proximity to, or in contact with, the batteries within the battery pack. By pumping coolant through the conduits, heat is withdrawn from the batteries/battery pack. In such applications, the inventors have found that it is preferable to leave the portion of the cell case in proximity to, or in contact with, the cooling conduit free of the intumescent material. By keeping this portion of the cell uncoated, heat is more effectively withdrawn from the batteries. It should be understood that any of the previously described embodiments, e.g., those shown in FIGS. 3, 4 and 8, may be modified so that the layer or layers of intumescent material do not completely cover the portion of cell case 101 in proximity to, or in contact with, the cooling conduit. This aspect of the invention is illustrated in FIGS. 9 and 10 which provide cross-sectional and top views of the embodiment shown in FIG. 3, modified to take into account cooling conduit 901. In these illustrations, cooling conduit 901 includes three coolant flow channels 903. Intumescent layer 301 is configured to leave the portions of cell case 101 in proximity to, or contact with, conduit 901 uncoated by intumescent material. It will be appreciated that the other embodiments of the invention may be similarly modified.

In a modification of the previously described embodiments, a layer of intumescent material 1101 is interposed between the inside wall surface of cell casing 101 and the exterior surface of the electrode assembly (FIG. 11). Intumescent material layer 1101 absorbs excess thermal energy,

US 7,763,381 B2

9

thereby minimizing the transfer of thermal energy from within the electrode assembly, e.g., a transient hot spot, to the outer cell casing **101**. As layer **1101** absorbs thermal energy, and once its SET temperature is reached, it expands to the extent allowed by the cell casing. Due to the constraints placed on the expansion of layer **1101** by cell casing **101**, preferably layer **1101** is selected for optimal fire retardant properties while minimizing the extent to which the layer expands upon reaching its SET temperature. Preferably layer **1101** expands by less than 25 percent upon reaching its SET temperature; alternately, by less than 50 percent upon reaching its SET temperature; alternately, by less than 100 percent upon reaching its SET temperature.

Layer **1101** is formed by coating the inside surface of case **101** with the selected intumescent material, this coating/deposition step being performed prior to assembling the electrode assembly within the cell casing. Alternately, the exterior surface of the electrode assembly may be coated, for example by a dipping process with the selected intumescent material, this coating step being performed prior to assembling the electrode assembly within the cell casing. Alternately, the intumescent material may be applied to a carrier substrate which is then wrapped around the outside surface of the electrode assembly before assembly within the cell casing. Alternately, the intumescent material may be applied to a secondary carrier substrate in the form of a sleeve, the intumescent coated sleeve then being inserted into the cell case prior to final assembly.

In an alternate embodiment of the invention, in addition to coating the exterior surfaces of the cells, all other components and surfaces within the battery pack are coated with intumescent material. Although it is possible to electrically isolate the various electrical components (e.g., cells, interconnects, etc.) prior to coating, preferably an electrically non-conductive intumescent material is used for this embodiment, thereby eliminating this isolation step and simplifying fabrication.

An exemplary battery pack **1200** is shown in FIG. **12**. Further description of this battery pack is provided in copending U.S. patent application Ser. No. 12/386,684, filed Apr. 22, 2009, the entire disclosure of which is incorporated herein for any and all reasons. It will be appreciated that the present invention may be applied equally well to other battery packs, and battery pack **1200** is simply intended to illustrate the invention. In particular it will be understood that battery packs can take any of a variety of forms, depending upon such factors as the number of cells to be housed; the size and shape of the cells; the manner in which the cells are mounted within the battery pack; the manner in which the battery pack is to be mounted or held in place; the type of cell interconnects used within the pack as well as the type of interconnects used between the battery pack and the application for which it is intended; the type of cell cooling employed (e.g., liquid, etc.); and sealed versus unsealed battery pack. Regardless of the battery pack configuration, the inventors have found that coating the inside of the battery pack, for example battery pack **1000**, with intumescent material offers a number of advantages over an untreated battery pack. It will be understood that during the coating process, any exposed surfaces are coated with the intumescent material. These surfaces may include not only the inside battery cell walls, but exposed cell surfaces, cooling components, and any other components contained within the battery pack. As previously noted, some surfaces of the cells may be left uncoated due to the proximity of cooling conduits. By coating the entire inside of the battery pack, any fires initiated in the battery pack, for example due to a cell undergoing thermal runaway, are typically contained within the battery pack. As a result, collateral damage is

10

dramatically reduced. Additionally, the inventors have found that completely coating the inside of the battery pack further reduces the risk of thermal runaway propagation within the cells of the pack.

