**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

JAMES B. RILEY, as personal
Representative of the ESTATE
OF BARRETT RILEY, deceased,

                                                     CASE NO. 20-CV-60517-RS

    Plaintiff,

v.

TESLA, INC., d/b/a TESLA
MOTORS, INC.

    Defendant.

_____/

**DEFENDANT TESLA, INC, d/b/a TESLA MOTORS, INC's
TRIAL EXHIBIT LIST**

       Defendant, TESLA, INC., d/b/a TESLA MOTORS, INC., pursuant to the Amended

Scheduling Order entered on January 20, 2021, hereby files its Trial Exhibit List.

| PRESIDING JUDGE | DEFENDANT'S ATTORNEYS | PLAINTIFFS' ATTORNEYS |
|---|---|---|
| Hon. Rodney Smith | *Vincent Galvin*<br>*Robert Rudock*<br>*Whitney Cruz*<br>*Wendy Lumish*<br>BOWMAN AND BROOKE LLP | *Curtis Miner*<br>*Patrick Montoya*<br>*Denise Georges*<br>COLSON HICKS EIDSON |
| **TRIAL DATES(S)**<br><br>Two-week trial period beginning Oct. 12, 2021 | **COURT REPORTER** | **COURTROOM DEPUTY** |

**EXHIBITS DEFENDANT EXPECTS TO OFFER AT TRIAL**

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 1 | Fort Lauderdale Police Department – Vehicle and Scene Photographs | | | |
| 2 | Broward County Medical Examiner - Scene Photographs | | | |
| 3 | Broward County Medical Examiner - File re Barrett Riley (ME Case No. 18-1412) | | | |
| 4 | Court documents and Traffic Citations A9P65IE and A9P65HE re Barrett Riley dated March 3, 2018. | | B, H, R, UP | |
| 5 | James Walker Deposition Exhibit 3: Calculation summary | | | |
| 6 | James Walker Deposition Exhibit 5: Max speed analysis | | | |
| 7 | James Walker Deposition Exhibit 8: Path radius with EDR | | | |
| 8 | James Walker Deposition Exhibit 9:  Path Radius | | | |
| 9 | James Walker Deposition Exhibit 10: Recon Diagram | | | |
| 10 | James Walker Deposition Exhibit 13: Vector - Pole & Trees | | | |
| 11 | James Walker Deposition Exhibit 14: Vector - Pole & Trees | | | |
| 12 | James Walker Deposition Exhibit 15: Vector - South Wall Impact | | | |
| 13 | James Walker Deposition Exhibit 16: Wall Dimensions and Orientation | | | |
| 14 | James Walker Deposition Exhibit 28: 9233 Accident Reconstruction Summary | | H, D | |
| 15 | James Walker Deposition Exhibit 33: EDR Analysis | | | |
| 16 | James Walker Deposition Exhibit 35: Tesla EDR | | | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 17 | James Walker Deposition Exhibit 37: Walker Report | | H, I | |
| 18 | James Walker Deposition Exhibit 38: Walker Momentum West Curb | | | |
| 19 | James Walker Deposition Exhibit 39: Caldwell Momentum North Curb | | | |
| 20 | James Walker File (02) Produced to Plaintiff - Vehicle Inspection Photos and Notes (9.11.20) | | H, R (as to Notes) | |
| 21 | James Walker File (03) Produced to Plaintiff - Exemplar Inspection Photos, Scan Data and Notes (4.8.21, 4.9.21 and 4.12.21) | | H, R (as to Notes) | |
| 22 | James Walker File (04) Produced to Plaintiff - Scene Inspection Photos and Video (9.10.20) | | | |
| 23 | James Walker File (05) Produced to Plaintiff - Scene Inspection Photos and Video (3.25.21) | | | |
| 24 | James Walker File (06) Produced to Plaintiff - Scene Inspection photos and Notes (3.25.21) | | H, R (as to Notes) | |
| 25 | James Walker File (08) Produced to Plaintiff - EDR Report and Analysis | | H, R (as to Analysis) | |
| 26 | James Walker File (09) Produced to Plaintiff - Google Earth Images | | | |
| 27 | James Walker File (10) Produced to Plaintiff - CEI 2D Reconstruction | | D | |
| 28 | James Walker File (11) Produced to Plaintiff - CEI 3D Reconstruction | | D | |
| 29 | Surveillance videos and video analysis of Tesla driving on A1A | | | |
| 30 | 3D model of crash-involved 2014 Tesla Model S | | V, D | |
| 31 | 3D model of crash-involved 2014 Tesla Model S battery | | V, D | |
| 32 | 3D model of exemplar 2014 Tesla Model S battery | | V, D | |
| 33 | Google Earth images of crash scene | | | |
| 34 | CEI drive-through video of crash scene | | V, D | |
| 35 | 3D model of crash scene | | V, D | |
| 36 | EDR report and analysis | | V, H, R (as to analysis) | |

