✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

James B. Riley

V.

Tesla, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 0:20-cv-60517-AOV

| PRESIDING JUDGE<br>Alicia O. Valle | PLAINTIFF'S ATTORNEY<br>Curtis Miner, Patrick Montoya, Denise | DEFENDANT'S ATTORNEY<br>Robert Rudock, Wendy Lumish |
|---|---|---|
| TRIAL DATE (S)<br>Motion Hearing 01/21/2022 | COURT REPORTER<br>DAR: 10:09:49 | COURTROOM DEPUTY<br>T. Shotwell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/21/2022 | Yes | Yes | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages