# *Riley v Tesla, Inc.*

Case No. 20-CV-60517

# Speed Limiter Claim (Count I)



. . .



RILEY 001423-001426

# Speed Limiter Claim (Count I)

**From:** Joseph Constantino
**Sent:** Monday, March 5, 2018 6:29:54 PM
**To:** Jonathan Ordonez; Aaron Smith
**Subject:** Regards To Speed Limiter! - P62693

Hi Team,

Jenny Riley, one of our VIP customers just reached out, and would like to speed limit another one of their Tesla's. They have their 6th Tesla on order, and handed down another Model S to one of their children in 11th grade.

We have done this already for their other Model S (VIN S00806), and **they would like to speed limit another VIN P62693.**

Jonny – can we please create a case for P62693 to have the speed limiter added to this VIN?

Aaron – can we confirm this once it is completed?

==It is a huge safety precaution for this family and are huge Tesla advocates.== Please let me know if there is anything I can do on my end!

Thanks a ton!

Best,

**Joseph Constantino | Delivery Advisor | Southeast**
1949 Tigertail Boulevard Dania Beach, FL 33004 | Tesla
Main – 754-816-3069 | Fax - 754-816-3076
Email – jconstantino@tesla.com

Tesla 0000332-00000334

# Battery Defect Claim (Count II and III)

"When a battery undergoes thermal runway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage."

(ECF No. 39 -8 at Ex. 2 at col. 1)

U.S. Patent No. 7,763,381
Cell Thermal Runaway Propagation Resistance Using Dual Intumescent Material Layers



# Battery Defect Claim (Count II and III)

"Thermal runaway is of major concern since a single incident can lead to significant property damages and, in some circumstances, bodily harm or loss of life."

(Kohn Dep. Ex. 2 at col. 1)

U.S. Patent No. 7,763,381
Cell Thermal Runaway Propagation Resistance Using Dual Intumescent Material Layers

