UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-60517-AOV

JAMES B. RILEY, as Personal
Representative of the ESTATE OF BARRETT
RILEY, deceased,

    Plaintiff,

vs.

TESLA, INC., d/b/a
TESLA MOTORS INC.,

    Defendant.
_____/

## JOINT STATUS REPORT

Defendant, Tesla, Inc. ("Tesla"), files this Joint Status Report pursuant to the Court's Paperless Order (ECF 127).

As the Court requested, the parties have met and conferred on the following issues:

**Joe Constantino's Presence at Trial:** Tesla agrees to produce Mr. Constantino for trial as a live witness.

**Settlement:** The parties have discussed and do not believe that an additional settlement conference with the magistrate will be fruitful.

**Videos:** The parties discussed the videos and narrowed the issues to the following:[1]

| Def. Exh. No. | Parties' Position |
|---|---|
| 202, 220 | The parties agree that the videos will not be shown. The testimony of Shari Stenglein can be used on this issue. The language related to "I'm gonna die" will be redacted from the deposition transcript. |

---

[1] The parties reserve the right to maintain their objections for the record should an agreement not be reached on these videos.

| Def. Exh. No. | Parties' Position |
|---|---|
| 210 | Plaintiff agrees this video can be shown to the jury subject to an appropriate foundation being laid. |
| 214 | Plaintiff agrees this video can be shown to the jury subject to an appropriate foundation being laid. |
| 215 289 | The parties have not yet reached agreement on these videos and will continue to meet and confer. |
| 108 | The parties have not yet reached agreement on these videos and will continue to meet and confer. |

**Exhibits:** As to Exhibit 162, the parties believe that further discussion with the Court is necessary.

The parties request a hearing to discuss the remaining issues and the videos.

                        Respectfully submitted,

By:   *s/Robert J. Rudock*
       Robert J. Rudock, Esq.
       Fla. Bar No. 365157
       Robert.Rudock@bowmanandbrooke.com
       Whitney V. Cruz, Esq.
       Florida Bar No. 800821
       Whitney.Cruz@bowmanandbrooke.com
       Wendy F. Lumish, Esq.
       Florida Bar No. 334332
       Wendy.Lumish@bowmanandbrooke.com
       **BOWMAN AND BROOKE LLP**
       Two Alhambra Plaza, Suite 800
       Coral Gables, FL 33134
       Tel: (305) 995-5600

       Vincent Galvin, Esq.
       (*Pro Hac Vice*)
       **BOWMAN AND BROOKE LLP**
       1741 Technology Drive, Suite 200
       San Jose, CA 95110
       Tel: (408) 279-5393
       Vincent.galvin@bowmanandbrooke.com

|  |  |
|---|---|
|  | *Attorneys for Defendant Tesla, Inc.* |
| By: | **s/ *Curtis B. Miner*** |
|  | Curtis B. Miner, Esq. |
|  | Fla. Bar No. 885681 |
|  | curt@colson.com |
|  | Denise Georges |
|  | denise@colson.com |
|  | **COLSON HICKS EIDSON, P.A.** |
|  | 255 Alhambra Circle, Penthouse |
|  | Coral Gables, FL 33134 |
|  | Tel: (305) 476-7400 |
|  |  |
|  | *Attorneys for Plaintiff* |