## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-RS

JAMES B. RILEY, as personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

       Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

       Defendant.

_____/

## AMENDED ORDER ON MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court upon Tesla Inc.'s Motion for Summary Judgment (ECF No. 34) (the "Motion") and Tesla Inc.'s Motion for Reconsideration or Clarification of the Court's Order on Tesla's Motion for Summary Judgment on Causation as to Plaintiff's Battery Claim (ECF No. 125) (the "Motion for Reconsideration/Clarification").

On May 11, 2022, the Court entered its Omnibus Order (ECF No. 117) that, among other things, partially granted the Motion. On June 29, 2022, the Court entered its Order on the Motion for Reconsideration/Clarification, granting the Motion for Reconsideration/Clarification (ECF No. 135) ("Order"). This amended order memorializes the rulings in both Orders as to certain claims.

Plaintiff is not pursuing the claims for defective door handles under Counts II (strict liability) and Count III (negligence based on design defect).

Plaintiff is not pursuing claims based on failure to warn regarding a product defect under Counts II and III.

Plaintiff is not seeking punitive damages on Counts II and III.

The Court has concluded that the evidence is insufficient to establish proximate cause regarding Plaintiff's claim for a defective battery under Count II (strict products liability) and Count III (negligence based on design defect).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1.      Summary judgment is granted on the claims for a defective battery alleged in Paragraphs 56(a)-(d), (g) of Count II and 62(a)-(d), (g) of Count III.  Accordingly, those claims are dismissed with prejudice.

2.      Summary Judgment is granted on the claims for defective door handles alleged in Paragraphs 56(e)-(f) of Count II and 62(e)-(f) of Count III. Accordingly, those claims are dismissed with prejudice.

3.      Summary Judgment is granted on the claims based on failure to warn regarding a product defect alleged in Paragraphs 56(h) of Count II and 62(h) of Count III.  Accordingly, those claims are dismissed with prejudice.

4.      Summary Judgment is granted on the claim for punitive damages as to Counts II and III.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida on July 7, 2022.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

26482425v1