IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-AOV

JAMES B. RILEY, as personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

        Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S ORAL MOTION TO ALLOW ELECTRONIC EQUIPMENT AND CELLULAR COMMUNICATION DEVICES IN THE COURTROOM DURING TRIAL

**THIS CAUSE** came before the Court on Defendant's Motion to Allow Electronic Equipment and Cellular Communication Devices in the Courtroom during trial ("Motion").

**THE COURT** has considered the Motion and record herein and noting it is unopposed:

Accordingly, **IT IS ORDERED and ADJUDGED** that the Motion is GRANTED. Defendant's expert James Walker, Jr. shall be permitted to bring into the courthouse and courtroom the following equipment: laptop, cellphone, various laptop accessories (mouse, presentation clicker, etc.), power cables, and cords necessary to connect to the Court's equipment for trial beginning July 12, 2022, until the trial of this matter concludes.

26518891v1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ____ day of July, 2022.

                                                                     _____
                                                                     ALICIA O. VALLE
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record