UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-VALLE

JAMES B. RILEY, as personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

        Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.,

        Defendant.
_____/

## VERDICT

1. Was Tesla negligent in disabling the speed limiter?

    Yes __✓__        No _____

*If your answer to Question 1 is NO, your verdict is for the Defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.*
*If your answer to Question 1 is YES, please answer Question 2.*

2. If you found that Tesla was negligent in disabling the speed limiter, was such negligence a legal cause of Barrett Riley's death?

    Yes __✓__        No _____

**If your answers to Question 2 is NO, your verdict is for the Defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.**

*If your answer to Question 2 is YES, please answer questions 3, 4 and 5.*

1

3. Was there negligence on the part of Barrett Riley which was a legal cause of his death?

   Yes ✓        No _____

4. Was there negligence on the part of James Riley which was a legal cause of Barrett Riley's death?

   Yes ✓        No _____

5. Was there negligence on the part of Jenny Riley which was a legal cause of Barrett Riley's death?

   Yes _____        No ✓

*If your answers to question 3, 4 and 5 are all NO, skip question 6 and proceed to Question 7.*

*If your answer 3 or 4 or 5 are YES, please answer question 6.*

6. State the percentage of negligence which was a legal cause of Barrett Riley's death that you charge to:

   a. Tesla
      *(Fill in only if you answered Yes to Question 2)*        ___1___ %

   b. Barrett Riley
      *(Fill in only if you answered Yes to Question 3)*        ___90___ %

   c. James Riley
      *(Fill in only if you answered Yes to Question 4)*        ___9___ %

   d. Jenny Riley
      *(Fill in only if you answered Yes to Question 5)*        ___0___ %

                                                   Total must be 100%

   *Please answer the remaining Questions.*

2

*In determining the amount of damages, do not make any reduction because of the negligence if any, of Barrett Riley, James Riley, or Jenny Riley. If you find that Barrett Riley, James Riley, or Jenny Riley were to any extent negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.*

7. What is the total amount of damages sustained by James Riley for his pain and suffering associated with the death of Barrett Riley?   $ **4.5 Mil.**

8. What is the total amount of damages sustained by Jenny Riley for her pain and suffering associated with the death of Barrett Riley?   $ **6. Mil**

SO SAY WE ALL, this **18** day of **July**, 2022.

_____
FOREPERSON

3