UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-VALLE

JAMES B. RILEY, as Personal
Representative of the ESTATE
OF BARRETT RILEY, deceased,

     Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

     Defendant.

_____/

## **FINAL JUDGMENT**

This matter is before the Court following a jury trial held from July 6, 2022 to July 18, 2022.  (ECF Nos. 151, 153, 162, 163, 164, 167, 168, 170).  In conformance with the verdict (ECF No. 173), Federal Rule of Civil Procedure 58, and Defendant Tesla, Inc.'s Third Affirmative Defense (ECF No. 3 at 8, ¶ 3), the Court enters final judgment as follows:

1.     The jury rendered its verdict on July 18, 2022, and awarded damages to James Riley in the amount $4,500,000 and Jenny Riley in the amount of $6,000,000. (ECF No. 173 at 3).

2.     The jury allocated fault as follows:

          Tesla: 1%

          Barrett Riley: 90%

          James Riley: 9%

          Jenny Riley: 0 %

(ECF No. 173 at 2).

3.      Accordingly, Plaintiff James Riley, as the Personal Representative of the Estate of Barrett Riley, shall recover the amount of **$105,000** from Tesla, Inc., for which sum let execution issue.

4.      Post judgment interest on this final judgment shall accrue from the date of this Order at the rate prescribed by 28 U.S.C. § 1961.

5.   Further, this case is administratively **CLOSED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, on July 20, 2022.


ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE