IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-RS

JAMES B. RILEY, as Personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

      Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

      Defendant.

_____/

**TESLA, INC, d/b/a TESLA MOTORS, INC's
UNOPPOSED MOTION TO DEPOSIT AMOUNT OF FINAL JUDGMENT
INTO COURT PENDING PLAINTIFF'S APPEAL**

Defendant Tesla, Inc. d/b/a Tesla Motors, Inc., pursuant to Federal Rule of Civil Procedure 67, moves for leave to deposit the full amount of the Final Judgment into the registry of the Court pending Plaintiff's appeal and states:

### INTRODUCTION

On July 20, 2022, the Court entered a final judgment in favor of Plaintiff James Riley, as the Personal Representative of the Estate of Barrett Riley for $105,000. [DE 182]. Counsel for Tesla immediately contacted Plaintiff's counsel to initiate the process of payment of the judgment. Plaintiff's counsel responded that he intends to appeal. In anticipation of the impending appeal, and in order to prevent the accrual of post-judgment interest, Tesla seeks leave to deposit the full amount of the final judgment into the court registry pending resolution of the appeal.

# ARGUMENT

**I.   PURSUANT TO RULE 67, TESLA SHOULD BE PERMITTED TO DEPOSIT THE AMOUNT OF THE JUDGMENT INTO THE REGISTRY OF THE COURT AND AVOID THE ACCRUAL OF INTEREST.**

Tesla does not intend to appeal the final judgment, and thus, has offered to immediately pay the judgment in full. However, Plaintiff has indicated his intent to appeal the judgment, and as such, Plaintiff will not provide a satisfaction of judgment at this time.

Generally, interest accrues on any money judgment in a civil case recovered in a district court. 28 USCA § 1961(a). However, the law is settled that post judgment statutory interest will not accrue if the judgment amount is deposited into the court's registry. *Sabal Trail Transmission, LLC v. 3.921 Acres of Land in Lake County Florida*, 2021 WL 6338789, at *4 (M.D. Fla. Nov. 24, 2021) (citing *Zelaya/Cap. Int'l Judgment, LLC v. Zelaya*, 769 F.3d 1296, 1303 (11th Cir. 2014)).

Federal Rule of Civil Procedure 67 states, in pertinent part: "If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party – on notice to every other party and by leave of court – may deposit with the court all or part of the money or thing. . . ." Based on Rule 67, Tesla seeks leave to deposit the full amount of the judgment into the registry of the Court and thereby avoid the accrual of interest.

Tesla has contacted counsel for Plaintiff, and he has indicated that he does not oppose this motion.

26576997v1

## **CONCLUSION**

For the foregoing reasons, Tesla respectfully requests that this Court issue an order permitting it to deposit into the court registry the full amount of the judgment pending the appellate proceedings without accruing interest on the judgment.

Respectfully submitted,

*/s/ Robert J. Rudock*
**VINCENT GALVIN**
*Pro Hac Vice*
**ROBERT J. RUDOCK**
Florida Bar No. 365157
**WENDY F. LUMISH**
Florida Bar No. 334332
**WHITNEY V. CRUZ**
Florida Bar No. 800821
Bowman and Brooke LLP
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Tel: 305-995-5600/Fax: 305-995-6090
*Attorneys for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*

26576997v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2022, a copy of the foregoing document was electronically mailed to Patrick S. Montoya, Esq. and Curtis B. Miner, Esq. (*Attorneys for Plaintiff James B. Riley*), Colson Hicks Eidson, P.A., 255 Alhambra Circle, Penthouse, Coral Gables, FL 3334, at curt@colson.com; patrick@colson.com; eservice@colson.com.

                                          */s/ Robert J. Rudock*
                                          **Robert J. Rudock**