IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60517-VALLE

JAMES B. RILEY, as personal
Representative of the ESTATE OF
BARRETT RILEY, deceased,

      Plaintiff,

v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

      Defendant.

_____/

## [PROPOSED] ORDER GRANTING TESLA'S MOTION TO DEPOSIT FUNDS IN COURT REGISTRY

THIS MATTER is before the Court upon Tesla Inc.'s Unopposed Motion to Deposit Amount of Final Judgment into Court Registry Pending Plaintiff's Appeal (ECF No.___).

After a jury verdict, on July 20, 2022, the Court entered a judgment in favor of James B. Riley, as Personal Representative of the Estate of Barrett Riley, deceased, and against Tesla Inc., in the amount of $105.000.00. (ECF 182). Pursuant to Federal Rule of Civil Procedure 67, Tesla has moved to deposit the full amount of the final judgment with this Court.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

    1.    Tesla's motion is **GRANTED**.

    2.    Tesla shall deposit with the Clerk of Court the sum of $105,000.00 in the form of a check made payable to United States Courts.

26571372v2

3. No interest shall accrue on the amount deposited. *Zelaya/Cap. Int'l Judgment, LLC v. Zelaya*, 769 F.3d 1296, 1303 (11th Cir. 2014).

**DONE and ORDERED** in Chambers at Fort Lauderdale, Florida on July ___, 2022.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

26571372v2