UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-60517-RS/AOV

JAMES B. RILEY, as Personal
Representative of the ESTATE
OF BARRETT RILEY, deceased,

    Plaintiff,
v.

TESLA, INC., d/b/a
TESLA MOTORS, INC.

    Defendant.
_____/

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff James B. Riley, as Personal Representative of the Estate of Barrett Riley, in the above-captioned case hereby appeals, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, to the United States Court of Appeals for the Eleventh Circuit from the following Final Orders:

    1.    Omnibus Order on Motion to Strike Expert Affidavits, Motions to Exclude Experts under Daubert, and Motion for Summary Judgment, signed on May 11, 2022, which was entered on the civil docket of the United States District Court for the Southern District of Florida on May 11, 2022 as ECF No. 117.

    2.    Order on Motion for Reconsideration/Clarification, signed on June 29, 2022, which was entered on the civil docket of the United States District Court for the Southern District of Florida on June 29, 2022 as ECF No. 135.

3. Amended Order on Motion for Summary Judgment, signed on July 7, 2022, which was entered on the civil docket of the United States District Court for the Southern District of Florida on July 7, 2022 as ECF No. 152.

4. Final Judgment, signed on July 20, 2022, which was entered on the civil docket of the United States District Court for the Southern District of Florida on July 20, 2022 as ECF No. 182.

Dated: July 26, 2022

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400

By: /s/   *Curtis B. Miner*
Curtis B. Miner
Fla. Bar No. 885681
curt@colson.com
Denise Georges
denise@colson.com
Thomas Kroeger
tom@colson.com

WASSON & ASSOCIATES, CHARTERED
Roy D. Wasson
roy@wassonandassociates.com
e-service@wassonandassociates.com
Courthouse Plaza—Suite 600
28 West Flagler Street
Miami, FL 33130
Tel: (305) 372-5220

*Attorneys for Plaintiff*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I HEREBY CERTIFY that, on July 26, 2022, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Curtis B. Miner*
Curtis B. Miner

**SERVICE LIST**

Robert J. Rudock
Robert.Rudock@bowmanandbrooke.com
Whitney V. Cruz
Whitney.Cruz@bowmanandbrooke.com
Wendy Lumish
Wendy.Lumish@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel: (305) 995-5600

Vincent Galvin
Vincent.galvin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110
Tel: (408) 279-5845

*Attorneys for Defendant Tesla, Inc.*