In at least one embodiment, the battery pack is fully assembled prior to coating with intumescent material. Thus, for example, the cells are integrated within the pack, the cooling system is installed, and the battery interconnects are coupled prior to coating. This procedural order insures that components that need to be in contact with one another or in close proximity to one another, such as cooling conduits and cell surfaces, are not separated by intumescent material. After pack assembly, the inside surfaces of the battery pack as well as the exposed external surfaces of the various components located within the pack are coated, for example using a spraying operation or, as preferred, filling the battery pack with a solution of the intumescent material and then discarding the excess intumescent material. Discarding excess intumescent material can be accomplished by simply turning the battery pack over and letting excess material drip off the coated surfaces and out of the battery pack. After coating and removal of excess material, the intumescent material is allowed to dry.

In a modification of the previously described embodiment, the external surfaces of the battery pack are coated, along with the inside surfaces, with intumescent material. Coating both the internal and external surfaces of the battery pack simplifies fabrication since the entire pack, once assembled, may simply be dipped in a tank of suitable material and then removed, thereby allowing the excess material to drip off the surfaces prior to drying.

As will be understood by those familiar with the art, the present invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. Accordingly, the disclosures and descriptions herein are intended to be illustrative, but not limiting, of the scope of the invention which is set forth in the following claims.

What is claimed is:

**1**. A battery assembly, comprising:

a battery, said battery comprising a cell case;

a first layer coating an outer surface of said cell case, wherein said first layer is comprised of a first intumescent material; and

a second layer coating said first layer of said first intumescent material, wherein said second layer is comprised of a second intumescent material, wherein said first intumescent material is comprised of a different intumescent material than said second intumescent material, and wherein said first and second intumescent materials have different material characteristics.

**2**. The battery assembly of claim **1**, wherein said outer surface of said cell case is comprised of a cell case sidewall and a cell case bottom surface, and wherein said cell case bottom surface is uncoated by said first and second layers.

**3**. The battery assembly of claim **1**, wherein a portion of said outer surface of said cell case is uncoated by said first and second layers.

**4**. The battery assembly of claim **1**, wherein said cell case has a first end closed by a cell case bottom, and a second end comprised of a central open portion, said battery further comprising:

an electrode assembly contained within said cell case, wherein a first electrode of said electrode assembly is electrically connected to said cell case; and

a cap assembly mounted to said cell case, said cap assembly closing said central open portion of said second end, wherein said cap assembly further comprises a battery

US 7,763,381 B2

11

terminal electrically isolated from said cell case and electrically connected to a second electrode of said electrode assembly.

**5.** The battery assembly of claim **4,** wherein said first layer of said first intumescent material coats said cell case bottom, and wherein said second layer of said second intumescent material coats said first layer coating said cell case bottom.

**6.** The battery assembly of claim **4,** wherein said first layer of said first intumescent material partially coats said cap assembly, wherein said second layer of said second intumescent material coats said first layer partially coating said cap assembly, and wherein said first intumescent material is not electrically conductive.

**7.** The battery assembly of claim **1,** wherein said battery has an 18650 form-factor.

**8.** The battery assembly of claim **1,** wherein said first and second intumescent materials are selected from the group of intumescent materials consisting of graphite-based intumescent materials, thermoplastic elastomers, ceramic-based intumescent materials, vermiculite/mineral fiber based intumescent materials, and ammonium polyphosphate based intumescent materials.

**9.** A battery assembly, comprising:

a battery, said battery comprising a cell case;

a first layer coating an outer surface of said cell case, wherein said first layer is comprised of a first intumescent material;

a second layer coating said first layer of said first intumescent material, wherein said second layer is comprised of a second intumescent material; and

wherein a first heat capacity corresponding to said first intumescent material is greater than a second heat capacity corresponding to said second intumescent material.

**10.** The battery assembly of claim **9,** wherein said outer surface of said cell case is comprised of a cell case sidewall and a cell case bottom surface.

**11.** The battery assembly of claim **10,** wherein said cell case bottom surface is uncoated by said first and second layers.

**12.** The battery assembly of claim **9,** wherein a portion of said outer surface of said cell case is uncoated by said first and second layers.

**13.** The battery assembly of claim **9,** wherein said cell case has a first end closed by a cell case bottom, and a second end comprised of a central open portion, said battery further comprising:

an electrode assembly contained within said cell case, wherein a first electrode of said electrode assembly is electrically connected to said cell case; and

a cap assembly mounted to said cell case, said cap assembly closing central open portion of said second end, wherein said cap assembly further comprises a battery terminal electrically isolated from said cell case and electrically connected to a second electrode of said electrode assembly, wherein said first layer of said first intumescent material partially coats said cap assembly, wherein said second layer of said second intumescent material coats said first layer partially coating said cap assembly, and wherein said first intumescent material is not electrically conductive.