| | | | | |
|---|---|---|---|---|
| 37 | Lateral acceleration calculations | | | |
| 38 | 2D reconstruction drawings | | V, D | |
| 39 | 2D curve measurements | | V, D | |
| 40 | Momentum analyses | | | |
| 41 | Photogrammetry alignment images | | | |
| 42 | 3D reconstruction drawings | | V, D | |
| 43 | 3D damage analyses – vehicle | | V, D | |
| 44 | 3D damage analyses – battery | | V, D | |
| 45 | 3D impact alignment images | | V, D | |
| 46 | 3D interactive model of pre-crash vehicle motion and crash sequence | | V, D | |
| 47 | Elizabeth Raphael File - Body Dimension / Diagram Analysis) | | V, D | |
| 48 | Elizabeth Raphael - Vehicle Inspection Photos and Notes | | H, R (as to Notes) | |
| 49 | Elizabeth Raphael - Medical Summaries | | H, I | |
| 50 | Elizabeth Raphael Expert report and CV | | H, I | |
| 51 | Occupant seating chart | | | |
| 52 | Barrett Riley medical records, radiology and photos from Broward County Medical Examiner | | | |
| 53 | Generator of Body Data (DEBOD) Figure | | V, D | |
| 54 | Edgar Monserratt medical records, radiology and photos from Broward County Medical Examiner | | | |
| 55 | 2-D and 3-D Anatomical models to describe injuries | | V, D | |
| 56 | Ashish Arora Deposition Exhibit 1 - Arora CV | | H, I | |
| 57 | Ashish Arora Deposition Exhibit 3 - Arora Report (May 2021) | | H, I | |
| 58 | Ashish Arora Deposition Exhibit 4 - TESLA-00003766 | | | |
| 59 | Ashish Arora Deposition Exhibit 5 - Photo DSC-1132 | | | |
| 60 | Ashish Arora Deposition Exhibit 6 - Photos DSC-1123 | | | |

| | | | | |
|---|---|---|---|---|
| 61 | Ashish Arora Deposition Exhibit 7 - TESLA-00006134 | | | |
| 62 | Ashish Arora Deposition Exhibit 8 - Photo 1210205 | | | |
| 63 | Ashish Arora Deposition Exhibit 9 - Photo 121029 | | | |
| 64 | Ashish Arora Deposition Exhibit 10 - TESLA-00003488 | | | |
| 65 | Ashish Arora File Produced to Plaintiff (IIHS Small Overlap Test Report re 2016 and 2017 Tesla Model S, Photos, Videos) | | | |
| 66 | Ashish Arora File Produced to Plaintiff (Inspection Photos - Cell Cap) | | | |
| 67 | Ashish Arora File Produced to Plaintiff (Inspection Photos- Exemplar Battery) | | | |
| 68 | Ashish Arora File Produced to Plaintiff (Inspection Photos - Exemplar Cell CT) | | | |
| 69 | Ashish Arora File Produced to Plaintiff (Inspection Photos - 1.21.21) | | | |
| 70 | Ashish Arora File Produced to Plaintiff (Inspection Photos - 9.11.20 | | | |
| 71 | Mock-up of battery pack | | V, D | |
| 72 | Ashish Arora File Produced to Plaintiff (References)<br>- Battery Failure Databank<br>- NCR18650BB UL Listing<br>- Panasonic NCR 18650B<br>- U8263254<br>- US2010013642A1 | | V, H, R | |
| 73 | Thermal runaway testing TESLA00006133 | | | |
| 74 | UNR-100 Testing of the Tesla Model S battery pack TESLA00006267-TESLA00006306 | | | |
| 75 | UNR-100 Testing of the Tesla Model S battery pack    TESLA-00006267 – TESLA-00006306 | | | |
| 76 | Product spec sheet for NCR18650BB  TESLA-00006314 – TESLA-00006335 | | | |
| 77 | Certification sheet UL 1642  TESLA-00006336 | | | |

| | | | | |
|---|---|---|---|---|
| 78 | Panasonic certification UN38.3   TESLA-00006337 | | | |
| 79 | Tesla abuse testing 1/27/17   TESLA-00006919 – TESLA-00006921 | | | |
| 80 | Certificate of compliance with UN38.3  TESLA-00006933 | | | |
| 81 | Altitude, shock, thermal, and vibration module testing and certification   TESLA-00006954 – TESLA-00006958 | | | |
| 82 | PE13037   TESLA-00006960 – TESLA-00007150 | | | |
| 83 | Single cell thermal runaway initiation procedure TESLA-00007263 – TESLA-00007377 | | | |
| 84 | Thermal runaway testing from 7/18/2012 TESLA-00006133 | | | |
| 85 | Jack Ridenour Deposition Exhibit 1: Report of Jack Ridenour | | H, I | |
| 86 | Jack Ridenour Deposition Exhibit 2: CV of Jack Ridenour, and List of Publications | | H, I | |
| 87 | Jack Ridenour Deposition Exhibit 5: List of FMVSS Crash Tests | | H | |
| 88 | Jack Ridenour Deposition Exhibit 6: NCAP FMVSS 305 Test | | | |
| 89 | Jack Ridenour File Produced to Plaintiff - Vehicle Inspection Photos | | | |
| 90 | Exemplar/Buck for 2014 Model S | | V, D | |
| 91 | Engineering Specification Documents and Exemplar Parts of Model S Front Structural Members including:<br>• Front Bumper Beam<br>• Upper and Lower Front Cross Members<br>• Front Frame Rail<br>• Upper Fender Extension<br>• A-pillar<br>• Front Floor and Cowl Structure<br>• Front Sub-Frame<br>• Connecting Components | | V, D | |
| 92 | Photos of front structures of other vehicles to compare to subject vehicle | | V | |