**14.** The battery assembly of claim **9,** wherein said battery has an 18650 form-factor.

**15.** The battery assembly of claim **9,** wherein said first and second intumescent materials are selected from the group of intumescent materials consisting of graphite-based intumescent materials, thermoplastic elastomers, ceramic-based intu-

12

mescent materials, vermiculite/mineral fiber based intumescent materials, and ammonium polyphosphate based intumescent materials.

**16.** A battery assembly, comprising:

a battery, said battery comprising a cell case;

a first layer coating an outer surface of said cell case, wherein said first layer is comprised of a first intumescent material;

a second layer coating said first layer of said first intumescent material, wherein said second layer is comprised of a second intumescent material; and

wherein a first start expansion temperature corresponding to said first intumescent material is greater than a second start expansion temperature corresponding to said second intumescent material.

**17.** The battery assembly of claim **16,** wherein said first start expansion temperature is in the range of 200° C. to 300° C., and wherein said second start expansion temperature is in the range of 100° C. to 200° C.

**18.** The battery assembly of claim **16,** wherein said outer surface of said cell case is comprised of a cell case sidewall and a cell case bottom surface.

**19.** The battery assembly of claim **18,** wherein said cell case bottom surface is uncoated by said first and second layers.

**20.** The battery assembly of claim **16,** wherein a portion of said outer surface of said cell case is uncoated by said first and second layers.

**21.** The battery assembly of claim **16,** wherein said cell case has a first end closed by a cell case bottom, and a second end comprised of a central open portion, said battery further comprising:

an electrode assembly contained within said cell case, wherein a first electrode of said electrode assembly is electrically connected to said cell case; and

a cap assembly mounted to said cell case, said cap assembly closing said central open portion of said second end, wherein said cap assembly further comprises a battery terminal electrically isolated from said cell case and electrically connected to a second electrode of said electrode assembly, wherein said first layer of said first intumescent material partially coats said cap assembly, wherein said second layer of said second intumescent material coats said first layer partially coating said cap assembly, and wherein said first intumescent material is not electrically conductive.

**22.** The battery assembly of claim **16,** wherein said battery has an 18650 form-factor.

**23.** The battery assembly of claim **16,** wherein said first and second intumescent materials are selected from the group of intumescent materials consisting of graphite-based intumescent materials, thermoplastic elastomers, ceramic-based intumescent materials, vermiculite/mineral fiber based intumescent materials, and ammonium polyphosphate based intumescent materials.

**24.** A battery assembly, comprising:

a battery, said battery comprising a cell case;

a first layer coating an outer surface of said cell case, wherein said first layer is comprised of a first intumescent material;

a second layer coating said first layer of said first intumescent material, wherein said second layer is comprised of a second intumescent material; and

wherein a first thermal conductivity corresponding to said first intumescent material is greater than a second thermal conductivity corresponding to said second intumescent material.

US 7,763,381 B2

13

**25**. The battery assembly of claim **24**, wherein said outer surface of said cell case is comprised of a cell case sidewall and a cell case bottom surface.

**26**. The battery assembly of claim **25**, wherein said cell case bottom surface is uncoated by said first and second layers.

**27**. The battery assembly of claim **24**, wherein a portion of said outer surface of said cell case is uncoated by said first and second layers.

**28**. The battery assembly of claim **24**, wherein said cell case has a first end closed by a cell case bottom, and a second end comprised of a central open portion, said battery further comprising:

an electrode assembly contained within said cell case, wherein a first electrode of said electrode assembly is electrically connected to said cell case; and

a cap assembly mounted to said cell case, said cap assembly closing said central open portion of said second end, wherein said cap assembly further comprises a battery

14

terminal electrically isolated from said cell case and electrically connected to a second electrode of said electrode assembly, wherein said first layer of said first intumescent material partially coats said cap assembly, wherein said second layer of said second intumescent material coats said first layer partially coating said cap assembly, and wherein said first intumescent material is not electrically conductive.

**29**. The battery assembly of claim **24**, wherein said battery has an 18650 form-factor.

**30**. The battery assembly of claim **24**, wherein said first and second intumescent materials are selected from the group of intumescent materials consisting of graphite-based intumescent materials, thermoplastic elastomers, ceramic-based intumescent materials, vermiculite/mineral fiber based intumescent materials, and ammonium polyphosphate based intumescent materials.

\* \* \* \* \*