| | | | | |
|---|---|---|---|---|
| 93 | All accident scene and Riley Tesla Car photos and videos | | B | |
| 94 | NHTSA FMVSS 301 and 305 regulations | | H | |
| 95 | All Model S Front and Side Crash Test Reports, Photos and Video from NHTSA and Insurance Institute for Highway Safety | | B | |
| 96 | Press releases, news reports, internet and published articles describing Tesla Model S awards, and consumer and safety rating. | | B, H, R, I, UP | |
| 97 | Sridhar Natarajan Deposition Exhibit 3: Riley Autopsy Summary Notes | | H | |
| 98 | Sridhar Natarajan Deposition Exhibit 4: Scene Photo Summary | | | |
| 99 | Sridhar Natarajan Expert report and CV | | H, I | |
| 100 | Sridhar Natarajan File Produced to Plaintiff - Report by Sridhar Natarajan, dated May 21, 2021 | | H, I | |
| 101 | Video recordings with annotations and/ or overlying demonstrative/ silhouette illustrations | | V, B, D | |
| 102 | Illustrations depicting relevant normal anatomy, injured anatomy, and/or injury mechanisms for Mr. Monserratt and Mr. Riley | | V, B, D | |
| 103 | Demonstrative graphics pertaining to the subject incident and decedents which may involve refining photographs, annotating, and/or adding silhouette illustrative overlays of scene and autopsy photographs to illustrate medical forensic findings or opinions | | V, B, D | |
| 104 | Figures/illustrations/photographs/tables from relevant literature and textbooks | | B, H, I | |
| 105 | Illustrations and/or literature excerpts describing and/or depicting involuntary motions due to central nervous system injury | | B, H, I | |
| 106 | James Riley Deposition Exhibit 1: Text Messages (RILEY 3079-3080) | | | |
| 107 | James Riley Deposition Exhibit 2: Text Messages with Meme (RILEY 4072) | | | |

| 108 | James Riley Deposition Exhibit 3: Barrett Riley drifting video | | MIL, R, UP | |
| 109 | Text message Barrett Riley & Joseph Constantino (RILEY 4161-4163) | | | |
| 110 | Text message Barrett Riley & Tesla Service Center (RILEY 4165) | | | |
| 111 | Repair order (TESLA00000950-951 and 956-957) | | | |
| 112 | Text message Jenny Riley & Joseph Constantino (TESLA00000331) | | | |
| 113 | Text message Barrett Riley & Tesla service advisor text (RILEY 4084) | | | |
| 114 | Text message Barrett Riley & Tesla service center text re Barrett getting car serviced (RILEY 4166) | | | |
| 115 | Text message Barrett Riley & Tesla service advisor (RILEY 4083) | | | |
| 116 | Text message Barrett Riley & Tesla service center (RILEY 4092) | | | |
| 117 | Text message Barrett Riley & Tesla service center  (RILEY 4083) | | | |
| 118 | Repair order (TESLA-00000954-955, 958-968) | | | |
| 119 | Text message Barrett Riley & James Riley (RILEY 3073, 3079-3080) | | | |
| 120 | Text message Barrett Riley & James Riley (RILEY 4169) | | R | |
| 121 | Text message Barrett Riley & James Riley (RILEY 4175) | | R | |
| 122 | Text message Barrett Riley & James Riley (RILEY 4088) | | | |
| 123 | Text message Barrett Riley & James Riley (RILEY 4176) | | | |
| 124 | Text message Barrett Riley & James Riley (RILEY 4089) | | R | |
| 125 | Text message Barrett Riley & Edgar Monserratt (RILEY 4122) | | H, R | |
| 126 | Text message Barrett Riley & Adam Cohen (RILEY 4144) | | H, R | |

| | | | | |
|---|---|---|---|---|
| 127 | Text message Barrett Riley & Beckton Peddy (RILEY 4127) | | H, R | |
| 128 | Text message Barrett Riley & James Riley (RILEY 4170) | | R | |
| 129 | Text message Barrett Riley & Edgar Monserratt (RILEY 4123) | | H, R | |
| 130 | Text message Barrett Riley & James Riley (RILEY 4172) | | | |
| 131 | Text message Barrett Riley & Edgar Monserratt (RILEY 4124) | | H, R | |
| 132 | Text message Barrett Riley & Jenny Riley – Teslas  (RILEY 4106) | | R | |
| 133 | Text message Riley family members  (RILEY 4148) | | | |
| 134 | Text message Barrett Riley & Michel Spobanvy (RILEY 4158) | | H, R | |
| 135 | Text message Barrett Riley & Sophia S. (RILEY 4043) | | H, R | |
| 136 | Text message Barrett Riley & Adam Cohen (RILEY 4116, 4045) | | H, R | |
| 137 | Text message Barrett Riley & Jenny Riley (RILEY 4104-4105) | | R | |
| 138 | Text message Barrett Riley & Alexander Berry (RILEY 4064) | | H, R | |
| 139 | Text message Barrett Riley & Adam Cohen (RILEY 4119) | | H, R | |
| 140 | Text message Barret Riley & Adam Cohen (RILEY 4155) | | H, R | |
| 141 | Text message Barrett Rile & Jenny Riley (RILEY 4103) | | R | |
| 142 | Text message Barrett Riley & Beckton Peddy (RILEY 4055) | | R | |
| 143 | Text message Barrett Riley & Edgar Monserratt (RILEY 4051) | | R | |
| 144 | Text message Barrett Riley & James Riley (RILEY 4046) | | H, R | |
| 145 | Text message Barrett Riley & Alexander Berry (RILEY 4065) | | H, R | |

| | | | | |
|---|---|---|---|---|
| 146 | Text message Barrett Riley & Roberto D. (RILEY 4167-4168) | | H, R | |
| 147 | Text message Barrett Riley & Alexander Berry (RILEY 4066) | | H, R | |
| 148 | Text message Barrett Riley & Adam Cohen (RILEY 4120) | | H, R | |
| 149 | Text message Barrett Riley & Adam Cohen (RILEY 4033 and Riley 4047) | | H, R | |
| 150 | Text message Barrett Riley & Adam Cohen (RILEY 4121) | | H, R | |
| 151 | Text message Barrett Riley  (RILEY 4036) | | MIL, R, UP (exhibit is misdescribed) | |
| 152 | Text message Barrett Riley & Beckton Peddy (RILEY 4131) | | H, R | |
| 153 | Text message Barrett Riley (RILEY 4076) | | H, R | |
| 154 | Text message Barrett Riley & Edgar Monserratt (RILEY 4053) | | H, R | |
| 155 | Text message Riley family (RILEY 4072) | | | |
| 156 | Text message Barrett Riley & James Riley (RILEY 4178) | | R | |
| 157 | Text message Barrett Riley & James and Jenny Riley  (RILEY 4150) | | R | |
| 158 | Text message Riley family (RILEY 4151) | | R | |
| 159 | Text message Barrett Riley & James Riley (RILEY 4069) | | R | |
| 160 | Text message Barrett Riley and Juliana Ables (RILEY 4095-4096), Ana S. (RILEY 4097), Sherry Stenglein (RILEY 4098-4100), Michael Spovaobny (RILEY 4108), Spencer Tobin (RILEY 4109) and Maria Emilia Ballesteros (RILEY 4110-4111) | | H, R | |
| 161 | Text message James Riley (TESLA-00000204 - 207) | | | |
| 162 | Chart showing daily top speed of the subject vehicle from 1/1/18-5/4/18 – TESLA-00000594 | | MIL, R, UP | |
| 163 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al.* (Monserratt 33) | | MIL, R, UP | |

| | | | |
|---|---|---|---|
| 164 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 34) | | MIL, R, UP | |
| 165 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 61) | | MIL, R, UP | |
| 166 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 75) | | MIL, R, UP | |
| 167 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 85) | | MIL, R, UP | |
| 168 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 95) | | MIL, R, UP | |
| 169 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 96) | | MIL, R, UP | |
| 170 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 107) | | MIL, R, UP | |
| 171 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 160) | | MIL, R, UP | |
| 172 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 200) | | MIL, R, UP | |
| 173 | Video produced by *Edgar Monserratt in Edgar Monserratt, et al. v. James Riley, et al* (Monserratt 203) | | MIL, R, UP | |
| 174 | Jenny Riley Deposition Exhibit 1: Text messages (RILEY 3073, 3079-3080) | | | |
| 175 | Jenny Riley Deposition Exhibit 2: Text Messages with Meme (RILEY 4072) | | | |
| 176 | Jenny Riley Deposition Exhibit 3: Text Messages with Shari Stenglein | | R | |
| 177 | Reagan Riley Deposition Exhibit 1: Text Messages with meme (RILEY 4072) | | | |
| 178 | Reagan Riley Deposition Exhibit 2: Photo of Tesla and Barrett and Reagan Riley in driveway | | | |
| 179 | Reagan Riley Deposition Exhibit 3: Text Messages between Barrett Riley and Edgar Monserratt (RILEY 4051) | | H, R | |

| 180 | Reagan Riley Deposition Exhibit 4: Text Messages between James Riley and Edgar Monserratt Sr | | H, R | |
|---|---|---|---|---|
| 181 | Edgar Monserratt Deposition Exhibit 1: Video of drifting | | MIL, R, UP | |
| 182 | Edgar Monserratt Deposition Exhibit 2: Text Messages between James Riley and Edgar Monserratt (July 7, 2018) | | H, R | |
| 183 | Alexander Berry Deposition Exhibit 1: Sidewalk photograph at scene | | | |
| 184 | Alexander Berry Deposition Exhibit 2: Berry statement taken by Officer Williams | | H | |
| 185 | Alexander Berry Deposition Exhibit 3: Berry statement taken by Tom Barth | | H | |
| 186 | Alexander Berry Deposition Exhibit 4: "Im Gonna Die" Video | | MIL, R, UP | |
| 187 | Alexander Berry Deposition Exhibit 5: Instagram Post | | | |
| 188 | Alexander Berry Deposition Exhibit 7: Berry texts with Juliana Ables | | H, R | |
| 189 | Alexander Berry Deposition Exhibit 9: Berry texts with Juliana Ables | | H, R | |
| 190 | Alexander Berry Deposition Exhibit 12: Texts with Regan Riley | | H, R, UP | |
| 191 | Alexander Berry Deposition Exhibit 13: Video of text messages with Juliana Ables - File ending in -377 | | H, R, UP | |
| 192 | Alexander Berry Deposition Exhibit 14: Video of text messages with Juliana Ables - File ending in -542 | | H, R, UP | |
| 193 | Alexander Berry Deposition Exhibit 15: Video of text messages with Juliana Ables - File ending in -699 | | H, R, UP | |
| 194 | Alexander Berry Deposition Exhibit 16: Video of text messages with Juliana Ables - File ending in -194 | | H, R, UP | |
| 195 | Alexander Berry Deposition Exhibit 17: Video of text messages with Juliana Ables - File ending in -274 | | H, R, UP | |

| 196 | Alexander Berry Deposition Exhibit 18: Video of text messages with Juliana Ables - File ending in -686 | | H, R, UP | |
|---|---|---|---|---|
| 197 | Alexander Berry Deposition Exhibit 19: Video of text messages with Juliana Ables - File ending in -365 | | H, R, UP | |
| 198 | Alexander Berry Deposition Exhibit 21: Alexander Berry's Amended Complaint | | H, R, UP | |
| 199 | Beckton Peddy Deposition Exhibit E: Composite of (48) photographs and videos produced by Beckton for deposition | | MIL, R, UP | |
| 200 | Beckton Peddy Deposition Exhibit G: Composite of (4) Videos produced by Matt Cohen | | MIL, R, UP | |
| 201 | Larry Groshart Deposition Exhibit 2: Street photograph | | | |
| 202 | Juliana Ables Deposition Exhibit A: Im Gonna Die video | | MIL, R, UP | |
| 203 | Juliana Ables Deposition Exhibit F: Composite of (5) videos | | MIL, R, UP | |
| 204 | Juliana Ables Deposition Exhibit G: Video file of text messages produced by Alex Berry (ending in -5377) | | H, R, UP | |
| 205 | Juliana Ables Deposition Exhibit H: Video file of text messages produced by Alex Berry (ending in -5422) | | H, R, UP | |
| 206 | Juliana Ables Deposition Exhibit I: Video file of text messages produced by Alex Berry (ending in -5699) | | H, R, UP | |
| 207 | Juliana Ables Deposition Exhibit J: Video file of text messages produced by Alex Berry (ending in -6194) | | H, R, UP | |
| 208 | Juliana Ables Deposition Exhibit K: Video file of text messages produced by Alex Berry (ending in -6686) | | H, R, UP | |
| 209 | Matthew Cohen Deposition Exhibit A: Instagram post with photograph | | H, R | |
| 210 | Matthew Cohen Deposition Exhibit D: Video MC1 Produced by Cohen | | MIL, R, UP | |

| 211 | Matthew Cohen Deposition Exhibit E:Video MC2 Produced by Cohen | | MIL, R, UP | |
| 212 | Matthew Cohen Deposition Exhibit F: Video MC3 Produced by Cohen | | MIL, R, UP | |
| 213 | Matthew Cohen Deposition Exhibit G: Video MC4 Produced by Cohen | | MIL, R, UP | |
| 214 | Matthew Cohen Deposition Exhibit H: Video MC5 Produced by Cohen | | MIL, R, UP | |
| 215 | Matthew Cohen Deposition Exhibit I: Video MC6 Produced by Cohen | | MIL, R, UP | |
| 216 | Matthew Cohen Deposition Exhibit J: Photograph | | MIL, R, UP | |
| 217 | Matthew Cohen Deposition Exhibit K: Text messages between Riley and Monserratt | | H, R | |
| 218 | Shari Stenglein Deposition Exhibit A: Video | | MIL, R, UP | |
| 219 | Shari Stenglein Deposition Exhibit D: Stenglein text messages with Jenny Riley | | H, R | |
| 220 | Shari Stenglein Deposition Exhibit E: Video - 3816.mp4 produced for deposition | | MIL, R, UP | |
| 221 | Shari Stenglein Deposition Exhibit G: Video - 1861.mov produced for deposition | | MIL, R, UP | |
| 222 | Christian Catanese Deposition Exhibit B: Im Gonna Die video | | MIL, R, UP | |
| 223 | Jake Shapiro Deposition Exhibit 9: Screen shot 2020-11-11 | | | |
| 224 | Jake Shapiro Deposition Exhibit 10: Im Gonna Die Video | | MIL, R, UP | |
| 225 | Joseph Constantino Deposition Exhibit 2 | | | |
| 226 | Joseph Constantino Deposition Exhibit 4 | | | |
| 227 | Scott Kohn Deposition Exhibit 1: Patent Application - Cell Cap Assembly with Recessed Terminal | | | |
| 228 | Scott Kohn Deposition Exhibit 2: Patent -Cell Thermal Runaway Propagation Resistance Using Dual Intumescent Layers | | | |
| 229 | Scott Kohn Deposition Exhibit 3: Photo - Tesla Model 3 Battery Pack | | | |

| 230 | Scott Kohn Deposition Exhibit 6: Tesla Uncompromised Electric Vehicles - Model S B3 Thermal Even Study (3 Bay) - Battery Engineering & Safety and Technology Lab, 1/21/11 | | | |
|---|---|---|---|---|
| 231 | Scott Kohn Deposition Exhibit 7: Tesla Uncompromised Electric Vehicles - Pull Back Thermal Event NCR-BA 6.25 mm AI Frame, 12/19/11 | | | |

## EXHIBITS DEFENDANT MAY OFFER IF THE NEED ARISES

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 232 | Fort Lauderdale Police Department - Traffic Homicide Investigation Report | | H, R, UP | |
| 233 | Fort Lauderdale Fire Rescue - Incident Report | | H, R, UP | |
| 234 | James Walker Deposition Exhibit 1: Monserrat v Tesla - Speed Calculations | | | |
| 235 | James Walker Deposition Exhibit 4: Drag factor references | | | |
| 236 | James Walker Deposition Exhibit 6: Test curve radii | | | |
| 236 | James Walker Deposition Exhibit 7: Curve radii (2) | | | |
| 238 | James Walker Deposition Exhibit 11: North Wall Impact Angle | | | |
| 239 | James Walker Deposition Exhibit 12: North Wall Trig Calcs | | | |
| 240 | James Walker Deposition Exhibit 11: North Wall Impact Angle | | | |
| 241 | James Walker Deposition Exhibit 17: SAE C0315 2017 | | H, R | |
| 242 | James Walker Deposition Exhibit 25: 8091_a 061 | | | |
| 243 | James Walker Deposition Exhibit 27: 2014 Tesla Exemplar 4Ups | | H, R | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 244 | James Walker Deposition Exhibit 29: 9233 Test Summary | | H | |
| 245 | James Walker Deposition Exhibit 31: CEI Scene Inspection Notes (3.25.21) | | H, R | |
| 246 | James Walker Deposition Exhibit 32: CEI Vehicle Inspection Notes (9.11.20) | | H, R | |
| 247 | James Walker Deposition Exhibit 34: Scene Inspection Notes (5.24.18) | | H, R | |
| 248 | James Walker File (07) Produced to Plaintiff - 2014 Tesla Model S Materials<br>- Crash Tests Produced by Tesla<br>- Model S P85D Data Panel<br>- Monroney_5YJSA1H24EFP62693.pdf<br>- Sales Brochure - 2014 Model S<br>- Tesla 00003773 - Battery Diagram<br>- VIN Report<br>Year Model Interchange Database | | B, H, R | |
| 249 | James Walker File (12) Produced to Plaintiff - Presentation - SAE C0315 - Introduction to Brake Control Systems | | H, R | |
| 250 | James Walker File (13) Produced to Plaintiff - Presentation - SAE C0414 - Applied Vehicle Dynamics | | H, R | |
| 251 | James Walker File (14) Produced to Plaintiff - Presentation - SAE C0718 - High Performance Brake Systems | | H, R | |
| 252 | James Walker File (15) Produced to Plaintiff - Publication - High Performance Brake Systems, Design, Selection, Installation | | H, R | |
| 253 | James Walker File (16) Produced to Plaintiff - Walker CV | | H, R | |
| 254 | Road & Track data panel for 2014 Tesla Model S P85D | | H, R | |
| 255 | Elizabeth Raphael Deposition Exhibit 1 - Report by Elizabeth Raphael, dated May 21, 2021 | | H, I | |
| 256 | Elizabeth Raphael Deposition Exhibit 2 - Notes | | H | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 257 | Elizabeth Raphael Deposition Exhibit 7 - Case Details | | H | |
| 258 | Digges 2003 Injury Frequency Multiple Impact Crash.pdf<br>Dolinak 2005 Forensic Pathology.pdf<br>Ernst 1998 CO Poisoning.pdf<br>Fay 2001 Multiple Impact Crash.pdf<br>Funk 2008 Delta V Errors Crash Risk.pdf<br>Gennarelli 1982 Intracranial Lesion Severe Head Injury.pdf<br>Gennarelli 1987 Directional Dependence of Axonal Injury<br>Gennarelli 1989 Head Injury Angular Acceleration Criteri<br>Gennarelli 2003 Diffuse Brain Injury Biomechanical Toler<br>Goertz 2010 Accident Statistical Distributions from NASS<br>Goldsmith 2004 Traumatic Brain Injury in Children.pdf<br>Kleiven 2003 Impact Direction and Subdural Hematoma<br>Margulies 1992 Tolerance Criterion for DAI.pdf<br>NAS 2010 Airborne Chemical Exposure Guideline Levels.<br>Penney 2008 CO Poisoning.pdf<br>Richards 2010 Speed and risk of fatal injury.pdf<br>Viano 2018 Multiple Impacts Severe injury.pdf<br>Wirthwein 1996 COHb Automobile Fires.pdf<br>Zhang 2006 Brain Strain in Vehicle Impact Tests.pdf | | H, I, UP | |
| 259 | Elizabeth Raphael File - Literature<br>Adams 1982 DAI Nonmissile Head Injury.pdf<br>Augenstein 2003 Crashes That Increase Risk of Serious Inj<br>Bahouth 2005 Multiple Impact Crash Characteristics.pdf<br>Bain 2000 Threshold of Axonal Damage.pdf<br>Blumbergs 1989 DAI in Head Trauma.pdf | | H, I, UP | |
| 260 | Jack Ridenour Deposition Exhibit 3: List of materials received for review | | H | |
| 261 | Jack Ridenour File Produced to Plaintiff - TESLA-00007378-7440 | | B, H, I, R | |
| 262 | Jack Ridenour File Produced to Plaintiff - Tesla Model S Achieves Best Safety Rating of Any Care Ever Tested | | H, R, UP | |
| 263 | NTSB investigation file materials for this accident | | B | |
| 264 | Tesla Model S Awards | | H, R, UP | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
|  | • 2013 AutoGuide.com Reader's Choice Car of the Year<br>• 2013 World Green Car of the Year.<br>• Automobile Magazine's 2013 Car of the Year, a unanimous decision.<br>• CNET Tech Car of the Year for 2012<br>• *Consumer Reports* gave the Model S a score of 103 out of 100, its highest ever. The Model S broke the rating scale of Consumer Reports during its most recent test.<br>• *Consumer Reports'* 2013 survey of owner satisfaction<br>• *Consumer Reports* found the Model S to be 'Best Overall' for 2014 across all 10 categories of cars, light trucks and SUVs, chosen from more than 260 vehicles the organization has recently tested. The magazine considers the Model S a "technological tour de force, while pricey, is brimming with innovation." In 2015 they rated the Model S at 103 (breaking the scale).<br>• Green Car Reports' Best Car To Buy 2013<br>• Hagerty Greatest Car of the Decade (2010s)<br>• *Motor Trend* 2013 Car of the Year, also a unanimous decision and the first winner in the award's history to not be powered by an internal combustion engine.[394] In 2019, Motor Trend selected it as the ultimate car of the year over the last 70 years.<br>• Natural Resources Canada 2013 EcoENERGY for Vehicles Awards in the full-size category<br>• *Popular Science*'s Auto Grand Award Winner Best of What's New list 2012.<br>• *The Telegraph* included the Model S in its list of the top 10 cars that changed the world published in December 2014, and also named the electric sedan the most important car of the last 20 years. |  |  |  |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| | • *Time Magazine* Best 25 Inventions of the Year 2012 award. In 2019, the model S was included in the Time Magazine list of best gadgets of the 2010s.<br>• Yahoo! Autos 2013 Car of the Year.<br>• American Automobile Association Green Car Guide 2015, top spot (P85D). The Model S also won the 2014 AAA Green Car Guide.<br>2019 Green Car Reports Car of the Decade. | | | |
| 265 | Severity of Impact Speed Equivalent Drop Height Sketch | | H, D | |
| 266 | Sridhar Natarajan File Produced to Plaintiff (Literature)<br><br>📄 _Bibliography excerpted from Riley v Tesla Natarajan report 2021.05.21.pd<br>📄 Bohnert 1998 The Degree of Destruction of Human Bodies in Relation to t<br>📄 DiMaio - info.pdf<br>📄 Goldman's Cecil Medicine - info.pdf<br>📄 Hall_Guyton and Hall Textbook of Medical Physiology_13th Ed - info.pdf<br>📄 Janssen_Forensic Histopathology - info.pdf<br>📄 Leestma_Forensic Neuropathology 2nd Ed. - info.pdf<br>📄 Ludwig_Handbook of Autopsy Practice - info.pdf<br>📄 Netter 2006_Atlas of Human Anatomy - info.pdf<br>📄 Rogde 1996 Characteristics of fire victims in different sorts of fires.pdf<br>📄 Saukko_ Knight's Forensic Pathology - info.PDF<br>📄 Schmidt The Analysis of Burned Human Remains - info.pdf<br>📄 Spitz Fisher_Medicolegal Investigation of Death - info.pdf<br>📊 Wirthwein 1996 Images.pptx<br>📄 Wirthwein 1996.pdf<br>📄 Yoganandan et al 2015_Accidental Injury - info.pdf | | H, R, I, UP | |
| 267 | Alexander Berry Deposition Exhibit 6: Berry texts with Edgar Monseratt Sr | | H, R, UP | |
| 268 | Alexander Berry Deposition Exhibit 8: Berry texts with his father | | H, R, UP | |
| 269 | Alexander Berry Deposition Exhibit 10: Texts with 954-646-8228 | | H, R, UP | |
| 270 | Alexander Berry Deposition Exhibit 11: Communication with Jenny Riley | | H, R | |
| 271 | Adam Cohen Deposition Exhibit 2: Photo | | | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 272 | Adam Cohen Deposition Exhibit 3: Accident site aerial photograph | | | |
| 273 | Beckton Peddy Deposition Exhibit A: Im Gonna Die video | | MIL, R, UP | |
| 274 | Beckton Peddy Deposition Exhibit B: Subject Vehicle Max Speed Excel spreadsheet | | MIL, R, UP | |
| 275 | Beckton Peddy Deposition Exhibit F: Edgar Monserratt's Vlog at Prestige Imports | | H, R, UP | |
| 276 | Beckton Peddy Deposition Exhibit H: Video MC2 | | MIL, R, UP | |
| 277 | Beckton Peddy Deposition Exhibit I: Video MC3 | | MIL, R, UP | |
| 278 | Beckton Peddy Deposition Exhibit J: Video MC4 | | MIL, R, UP | |
| 279 | Beckton Peddy Deposition Exhibit K: Peddy text messages with Edgar Monserratt Sr | | H, R, UP | |
| 280 | Larry Groshart Deposition Exhibit 1: Google Earth photograph | | | |
| 281 | Cosmin Ilonta Deposition Exhibit 1 – Fire rescue report | | H | |
| 282 | Cosmin Ilonta Deposition Exhibit 2 – Fire rescue report | | H | |
| 283 | Juliana Ables Deposition Exhibit D1: Text messages between Ables and Jenny Riley | | H, R | |
| 284 | Juliana Ables Deposition Exhibit D2: Text messages between Ables and Jenny Riley | | H, R | |
| 285 | Juliana Ables Deposition Exhibit E1: Text messages between Ables and Edgar Monserratt Sr | | H, R | |
| 286 | Juliana Ables Deposition Exhibit E2: Text messages between Ables and Edgar Monserratt Sr | | H, R | |
| 287 | Shari Stenglein Deposition Exhibit F: Video - A059.mov produced for deposition | | MIL, R, UP | |
| 288 | Shari Stenglein Deposition Exhibit H: Video - 79459.mov produced for deposition | | MIL, R, UP | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|---|---|---|---|---|
| 289 | Shari Stenglein Deposition Exhibit I: Video - EEA6.mov produced for deposition | | MIL, R, UP | |
| 290 | Shari Stenglein Deposition Exhibit J: Photograph 4158.png produced for deposition | | H, R | |
| 291 | Shari Stenglein Deposition Exhibit K: Photograph 4159.png produced for deposition | | H, R | |
| 292 | Shari Stenglein Deposition Exhibit L: Photograph 4160.png produced for deposition | | H, R | |
| 293 | Shari Stenglein Deposition Exhibit M: Photograph 4200.png produced for deposition | | H, R | |
| 294 | Shari Stenglein Deposition Exhibit N: Photograph 4218.png produced for deposition | | H, R | |
| 295 | Jake Shapiro Deposition Exhibit 1: Photograph 0499 | | | |
| 296 | Jake Shapiro Deposition Exhibit 3: Photograph 2026 | | | |
| 297 | Jake Shapiro Deposition Exhibit 4: Photograph 4436 | | | |
| 298 | Jake Shapiro Deposition Exhibit 5: Photograph 7574 | | | |
| 299 | Jake Shapiro Deposition Exhibit 6: Photograph 9332 | | | |
| 300 | Jake Shapiro Deposition Exhibit 7: Video IPS1D765532 | | MIL, R, UP | |
| 301 | Jake Shapiro Deposition Exhibit 8: Video IPSPS0F6143 | | MIL, R, UP | |
| 302 | Jake Shapiro Deposition Exhibit 1: Photograph 0499 | | B, V | |
| 303 | Materials Produced by Riley to Tesla Bates Nos. RILEY000001 - RILEY004480 | | B, V | |
| 304 | Materials Produced by Tesla to Riley - Bates Nos. TESLA-00000001 through TESLA-00007440 | | B, V | |
| 305 | Materials Produced by Edgar Monserratt to Riley and Tesla in *Monserratt v. Riley and Tesla* | | B, V | |

| NO. | DESCRIPTION OF EXHIBIT | DATE OFFERED | OBJECTIONS | ADMITTED |
|-----|------------------------|--------------|------------|----------|
| 306 | Plaintiff's Responses to Tesla's First Request for Production dated October 8, 2020 | | H, R | |
| 307 | Plaintiff's Responses to Tesla's First Interrogatories dated October 17, 2020 | | | |
| 308 | Any exhibits listed in Defendant's Exhibit List (w/o waiver of Plaintiff's objections to their relevance or admissibility) | | | |
| 309 | All documents contained in the files produced for defense experts Ashish Arora, Sridhar Nataranjan, Elizabeth Raphael, Jack Ridenour, and James Walker | | B, V | |
| 310 | All documents contained in the files produced for plaintiff's experts Robert Caldwell, Kelly Kennett and Ralph White | | B, V | |
| 311 | NTSB Doc. 11 – Highway Factors Group Factual Report | | H, I | |
| 312 | NTSB Doc. 16 – Highway Factors Group Attachment – SR A1A Speed Study 2015 | | H, I | |
| 313 | NTSB Doc. 19 – Video Study | | H, I | |
| 314 | NTSB Doc. 20 – Vehicle Recorders – Specialist's Factual Report – Attachment 1 | | H, I | |
| 315 | Friction circle materials (C0315 and C0414 slides) | | V | |
| 316 | Analysis of reconstruction of Robert Caldwell | | V | |

*Per USDC - Southern District of Florida Local Rules, following are the codes to be used for objections:

| | |
|---|---|
| A | Authenticity |
| B | Bulk |
| D | Demonstrative (exhibit appears to be a demonstrative, which would not be introduced into evidence) |
| H | Hearsay |
| I | Inadmissible (contains inadmissible matter) |
| M | Subject of Motion *in Limine* |
| R | Relevancy |
| UP | Unduly prejudicial (probative value outweighed by undue prejudice) |
| V | Vague (description of the exhibit does not allow Plaintiff to determine what the exhibit is or whether it has been produced) |

Defendant respectfully reserves the right to amend and or supplement this Trial Witness List.

Respectfully submitted,

*/s/ Robert J. Rudock*

**VINCENT GALVIN**
*Pro Hac Vice*
**ROBERT J. RUDOCK**
Florida Bar No. 365157
**WHITNEY V. CRUZ**
Florida Bar No. 800821
Bowman and Brooke LLP
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel: 305-995-5600/Fax: 305-995-6090
*Attorneys for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*